IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE:<br>Arthur J. Brass<br><br>    Debtor.<br>_____<br>VITOL, INC.,<br>    Plaintiff,<br><br>    v.<br><br>ARTHUR J. BRASS,<br>    Defendant. | §§§§§§§§§§§§§§ | Bankr. Case No. 21-60025<br><br><br><br><br><br>Adv. No. 21-06006 |

## NOTICE OF APPEAL

**COMES NOW**, Arthur Brass, and files his *Notice Of Appeal*, and would respectfully show the Court as follows:

1. The Appellant in this matter is Arthur J. Brass.
2. Appellant was the Defendant in the above adversary proceeding.
3. Arthur Brass appeals the *Final Judgment* dated December 21, 2022 (Docket #208, *Judgment and Order*), and
4. Arthur Brass appeals the *Order on Partial Summary Judgment* dated June 24, 2022 (Docket #79, *Order Granting In Part And Denying In Part Motion For Summary Judgment*), each issuing out of the United States Bankruptcy Court for the Southern District of Texas in the above cause number and style.
5. This appeal is to the United States District Court for the Southern District of Texas.
6. Parties to the appeal include:

a.  **Arthur Brass**:	Represented By:	Johnie Patterson
SBN 15601700
Miriam Goott
SBN 24048846
WALKER & PATTERSON, P.C.
4815 Dacoma
Houston, TX 77092
713.956.5577
jjp@walkerandpatterson.com
mgoott@walkerandpatterson.com

b.  **Vitol, Inc.**:	Represented By:	Keith Aurzada
SBN 24009880
Michael Cooley
SBN 24034388
REED SMITH LLP
Suite 1500
2501 N. Harwood
Dallas, TX 75201
469.680.4200
kaurzada@reedsmith.com
mpcooley@reedsmith.com

Dated: January 4, 2022.

                Respectfully submitted,

                By:  */s/ Johnie Patterson*
                    Johnie Patterson
                    attorney-in-charge
                    SBN 15601700
                    *COUNSEL FOR BRASS*

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.956.5570 fax

## **_CERTIFICATE OF SERVICE_**

      I hereby certify that a true and correct copy of the foregoing Notice was served upon Mr. Keith Aurzada, counsel for Vitol, by electronic transmission (via the Court's CM/ECF noticing system) on January 4, 2023.

                                                            _/s/ Johnie Patterson_
                                                           Johnie Patterson