## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No: 6:23-cv-00002** |
| **ARTHUR JACOB BRASS,** | § | **Bankruptcy Case No: 21-60025** |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| **VITOL INC.** | § | |
| | § | |
| | § | |
| **v.** | § | **Adversary No. 21-06006** |
| | § | |
| **ARTHUR JACOB BRASS** | § | |

### APPELLEE AND CROSS-APPELLANT VITOL INC.'S
### STATEMENT OF ISSUES & DESIGNATION OF THE RECORD ON APPEAL
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009

Cross-Appellant Vitol Inc. ("Vitol") by and through its undersigned counsel, hereby files this *Statement of Issues and Designation of Record on Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8009*.

### Cross-Appellant's Statement of Issues Presented on Appeal

1.      Whether the Bankruptcy Court erred in determining the amount of the debt owed by the Debtor to Vitol that is not dischargeable under 11 U.S.C. § 523(a)(2)(A) and binding precedent under *Husky Intern. Electronics, Inc. v. Ritz*, U.S. 578 U.S. 355 (2016) and its progeny.

### Designation of Record on Appeal

2.      Vitol as cross-appellant and appellee designates the following items for inclusion in the record on appeal.  Unless otherwise noted, each designated item shall also include any and all exhibits to such item.

| Filing Date | Docket No. | Description |
|---|---|---|
| 07/09/2021 | 1 | Complaint |
| 07/12/2021 | 5 | Summons Issued On Arthur Jacob Brass |
| 08/02/2021 | 6 | Motion to Dismiss Adversary Proceeding |

| Filing Date | Docket No. | Description |
|---|---|---|
| 08/23/2021 | 7 | Response and Motion for Leave to Amend Complaint |
| 09/29/2021 | 8 | Order Denying Motion to Dismiss Adversary Proceeding |
| 10/6/2021 | 10 | First Amended Complaint |
| 10/13/2021 | 11 | Answer to Complaint |
| 12/8/2021 | 17 | Scheduling Order |
| 12/7/2021 | 27 | Answer to Amended Complaint |
| 4/8/2022 | 58 | Motion for Summary Judgment by Arthur Jacob Brass |
| 4/26/2022 | 64 | Motion to Strike |
| 5/9/2022 | 65 | Response in Opposition to Debtor's Motion for Summary Judgment |
| 5/9/2022 | 66 | Motion to File Under Seal to Its Response in Opposition to Debtor's Motion for Summary Judgment |
| 5/9/2022 | 67 | Sealed Document Motion to File Under Seal Exhibits to its Response in Opposition to Debtor's Motion for Summary Judgment |
| 5/9/2022 | 68 | Sealed Document Exhibits 11-25 to Motion to File Under Seal Exhibits to its Response in Opposition to Debtors Motion for Summary Judgment |
| 5/17/2022 | 70 | Response in Opposition to Motion to Strike |
| 6/24/2022 | 79 | Order Granting in part and Denying in part Motion for Summary Judgment |
| 7/27/2022 | 86 | Order Regarding Attendance of Trial Witness |
| 8/9/2022 | 92 | Notice of Objection |
| 8/15/2022 | 95 | Debtor's Response in Opposition to Vitol's Request for a Hearing |
| 8/17/2022 | 97 | Transcript for Hearing held on 07/08/2022. |
| 8/22/2022 | 100 | Order Denying Motion to Strike |
| 8/22/2022 | 102 | Notice of Vitol's Designation of Deposition Testimony |
| 8/22/2022 | 103 | Vitol Inc.'s Proposed Findings of Fact and Conclusions of Law |
| 8/22/2022 | 104 | Arthur J. Brass's Witness List, Exhibit List |
| 8/22/2022 | 105 | Arthur J. Brass's Proposed Findings of Fact and Conclusions of Law |
| 8/22/2022 | 106 | Joint Pre-Trial Statement |
| 8/22/2022 | 107 | Additional Attachments regarding Corrected Defendant's Trial Exhibit #43. |

