000582

| Vitol Co | Cparty | Cparty Name | Deal | Cont Id | Position | Cont Type |
|----------|--------|-------------|------|---------|----------|-----------|
| VIC | VINS | Vitol Insurance B.V. | 1845058 | 3122729 | 3122729.0 | PHY |
| VIC | VINS | Vitol Insurance B.V. | 1845058 | | . | |
| VIC | MARKET | Market Petroleum, Inc. | 1845012 | 3114301 | 3114301.0 | PHY |
| VIC | MARKET | Market Petroleum, Inc. | 1845090 | 3122201 | 3122201.0 | PHY |
| VIC | MARKET | Market Petroleum, Inc. | 1853922 | 3126576 | 3126576.0 | PHY |
| VIC | MARKET | Market Petroleum, Inc. | 1915150 | 3187254 | 3187254.0 | PHY |
| VIC | MARKET | Market Petroleum, Inc. | 1915463 | 3213448 | 3213448.0 | PHY |
| VIC | MARKET | Market Petroleum, Inc. | 1915467 | 3213447 | 3213447.0 | PHY |
| VIC | EXXONMO | Exxonmobil Oil Corporation | 1845090 | 3122201 | 3122201.0 | PHY |
| VIC | P66CO | Phillips 66 Company | 1845083 | 3122695 | 3122695.0 | PHY |
| VIC | US CUSTO | Customs & Border Protection | 1845058 | | . | |
| VIC | INVERTIT | Inversiones Titanio Srl | 1834559 | 3105629 | 3105629.0 | PHY |
| VIC | RIO ENER | Rio Energy International, Inc. | 1834559 | 3114211 | 3114211.0 | PHY |
| VIC | RIO ENER | Rio Energy International, Inc. | 1834559 | | . | |
| VIC | | | 1845058 | | . | |
| VIC | | | 1845058 | | . | |
| VIC | RIO ENER | Rio Energy International, Inc. | 1834559 | | . | |
| VIC | | | 1834559 | | . | |
| VIC | | | 1855791 | | . | |
| VIC | | | 1855791 | | . | |
| VIC | | | 1845058 | | . | |
| VIC | INVERTIT | Inversiones Titanio Srl | 1834559 | 3105629 | 3105629.0 | PHY |
| VIC | RIO ENER | Rio Energy International, Inc. | 1845012 | 3126645 | 3126645.0 | PHY |
| VIC | VIC | Vitol Inc. | 1845058 | 3122729 | 3122729.0 | PHY |
| VIC | VIC | Vitol Inc. | 1853922 | 3130669 | 3130669.0 | PHY |
| VIC | GCAC | Gulf Coast Asphalt Company, L.L.C. | 1855791 | | . | |
| VIC | GCAC | Gulf Coast Asphalt Company, L.L.C. | 1855791 | | . | |
| VIC | VIC | Vitol Inc. | 1853922 | | . | |

000584

000585

000586

000587

000588

000589

000591

000593

000596

000597

000599

000601

000603

000605

000606

000607

| Trade Type | Formula Type | Class Type | Is Intra Mtrx | Cash Vector Type | Cost Seq |
|---|---|---|---|---|---|
| PHY | CON | EXT | | ALL | 23767635 |
| | CON | | | ALL | 23629366 |
| PHY | CON | EXT | | ALL | 23032842 |
| PHY | CON | EXT | | ALL | 23091413 |
| PHY | CON | EXT | | ALL | 23123319 |
| PHY | CON | EXT | | ALL | 23599569 |
| PHY | CON | EXT | | ALL | 23807267 |
| PHY | CON | EXT | | ALL | 23807265 |
| PHY | CON | EXT | | ALL | 23774753 |
| PHY | CON | EXT | | ALL | 23674705 |
| | CON | | | ALL | 23834963 |
| PHY | CON | EXT | | ALL | 23071616 |
| PHY | CON | EXT | | ALL | 23074591 |
| | CON | | | ALL | 22982603 |
| | CON | | | ALL | 23252940 |
| | CON | | | ALL | 23252952 |
| | CON | | | ALL | 22982617 |
| | CON | | | ALL | 23154102 |
| | CON | | | ALL | 23229351 |
| | CON | | | ALL | 23229352 |
| | CON | | | ALL | 23252950 |
| PHY | CON | EXT | | ALL | 23101233 |
| PHY | CON | EXT | | ALL | 23204683 |
| PHY | CON | EXT | | ALL | 23254815 |
| PHY | CON | EXT | | ALL | 23204684 |
| | CON | | | ALL | 23210863 |
| | CON | | | ALL | 23210864 |
| | CON | | | ALL | 23213093 |

