000764

000766

000767

000768

000770

000771

000772

000773

000774

000775

000776

000777

000778

000781

000782

| IRIS Formula Type | Hedge Adv Trad | Period | Trade Date | Booking Rate Month |
|---|---|---|---|---|
| CON | EJK | JUL-17 | 7/21/2017 0:00 | |
| CON | EJK | | | |
| CON | EJK | JUL-17 | 7/12/2017 0:00 | |
| CON | EJK | JUL-17 | 7/20/2017 0:00 | |
| CON | EJK | JUL-17 | 7/25/2017 0:00 | |
| CON | EJK | OCT-17 | 9/25/2017 0:00 | |
| CON | EJK | OCT-17 | 10/19/2017 0:00 | |
| CON | EJK | OCT-17 | 10/19/2017 0:00 | |
| CON | EJK | JUL-17 | 7/20/2017 0:00 | |
| CON | EJK | JUL-17 | 7/21/2017 0:00 | |
| CON | EJK | | | |
| CON | EJK | SEP-17 | 6/30/2017 0:00 | |
| CON | EJK | SEP-17 | 7/12/2017 0:00 | |
| CON | EJK | SEP-17 | | |
| CON | EJK | | | |
| CON | EJK | | | |
| CON | EJK | SEP-17 | | |
| CON | EJK | SEP-17 | | |
| CON | EJK | AUG-17 | | |
| CON | EJK | AUG-17 | | |
| CON | EJK | | | |
| CON | EJK | SEP-17 | 6/30/2017 0:00 | |
| CON | EJK | JUL-17 | 7/25/2017 0:00 | |
| CON | EJK | JUL-17 | 7/21/2017 0:00 | |
| CON | EJK | JUL-17 | 7/28/2017 0:00 | |
| CON | EJK | AUG-17 | | |
| CON | EJK | AUG-17 | | |
| CON | EJK | | | |

000783

000787

000790

000793

000794

000796

000798

000801

000803

000806

000807

| Live FXR Rate Flag | Cost Date Created | Deal Period | Deal Status Code | Hedge Status Date |
|---|---|---|---|---|
| N | 10/16/2017 1:51 | | OPE | 6/30/2017 0:00 |
| N | 9/28/2017 1:17 | | OPE | 6/30/2017 0:00 |
| N | 7/12/2017 16:11 | | OPE | 6/30/2017 0:00 |
| N | 7/20/2017 16:04 | | OPE | 6/30/2017 0:00 |
| N | 7/25/2017 16:27 | | OPE | 6/30/2017 0:00 |
| N | 9/25/2017 14:20 | | OPE | 6/30/2017 0:00 |
| N | 10/19/2017 14:19 | | OPE | 6/30/2017 0:00 |
| N | 10/19/2017 14:16 | | OPE | 6/30/2017 0:00 |
| N | 10/16/2017 14:46 | | OPE | 6/30/2017 0:00 |
| N | 10/3/2017 13:17 | | OPE | 6/30/2017 0:00 |
| N | 10/23/2017 15:51 | | OPE | 6/30/2017 0:00 |
| N | 7/18/2017 15:49 | SEP-17 | REA | 6/30/2017 0:00 |
| N | 7/19/2017 9:20 | SEP-17 | REA | 6/30/2017 0:00 |
| N | 7/6/2017 9:54 | SEP-17 | REA | 6/30/2017 0:00 |
| N | 8/10/2017 15:24 | | OPE | 6/30/2017 0:00 |
| N | 8/10/2017 15:25 | | OPE | 6/30/2017 0:00 |
| N | 7/6/2017 9:55 | SEP-17 | REA | 6/30/2017 0:00 |
| N | 7/28/2017 10:33 | SEP-17 | REA | 6/30/2017 0:00 |
| N | 8/8/2017 11:34 | AUG-17 | OPE | 6/30/2017 0:00 |
| N | 8/8/2017 11:34 | AUG-17 | OPE | 6/30/2017 0:00 |
| N | 8/10/2017 15:25 | | OPE | 6/30/2017 0:00 |
| N | 7/21/2017 19:42 | SEP-17 | REA | 6/30/2017 0:00 |
| N | 8/3/2017 19:42 | | OPE | 6/30/2017 0:00 |
| N | 8/10/2017 19:43 | | OPE | 6/30/2017 0:00 |
| N | 8/3/2017 19:42 | | OPE | 6/30/2017 0:00 |
| N | 8/4/2017 12:02 | AUG-17 | OPE | 6/30/2017 0:00 |
| N | 8/4/2017 12:02 | AUG-17 | OPE | 6/30/2017 0:00 |
| N | 8/4/2017 19:33 | | OPE | 6/30/2017 0:00 |

000809

000810

000811

000812

000813

000815

000817

000818

000820

000822

000823

000824

000826

000828

000831

000832

| Hedge Creation Date | Amount Cobdate | Amount VS Cobdate | Booked Amount Cobdate |
| --- | --- | --- | --- |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |
| 6/30/2017 13:47 | | | |

000834

000836

000837

000839

000841

000842

000850

000855

000856

000857

| Booked Amount VS Cobdate | Hierarchy Full Path |
|---|---|
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |
| | USGC \ Fuel \ Fuel HOU \ Fuel WW \ All WW \ Standard WW incl non-trading |

000860

000861

000862

000863

000864

000866

000867

000868

000870

000871

000873

000875

000876

000880