**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Arthur Jacob Brass, | § | Case No. 21-60025 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| Vitol Inc. | § | |
| | § | |
| | § | |
| v. | § | Adversary No. 21-06006 |
| | § | |
| Arthur Jacob Brass | § | |

## ADMITTED EXHIBITS

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| Vitol-1 | 2016-11-17 email re GCAC talking points (with attachment) | Sep. 7, 2022 | Vitol_4187-4188 |
| Vitol-3 | 2017-07-17 email re Purchase Citgo SHCF | Sep. 7, 2022 | Vitol_791 |
| Vitol-4 | 2017-07-21 email re Summary Truck Report | Sep. 21, 2022 | Vitol_1834 |
| Vitol-8 | 2017-08-01 email re cash needed | Sep. 16, 2022 | AJB_3997 |
| Vitol-9 | 2017-08-03 email re Payroll account | Sep. 16, 2022 | AJB_3960 |
| Vitol-12 | 2017-08-15 email 2 deals | Sep. 7, 2022 | GCAC_4631-4632 |
| Vitol-14 | 2017-08-21 email re interim financing structure bullets (with attachment) | Sep. 7, 2022 | GCAC_4694-4695 |
| Vitol-18 | 2017-09-15 email re VALT sale out of Rio-Mobile | Sep. 7, 2022 | GCAC_5167-5168 |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| Vitol-19 | 2017-09-25 email re Exxon purchase | Sep. 7, 2022 | GCAC_5427-5428 |
| Vitol-20 | 2017-09-25 email re 2 deals out of Rio Inventory | Sep. 16, 2022 | GCAC_5439-5444 |
| Vitol-21 | 2017-10-02 email re GCAC sale to valt out rio inventory | Sep. 21, 2022 | GCAC_5591-5593 |
| Vitol-22 | 2017-10-11 email re sale from GCAC to Gunvor | Sep. 7, 2022 | Vitol_801 |
| Vitol-23 | 2017-10-11 email re sale from GCAC to Gunvor | Sep. 7, 2022 | GCAC_5727-5728 |
| Vitol-25 | 2017-10-25 email re draft term sheet GCAC | Sep. 7, 2022 | Vitol_1083-1085 |
| Vitol-28 | 2017-11-16 email re Vitol Invoices | Sep. 21, 2022 | AJB_4098 |
| Vitol-35 | 2017-12-15 email re Wire to Vitol | Sep. 21, 2022 | AJB_4103 |
| Vitol-47 | 2018-01-26 email re Vitol | Sep. 21, 2022 | AJB_8 |
| Vitol-51 | 2018-02-13 Email re Fwd: | Sep. 21, 2022 | Vitol_194 |
| Vitol-54 **Not offered for truth of the matter asserted** | 2018-04-10 Email re GCAC sheet | Sep. 7, 2022 & Sep. 21, 2022 | Vitol_1529 |
| Vitol-75 (Redacted) | IBC Business Records | Aug. 31, 2022 NB: entire exhibit except pages 6-7 and blank pages | IBC_1-5, 8-16, 19-28, 33, 39, 43-52, 55-108, 111-124, 126-140, 143-150, 153-156, 161-194, 197-222, 235, 239-240, 247, 253-256, 259-260, 262-270, 272-278, 281-282, |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| | | | 285-286, 288, 290, 292, 299-304, 306-308, 311-324, 326, 329-1204, 1207-1266, 1269-1560, 1563-1567, 1569-1571, 1576, 1579, 1583-1584, 1599-1600, 1609-1612, 1615-1622, 1625-1626, 1628, 1630-1632, 1635-1794, 1797-1804, 1807-1822, 1824-1826, 1829-1838, 1843-1848, 1853-1854, 1857-1858, 1861-1868, 1871-1872, 1875-1876, 1878-1880, 1882-1886, 1891-1902, 1904, 1911-1930, 1935-1938, 1941-1942, 1945-1946, 1949-1954, 1957-1972, 1977-2327, 2330-2346, 2349-2362, 2367-2368, 2370-2371, 2373-2376, 2383-2406, 2426-2430, 2433-2434, 2440, 2442-2444, 2446, 2449-2450, 2457-2547, 2549-2553, 2555-2599, 2601-2620, 2633-2638, 2643-2646, 2649-2739, 2745-2754, 2759-2799 |
| Vitol-77 (Redacted) | Chubb Jewelry Rider | Sep. 21, 2022 | Chubb_143-174 (Jewelry Rider) |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| Vitol-80 (Redacted) | Cadence Business Records | Aug. 31, 2022 | Cadence_61-63, 139-140, 142-147, 149-155, 158-162, 164-166, 168-169, 171, 177-240 |
| Vitol-81-174 | 2017 Consolidated Balance Sheet | Aug. 31, 2022 | EEPB_174 |
| Vitol-81-175 | 2017 Consolidated Income Statement | Sep. 2, 2022 | EEPB_175 |
| Vitol-81-181 | 2018 Consolidated Balance Sheet | Sep. 2, 2022 | EEPB_181 |
| Vitol-81-190 | 2018 Consolidated Income Statement | Sep. 2, 2022 | EEPB_190 |
| Vitol-83 **Judicial Notice** | Certified Copy of Superior Crude – Original Petition | Sep. 21, 2022 | n/a |
| Vitol-86 **Judicial Notice** | Certified Copy of Vitol's Second Amended Counterclaim (2019) | Sep. 2, 2022 | n/a |
| Vitol-89 | 2020-11-19 Agreed Final Judgment | Sep. 21, 2022 | n/a |
| Vitol-93 | 2021-04-27 GCAC Bankruptcy Schedules | Sep. 21, 2022 | n/a |
| Vitol-100 (Redacted) | 2018-09-15 GCAC Tax Returns 2017 | Sep. 21, 2022 | Admitted except for transmittal pages |
| Vitol-124 (Redacted) | Selected Iberia Documents (produced by Debtor) | Aug. 31, 2022 | Debtor_5-9, 11-15, 17-29, 31-47, 49-103, 105-131, 133-139, 141-163, 165-181, 183-187, 189-201, 203, 205-219, 221-231, 233-243, 245-259, 261-279, 281-285, 287-299, |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
|  |  |  | 301-305, 307-311, 313-319, 321-327, 329-339, 341-371, 373-391, 393-413, 415-419, 421-429, 431-437, 439-457, 459-463, 465-481, 483-491, 493-519, 521-525, 527-531, 533-539, 541-545, 547-549, 551-553, 555-557, 559-561, 563, 565-567, 569-571, 573-575, 577-579, 581-583, 585-587, 589-597, 599-613, 615-619, 621-623, 625-629, 631-633, 635-724 |

Message
_____

**From**:        Steve Barth [SZB@Vitol.com]
**Sent**:        11/17/2016 3:56:40 PM
**To**:          AJ Brass [aj@abrass.com]; Jason Goldstein (jg@gravitymidstream.com) [jg@gravitymidstream.com]
**CC**:          Stephen Chiu [SRC@Vitol.com]; Eric Kuo [ejk@Vitol.com]
**Subject**:     Vitol GCAC joint venture talking points 111616.docx
**Attachments**: Vitol GCAC joint venture talking points 111616.docx


Guys,

Here are what I think are the main talking points for us to get started.  Clearly, this is not inclusive of all considerations, nor are we representing that we have internal agreement regarding all elements of the structure.  However, we do think it gets us started and has a chance.