| Filing Date | Docket No. | Description |
|---|---|---|
| 8/26/2022 | 109 | Emergency Motion to Quash Subpoena for Trial |
| 8/26/2022 | 110 | Vitol Inc.'s Response to DZ Jewelry, LLC's *d/b/a* Zadok Jewelers Motion to Quash |
| 8/26/2022 | 112 | Defendant's Response to DZ Jewelry, LLC's Motion to Quash |
| 8/26/2022 | 116 | Plaintiff Vitol Inc.'s Trial Brief on the Admissibility of Business Records Under Fed. R. Evid. 803(6) and 902(11). |
| 8/26/2022 | 118 | Order Granting Non-Party DZ Jewelry LLC's Emergency Motion to Quash Subpoena for Trial |
| 8/29/2022 | 120 | Transcript regarding hearing held on 08/26/2022 |
| 8/29/2022 | 121 | Vitol's Objection to Arthur Brass' Trial Exhibits |
| 8/30/2022 | 124 | Plaintiff Vitol Inc.'s Trial Brief on Its Production of Third-Party Business Records to Defendant and their Admissibility |
| 8/30/2022 | 125 | Plaintiff Vitol Inc.'s Trial Brief on Designation of Expert Witness |
| 9/5/2022 | 136 | Plaintiff Vitol Inc.'s Amended Witness and Exhibit List |
| 9/5/2022 | 138 | Plaintiff Vitol Inc.'s Trial Brief on Disclosure of Chapter 7 Trustee as a Fact Witness Regarding Schedules |
| 9/6/2022 | 139 | Defendant's Response to Vitol's Brief |
| 9/8/2022 | 143 | Arthur J. Brass Testimony Order |
| 9/14/2022 | 145 | Transcript regarding trial held on 9/7/2022 |
| 9/15/2022 | 147 | Transcript regarding trial held on 8/30/2022 |
| 9/15/2022 | 148 | Transcript regarding trial held on 9/1/2022 |
| 9/16/2022 | 152 | Transcript regarding trial held on 9/2/2022 |
| 9/22/2022 | 161 | Transcript regarding trial held on 9/16/2022 |
| 9/26/2022 | 165 | Transcript regarding trial held on 9/22/2022 |
| 9/26/2022 | 166 | Plaintiff Vitol Inc.'s Trial Brief in Support of Judicial Notice |
| 9/28/2022 | 168 | Plaintiff Vitol Inc.'s Trial Brief on the Legal Standard Applicable Under 11 U.S.C. § 523(A)(4) |
| 9/29/2022 | 172 | Vitol Inc.'s Notice of Admitted Exhibits |
| 10/3/2022 | 176 | Notice of Admitted Exhibits (Vitol-80 Part 1) |
| 10/3/2022 | 177 | Notice of Admitted Exhibits (Vitol-80 Part 2) |
| 10/3/2022 | 178 | Notice of Admitted Exhibits (Vitol-81-174) |
| 10/3/2022 | 179 | Notice of Admitted Exhibits (Vitol-81-175) |
| 10/3/2022 | 180 | Notice of Admitted Exhibits (Vitol 81-181) |

| Filing Date | Docket No. | Description |
|---|---|---|
| 10/3/2022 | 181 | Notice of Admitted Exhibits (Vitol 81-190) |
| 10/3/2022 | 182 | Notice of Admitted Exhibits (Vitol-83) |
| 10/3/2022 | 183 | Notice of Admitted Exhibits (Vitol-86) |
| 10/3/2022 | 184 | Notice of Admitted Exhibits (Vitol-89) |
| 10/3/2022 | 185 | Notice of Admitted Exhibits (Vitol-93) |
| 10/3/2022 | 186 | Notice of Admitted Exhibits (Vitol-100) |
| 10/3/2022 | 187 | Notice of Admitted Exhibits (Vitol-124 Part 1) |
| 10/3/2022 | 188 | Notice of Admitted Exhibits (Vitol-124 Part 2) |
| 10/3/2022 | 189 | Notice of Admitted Exhibits (Vitol-124 Part 3) |
| 10/3/2022 | 190 | Notice of Admitted Exhibits (Vitol-124 Part 4) |
| 10/3/2022 | 191 | Notice of Admitted  Exhibits (Vitol-124 Part 5) |
| 10/3/2022 | 192 | Notice of Admitted Exhibits (Vitol-124 Part 6) |
| 10/3/2022 | 193 | Notice of Admitted Exhibits (Vitol-124 Part 7) |
| 10/3/2022 | 194 | Notice of Admitted Exhibits (Vitol-124 Part 8) |
| 10/3/2022 | 195 | Notice of Admitted Exhibits (Vitol-124 Part 9) |
| 10/3/2022 | 196 | Notice of Admitted Exhibits (Vitol-124 Part 10) |
| 10/3/2022 | 197 | Notice of Admitted Exhibits (Vitol-124 Part 11) |
| 10/3/2022 | 198 | Notice of Admitted Exhibits (Vitol-124 Part 12) |
| 10/3/2022 | 199 | Notice of Admitted Exhibits (Vitol-124 Part 13) |
| 10/6/2022 | 200 | Transcript regarding trial held on 9/28/2022 |
| 11/1/2022 | 205 | Transcript regarding trial held on 10/13/2022 |
| 12/21/2022 | 208 | Judgment and Order |

*[The remainder of this page was intentionally left blank]*

Dated:  February 1, 2023

Respectfully Submitted,

By: */s/ Omar J. Alaniz*
Keith M. Aurzada (SBN 24009880)
Omar J. Alaniz (SBN 24040402)
Michael P. Cooley (SBN 24034388)
Taylre C. Janak  (SBN 24122751)
**REED SMITH LLP**
2501 N. Harwood, Suite 1500
Dallas, Texas 75201
T:  469.680.4200
F:  469.680.4299
kaurzada@reedsmith.com
oalaniz@reedsmith.com
tjanak@reedsmith.com

and

Michael H. Bernick (SBN 24078277)
Mason W. Malpass (SBN 24109502)
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002
T:  713.469.3834
F:  713.469.3899
mbernick@reedsmith.com
mmalpass@reedsmith.com

*Attorneys for Vitol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, a true and correct copy of the forgoing document was served via the Court's Electronic Case Filing (ECF) system to all parties registered to receive electronic notices in this appeal, including counsel for Arthur J. Brass.

*/s/ Omar. J. Alaniz*
Omar J. Alaniz