000608

000609

000610

000611

000612

000613

000614

000616

000617

000618

000620

000621

000627

000629

000630

000631

000632

| Cost Type | Is Primary Cost | Cost Status | Invoice seq | Gen Voucher seq | Paymt seq |
|-----------|-----------------|-------------|-------------|-----------------|-----------|
| CIN | N | OPE | | | |
| CLI | N | FIN | 2016142 | | 1062071 |
| COM | N | FIN | 1958746 | | 1047530 |
| COM | N | FIN | 1958748 | | 1047530 |
| COM | N | FIN | 1958744 | | 1047530 |
| COM | N | OPE | | | |
| COM | N | OPE | | | |
| COM | N | OPE | | | |
| DEI | N | OPE | 2045690 | | |
| DEI | N | OPE | 2024080 | | |
| DHM | N | FIN | 2067281 | | |
| FRE | N | OPE | | | |
| FRE | N | OPE | | | |
| FRE | N | FIN | 1848502 | | 1034882 |
| FRE | N | OPE | | | |
| INS | N | OPE | | | |
| OTH | N | FIN | 1908145 | | 1038804 |
| OTH | N | OPE | | | |
| OTH | N | OPE | | | |
| OTH | N | OPE | | | |
| SOT | N | OPE | | | |
| TCR | N | OPE | | | |
| TCR | N | OPE | | | |
| TCR | N | FIN | | 2044350 | |
| TCR | N | FIN | | 2126803 | |
| TRE | N | FIN | 1935117 | | 1043693 |
| TRE | N | FIN | 1935119 | | 1043694 |
| TVM | N | FIN | | 2038312 | |

000634

000636

000640

000641

000642

000643

000644

000646

000647

000649

000650

000653

000656

000657

| Amount | Cur | Due Date | Due Date Code | Paymt Date | Paymt Date Code | Paymt Status |
|---|---|---|---|---|---|---|
| 8.33 | USD | | | | | EST |
| (416.50) | USD | | | | | FUA |
| (3,000.00) | USD | | | | | FUA |
| (2,000.00) | USD | | | | | FUA |
| (1,250.00) | USD | | | | | FUA |
| (4,000.00) | USD | | | | | EST |
| (2,000.00) | USD | | | | | EST |
| (2,000.00) | USD | | | | | EST |
| (10,345.31) | USD | | | | | APP |
| (2,406.25) | USD | | | | | APP |
| (1,773.29) | USD | | | | | APP |
| 256,589.95 | USD | | | | | EST |
| 22,410.05 | USD | | | | | EST |
| (279,000.00) | USD | | | | | FUA |
| (40,000.00) | USD | | | | | EST |
| (5,000.00) | USD | | | | | EST |
| 22,410.05 | USD | | | | | FUA |
| 191,422.00 | USD | | | | | EST |
| (106,295.83) | USD | | | | | EST |
| (106,295.83) | USD | | | | | EST |
| (20,000.00) | USD | | | | | EST |
| (11,917.49) | USD | | | | | EST |
| (2,196.44) | USD | | | | | EST |
| (2,907.45) | USD | | | | | VOU |
| (1,070.04) | USD | | | | | VOU |
| (139,605.00) | USD | | | | | FUA |
| (139,605.00) | USD | | | | | FUA |
| (383.47) | USD | | | | | VOU |
| (390,627.52) | | | | | | |