Let's try to get some time tomorrow to discuss.

Steve



VITOL EXHIBIT

1

Adv. No.: 21-06006 8/30/2022

003345

Vitol/GCAC Newco
Transaction Overview
November 2016

Vitol and GCAC Newco, "Newco" wish to engage in discussions related to the purchase of the Gravity Midstream, LLC assets located in Corpus Christi, TX.  The following points are for discussion purposes only and do not constitute an offer by either party.

- Vitol and Newco wish to commence discussions related to the acquisition of the Gravity refinery and storage  facilities at Corpus Christi, TX
- The assets consist of an asphalt refinery, existing storage tanks, truck loading and off-loading facilities, rail handling facilities, land sufficient to construct approximately 500k bbls of additional storage and access to various docks, pipelines and other related infrastructure
- The parties would endeavor to purchase the existing assets as well as agree to commence construction of an additional 500k bbls of storage
- The parties currently contemplate an equal ownership (50%/50%) of all the existing and resulting facilities and would hold them in a JV of an agreed upon entity
- Also included in the JV, but possibly held in a separate entity, the parties agree that they will own and operate a wholesale and retail asphalt business
- This entity will utilize the assets of the JV for various processing and storage activities and will agree to pay for such services at market rates
- The parties agree that there are also certain other assets in Mobile, AL which shall also be included in the scope of the JV's activities
- The parties agree that the operational expenses related to these assets will be borne by the JV
- The parties agree that the scope of the JV shall be to operate the processing and storage assets, conduct wholesale and retail asphalt operations at the Corpus Christi as well as the Mobile site and market asphalt for delivery by whatever means possible to Mexico
- All sales of product to be shipped to locations outside the United States, other than Mexico, shall be sold FOB Corpus Christi
- The JV will also offer to Vitol, and/or its affiliates, a first right of refusal for purchase of all volumes FOB Corpus Christi or Mobile
- The JV agrees that it will utilize Vitol purchasing and credit capacity for the purpose of acquiring feedstock or product to be processed or sold through the JV
- The parties agree that the intention of the JV is for both parties to commit to equal capital contribution, however the capital contribution may be constructed to allow for debt to be utilized in the purchase of the assets
- In consideration of certain guarantees of commitment to future revenue streams, Vitol may acquire certain portions of its equity via this structure

Let's discuss.

Steve

003346

**Eric Kuo**

| | |
|---|---|
| **From:** | Patrick Perugini <pperugini@gcachouston.com> |
| **Sent:** | Monday, July 17, 2017 9:11 AM |
| **To:** | Reggie Nichols; FUEL OIL Contracts; Eric Kuo |
| **Subject:** | RE: Purchase Citgo SHCF Tank Transfer 12-14 & 20-25 July |

This contract will change

We are taking all 60 mbs in a 7/12-14 window and pricing ALL 60 mbs in the 7/12-14 window

Eric,

I believe in our favor, can you hedge the remaining bbls?

thanks

**From:** Reggie Nichols [mailto:rnichols@marketexchange.com]
**Sent:** Thursday, July 13, 2017 6:00 PM
**To:** fuelcontracts@vitol.com; Patrick Perugini <pperugini@gcachouston.com>; Eric Kuo <EJK@Vitol.com>
**Subject:** Purchase Citgo SHCF Tank Transfer 12-14 & 20-25 July

Hi Patrick and Eric,

Here is our confirmation of your purchase of Citgo short resid coker feed tank transferred during 12-14 and 20-25 July 2017.

Thanks,
Reggie



**VITOL EXHIBIT**

**3**

Adv. No.: 21-06006 8/30/2022

1

VITOL_00000791

Message

| | |
|---|---|
| **From:** | Eric Kuo [ejk@Vitol.com] |
| **Sent:** | 7/21/2017 2:49:00 PM |
| **To:** | aj@gcachouston.com; Patrick Perugini (pperugini@gcachouston.com) [pperugini@gcachouston.com] |
| **CC:** | Bernardette Scambray [bgh@Vitol.com]; Lance Abernathy [lra@Vitol.com]; Mike Ruzek [mrr@Vitol.com] |
| **Subject:** | FW: Copy of Asphalt Earnings 2015-Mar 2017 (2).xlsx |
| **Attachments:** | Summary Truck Report.xlsx; Presentation to Vitol Regarding GCAC Asphalt Business 3.pptx |

Fyi

**From:** Arthur Brass [mailto:aj@abrass.com]
**Sent:** Friday, July 21, 2017 02:31 PM
**To:** Eric Kuo; Patrick Perugini
**Subject:** RE: Copy of Asphalt Earnings 2015-Mar 2017 (2).xlsx

Eric

Attached please find a summary of CC rack sales by month from inception.  Volumes expected to grow considerably as customer profile increases and seal-coat business kicks off later this year.

Current average prices:

64-22 - $265 / short ton
70-22 - $365 / short ton
76-22 - $415 / short ton
AC-5 -  $290 / short ton

As far as inventory position goes, I think it is accurate to say we have several grades we stock from finished asphalt to a variety of VTB and blendstocks.  They are sourced from a combination of: Exxon, P66, Hunt, Shell, Citgo, etc.  Acquisition prices vary from fuel -13 $/BBL to fuel + 2 $/BBL.

Not sure what additional detail you are looking for here if any.

I would also encourage looking at the attached presentation.

Thanks and let me know what else I can do to help

A.J.



**From:** Eric Kuo [mailto:ejk@Vitol.com]
**Sent:** Tuesday, July 18, 2017 9:06 AM
**To:** Arthur Brass <aj@abrass.com>; Patrick Perugini <pperugini@gcachouston.com>
**Subject:** FW: Copy of Asphalt Earnings 2015-Mar 2017 (2).xlsx

Hey guys,

This from Nick below....I have given them the leases, can you provide breakdown of inventory and rack volumes and prices?

Also, any comments on the TC?

003348

Confidential                                                                        VITOL_00001834

Morning Eric,

I have shared the data with Dan and Roberto to avoid delaying us forming a view.  They are aware its priveliged.

We would also like to see:

- Copies of the Leases at Corpus and Mobile
- Breakdown of the inventory, origin, grade, price.
- Has JV sold asphalt at the rack at corpus to truck?  If yes please share volumes and prices.
- GCAC definitely still have the new 7.5kt Chinese TC vessel and are actively looking to repo her from Asia to the Carribs so we need to get clarity on this as AJ told you GCAC has no vessel commitments.
- Reverting with more comments

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

| | |
|---|---|
| **From:** | Arthur Brass |
| **Sent:** | Tuesday, August 1, 2017 2:38 PM CDT |
| **To:** | John Tomaszweski |
| **Subject:** | Re: Cash Needed |

Yup. Working on getting Vitol to pay their invoices.

Get Outlook for iOS

**From:** John Tomaszweski
**Sent:** Tuesday, August 1, 2017 2:37:19 PM
**To:** Arthur Brass
**Subject:** FW: Cash Needed

AJ

George and me are taken care of you need you need $154,000.00 to take care of the rest.