000659

000661

000662

000663

000667

000669

000671

000673

000674

000676

000677

000680

000681

000682

| Booked Amt | Booking Cur | Booking Rate | Booking Month | Is cur fixed | Hedge Name |
|---|---|---|---|---|---|
| 8.33 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -416.5 | USD | 1 | SEP-17 | Y | Asphalt Corpus/Mobile |
| -3000 | USD | 1 | AUG-17 | Y | Asphalt Corpus/Mobile |
| -2000 | USD | 1 | AUG-17 | Y | Asphalt Corpus/Mobile |
| -1250 | USD | 1 | AUG-17 | Y | Asphalt Corpus/Mobile |
| -4000 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -2000 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -2000 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -10345.31 | USD | 1 | SEP-17 | Y | Asphalt Corpus/Mobile |
| -2406.25 | USD | 1 | SEP-17 | Y | Asphalt Corpus/Mobile |
| -1773.29 | USD | 1 | SEP-17 | Y | Asphalt Corpus/Mobile |
| 256589.95 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| 22410.05 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -279000 | USD | 1 | JUN-17 | Y | Asphalt Corpus/Mobile |
| -40000 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -5000 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| 22410.05 | USD | 1 | JUL-17 | Y | Asphalt Corpus/Mobile |
| 191422 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -106295.83 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -106295.83 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -20000 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -11917.49 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -2196.44 | USD | 1 | | Y | Asphalt Corpus/Mobile |
| -2907.45 | USD | 1 | JUL-17 | Y | Asphalt Corpus/Mobile |
| -1070.04 | USD | 1 | SEP-17 | Y | Asphalt Corpus/Mobile |
| -139605 | USD | 1 | JUL-17 | Y | Asphalt Corpus/Mobile |
| -139605 | USD | 1 | AUG-17 | Y | Asphalt Corpus/Mobile |
| -383.47 | USD | 1 | JUL-17 | Y | Asphalt Corpus/Mobile |

000684

000685

000686

000687

000688

000689

000690

000691

000692

000693

000694

000695

000696

000697

000698

000699

000702

000703

000704

000705

000706

000707

| Hedge Status | Vitol Co Name | Mtrx Name | Deal Name | Deal Type | Synth ext/int |
|---|---|---|---|---|---|
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | Interco |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | Interco |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845012 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845090 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1853922 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1915150 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1915463 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1915467 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845090 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | External |
| OPE | Vitol Inc. | Fuel | Gcac Jv | VOY | External |
| OPE | Vitol Inc. | Fuel | Gcac Jv | VOY | External |
| OPE | Vitol Inc. | Fuel | Gcac Jv | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | |
| OPE | Vitol Inc. | Fuel | Gcac Jv | VOY | External |
| OPE | Vitol Inc. | Fuel | Gcac Jv | VOY | |
| OPE | Vitol Inc. | Fuel | Vtb | VOY | |
| OPE | Vitol Inc. | Fuel | Vtb | VOY | |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | |
| OPE | Vitol Inc. | Fuel | Gcac Jv | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845012 | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1845058 | VOY | Internal |
| OPE | Vitol Inc. | Fuel | Vtb -> 1853922 | VOY | Internal |
| OPE | Vitol Inc. | Fuel | Vtb | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb | VOY | External |
| OPE | Vitol Inc. | Fuel | Vtb -> 1853922 | VOY | Internal |

000708

000709

000711

000712

000716

000717

000718

000719

000722

000723

000726

000727

000728

000729

000730

000731

000732

| Voucher Ref | Paymt Ref | Month | Season | Year | COB Date | Diff Status |
|---|---|---|---|---|---|---|
| | | | | | 10/27/2017 0:00 | |
| P1753559 | CM55951 | | | | 10/27/2017 0:00 | |
| P1746218 | T502089 | | | | 10/27/2017 0:00 | |
| P1746220 | T502089 | | | | 10/27/2017 0:00 | |
| P1746216 | T502089 | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| P1756758 | | | | | 10/27/2017 0:00 | |
| P1754345 | | | | | 10/27/2017 0:00 | |
| P1759420 | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| P1737292 | CM46582 | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| S1748872 | S1748872 | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| | | | | | 10/27/2017 0:00 | |
| C1710153 | | | | | 10/27/2017 0:00 | |
| C1714220 | | | | | 10/27/2017 0:00 | |
| P1743683 | CM49249 | | | | 10/27/2017 0:00 | |
| P1743686 | CM49248 | | | | 10/27/2017 0:00 | |
| TV179185 | | | | | 10/27/2017 0:00 | |

000734

000735

000736

000737

000740

000743

000750

000751

000752

000754

000756

000757

| Fixing Date | Is Fixing Cur | Fixing Code | Fixing Pair | Fixing Name | Portfolio Desc |
|---|---|---|---|---|---|
| | | | | | |

000760

000761