John

---

**From:** Karen Caldwell
**Sent:** Monday, July 31, 2017 12:35 PM
**To:** Arthur Brass <aj@abrass.com>
**Cc:** John Tomaszweski <johnt@gcachouston.com>
**Subject:** Cash Needed
**Importance:** High

Payroll $ 81,000.00 Due 8/2/17
American Express $ 29,474.94 Due 8/3/17
K Boston $ 65.98 Expense check
C Nicolas $ 424.92 Expense check
G Grace $ 12,971.60 Expense check
Arc $ 42,865.54 Includes an invoice for heating from February
John T $ 7,500.00 Due 8/1/17
G Grace $ 8,000.00 Due 8/1/17
Total Needed $182,302.98 This will get us through the week!
Karen L. Caldwell
Bookkeeper
832-426-3310 Phone
832 383 3881 Fax
accounting@gcachouston.com
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056





AJB0003997

| | |
|---|---|
| **From:** | Arthur Brass |
| **Sent:** | Thursday, August 3, 2017 8:42 AM CDT |
| **To:** | John Tomaszweski |
| **CC:** | Karen Caldwell |
| **Subject:** | Re: payroll account |

If we don't get Vitol money this am I'll have to transfer more in.
Get Outlook for iOS

**From:** John Tomaszweski
**Sent:** Thursday, August 3, 2017 8:35:22 AM
**To:** Arthur Brass
**Cc:** Karen Caldwell
**Subject:** FW: payroll account

AJ
Operating account was charged to cover payroll, now operating account is overdrawn and outstanding checks will be sent back insuffient funds.
John

---

**From:** John Tomaszweski
**Sent:** Wednesday, August 02, 2017 2:12 PM
**To:** Arthur Brass <aj@abrass.com>
**Cc:** Karen Caldwell <kcaldwell@gcachouston.com>
**Subject:** payroll account

AJ
Iberia payroll account overdrawn needs to be covered.
John



**VITOL EXHIBIT**

**9**

Adv. No.: 21-06006 8/30/2022

AJB0003960

| From: | Eric Kuo |
|---|---|
| Sent: | Tuesday, August 15, 2017 11:40 AM CDT |
| To: | Patrick Perugini; Arthur Brass; Kale Krhovjak |
| CC: | Joe Mattingly; Kenny Hucker; George Grace |
| Subject: | RE: 2 deals |

**Hedge on 10kb: Bought 10kb Sep HS @ 44.50**

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Tuesday, August 15, 2017 10:40 AM
**To:** Eric Kuo; Arthur Brass; Kale Krhovjak
**Cc:** Joe Mattingly; Kenny Hucker; George Grace
**Subject:** 2 deals

Deal #1 – Rio inventory in Mobile
Seller: Hunt Refining Company
Buyer: Vitol
Volume: approx 4500 tons (approx. 25 mbs)
Price: $247/t
Location: FOB – Mobile, Al by buyer's vessel
Window: 8/16-18
Quality: PG 67-22 specifications
Credit: mutual between credit 3 ROI
Confirm attached

Deal #2 – Rio inventory in Mobile
Seller: Vitol
Buyer: GCAC
Volume: approx. 35,000 bbls
Price: $249
Location: FOB – Mobile, AL buyer's vessel
Window: 8/28-30
Quality: PG 67-22 and AC-30 specifications
Credit: Open 5 days after ROI

*Back up to deal #2*

*Deal #2 – Rio inventory in Mobile*
*Seller: GCAC*
*Buyer: Gunvor SA*
*Volume: approx. 35,000 bbls*
*Price: $251*
*Location: FOB – Mobile, AL buyer's vessel*
*Window: 8/28-30*



**VITOL EXHIBIT**

**12**

Adv. No.: 21-06006 8/30/2022

*Quality: PG 67-22 and AC-30 specifications*
*Credit: 3 days after ROI*

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

GCAC004632

| | |
|---|---|
| **From:** | Arthur Brass |
| **Sent:** | Monday, August 21, 2017 9:43 PM CDT |
| **To:** | Eric Kuo |
| **Subject:** | FW: Vitol Interim Financing Structure Bullets v2.docx |
| **Attachments:** | Vitol Interim Financing Structure Bullets v2.docx |

This is roughly what we are thinking for interim

Lets talk in AM

Thanks

A.J.

**From:** Jason Goldstein <jgoldstein@gcachouston.com>
**Date:** Monday, August 21, 2017 at 5:44 PM
**To:** Arthur Brass <aj@abrass.com>
**Cc:** Jason Goldstein <jgoldstein@gcachouston.com>
**Subject:** Vitol Interim Financing Structure Bullets v2.docx



**VITOL EXHIBIT**

**14**

Adv. No.: 21-06006 8/30/2022

003354

GCAC004694

**Vitol/GCAC Interim Transaction**

<u>Rio Energy</u>

- Vitol funds GCAC acquisition/cancellation of Rio interest in GCAC/Rio JSMA for (a) original purchase terms or (b) an up-front amount lesser than full earn-out potential, TBD
- GCAC repays Vitol purchase price upon expiration or cancellation of working capital line
- Vitol agrees to backstop any potential liability of Rio's under Rio/Gravity Corpus terminalling agreement (preference for Rio to assign to GCAC with Vitol guaranteeing credit to Gravity/new buyer; prior to assignment, continues as operating today) in order to consummate transaction

<u>GCAC/Asphalt</u>

- Vitol provides credit/provides cash for all GCAC inventory purchases
- Vitol provides receivables financing for GCAC wholesale and retail asphalt sales
- Vitol provides capital for all terminalling fees (Corpus and Mobile)
- For TVM, interest rate of [x]% TBD

<u>GCAC/Non-Asphalt Products</u>

- Vitol and GCAC JV other deals as per mutual agreement
- All capital priced at Vitol TVM
- Profits net of allocable costs (TBD) split 50/50

GCAC004695

| | |
|---|---|
| From: | Eric Kuo |
| Sent: | Friday, September 15, 2017 3:12 PM CDT |
| To: | Patrick Perugini; Mike Ruzek |
| CC: | Arthur Brass; Joe Mattingly; George Grace; Kenny Hucker; Jason Goldstein |
| Subject: | RE: Valt sale out of Rio-mobile inventory |

Bought 28 lots of Nov Brent at 55.55 against this

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Friday, September 15, 2017 02:47 PM
**To:** Eric Kuo; Mike Ruzek
**Cc:** Arthur Brass; Joe Mattingly; George Grace; Kenny Hucker; Jason Goldstein
**Subject:** Valt sale out of Rio-mobile inventory

Deal #1 – Rio inventory in Mobile
Seller: Vitol
Buyer: GCAC
Volume: approx. 8mbs of AC-30
                8mbs of 60/70 PEN
                12mbs of 40/50 PEN
Price: $250/t
Location: FOB – Mobile, AL buyer's vessel ; Buyer Exporter of record
Window: 9/25-30
        36 hours total free time SHINC
Quality: Agreed as AC-30, 60/70 PEN, 40/50 PEN
        Load Temp 265f min (best efforts of 270f)

Credit: Open 5 days after ROI


*Back up for deal #1*

*Seller: GCAC*
*Buyer: VALT*
*Volume: approx. 8mbs of AC-30*
                *8mbs of 60/70 PEN*
                *12mbs of 40/50 PEN*
*Price: $250/t*
*Location: FOB – Mobile, AL buyer's vessel ; Buyer Exporter of record*
*Window: 9/25-30*
        *36 hours total free time SHINC*
*Quality: Agreed as AC-30, 60/70 PEN, 40/50 PEN*
        *Load Temp 265f min (best efforts of 270f)*
*Credit: 3 days after ROI*



**VITOL EXHIBIT**

**18**

Adv. No.: 21-06006 8/30/2022

003356

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

| From: | Eric Kuo |
|---|---|
| Sent: | Monday, September 25, 2017 3:29 PM CDT |
| To: | Patrick Perugini; Mike Ruzek; Bernardette Scambray; Lance Abernathy; Jeannette Nguyen |
| CC: | Arthur Brass; Joe Mattingly; George Grace; Kenny Hucker |
| Subject: | RE: exxon purchase , bitumar sale |

Fri - we bot 75kb of Dec Brt at 56.39

Mon- we sold 75kb of Dec Brt at 57.19

Mon – we bot 75kb Nov HS at 48.80

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Monday, September 25, 2017 01:48 PM
**To:** Eric Kuo; Mike Ruzek
**Cc:** Arthur Brass; Joe Mattingly; George Grace; Kenny Hucker
**Subject:** exxon purchase , bitumar sale

Deal #1 – Vitol buys vtbs from Exxon
Seller: Exxon
Buyer: Vitol
Volume: 80 mbs +/- 10%
Price: Platts USGC HSFO mn - $8.00/bbls
Price days: 10/1-31
Location: FOB – Port Allen, LA
Window: 10/10-20 to be narrowed
Quality: as attached
Credit: 3 ROI

Deal #2 – Vitol sells asphalt to GCAC ( who then sells Bitumar)  <mark>Eric hedged this sale on friday</mark>
Seller: Vitol
Buyer: GCAC
Volume 80 mbs +/- 10%
Price: $285/t
Location: DAP – Baltimore ( will charter the Penn 90 for delivery)
Window: 10/ 20-25
Quality: meeting PG64-22 specifications
Credit: 3 ROI

Backup for deal #2
*Deal #2 – GCAC sells Bitumar*
*Seller: GCAC*
*Buyer: Bitumar*
*Volume 80 mbs +/- 10%*
*Price: $285/t*



VITOL EXHIBIT

**19**

Adv. No.: 21-06006 8/30/2022

003358

GCAC005427

*Location: DAP – Baltimore ( will charter the Penn 90 for delivery)*
*Window: 10/ 20-25*
*Quality: meeting PG64-22 specifications*
*Credit: 3 ROI*

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

GCAC005428

| | |
|---|---|
| From: | Eric Kuo |
| Sent: | Monday, September 25, 2017 4:52 PM CDT |
| To: | Patrick Perugini; Mike Ruzek; Kale Krhovjak; Arthur Brass |
| CC: | Joe Mattingly; Kenny Hucker; George Grace |
| Subject: | RE: 2 deals out of Rio Inventory having to do w/ term  Chevron/GCAC Panama term asphalt deal recap (Oct 2017 thru February 2018) |

Bought 140kb of Nov HS Crack

Hedges:

Bot 35kb Nov HS 48.85, sold 35kb Feb Brent 56.65
Bot 35kb Dec HS 46.80, sold 35kb Mar Brent 56.48
Bot 35kb Jan HS 48.45, sold 35kb Apr Brent 56.35
Bot 35kb Feb HS 48.35, sold 35kb May Brent 56.23

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Monday, September 25, 2017 11:31 AM
**To:** Eric Kuo; Mike Ruzek; Kale Krhovjak; Arthur Brass
**Cc:** Joe Mattingly; Kenny Hucker; George Grace
**Subject:** RE: 2 deals out of Rio Inventory having to do w/ term Chevron/GCAC Panama term asphalt deal recap (Oct 2017 thru February 2018)

Eric,

Remember we have to buy some brent cracks today.

thanks

**From:** Patrick Perugini
**Sent:** Friday, September 22, 2017 4:34 PM
**To:** 'Eric Kuo' <ejk@Vitol.com>; 'mrr@Vitol.com' <mrr@Vitol.com>; Kale Krhovjak
<kale@rioenergy.com>; Arthur Brass <aj@abrass.com>
**Cc:** Joe Mattingly <jmattingly@gcachouston.com>; Kenny Hucker <khucker@gcachouston.com>; George
Grace <ggrace@gcachouston.com>
**Subject:** 2 deals out of Rio Inventory having to do w/ term Chevron/GCAC Panama term asphalt deal
recap (Oct 2017 thru February 2018)

2 deals

We will have to buy the Platts USGC HSFO and sell Brent for appropriate months Monday.

Deal #1



VITOL EXHIBIT

20

Adv. No.: 21-06006 8/30/2022

Seller:       Vitol

Buyer:        GCAC

Product:      AC-30 ASTM D-3381 Table II specs and also meeting Paving Asphalt meeting PG 67-22 AASHTO M-320 and ASTM 6084 for Elastic Recover

Term:         Five months October 1, 2017 through February 28, 2018

Volume:       4 cargos, each 34,000  BBLS +/-10% in sellers option.

Price:        ICE Brent front line settlement minus $0.85 USD per BBL

Pricing:      Average of all available quotations of the month of delivery.   Delivery month to be agreed and 'deemed'  (eg. 30 days per the nomination process below) and that is the deemed delivery month no matter if the vessel is slightly early or slightly late.   Provisional invoice should be based  5 Days around date of delivery (two days before, day of,  and two days after) and adjusted at the end of the month in final invoice to delivery month based on monthly average of ICE  Brent front line settlement.

Delivery:     Delivered to Chevron's terminal DAP Las Minas, Panama

Nominations: Buyer and seller should mutually agree to a 5 day delivery window at least 30 calendar days in advance of desired delivery.

Payment:      Payment five days after ROI and documents

Vessel:       Iver Blessing or substitute meeting Chevron vetting/approval

Laytime:      36 hrs SHINC + 6 hrs NOR

Demurrage: As per Charter Party rate.   However, in no case will demurrage exceed $18,000 USD per day (or $750 USD per hour).

Quality & Quantity determination:   Quality per load B/L and Quantity per discharge shoretank upguage.

Law: New York Law with arbitration.

The following US Sanctions language which is typical in almost all company's GT&Cs –

Despite anything to the contrary elsewhere in the Agreement:

Seller shall not deliver [Product] that originates from a country subject to United States, European Union or United Nations' trade sanctions. Seller shall provide documentation specifying the country of origin (i.e. the country of manufacture or production) of the [Products], failing which, documentation stating such [Product] did not originate from a country subject to United States, European Union or United Nations' trade sanctions. Such documentation shall be provided before, upon or promptly following loading of the [Product].

GCAC005440

Neither party shall be obliged to perform any obligation otherwise required by the Agreement (including without limitation an obligation to (a) perform, deliver, accept, sell, purchase, pay or receive monies to, from, or through a person or entity, or (b) engage in any other acts) if this would be in violation of, inconsistent with, or expose such party to punitive measures under, any laws, regulations, decrees, ordinances, orders, demands, requests, rules or requirements of the EU, any EU member state, the United Nations or the United States applicable to the parties relating to trade sanctions, foreign trade controls, export controls, non-proliferation, anti-terrorism and similar laws (the "Trade Restrictions").

Where any performance by a party would be in violation of, inconsistent with, or expose such party to punitive measures under, the trade restrictions, such party (the "Affected Party") shall, as soon as reasonably practicable give written notice to the other party of its inability to perform. Once such notice has been given the Affected Party shall be entitled:

(i) to immediately suspend the affected obligation (whether payment or performance) until such time as the Affected Party may lawfully discharge such obligation; and/or

(ii) where the inability to discharge the obligation continues (or is reasonably expected to continue) until the end of the contractual time for discharge thereof, to a full release from the affected obligation, provided that where the relevant obligation relates to payment for goods which have already been delivered, the affected payment obligation shall remain suspended (without prejudice to the accrual of any interest on an outstanding payment amount) until such time as the Affected Party may lawfully resume payment; and/or

(iii) where the obligation affected is acceptance of the Vessel, to require the other party to nominate an alternative Vessel;

In each case without any liability whatsoever (including but not limited to any damages for breach of contract, penalties, costs, fees and expenses).

Nothing in the Agreement is intended, and nothing herein should be interpreted or construed, to induce or require either party hereto to act in any manner (including failing to take any actions in connection with the Agreement) which is inconsistent with, penalised or prohibited under any laws, regulations, decrees, ordinance, order, demand, request, rules or requirements of the United States applicable to such party which relate to international boycotts of any type, including but not limited to the Antiboycott laws and regulations of the United States as applicable.

Nothing in this section shall be taken to limit or prevent the operation, where available under the governing law of the Agreement, of any doctrine analogous to the English common law doctrine of frustration (including frustration of the adventure or purpose of the Agreement).

**DEAL #2**

Please see below deal recap discussed between our companies and please kindly revert with your confirmation by tomorrow latest.   Thank you.

GCAC005441

Seller:     Gulf Coast Asphalt Company, LLC

Buyer:      Chevron Products Company

Product:    AC-30 ASTM D-3381 Table II specs and also meeting Paving Asphalt meeting PG 67-22 AASHTO M-320 and ASTM 6084 for Elastic Recover

Term:       Five months October 1, 2017 through February 28, 2018

Volume:     4 cargos, each 34,000  BBLS +/-10% in sellers option.

Price:      ICE Brent front line settlement minus $0.85 USD per BBL

Pricing:    Average of all available quotations of the month of delivery.   Delivery month to be agreed and 'deemed'  (eg. 30 days per the nomination process below) and that is the deemed delivery month no matter if the vessel is slightly early or slightly late.   Provisional invoice should be based  5 Days around date of delivery (two days before, day of,  and two days after) and adjusted at the end of the month in final invoice to delivery month based on monthly average of ICE  Brent front line settlement.

Delivery:   Delivered to Chevron's terminal DAP Las Minas, Panama

Nominations: Buyer and seller should mutually agree to a 5 day delivery window at least 30 calendar days in advance of desired delivery.

Payment:    Payment five days after ROI and documents

Vessel:      Iver Blessing or substitute meeting Chevron vetting/approval

Laytime:    36 hrs SHINC + 6 hrs NOR

Demurrage: As per Charter Party rate.   However, in no case will demurrage exceed $18,000 USD per day (or $750 USD per hour).

Quality & Quantity determination:   Quality per load B/L and Quantity per discharge shoretank upguage.

Law: New York Law with arbitration.

The following US Sanctions language which is typical in almost all company's GT&Cs –

Despite anything to the contrary elsewhere in the Agreement:

Seller shall not deliver [Product] that originates from a country subject to United States, European Union or United Nations' trade sanctions. Seller shall provide documentation specifying the country of origin (i.e. the country of manufacture or production) of the [Products], failing which, documentation stating such [Product] did not originate from a country subject to United States, European Union or United Nations' trade sanctions. Such documentation shall be provided before,

GCAC005442

upon or promptly following loading of the [Product].

Neither party shall be obliged to perform any obligation otherwise required by the Agreement (including without limitation an obligation to (a) perform, deliver, accept, sell, purchase, pay or receive monies to, from, or through a person or entity, or (b) engage in any other acts) if this would be in violation of, inconsistent with, or expose such party to punitive measures under, any laws, regulations, decrees, ordinances, orders, demands, requests, rules or requirements of the EU, any EU member state, the United Nations or the United States applicable to the parties relating to trade sanctions, foreign trade controls, export controls, non-proliferation, anti-terrorism and similar laws (the "Trade Restrictions").

Where any performance by a party would be in violation of, inconsistent with, or expose such party to punitive measures under, the trade restrictions, such party (the "Affected Party") shall, as soon as reasonably practicable give written notice to the other party of its inability to perform. Once such notice has been given the Affected Party shall be entitled:

(i) to immediately suspend the affected obligation (whether payment or performance) until such time as the Affected Party may lawfully discharge such obligation; and/or

(ii) where the inability to discharge the obligation continues (or is reasonably expected to continue) until the end of the contractual time for discharge thereof, to a full release from the affected obligation, provided that where the relevant obligation relates to payment for goods which have already been delivered, the affected payment obligation shall remain suspended (without prejudice to the accrual of any interest on an outstanding payment amount) until such time as the Affected Party may lawfully resume payment; and/or

(iii) where the obligation affected is acceptance of the Vessel, to require the other party to nominate an alternative Vessel;

In each case without any liability whatsoever (including but not limited to any damages for breach of contract, penalties, costs, fees and expenses).

Nothing in the Agreement is intended, and nothing herein should be interpreted or construed, to induce or require either party hereto to act in any manner (including failing to take any actions in connection with the Agreement) which is inconsistent with, penalised or prohibited under any laws, regulations, decrees, ordinance, order, demand, request, rules or requirements of the United States applicable to such party which relate to international boycotts of any type, including but not limited to the Antiboycott laws and regulations of the United States as applicable.

Nothing in this section shall be taken to limit or prevent the operation, where available under the governing law of the Agreement, of any doctrine analogous to the English common law doctrine of frustration (including frustration of the adventure or purpose of the Agreement).

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged.  It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our

GCAC005443

consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

GCAC005444

| From: | Eric Kuo |
|---|---|
| Sent: | Monday, October 2, 2017 4:29 PM CDT |
| To: | Patrick Perugini; Arthur Brass |
| CC: | Joe Mattingly; George Grace; Kenny Hucker |
| Subject: | RE: gcac sale to valt out rio inventory - mobile |

Bought 15kb of Jan Brent at 55.86

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Monday, October 02, 2017 04:23 PM
**To:** Eric Kuo; Arthur Brass
**Cc:** Joe Mattingly; George Grace; Kenny Hucker
**Subject:** gcac sale to valt out rio inventory - mobile

Deal #1 – Rio inventory in Mobile

Seller: Vitol

Buyer: GCAC

Volume: approx. 15000 bbls buyers option for 5mbs more

Price: $247.50

Location: FOB – Mobile, AL buyer's vessel

Window: October 20-25, 2017

Quality: 60/70 pen meeting ASTM D 946

Load temp:      Min 265 F, best endeavors by Seller for 270 F

Payment:        Open Credit, 3 days after ROI


*Back up to deal #1*

*Deal #1 – Rio inventory in Mobile*

*Seller: GCAC*

*Buyer: VALT*

*Volume: approx. 15000 bbls buyers option for 5mbs more*

*Price: $247.50*

*Location: FOB – Mobile, AL buyer's vessel*

*Window: October 20-25, 2017*

*Quality: 60/70 pen meeting ASTM D 946*

*Load temp:      Min 265 F, best endeavors by Seller for 270 F*

*Payment:        Open Credit, 3 days after ROI*

confirm below



**VITOL EXHIBIT**

**21**

Adv. No.: 21-06006 8/30/2022

003366

**From:** George Grace
**Sent:** Monday, October 2, 2017 11:50 AM
**To:** Joe Mattingly <jmattingly@gcachouston.com>; Kenny Hucker <khucker@gcachouston.com>; Patrick Perugini <pperugini@gcachouston.com>; Arthur Brass <aj@abrass.com>
**Subject:** FW: SPRING - Voyage 15 - Purchase cargo from GCAC OCT 2017

**From:** Scott Jealous [mailto:sjealous@valtasphalt.com]
**Sent:** Monday, October 2, 2017 1:47 PM
**To:** George Grace <ggrace@gcachouston.com>
**Subject:** SPRING - Voyage 15 - Purchase cargo from GCAC OCT 2017

Geo,
Confirming telcon today

Seller:          GCAC

Buyer          VALT Asphalt

Product:        Bitumen in Bulk

Grade  :        60/70 pen meeting ASTM D 946

Load range:    October 20-25, 2017
Load port:     Mobile, AL
Vessel:        M/T Asphalt  Spring
Quantity:      FIRM – 15,000 net bbls
               BUYERS OPTION – Up to an additional 5,000 net bbls same grade
Price          USD 247.50 / Short Ton, Fixed and Firm, FOB Mobile, for both Firm and Option bbls
Load temp:     Min 265 F, best endeavors by Seller for 270 F
Payment:       Open Credit, Payment due after receipt of invoice & supporting docs
All other terms as per last done

Rgs
Scott
As directed by
VALT Asphalt Sarl

*IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our*

GCAC005592

consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @valtasphalt.com are communications to the firm and are not private or confidential to any named individual.

003368

GCAC005593

**Eric Kuo**

| | |
|---|---|
| **From:** | Patrick Perugini <pperugini@gcachouston.com> |
| **Sent:** | Wednesday, October 11, 2017 9:54 AM |
| **To:** | Eric Kuo |
| **Subject:** | RE: Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory |

correct

**From:** Eric Kuo [mailto:ejk@Vitol.com]
**Sent:** Wednesday, October 11, 2017 7:53 AM
**To:** Patrick Perugini <pperugini@gcachouston.com>
**Subject:** RE: Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory

Need to hedge the fixed price, right?

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Wednesday, October 11, 2017 09:52 AM
**To:** Eric Kuo; Arthur Brass
**Cc:** Kale Krhovjak; Mike Ruzek; Joe Mattingly; George Grace; Kenny Hucker
**Subject:** Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory

Deal #1 – Rio inventory in Corpus
Seller: Vitol
Buyer: GCAC
Volume: approx. 5,000 MT +/- 10% Buyers Option
Price: $245.00/t
Location: FOB – Corpus Christi, TX  buyer's vessel
Window: October 15-18
Quality: attached
Payment:       Open Credit, 3 days after ROI

*Back up to deal #1*

*Deal #1 – Rio inventory in Corpus*
*Seller: GCAC*
*Buyer: Gunvor SA*
*Volume: approx. 5,000 MT +/- 10% Buyers Option*
*Price: $245.00/t*
*Location: FOB – Corpus Christi, TX  buyer's vessel*
*Window: October 15-18*
*Quality: attached*
*Payment:       Open Credit, 3 days after ROI*



VITOL EXHIBIT

**22**

Adv. No.: 21-06006 8/30/2022

003369

1

Confidential

| From: | Eric Kuo |
|---|---|
| Sent: | Wednesday, October 11, 2017 10:00 AM CDT |
| To: | Patrick Perugini; Arthur Brass |
| CC: | Kale Krhovjak; Mike Ruzek; Joe Mattingly; George Grace; Kenny Hucker; Bernardette Scambray; Lance Abernathy; Jeannette Nguyen |
| Subject: | RE: Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory |

Bought 30kb Nov HS at 48.05 to hedge.

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Wednesday, October 11, 2017 09:52 AM
**To:** Eric Kuo; Arthur Brass
**Cc:** Kale Krhovjak; Mike Ruzek; Joe Mattingly; George Grace; Kenny Hucker
**Subject:** Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory

Deal #1 – Rio inventory in Corpus
Seller: Vitol
Buyer: GCAC
Volume: approx. 5,000 MT +/- 10% Buyers Option
Price: $245.00/t
Location: FOB – Corpus Christi, TX  buyer's vessel
Window: October 15-18
Quality: attached
Payment:        Open Credit, 3 days after ROI


*Back up to deal #1*

*Deal #1 – Rio inventory in Corpus*
*Seller: GCAC*
*Buyer: Gunvor SA*
*Volume: approx. 5,000 MT +/- 10% Buyers Option*
*Price: $245.00/t*
*Location: FOB – Corpus Christi, TX  buyer's vessel*
*Window: October 15-18*
*Quality: attached*
*Payment:        Open Credit, 3 days after ROI*

**VITOL EXHIBIT**

**23**

Adv. No.: 21-06006 8/30/2022

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

003371

GCAC005728

| | |
|---|---|
| **From:** | Daniel Sargeant |
| **To:** | Chris Bake |
| **Cc:** | Guillaume Quiviger; Nick Fay; Eric Kuo; Steve Barth; Roberto Finocchi; hsargeant@sargeant.net |
| **Subject:** | Re: Draft term sheet GCAC |
| **Date:** | Wednesday, October 25, 2017 2:01:36 PM |

Chris,

Thank you for the update and the continued support over the course of this deal with GCAC.

Believe based on what we have seen over the last few months this is the best result for Valt.

Best Regards,

Dan

**From:** Chris Bake [cpb@Vitol.com]
**Sent:** October 25, 2017 at 1:49:38 PM
**To:** Daniel Sargeant
**CC:** Guillaume Quiviger, Nick Fay, Eric Kuo, Steve Barth, Roberto Finocchi, Harry Sr.
**Subject:** RE: Draft term sheet GCAC

Dan,

Since this note there have been various conversations with Houston, there is clear acknowledgement that a commercial deal between GCAC and VALT is unlikely to succeed despite efforts made, and that GCAC want to have a footprint beyond FOB and will keep pushing to try and establish that.

Vitol have advised GCAC that Vitol will not move forward with any form of JV and the current financing arrangement is being wound down in an orderly manner with immediate effect.
From receiving the notice from Vitol, we understand that GCAC have moved forward with Mercuria, and they will likely step into the Corpus tanks and likely also assume the financing role. None of that is unexpected.  Understand that is to be finalised by the 15th of November.

Regret that the evolution of this deal has consumed a fair amount of time and attention for all of us, and am frustrated that we were'nt able to bring GCAC to a reasonable commercial settlement.

Thank you for being patient as we tried to make that happen.

Regards

**From:** Daniel Sargeant
**Sent:** 13 October 2017 18:11
**To:** Chris Bake
**Cc:** Guillaume Quiviger; Nick Fay; Eric Kuo; Steve Barth; Roberto Finocchi; Harry Sr.
**Subject:** FW: Draft term sheet GCAC



VITOL EXHIBIT
25
Adv. No.: 21-06006 8/30/2022

003372

Confidential

Chris,

Monday will be 3 weeks since we made a more than fair offer to GCAC on a solution for all parties to move forward with GCAC. We have tried pursuing multiple opportunities (Panama, Ship financing, and now the below supply agreement), without success to date.  The latest failure to get a deal through in my mind demonstrates a lack of commitment from their side to make things work.

At the same time employees of GCAC such as George Grace are actively pursuing a time charter of an asphalt vessel on behalf of Vitol (after declining Valt support) to trade in the Caribbean in direct competition to Valt. It is clear they have no desire to work with Valt.

At this point I would ask that the Vitol/GCAC relationship be terminated immediately to avoid any further conflicts, and I would refer you to the Valt shareholder agreement non-compete clause.

Best Regards,

Dan

---

**From:** Roberto Finocchi
**Sent:** 25 September 2017 13:40
**To:** Arthur Brass; Patrick Perugini
**Cc:** Daniel Sargeant; Nick Fay
**Subject:** Draft term sheet GCAC

AJ and Patrick,

We propose the following supply contract. Probably better to meet to discuss the multiple open items.

Seller:             Gulf Coast Asphalt Corporation (GCAC)

Buyer:             VALT Asphalt Sarl

Quantity:          40,000 – 70,000 barrels per month to be discussed. Monthly volume may be accumulated for larger shipments.

Quality:           PG 64-22 or PG 67-22 as per ASHTOO M320 or AC-30, AC-20 as per ASTM D-3381 Table 2 or Pen 60/70 or Pen 35-50 as per ASTM D946 table 2. Buyer may nominate any other grade or specialty grade subject to confirmation by Seller.

Origin:            Mobile, AL. Alternatively Corpus Christi, TX subject to Buyer's acceptance.

Q&Q determination:    LOAD PORT - SHORE TANKS

Inspection:        50/50

Vessel:            TBN to be approved by GCAC and corresponding terminals in

Confidential

Mobile and Corpus Christi

Term:               From October 1, 2017 to September 30, 2018.

Laytime:            36 h + 6 hrs NOR

Demurrage:       AS PER C/P.

Price FOB Mobile: Lowest of Poten and Partners mean Gulf Coast/Mid-South Barge under column selling price Asphalt Cement quote from last available Asphalt Weekly Monitor report on B/L date minus US$20/ST or Poten and Partners Low Gulf Coast/Mid-South Barge under column selling price Asphalt Cement quote from last available Asphalt Weekly Monitor report on B/L date minus US$10/ST. For cargoes FOB Corpus Christi additional 1 $/ST discount to be applied to above formulas

In case of two port loading cargoes…. to be discussed

Pricing:             Latest Poten & Partners AWM quote available on B/L date.

Credit terms:    Open credit

Payment:          10 calendar days after BL (BL= 0)

Law:                 New York Law. Arbitration under ICC rules

GT&C:             Incoterms 2010 and SHELL

Nomination procedure: open to discussion

By the 10th of previous month, Seller will indicate Buyer, a 10 day laycan, quantities,and grades for product that may be available for the month of lifting.

By the 15th of previous month, Buyer will nominate 10 day tentative loading range(s) and tentative grade or grades and specs  for each loading range for the month of liftings. No later than 10 days prior to the first day of the loading range, Buyer  will narrowed to a 5 day loading range and will nominate the grade and specifications required  and not later than 5 days prior to the first day of the loading range to a three day loading range.

In any given month, GCAC will inform VALT  quantity, grades and loading range  of cargoes that are still available for sale  no later than 10 days prior to the first day of the intented loading range. Valt will confirm to GCAC within 3 days its interest on such cargo after which GCAC may sell the cargoin the open market.

Regards

Confidential

| From: | Arthur Brass |
| --- | --- |
| Sent: | Thursday, November 16, 2017 5:43 PM CST |
| To: | Jason Goldstein |
| CC: | John Tomaszewski |
| Subject: | Re: Vitol Invoices |

Agreed w/ Vitol to wire them 4MM tomorrow.
That should take care of everything through close unless we collect a bunch more $ in the next few weeks and need to balance again.
Thanks
AJ

Sent from my iPhone

On Nov 16, 2017, at 11:09 AM, Jason Goldstein <jgoldstein@gcachouston.com> wrote:

> Looking at numbers now.
>
> Sent from my iPhone
>
> On Nov 16, 2017, at 10:51 AM, Arthur Brass <aj@abrass.com> wrote:
>
>> We're working with them.
>> It's not so simple as they are saying. We are talking to them and working through.
>>
>> Sent from my iPhone
>>
>> On Nov 16, 2017, at 10:46 AM, John Tomaszewski <johnt@gcachouston.com> wrote:
>>
>>> We need to respond
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Mike Ruzek <mrr@Vitol.com>
>>>> **Date:** November 16, 2017 at 10:06:40 AM EST
>>>> **To:** 'Joe Mattingly' <jmattingly@gcachouston.com>
>>>> **Cc:** 'John Tomaszewski' <johnt@gcachouston.com>, Eric Kuo <ejk@Vitol.com>, "Tom Moran" <tam@Vitol.com>, Mike Ruzek <mrr@Vitol.com>
>>>> **Subject: RE: Vitol Invoices**
>>>>
>>>> Good Morning



**VITOL EXHIBIT**

**28**

Adv. No.: 21-06006 8/30/2022

003375

AJB0004098

I have received no response on the below, can you please advise ASAP

We need to set up payment for tomorrow

Thanks
Mike Ruzek
Vitol inc.

---

**From:** Mike Ruzek
**Sent:** Wednesday, November 15, 2017 06:54 AM
**To:** 'Joe Mattingly'
**Cc:** John Tomaszewski; Eric Kuo; Mike Ruzek
**Subject:** RE: Vitol Invoices

Good Morning

Please advise on the below so I can raise invoices this AM

Thanks
Mike Ruzek
Vitol Inc.

---

**From:** Joe Mattingly [mailto:jmattingly@gcachouston.com]
**Sent:** Tuesday, November 14, 2017 01:28 PM
**To:** Mike Ruzek
**Cc:** John Tomaszewski
**Subject:** RE: Vitol Invoices

Mike,

I have cc'd John Tomizewski who is in our accounts payable group. John, please let me know if you have any questions.

Joe

**From:** Mike Ruzek [mailto:mrr@Vitol.com]
**Sent:** Monday, November 13, 2017 2:26 PM
**To:** Joe Mattingly <jmattingly@gcachouston.com>; Kenny Hucker <khucker@gcachouston.com>
**Cc:** Mike Ruzek <mrr@Vitol.com>
**Subject:** Vitol Invoices
**Importance:** High

Afternoon -

Show I need to invoice GCAC for the following which they should have collected from third party sales

3rd Party

Move Vessel GCAC Sold Vitol Deal Quantity Price Total
------- ----------------- ------------- ----------- -------------------- -------- -----------------
13 Iver Agile Sem Mex 1914582 29,746.94 nbbls $44.00 $1,308,865.36
14 Iver Blessing Gunvor 1915039 6,235.884 ST $245.00 $1,527,791.58
15 Iver Blessing Gunvor 1915045 6,198.949 ST $249.00 $1,543,538.30
19 Asphalt Spring VALT 1915134 4,638.423 ST $250.00 $1,159,605.75
22 Asphalt Spring VALT 1915419 2,639.816 ST $247.50 $653,354.46
23 Da Hua Shan ???? 1915420 6,042.070 ST $245.00 $1,480,307.15
-------------------
$7,673,462.60

Let me know if you agree, I will get you invoices, would like to be funded on Thursday – November 16th

Thanks,

**Mike Ruzek**

Vitol Inc

2925 Richmond Ave., 11th Floor, Houston, TX 77098

T: +1 713-230-1068
M: +1 713-305-2037
E: mrr@vitol.com
<image001.jpg>

To verify that the signature to this message is valid and trusted, click on the authentication stamp. Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

003377

AJB0004100

**From:** Arthur Brass
**Sent:** Friday, December 15, 2017 11:23 AM CST
**To:** Jason Goldstein
**Subject:** Wire to Vitol

Please have John wire 3,700,000 to Vitol before lunch.

Thanks



VITOL EXHIBIT

**35**

Adv. No.: 21-06006 8/30/2022

003378

AJB0004103

**VITOL EXHIBIT**

**47**

Adv. No.: 21-06006 8/30/2022

| | |
|---|---|
| **From:** | Arthur Brass |
| **Sent:** | Friday, January 26, 2018 11:55 AM CST |
| **To:** | Jason Goldstein |
| **Cc:** | John Tomaszewski |
| **Subject:** | Re: Vitol |

Ok. Do we have any large payables out there?

Sent from my iPhone

On Jan 26, 2018, at 10:53 AM, Jason Goldstein <jgoldstein@gcachouston.com> wrote:

> $12.9 in asphalt sales account
> About $440k in truck account
> Expecting approx. $1MM from Rio
>
> So roughly $14MM+ so yes …
>
> John please confirm this makes sense to you …
>
> **From:** Arthur Brass
> **Sent:** Friday, January 26, 2018 11:46 AM
> **To:** Jason Goldstein <jgoldstein@gcachouston.com>
> **Cc:** John Tomaszewski <johnt@gcachouston.com>
> **Subject:** Re: Vitol
>
> To confirm. That will leave us with about 5mm in cash?
>
> Sent from my iPhone
>
> On Jan 26, 2018, at 10:42 AM, Jason Goldstein <jgoldstein@gcachouston.com> wrote:
>
>> Should have copied John before. AJ please reply all when confirming wire amount below.
>>
>> **From:** Jason Goldstein
>> **Sent:** Friday, January 26, 2018 11:21 AM
>> **To:** Arthur Brass <aj@abrass.com>
>> **Subject:** Vitol
>>
>> Confirm that you want to pay Vitol $8,934,401.25, which equals
>>
>> 308,990.63 net barrels on Vitol's last spreadsheet * $43.77 less truck rack monies of $4,590,118.63

Message

**From:**     Arthur Brass [aj@abrass.com]
**Sent:**     2/13/2018 4:15:35 PM
**To:**       Eric Kuo [ejk@Vitol.com]
**CC:**       Jason Goldstein [jgoldstein@gcachouston.com]; Mike Ruzek [mrr@Vitol.com]; Joe Mattingly
             [jmattingly@gcachouston.com]
**Subject:**  Fwd:

Hi Eric

Attached is an initial assessment of interim balance due Vitol.  While still under review, hopefully you can see that balances are far closer to even than your previous emails would suggest.  We are continuing to refine and validate the numbers but wanted to let you know where we are at present.

Thanks

A.J.


Begin forwarded message:

**From:** Jason Goldstein <jgoldstein@gcachouston.com>
**Date:** February 12, 2018 at 5:44:52 PM EST
**To:** Arthur Brass <aj@abrass.com>

|  | _BBL_ | _$_ | _Per_ |
|---|---|---|---|
| Vitol Buys After Initial | 1,081,924 | $  45,095,721 | $  41.68 |
| Initial + Exxon | 307,832 | $  13,473,808 | $  43.77 |
| Total Purchases | 1,389,756 | $  58,569,529 | $  42.14 |
|  |  |  |  |
| Sales to 3rd Parties | 525,250 | $  24,336,600 | $  46.33 |
| GCAC Purchased Barrels | 38,413 | $  1,799,649 | $  46.85 |
| Sales to Rio at Termination | 184,173 | $  8,948,761 | $  48.59 |
| Truck Rack Receipts |  | $  4,590,119 |  |
| Rio Paid for 7/25 CITGO | 25,232 | $  1,104,401 |  |
| GCAC Payments |  | $  16,634,401 |  |
| Total Value Received |  | $  57,413,931 |  |
|  |  |  |  |
|  |  | $  1,155,598 |  |

003380

Confidential

VITOL_00000194

VITOL EXHIBIT

51

Adv. No.: 21-06006 8/30/2022

**VITOL EXHIBIT**

**54**

Adv. No.: 21-06006 8/30/2022

| | |
|---|---|
| **From:** | Eric Kuo |
| **To:** | AJ Brass |
| **Subject:** | Fwd: GCAC Sheet |
| **Date:** | Tuesday, April 10, 2018 8:35:10 PM |
| **Attachments:** | GCAC Position 10 Apr 18.xlsx |
| | ATT00001.htm |

Begin forwarded message:

**From:** Mike Ruzek <mrr@Vitol.com>
**Date:** April 10, 2018 at 8:33:22 PM CDT
**To:** Eric Kuo <ejk@Vitol.com>
**Cc:** Tom Moran <tam@Vitol.com>, Mike Ruzek <mrr@Vitol.com>
**Subject: GCAC Sheet**

I cleaned up

Small change from the numbers earlier as I had to have the TCR calc out to April 10, 2018

| Value | Description |
|---|---|
| $3,769,093.46 | Product cost true up due Vitol |
| $1,339,628.68 | Deal related costs (Freight, Demurrage, Inspection, etc.) |
| $2,632,252.96 | Storage related costs (Tank lease, heat, throughput, take or pay) |
| $351,012.20 | TVM          April 10, 2018 |
| $200,890.09 | TCR     *Now reflects April 10th (was Mar 7th on earlier version)* |
| $6,244,480.00 | Hedging |
| $279,210.00 | Arc Mobile tank rental Jul '17 & Aug '17 ($139,605 x 2) |
| $256,589.95 | Freight Titanio delivery Deal #3 |
| **$15,073,157.34** | **Total Due Vitol** |

003381

Confidential

VITOL_00001529