STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/18    Page    3
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | 20181115MMQFMP9H000965 | |
|  | 20181115B1QGC01R045322 | |
|  | 11151245FT03 | |
| 11/15 | IPFSPMTTXH IPFS877-615-4242 | 4,587.34- |
|  | CCD   GULF COAST ASPHALT COM | |
| 11/15 | P-CARD PMT IBERIA | 6,017.56- |
|  | CCD   GULF COAST ASPHALT CB | |
| 11/20 | Account Analysis Charge | 1,027.05- |
| 11/30 | Wire Transfer Debit | 512.51- |
|  | John D Tomaszewski | |



JPMCHASE TEXAS
20181130MMQFMP9H000121
20181130B1QGC01R014716
11300833FT03

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 11/01 | 25488 | 20,363.57 | 11/13 | 25508 | 236.57 | 11/19 | 25522 | 246.07 |
| 11/01 | 25497* | 50,000.00 | 11/06 | 25509 | 1,200.00 | 11/20 | 25523 | 130,000.00 |
| 11/13 | 25498 | 25,722.86 | 11/05 | 25511* | 30,000.00 | 11/26 | 25524 | 135.31 |
| 11/02 | 25499 | 388.52 | 11/06 | 25512 | 30,000.00 | 11/28 | 25525 | 26.54 |
| 11/05 | 25500 | 1,900.00 | 11/09 | 25513 | 2,079.51 | 11/26 | 25526 | 334.00 |
| 11/09 | 25501 | 159.89 | 11/20 | 25514 | 1,250.00 | 11/26 | 25527 | 152.45 |
| 11/05 | 25502 | 2,112.38 | 11/28 | 25515 | 3,161.38 | 11/26 | 25528 | 142.56 |
| 11/08 | 25503 | 1,374.75 | 11/19 | 25516 | 978.16 | 11/27 | 25529 | 377.00 |
| 11/13 | 25504 | 4,811.46 | 11/16 | 25517 | 500.00 | 11/23 | 25530 | 458.09 |
| 11/15 | 25505 | 779.40 | 11/15 | 25518 | 1,155.21 | 11/27 | 25531 | 617.47 |
| 11/08 | 25506 | 20,350.51 | 11/16 | 25519 | 1,290.46 | 11/28 | 25532 | 27,500.00 |
| 11/08 | 25507 | 1,422.00 | 11/21 | 25521* | 165.42 | | | |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/18    Page    4
    GULF COAST ASPHALT COMPANY LLC           Account Number   *******8681
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 104,475.76- | 11/09 | 80,445.34 | 11/21 | 21,749.20 |
| 11/02 | 171,627.47 | 11/13 | 49,674.45 | 11/23 | 21,291.11 |
| 11/05 | 137,615.09 | 11/15 | 25,580.41 | 11/26 | 20,526.79 |
| 11/06 | 106,415.09 | 11/16 | 23,789.95 | 11/27 | 22,170.97 |
| 11/07 | 105,832.00 | 11/19 | 154,191.67 | 11/28 | 18,983.05 |
| 11/08 | 82,684.74 | 11/20 | 21,914.62 | 11/30 | 18,470.54 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

Account Number    *******8681



#25488    11/01/18    $20363.57

#25502    11/05/18    $2112.38

#25497    11/01/18    $50000.00

#25503    11/08/18    $1374.75

#25498    11/13/18    $25722.86

#25504    11/13/18    $4811.46

#25499    11/02/18    $388.52

#25505    11/15/18    $779.40

#25500    11/05/18    $1900.00

#25506    11/08/18    $20350.51

#25501    11/09/18    $159.89

#25507    11/08/18    $1422.00

# IBERIABANK

Account Number    *******8681

Page 6



#25508    11/13/18    $236.57

#25515    11/28/18    $3161.38

#25509    11/06/18    $1200.00

#25516    11/19/18    $978.16

#25511    11/05/18    $30000.00

#25517    11/16/18    $500.00

#25512    11/06/18    $30000.00

#25518    11/15/18    $1155.21

#25513    11/09/18    $2079.51

#25519    11/16/18    $1290.46

#25514    11/20/18    $1250.00

#25521    11/21/18    $165.42

Debtor000405

# IBERIABANK

Account Number  ******8681



#25522   11/19/18   $246.07

#25523   11/20/18   $130000.00

#25524   11/26/18   $135.31

#25525   11/28/18   $26.54

#25526   11/26/18   $334.00

#25527   11/26/18   $152.45

#25528   11/26/18   $142.56

#25529   11/27/18   $377.00

#25530   11/23/18   $458.09

#25531   11/27/18   $617.47

#25532   11/28/18   $27500.00



**STATEMENT OF ACCOUNT**

Date 12/31/18        Page 1 of 7

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

1-800-968-0801


**24-hr Online Banking**
iberiabank.com

1

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 18,470.54 | Statement Dates | 12/03/18 thru 12/31/18 |
| 8 Deposits/Credits | 257,764.94 | Days this Statement Period | 29 |
| 28 Checks/Debits | 265,634.33 | Average Ledger Balance | 35,439.86 |
| Service Charge | .00 | Average Collected Balance | 35,439.86 |
| Interest Paid | .00 | | |
| Current Balance | 10,601.15 | | |

## Your statement now has
# A NEW LOOK!

The difference may appear subtle on this account statement.
We simply made a few visual enhancements to make it easier to read.





**Not enrolled in e-Statements? Log in to Mobile or Online Banking to switch today!**
Receive your account information faster and more securely. In moments, you can download, print/save your statements, and access up to 18 months of statement history through Online Banking.

IBERIABANK TreasuryConnect® and BusinessConnect users:  Please contact your Branch or Treasury Management Technical Support at 1 800 778 5915 to request e Statement access.

*All products and services are subject to approval, including credit approval.

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/04 | TRANSFER  PAYPAL PPD | 9,331.75 |
| 12/11 | TRANSFER  PAYPAL PPD | 40,000.00 |
| 12/11 | Transfer Credit | 44,346.02 |
| 12/12 | Transfer Credit | 135,269.70 |
| 12/13 | Transfer Credit | 5,000.00 |
| 12/19 | Transfer Credit | 5,517.47 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00004009



Page 2 of 7

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000 3456



**STATEMENT OF ACCOUNT**

Date 12/31/18                      Page 3 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/20 | Transfer Credit | 10,000.00 |
| 12/21 | Transfer Credit | 8,300.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/07 | Wire Transfer Debit<br>Capuder Fazio Giacola LLP IOLA<br><br>JPMCHASE<br>Seward Part Lawsuit<br>20181207MMQFMP9H001622<br>20181207B1QGC01R048972<br>12071441FT03 | 4,450.00 |
| 12/07 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste<br><br>IBERIABANK<br>20181207MMQFMP9H000059<br>20181207MMQFMP9H000191<br>12070837FT03 | 9,316.75 |
| 12/12 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20181212MMQFMP9H000026<br>20181212B1QGC01R007990<br>12120801FT01 | 5,000.00 |
| 12/14 | P CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 5,261.99 |
| 12/18 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20181218MMQFMP9H000563<br>20181218B1QGC01R024435<br>12181123FT01 | 370.17 |
| 12/20 | Account Analysis Charge | 867.99 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 4 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number \*\*\*\*\*\*\*8681

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/21 | Wire Transfer Debit<br>KEVIN BOSTON<br><br>JPMCHASE TEXAS<br>20181221MMQFMP9H001145<br>20181221B1QGC01R034870<br>12211142FT01 | 1,500.00 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 12/21 | 25510 | 1,325.00 | 12/11 | 25538 | 2,941.78 | 12/18 | 25545 | 5,000.00 |
| 12/06 | 25520* | 298.45 | 12/17 | 25539 | 2,638.65 | 12/19 | 25546 | 517.47 |
| 12/05 | 25533* | 2,019.58 | 12/14 | 25540 | 256.07 | 12/20 | 25547 | 10,000.00 |
| 12/18 | 25534 | 25,722.86 | 12/17 | 25541 | 825.66 | 12/24 | 25548 | 2,500.00 |
| 12/14 | 25535 | 1,200.00 | 12/14 | 25542 | 135,269.70 | 12/21 | 25549 | 800.00 |
| 12/11 | 25536 | 2,875.67 | 12/13 | 25543 | 5,000.00 | 12/24 | 25550 | 5,000.00 |
| 12/10 | 25537 | 24,000.00 | 12/14 | 25544 | 676.54 | 12/24 | 25551 | 10,000.00 |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 18,470.54 | 12/11 | 66,246.08 | 12/19 | 24,294.14 |
| 12/04 | 27,802.29 | 12/12 | 196,515.78 | 12/20 | 23,426.15 |
| 12/05 | 25,782.71 | 12/13 | 196,515.78 | 12/21 | 28,101.15 |
| 12/06 | 25,484.26 | 12/14 | 53,851.48 | 12/24 | 10,601.15 |
| 12/07 | 11,717.51 | 12/17 | 50,387.17 | | |
| 12/10 | 12,282.49 | 12/18 | 19,294.14 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004012

Debtor0004910

# iBERIABANK

Account Number *******8681



| #25510 | 12/21/18 | $1325.00 |
| #25536 | 12/11/18 | $2875.67 |
| #25520 | 12/6/18 | $298.45 |
| #25537 | 12/10/18 | $24000.00 |
| #25533 | 12/5/18 | $2019.58 |
| #25538 | 12/11/18 | $2941.78 |
| #25534 | 12/18/18 | $25722.86 |
| #25539 | 12/17/18 | $2638.65 |
| #25535 | 12/14/18 | $1200.00 |
| #25540 | 12/14/18 | $256.07 |

# IBERIABANK

Account Number *******8681



| #25541 | 12/17/18 | $825.66 |
| #25546 | 12/19/18 | $517.47 |
| #25542 | 12/14/18 | $135269.70 |
| #25547 | 12/20/18 | $10000.00 |
| #25543 | 12/13/18 | $5000.00 |
| #25548 | 12/24/18 | $2500.00 |
| #25544 | 12/14/18 | $676.54 |
| #25549 | 12/21/18 | $800.00 |
| #25545 | 12/18/18 | $5000.00 |
| #25550 | 12/24/18 | $5000.00 |



**Account Number *******8681**



#25551                    12/24/18                    $10000.00



**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 1 of 5




TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
016669


**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**


**24-hr Online Banking**
iberiabank.com

016669

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 10,601.15 | Statement Dates | 1/01/19 thru 1/31/19 |
| 11 Deposits/Credits | 448,078.52 | Days this Statement Period | 31 |
| 19 Checks/Debits | 344,980.33 | Average Ledger Balance | 15,714.17 |
| Service Charge | .00 | Average Collected Balance | 26,359.33 |
| Interest Paid | .00 | | |
| Current Balance | 113,699.34 | | |

*Wishing You Peace, Prosperity, & Happiness in* **2019** *from all of us at* **IBERIABANK**

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/09 | Transfer Credit | 14,615.81 |
| 1/10 | TRANSFER  PAYPAL PPD | 9,400.00 |
| 1/10 | Transfer Credit | 9,854.37 |
| 1/14 | Transfer Credit | 1,200.00 |
| 1/15 | Transfer Credit | 1,600.00 |
| 1/22 | Return Item Credit | 18,962.00 |
| 1/22 | Return Item Credit 25552 | 25,722.86 |
| 1/25 | Transfer Credit | 10,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00008203

Debtor0004995

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**



### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/25 | Deposit | 110,000.00 |
| 1/31 | Transfer Credit | 112,723.48 |
| 1/31 | Transfer Credit | 134,000.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 1/10 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste<br><br>IBERIABANK<br>20190110MMQFMP9H000501<br>20190110MMQFMP9H000439<br>01101122FT01 | 9,854.37 |
| 1/10 | From DDA *8681,To DDA *8665 | 9,400.00 |
| 1/11 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190111MMQFMP9H000037<br>20190111B1QGC01R008648<br>01110802FT01 | 317.75 |
| 1/15 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 5,321.01 |
| 1/18 | Transfer to DDA<br>Acct No.          8630 D | 86,424.59 |
| 1/22 | Transfer to DDA<br>Acct No.          8630 D | 18,962.00 |
| 1/22 | Account Analysis Charge | 825.67 |
| 1/23 | Transfer to DDA<br>Acct No.          8630 D | 18,962.00 |
| 1/30 | Chargeback | 110,000.00 |
| 1/31 | Checking Withdrawal | 14,551.88 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/22 | 25552 | 25,722.86 | 1/11 | 25554 | 4,582.34 | 1/14 | 25557 | 1,200.00 |
| 1/25 | 25552* | 25,722.86 | 1/11 | 25555 | 3,455.00 | 1/17 | 25558 | 621.03 |
| 1/09 | 25553 | 6,500.00 | 1/10 | 25556 | 1,578.47 | 1/29 | 25559 | 978.50 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00008205



**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 4 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 10,601.15 | 1/15 | 5,062.39 | 1/25 | 7,493.76 |
| 1/09 | 18,716.96 | 1/17 | 4,441.36 | 1/29 | 8,472.26 |
| 1/10 | 17,138.49 | 1/18 | 81,983.23 | 1/30 | 118,472.26 |
| 1/11 | 8,783.40 | 1/22 | 82,808.90 | 1/31 | 113,699.34 |
| 1/14 | 8,783.40 | 1/23 | 101,770.90 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00008206

Debtor0004996

# iBERIABANK

Account Number *******8681



| | | |
|---|---|---|
| #0 | 1/31/19 | $14551.88 |
| #25555 | 1/11/19 | $3455.00 |
| #25552 | 1/22/19 | $25722.86 |
| #25556 | 1/10/19 | $1578.47 |
| #25552 | 1/25/19 | $25722.86 |
| #25557 | 1/14/19 | $1200.00 |
| #25553 | 1/9/19 | $6500.00 |
| #25558 | 1/17/19 | $621.03 |
| #25554 | 1/11/19 | $4582.34 |
| #25559 | 1/29/19 | $978.50 |



# STATEMENT OF ACCOUNT

Date 2/28/19                                    Page 1 of 9

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
1-800-968-0801

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8681 | |
|---|---|---|---|
| Previous Balance | 113,699.34 | Statement Dates | 2/01/19 thru 2/28/19 |
| 12 Deposits/Credits | 471,458.69 | Days this Statement Period | 28 |
| 47 Checks/Debits | 440,423.67 | Average Ledger Balance | 69,717.99 |
| Service Charge | .00 | Average Collected Balance | 69,717.99 |
| Interest Paid | .00 | | |
| Current Balance | 144,734.36 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/01 | Transfer Credit | 68,000.00 |
| 2/05 | Transfer Credit | 2,500.00 |
| 2/05 | Transfer Credit | 47,000.00 |
| 2/06 | From DDA *8665,To DDA *8681 | 20,000.00 |
| 2/07 | Transfer from DDA Acct No.       8630 D | 10,592.97 |
| 2/08 | From DDA *8665,To DDA *8681,To cover 2 8 19 check run | 66,000.00 |
| 2/12 | Transfer from DDA Acct No.       8630 D | 95,000.00 |
| 2/13 | From DDA *8665,To DDA *8681,To cover check run 2 12 and 2 13 | 20,065.72 |
| 2/14 | TRANSFER  PAYPAL PPD | 9,300.00 |
| 2/14 | From DDA *8665,To DDA *8681,To cover YPO check | 10,000.00 |
| 2/26 | From DDA *8665,To DDA *8681,pa yroll3 1 | 95,000.00 |
| 2/28 | From DDA *8665,To DDA *8681,To cover 2 27 19 check run | 28,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00001485
Debtor0009421



Page 2 of 9

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT     $ _____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)     $ _____

**TOTAL** _____

**SUBTRACT—**

CHECKS OUTSTANDING     $ _____

**BALANCE**     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**NOTE**

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 2/28/19                Page 3 of 9

**COMMERCIAL CHECKING ANALYSIS** (continued)                **Account Number *******8681**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>IBC LAREDO<br>SAN ANTONIO          TX<br>PURPOSE: TRANSFER<br>20190201MMQFMP9H002755<br>20190201K4QLE01C001376<br>02011638FT01 | 12,000.00 |
| 2/04 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>GREEN BK HOUSTON<br>DALLAS               TX<br>PURPOSE: TRANSFER<br>20190204MMQFMP9H000961<br>20190204MMQFMPBH000093<br>02041353FT01 | 9,000.00 |
| 2/05 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>IBC LAREDO<br>SAN ANTONIO          TX<br>PURPOSE: TRANSFER<br>20190205MMQFMP9H000564<br>20190205K4QLE01C000300<br>02051131FT01 | 26,000.00 |
| 2/14 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste<br><br>IBERIABANK<br>20190214MMQFMP9H000565<br>20190214MMQFMP9H000475<br>02141150FT01 | 9,250.00 |
| 2/14 | P CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 7,801.67 |
| 2/15 | Transfer to DDA<br>Acct No.          8630 D | 84,472.24 |
| 2/20 | Account Analysis Charge | 1,303.13 |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00001487

Debtor000423



**STATEMENT OF ACCOUNT**

Date 2/28/19          Page 4 of 9

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8681

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 2/27 | Wire Transfer Debit | 535.73 |
|      | John D Tomaszewski | |



JPMCHASE TEXAS
20190227MMQFMP9H000045
20190227B1QGC01R011434
02270842FT01

**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 2/08 | 25560 | 1,862.91 | 2/05 | 25573 | 802.92 | 2/13 | 25586 | 532.82 |
| 2/04 | 25561 | 246.07 | 2/11 | 25574 | 10,267.06 | 2/15 | 25587 | 1,250.00 |
| 2/06 | 25562 | 19,507.50 | 2/12 | 25575 | 1,764.46 | 2/19 | 25588 | 10,000.00 |
| 2/04 | 25563 | 112,723.48 | 2/15 | 25576 | 130.00 | 2/20 | 25589 | 5,475.00 |
| 2/11 | 25564 | 270.62 | 2/11 | 25577 | 23,686.75 | 2/14 | 25590 | 431.21 |
| 2/04 | 25565 | 5,350.36 | 2/12 | 25578 | 13,000.00 | 2/19 | 25591 | 1,862.91 |
| 2/04 | 25566 | 3,304.06 | 2/13 | 25579 | 11,020.00 | 2/19 | 25592 | 256.07 |
| 2/06 | 25567 | 488.77 | 2/11 | 25580 | 3,103.00 | 2/19 | 25593 | 500.00 |
| 2/05 | 25568 | 7,170.87 | 2/11 | 25581 | 620.62 | 2/19 | 25595* | 50.00 |
| 2/05 | 25569 | 6,380.60 | 2/08 | 25582 | 1,410.27 | 2/21 | 25596 | 301.12 |
| 2/04 | 25570 | 501.84 | 2/20 | 25583 | 779.40 | 2/20 | 25597 | 161.42 |
| 2/04 | 25571 | 2,264.69 | 2/11 | 25584 | 216.58 | 2/19 | 25599* | 429.23 |
| 2/05 | 25572 | 40,681.80 | 2/19 | 25585 | 513.78 | 2/28 | 25603* | 742.71 |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 169,699.34 | 2/11 | 39,931.54 | 2/20 | 23,313.92 |
| 2/04 | 36,308.84 | 2/12 | 120,167.08 | 2/21 | 23,012.80 |
| 2/05 | 4,772.65 | 2/13 | 128,679.98 | 2/26 | 118,012.80 |
| 2/06 | 4,776.38 | 2/14 | 130,497.10 | 2/27 | 117,477.07 |
| 2/07 | 15,369.35 | 2/15 | 44,644.86 | 2/28 | 144,734.36 |
| 2/08 | 78,096.17 | 2/19 | 31,032.87 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

# iBERIABANK

Account Number *******8681



| #25560 | 2/8/19 | $1862.91 |
| #25565 | 2/4/19 | $5350.36 |
| #25561 | 2/4/19 | $246.07 |
| #25566 | 2/4/19 | $3304.06 |
| #25562 | 2/6/19 | $19507.50 |
| #25567 | 2/6/19 | $488.77 |
| #25563 | 2/4/19 | $112723.48 |
| #25568 | 2/5/19 | $7170.87 |
| #25564 | 2/11/19 | $270.62 |
| #25569 | 2/5/19 | $6380.60 |

# IBERIABANK

Account Number *******8681



| #25570 | 2/4/19 | $501.84 |
| #25571 | 2/4/19 | $2264.69 |
| #25572 | 2/5/19 | $40681.80 |
| #25573 | 2/5/19 | $802.92 |
| #25574 | 2/11/19 | $10267.06 |
| #25575 | 2/12/19 | $1764.46 |
| #25576 | 2/15/19 | $130.00 |
| #25577 | 2/11/19 | $23686.75 |
| #25578 | 2/12/19 | $13000.00 |
| #25579 | 2/13/19 | $11020.00 |

# IBERIABANK

Account Number *******8681



| #25580 | 2/11/19 | $3103.00 |
| #25585 | 2/19/19 | $513.78 |
| #25581 | 2/11/19 | $620.62 |
| #25586 | 2/13/19 | $532.82 |
| #25582 | 2/8/19 | $1410.27 |
| #25587 | 2/15/19 | $1250.00 |
| #25583 | 2/20/19 | $779.40 |
| #25588 | 2/19/19 | $10000.00 |
| #25584 | 2/11/19 | $216.58 |
| #25589 | 2/20/19 | $5475.00 |

# iBERIABANK

Account Number *******8681



| #25590 | 2/14/19 | $431.21 | | #25596 | 2/21/19 | $301.12 |
| #25591 | 2/19/19 | $1862.91 | | #25597 | 2/20/19 | $161.42 |
| #25592 | 2/19/19 | $256.07 | | #25599 | 2/19/19 | $429.23 |
| #25593 | 2/19/19 | $500.00 | | #25603 | 2/28/19 | $742.71 |
| #25595 | 2/19/19 | $50.00 | | | | |

VITOL EXHIBIT

124.9

Adv. No.: 21-06006 8/30/2022

**IBERIABANK**

**Effective April 1, 2019:  This schedule of fees will apply, fee changes are bolded.**

## Miscellaneous Fees – Business and Posting Order

| | |
|---|---|
| ACH/Government Reclamation | $10.00 / item |
| ATM Foreign Usage Fee (Non IBERIABANK ATM or its non affiliated networks) | $2.00 / transaction |
| ATM/Debit Card Replacement | $5.00 / card |
| ATM/Debit Card Expedited Replacement | $25.00 each |
| **Bill Pay   (Clients exceeding 25 items will be converted to a commercial product)** | **Free   limited to 25 bills per month** |
| Collection Items | |
|     Collection Fee   Domestic <=$100 | $7.50 |
|     Collection Fee   Domestic >$100 | $15.00 |
|     Collection Fee   International | $35.00 |
| Coin & Currency | |
|     Coin & Currency Deposited   After the first $10,000 per statement cycle | |
|     (Choice Business CK, Business Interest CK, Business Checking Plus, Advanced Business Checking) | $2.00 per $1,000 |
|     Coin & Currency Deposited | |
|     (Commercial Analysis) | $1.50 per $1,000 |
|     Bulk Coin Deposited | $3.00 / bag |
|     Currency Furnished | $0.50 / strap |
|     Coins Furnished | $0.15 / roll |
| Copies (includes check copies) and Faxes | $2.00 / page |
| Counter Checks | $1.00 for 5 checks |
| Deposit Assessment Fee (Commercial Analysis Accounts Only) | .010% on daily average ledger balance |
| Deposit Correction | $3.00 each |
| Deposit to Deposit Overdraft Protection Transfers | $10.00 / day |
| Dormant Account (applies to dormant account balances less than $100 per month) | $5.00 / month (not applicable in Texas) |
| Foreign Currency Exchange (additional fees may apply) | |
|     $300 or more | $10.00 / transaction |
|     Less than $300 | $20.00 / transaction |
| Legal Process | $75.00 / event |
| Money Bag | Varies |
| Medallion Stamp Guarantee (where available) | $15.00 |
| Money Market Account Excessive Transaction Fee | $15.00 / item |
| Negative Collected Balance Fee | Prime + 3% on daily average negative collected balance |
| Notary Services | May vary by State |
| Official Checks/Cashier Checks | $8.00 |
| Overdraft (Paid) Item Fee (applies to overdrafts created by checks, in person withdrawals, ATM withdrawals or other electronic means) | $35.00 per item; per presentment |
| Research (one hour minimum) | $25.00 / hour |
| Return Item Fee (applies when checks are returned as unpaid) | $35.00 per item; per presentment |
| Return Deposited Item | $5.00 each |
| Safe Deposit Box   Drilling Fee | $150.00 |
| Safe Deposit Box   Replacement Lock Fee | $70.00 |
| Special Reject Item | $1.00 each |
| Statements | |
|     Statements Copy | $10.00 each |
|     Statement Duplicate (complete statement) | $10.00 each |
|     **Statement (Receipt of both paper and e-Statement)** | **$5.00 per month** |
|     Statement Instant | $5.00 each |
|     Statement Reconciliation | $20.00 / hour |
|     Statement   Simplex Image Printing | $2.00 / event |
|     Statement Snapshot | $10.00 each |
| Stop Payment Fee (applies for 6 month period) | $35.00 each |
| Telephone Transfer of Funds (customer service assisted) | $5.00 each |
| **Verification of Deposit** | **$25.00 each** |
| Wires Transactions | |
|     Wire Transfer   Incoming (Domestic and Foreign) | $15.00 each |
|     Wire Transfer   Outgoing  (Domestic) | $25.00 each |
|     Wire Transfer   Outgoing (Foreign)   Foreign Currency | $40.00 each |
|     Wire Transfer   Outgoing (Foreign)   US Currency | $50.00 each |

*** NOT ALL SERVICES ARE AVAILABLE AT ALL LOCATIONS

## Notice Regarding Posting Order of Items

To assist you in handling your account with us, we are providing you with the following information on how we post transactional items to your account.

On each bank processing day, deposit and credit items post before debit items.  Debit items post upon receipt in the following order: wire transfers, ATM and debit card transactions in authorization time and date order, paper checks in check number order, if available, checks without a check number post in low to high dollar amount order, then all other debit items in low to high dollar amount order.  Other debit items include but are not limited to Automated Clearing House (ACH) items, checks converted to ACH by merchants or vendors, telephone and online banking one time or recurring transfers, pre authorized debits and account withdrawals.

At times, certain debit items may not post in the above order due to missing or erroneous data or circumstances beyond our control.

If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item.  Overdraft (Paid) Item Fees and Return Item Fees are disclosed above and are subject to change.

We encourage you to keep careful records and practice good account management.  This will help you to avoid creating items without sufficient funds and incurring the resulting fees.

We offer Deposit to Deposit Overdraft Protection Transfer Service and Personal Lines of Credit (subject to credit approval) that can be used as overdraft protection on most accounts to avoid Overdraft (Paid) Item Fees and Return Item Fees.  Visit our website at www.iberiabank.com to learn more about Preventing and Managing Overdrafts.



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 1 of 7

TO PLO R

018894

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

**24-hr Online Banking**
iberiabank.com

018894

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 144,734.36 | Statement Dates | 3/01/19 thru 3/31/19 |
| 6 Deposits/Credits | 295,014.15 | Days this Statement Period | 31 |
| 36 Checks/Debits | 411,613.51 | Average Ledger Balance | 65,622.98 |
| Service Charge | .00 | Average Collected Balance | 65,608.31 |
| Interest Paid | .00 | | |
| Current Balance | 28,135.00 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 3/11 | From DDA *8665,To DDA *8681,To cover 3 4 to 3 8 19 | 76,476.95 |
| 3/14 | Transfer from DDA Acct No. ████8630 D | 94,000.00 |
| 3/18 | From DDA *8665,To DDA *8681,To cover checks 3 18 19 | 17,108.98 |
| 3/20 | From DDA *8665,To DDA *8681,To cover tax checks 3 20 19 | 6,973.72 |
| 3/22 | From DDA *8665,To DDA *8681 | 100,000.00 |
| 3/28 | Deposit | 454.50 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 3/01 | Transfer to DDA Acct No. ████8630 D | 85,021.38 |
| 3/11 | IPFSPMTTXH IPFS877 615 4242 CCD  GULF COAST ASPHALT COM | 2,946.07 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00006669

Debtor000499



Page 2 of 7

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

## TOTAL $ _____

## SUBTRACT—

CHECKS OUTSTANDING $ _____

## BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000492



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 3 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number \*\*\*\*\*\*\*8681

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/12 | Wire Transfer Debit<br>John D Tomaszewski<br><br><br>JPMCHASE TEXAS<br>20190312MMQFMP9H000856<br>20190312B1QGC01R035521<br>03121342FT01 | 858.90 |
| 3/14 | P CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 6,502.58 |
| 3/15 | Transfer to DDA<br>Acct No.          8630 D | 85,021.38 |
| 3/20 | Account Analysis Charge | 1,176.97 |
| 3/25 | Wire Transfer Debit<br>John D Tomaszewski<br><br><br>JPMCHASE TEXAS<br>20190325MMQFMP9H000022<br>20190325B1QGC01R010931<br>03250817FT01 | 877.13 |
| 3/25 | Transfer to DDA<br>Acct No.          8630 D | 8,952.15 |
| 3/29 | Transfer to DDA<br>Acct No.          8630 D | 76,007.52 |



### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/07 | 25598 | 10,000.00 | 3/14 | 25609 | 2,990.00 | 3/26 | 25620 | 238.77 |
| 3/08 | 25600* | 135.31 | 3/19 | 25610 | 40,491.29 | 3/25 | 25621 | 56.76 |
| 3/05 | 25601 | 26,210.20 | 3/21 | 25611 | 246.07 | 3/26 | 25622 | 1,581.48 |
| 3/05 | 25602 | 96.96 | 3/25 | 25612 | 1,862.91 | 3/26 | 25623 | 161.42 |
| 3/04 | 25604* | 176.16 | 3/20 | 25613 | 15,000.00 | 3/27 | 25624 | 71.28 |
| 3/04 | 25605 | 1,200.00 | 3/20 | 25614 | 1,964.85 | 3/28 | 25625 | 497.96 |
| 3/07 | 25606 | 1,903.97 | 3/27 | 25615 | 6,873.72 | 3/25 | 25626 | 361.87 |
| 3/12 | 25607 | 27,728.35 | 3/26 | 25618* | 135.31 | 3/28 | 25627 | 750.00 |
| 3/08 | 25608 | 417.27 | 3/29 | 25619 | 97.52 | 3/26 | 25628 | 3,000.00 |

(\*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 59,712.98 | 3/05 | 32,029.66 | 3/08 | 19,573.11 |
| 3/04 | 58,336.82 | 3/07 | 20,125.69 | 3/11 | 93,103.99 |

---

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006671

Debtor000433



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 4 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/12 | 64,516.74 | 3/20 | 29,452.37 | 3/27 | 105,033.50 |
| 3/14 | 149,024.16 | 3/21 | 29,206.30 | 3/28 | 104,240.04 |
| 3/15 | 64,002.78 | 3/22 | 129,206.30 | 3/29 | 28,135.00 |
| 3/18 | 81,111.76 | 3/25 | 117,095.48 | | |
| 3/19 | 40,620.47 | 3/26 | 111,978.50 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00006672

Debtor000404

# iBERIABANK

Account Number *******8681



| #25598 | 3/7/19 | $10000.00 |
| #25605 | 3/4/19 | $1200.00 |
| #25600 | 3/8/19 | $135.31 |
| #25606 | 3/7/19 | $1903.97 |
| #25601 | 3/5/19 | $26210.20 |
| #25607 | 3/12/19 | $27728.35 |
| #25602 | 3/5/19 | $96.96 |
| #25608 | 3/8/19 | $417.27 |
| #25604 | 3/4/19 | $176.16 |
| #25609 | 3/14/19 | $2990.00 |

00006673
Debtor000435

# iBERIABANK

Account Number *******8681



| #25610 | 3/19/19 | $40491.29 |
| #25615 | 3/27/19 | $6873.72 |
| #25611 | 3/21/19 | $246.07 |
| #25618 | 3/26/19 | $135.31 |
| #25612 | 3/25/19 | $1862.91 |
| #25619 | 3/29/19 | $97.52 |
| #25613 | 3/20/19 | $15000.00 |
| #25620 | 3/26/19 | $238.77 |
| #25614 | 3/20/19 | $1964.85 |
| #25621 | 3/25/19 | $56.76 |

# IBERIABANK

Account Number *******8681





| | | |
|---|---|---|
| #25622 | 3/26/19 | $1581.48 |
| #25627 | 3/28/19 | $750.00 |
| #25623 | 3/26/19 | $161.42 |
| #25628 | 3/26/19 | $3000.00 |
| #25624 | 3/27/19 | $71.28 |
| #25625 | 3/28/19 | $497.96 |
| #25626 | 3/25/19 | $361.87 |

018894

00006675



**STATEMENT OF ACCOUNT**

Date 4/30/19          Page 1 of 6

17400 114086 R P0 T0



GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
017400    HOUSTON TX 77056


017400

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 28,135.00 | Statement Dates | 4/01/19 thru 4/30/19 |
| 5 Deposits/Credits | 224,391.12 | Days this Statement Period | 30 |
| 27 Checks/Debits | 227,717.18 | Average Ledger Balance | 73,869.34 |
| Service Charge | .00 | Average Collected Balance | 69,702.68 |
| Interest Paid | .00 | | |
| Current Balance | 24,808.94 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 4/02 | Deposit | 125,000.00 |
| 4/11 | From DDA *8665,To DDA *8681,To cover checks 4 11 19 | 3,595.33 |
| 4/18 | From DDA *8665,To DDA *8681,To cover checks 4 18 19 | 3,169.57 |
| 4/22 | From DDA *8665,To DDA *8681,To cover 4 26 19 payroll | 90,000.00 |
| 4/30 | From DDA *8665,To DDA *8681,To cover checks 4 30 19 | 2,626.22 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 4/01 | Wire Transfer Debit John D Tomaszewski | 320.63 |



JPMCHASE TEXAS
20190401MMQFMP9H000654
20190401B1QGC01R033655
04011059FT01

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00007045

Debtor000439

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 4/30/19          Page 3 of 6



**COMMERCIAL CHECKING ANALYSIS** (continued)                                    Account Number *******8681

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 4/08 | Transfer to DDA<br>Acct No. ████8630 D | 6,567.53 |
| 4/09 | IPFSPMTTXH IPFS877 615 4242<br>CCD  GULF COAST ASPHALT COM | 2,946.07 |
| 4/10 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190410MMQFMP9H000534<br>20190410B1QGC01R028755<br>04101133FT01 | 545.38 |
| 4/12 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 4,575.61 |
| 4/12 | Transfer to DDA<br>Acct No. ████8630 D | 75,205.97 |
| 4/16 | Transfer to DDA<br>Acct No. ████8630 D | 6,963.09 |
| 4/22 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190422MMQFMP9H000080<br>20190422B1QGC01R010459<br>04220914FT03 | 419.62 |
| 4/22 | Account Analysis Charge | 1,248.89 |
| 4/26 | Transfer to DDA<br>Acct No. ████8630 D | 77,972.35 |
| 4/30 | Transfer to DDA<br>Acct No. ████8630 D | 7,116.94 |



### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/11 | 25616 | 100.00 | 4/10 | 25634 | 2,215.50 | 4/16 | 25640 | 161.42 |
| 4/03 | 25629* | 1,420.40 | 4/09 | 25635 | 3,138.59 | 4/18 | 25641 | 329.57 |
| 4/09 | 25630 | 21,963.25 | 4/15 | 25636 | 71.28 | 4/23 | 25642 | 2,340.00 |
| 4/08 | 25631 | 1,336.67 | 4/12 | 25637 | 1,243.66 | 4/22 | 25643 | 500.00 |
| 4/09 | 25632 | 6,492.00 | 4/17 | 25638 | 1,862.91 | | | |
| 4/05 | 25633 | 403.79 | 4/15 | 25639 | 256.06 | | | |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.



**STATEMENT OF ACCOUNT**

Date 4/30/19          Page 4 of 6

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number *******8681**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 27,814.37 | 4/10 | 105,785.19 | 4/18 | 21,780.52 |
| 4/02 | 152,814.37 | 4/11 | 109,280.52 | 4/22 | 109,612.01 |
| 4/03 | 151,393.97 | 4/12 | 28,255.28 | 4/23 | 107,272.01 |
| 4/05 | 150,990.18 | 4/15 | 27,927.94 | 4/26 | 29,299.66 |
| 4/08 | 143,085.98 | 4/16 | 20,803.43 | 4/30 | 24,808.94 |
| 4/09 | 108,546.07 | 4/17 | 18,940.52 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007048

Debtor000442

# IBERIABANK

Account Number *******8681



| #25616 | 4/11/19 | $100.00 | #25633 | 4/5/19 | $403.79 |
| #25629 | 4/3/19 | $1420.40 | #25634 | 4/10/19 | $2215.50 |
| #25630 | 4/9/19 | $21963.25 | #25635 | 4/9/19 | $3138.59 |
| #25631 | 4/8/19 | $1336.67 | #25636 | 4/15/19 | $71.28 |
| #25632 | 4/9/19 | $6492.00 | #25637 | 4/12/19 | $1243.66 |

# iBERIABANK

Account Number *******8681



#25638          4/17/19          $1862.91



#25643          4/22/19          $500.00



#25639          4/15/19          $256.06



#25640          4/16/19          $161.42



#25641          4/18/19          $329.57



#25642          4/23/19          $2340.00



**STATEMENT OF ACCOUNT**

Date 5/31/19                    Page 1 of 4

 16293 114397 R P0 T0
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
016293  HOUSTON TX 77056


016293

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 24,808.94 | Statement Dates | 5/01/19 thru 6/02/19 |
| 4 Deposits/Credits | 75,717.35 | Days this Statement Period | 33 |
| 12 Checks/Debits | 100,526.29 | Average Ledger Balance | 8,013.36 |
| Service Charge | .00 | Average Collected Balance | 8,013.36 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 5/10 | Return Item Credit 25646 | 31,767.50 |
| 5/20 | From DDA *8665,To DDA *8681 | 1,182.98 |
| 5/24 | Return Item Credit 25647 | 42,627.50 |
| 5/28 | Return Item Credit 25648 | 139.37 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 5/01 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190501MMQFMP9H000774<br>20190501B1QGC01R030044<br>05011106FT03 | 441.67 |
| 5/08 | From DDA *8681,To DDA *6089 | 5,000.00 |
| 5/14 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 8,142.24 |
| 5/15 | Checking Withdrawal | 2,500.00 |
| 5/15 | Transfer to DDA<br>Acct No.      8630 D | 3,416.40 |
| 5/16 | Transfer to DDA<br>Acct No.      8630 D | 2,682.41 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00009973

Debtor000425

# IBERIABANK

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**Member
FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transaction on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 5/31/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8681

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 5/20 | Account Analysis Charge | 1,182.98 |


016293

**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/01 | 25644 | 2,100.04 | 5/10 | 25646 | 31,767.50 | 5/28 | 25648 | 139.37 |
| 5/02 | 25645 | 526.18 | 5/24 | 25647 | 42,627.50 | | | |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 22,267.23 | 5/14 | 8,598.81 | 5/24 | .00 |
| 5/02 | 21,741.05 | 5/15 | 2,682.41 | 5/28 | .00 |
| 5/08 | 16,741.05 | 5/16 | .00 | | |
| 5/10 | 16,741.05 | 5/20 | .00 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00009975

Debtor000427

# IBERIABANK

Account Number *******8681



#0          5/15/19          $2500.00



#25648          5/28/19          $139.37



#25644          5/1/19          $2100.04



#25645          5/2/19          $526.18



#25646          5/10/19          $31767.50



#25647          5/24/19          $42627.50

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 6/28/19      Page 1 of 4

16172 114856 R P0 T0

 GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
016172   HOUSTON TX 77056


016172

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 6/03/19 thru 6/30/19 |
| 13 Deposits/Credits | 97,603.52 | Days this Statement Period | 28 |
| 11 Checks/Debits | 83,403.52 | Average Ledger Balance | 1,798.00 |
| Service Charge | .00 | Average Collected Balance | 1,617.06 |
| Interest Paid | .00 | | |
| Current Balance | 14,200.00 | | |

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/10 | Deposit | 5,066.30 |
| 6/12 | Transfer from DDA Acct No.    8630 D | 66.30 |
| 6/13 | From DDA *8665,To DDA *8681,To cover FedEx check | 256.12 |
| 6/14 | From DDA *6089,To DDA *8681 | 2,737.02 |
| 6/14 | From DDA *8665,To DDA *8681,Ca rlo check 25662 | 2,739.22 |
| 6/17 | VERIFYBANK PAYPAL PPD | .01 |
| 6/17 | VERIFYBANK PAYPAL PPD | .03 |
| 6/17 | TRANSFER PAYPAL PPD | 26,091.95 |
| 6/19 | From DDA *8665,To DDA *8681,Co ver GG check 25656 | 3,562.08 |
| 6/21 | From DDA *8665,To DDA *8681,Ba nk charge | 1,709.13 |
| 6/28 | From DDA *8665,To DDA *8681,Go ldstein and Grace reimb | 4,200.00 |
| 6/28 | From DDA *8665,To DDA *8681 | 10,000.00 |
| 6/28 | From DDA *8665,To DDA *8681 | 41,175.36 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006117

Debtor0004049

# IBERIABANK

Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 6/28/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number \*\*\*\*\*\*\*8681

### WITHDRAWALS AND DEBITS



| Date | Description | Amount |
|---|---|---|
| 6/11 | Transfer to DDA<br>Acct No. ████████8630 D | 66.30 |
| 6/11 | From DDA \*8681,To DDA \*8665 | 5,000.00 |
| 6/14 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 2,737.02 |
| 6/17 | VERIFYBANK PAYPAL<br>PPD | .04 |
| 6/18 | From DDA \*8681,To DDA \*8665 | 25,000.00 |
| 6/20 | Account Analysis Charge | 1,709.13 |
| 6/21 | Transfer to DDA<br>Acct No. ████████8630 D | 1,158.25 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 6/14 | 25653 | 256.12 | 6/17 | 25662\* | 2,739.22 |
| 6/21 | 25656\* | 3,562.08 | 6/27 | 25669\* | 41,175.36 |

(\*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/03 | .00 | 6/14 | 2,805.52 | 6/21 | .00 |
| 6/10 | 5,066.30 | 6/17 | 26,158.25 | 6/27 | 41,175.36 |
| 6/11 | .00 | 6/18 | 1,158.25 | 6/28 | 14,200.00 |
| 6/12 | 66.30 | 6/19 | 4,720.33 | | |
| 6/13 | 322.42 | 6/20 | 3,011.20 | | |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006119

Debtor000481



Account Number *******8681



#25653 6/14/19 $256.12



#25656 6/21/19 $3562.08



#25662 6/17/19 $2739.22



#25669 6/27/19 $41175.36



**STATEMENT OF ACCOUNT**

Date 7/31/19                    Page 1 of 5



18835 115023 R PO T0

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

018835

  **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

  **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 14,200.00 | Statement Dates | 7/01/19 thru 7/31/19 |
| 11 Deposits/Credits | 167,806.87 | Days this Statement Period | 31 |
| 19 Checks/Debits | 181,785.56 | Average Ledger Balance | 1,655.92 |
| Service Charge | .00 | Average Collected Balance | 1,655.92 |
| Interest Paid | .00 | | |
| Current Balance | 221.31 | | |

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 7/08 | From DDA *8630,To DDA *8681 | 7,991.57 |
| 7/09 | Return Item Credit 25673 | 35,317.50 |
| 7/12 | Return Item Credit 25658 | 1,862.91 |
| 7/12 | Return Item Credit 25673 | 35,317.50 |
| 7/15 | From DDA *6089,To DDA *8681,cr edit card | 3,006.87 |
| 7/17 | Return Item Credit 25658 | 1,862.91 |
| 7/19 | From DDA *8665,To DDA *8681,Ca rlo expense check | 1,158.35 |
| 7/25 | Return Item Credit 25676 | 22,635.88 |
| 7/29 | Return Item Credit 25674 | 35,317.50 |
| 7/30 | Return Item Credit 25676 | 22,635.88 |
| 7/30 | From DDA *6089,To DDA *8681 | 700.00 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 7/05 | Transfer to DDA Acct No.        8630 D | 8,123.57 |
| 7/15 | P CARD PMT IBERIA CCD   GULF COAST ASPHALT CB | 3,006.87 |
| 7/22 | Account Analysis Charge | 1,375.54 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00001489

Debtor000453



Page 2 of 5

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                   _____

## SUBTRACT—

CHECKS OUTSTANDING                         $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 7/31/19                    Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

**CHECKS IN NUMERICAL ORDER**



018835

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/08 | 25652 | 2,673.34 | 7/16 | 25668* | 925.78 | 7/29 | 25674 | 35,317.50 |
| 7/05 | 25655* | 566.00 | 7/08 | 25670* | 161.42 | 7/19 | 25675 | 1,158.35 |
| 7/12 | 25658* | 1,862.91 | 7/01 | 25671 | 1,957.15 | 7/25 | 25676 | 22,635.88 |
| 7/17 | 25658* | 1,862.91 | 7/01 | 25672 | 3,553.28 | 7/30 | 25676* | 22,635.88 |
| 7/08 | 25660* | 3,088.12 | 7/09 | 25673 | 35,317.50 | | | |
| 7/08 | 25666* | 246.06 | 7/12 | 25673* | 35,317.50 | | | |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 8,689.57 | 7/15 | 1,822.63 | 7/25 | 478.69 |
| 7/05 | .00 | 7/16 | 896.85 | 7/29 | 478.69 |
| 7/08 | 1,822.63 | 7/17 | 896.85 | 7/30 | 221.31 |
| 7/09 | 1,822.63 | 7/19 | 896.85 | | |
| 7/12 | 1,822.63 | 7/22 | 478.69 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

Debtor000455

00001491

# iBERIABANK

Account Number *******8681



| #25652 | 7/8/19 | $2673.34 |
| #25666 | 7/8/19 | $246.06 |
| #25655 | 7/5/19 | $566.00 |
| #25668 | 7/16/19 | $925.78 |
| #25658 | 7/17/19 | $1862.91 |
| #25670 | 7/8/19 | $161.42 |
| #25658 | 7/12/19 | $1862.91 |
| #25671 | 7/1/19 | $1957.15 |
| #25660 | 7/8/19 | $3088.12 |
| #25672 | 7/1/19 | $3553.28 |

# iBERIABANK

Account Number *******8681



| #25673 | 7/12/19 | $35317.50 |



| #25676 | 7/30/19 | $22635.88 |



018835



| #25673 | 7/9/19 | $35317.50 |



| #25674 | 7/29/19 | $35317.50 |



| #25675 | 7/19/19 | $1158.35 |



| #25676 | 7/25/19 | $22635.88 |



**STATEMENT OF ACCOUNT**

Date 8/30/19                    Page 1 of 5

19671 115479 R P0 T0



019671

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



019671

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8681 | |
|---|---|---|---|
| Previous Balance | 221.31 | Statement Dates | 8/01/19 thru 9/02/19 |
| 5 Deposits/Credits | 45,036.22 | Days this Statement Period | 33 |
| 19 Checks/Debits | 43,382.77 | Average Ledger Balance | 19,764.50 |
| Service Charge | .00 | Average Collected Balance | 19,764.50 |
| Interest Paid | .00 | | |
| Current Balance | 1,874.76 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | From DDA *8665,To DDA *8681,To cover Carlo exp check | 445.20 |
| 8/06 | From DDA *8665,To DDA *8681,To cover checks 8 9 19 | 43,026.18 |
| 8/16 | Transfer from DDA Acct No. ▉8630 D | 1,052.08 |
| 8/19 | Transfer from DDA Acct No. ▉8630 D | 450.00 |
| 8/26 | Transfer from DDA Acct No. ▉8630 D | 62.76 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/20 | Account Analysis Charge | 1,362.76 |
| 8/26 | From DDA *8681,To DDA *8665 | 350.00 |
| 8/27 | Checking Withdrawal | 9,000.00 |
| 8/30 | From DDA *8681,To DDA *8665 | 12,500.00 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/13 | 25649 | 36.98 | 8/12 | 25663* | 259.80 | 8/19 | 25679* | 139.37 |
| 8/08 | 25654* | 6,797.44 | 8/06 | 25677* | 445.20 | 8/09 | 25680 | 1,399.17 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00002929

# IBERIABANK

Page 2 of 5

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $ _____

### TOTAL          $ _____

### SUBTRACT—

CHECKS OUTSTANDING          $ _____

### BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 8/30/19          Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number ✱✱✱✱✱✱✱8681

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 8/08 | 25681 | 1,010.57 | 8/07 | 25684 | 33.77 | 8/09 | 25687 | 213.84 |
| 8/12 | 25682 | 599.78 | 8/09 | 25685 | 322.84 | 8/14 | 25688 | 259.80 |
| 8/13 | 25683 | 2,760.66 | 8/09 | 25686 | 395.79 | 8/15 | 25689 | 5,495.00 |



(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 221.31 | 8/12 | 32,214.49 | 8/20 | 23,662.00 |
| 8/05 | 666.51 | 8/13 | 29,416.85 | 8/26 | 23,374.76 |
| 8/06 | 43,247.49 | 8/14 | 29,157.05 | 8/27 | 14,374.76 |
| 8/07 | 43,213.72 | 8/15 | 23,662.05 | 8/30 | 1,874.76 |
| 8/08 | 35,405.71 | 8/16 | 24,714.13 | | |
| 8/09 | 33,074.07 | 8/19 | 25,024.76 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00002931

Debtor000481



**IBERIABANK**

Account Number *******8681



| #0 | 8/27/19 | $9000.00 |
| #25679 | 8/19/19 | $139.37 |
| #25649 | 8/13/19 | $36.98 |
| #25680 | 8/9/19 | $1399.17 |
| #25654 | 8/8/19 | $6797.44 |
| #25681 | 8/8/19 | $1010.57 |
| #25663 | 8/12/19 | $259.80 |
| #25682 | 8/12/19 | $599.78 |
| #25677 | 8/6/19 | $445.20 |
| #25683 | 8/13/19 | $2760.66 |

# IBERIABANK

Account Number ******8681



#25684     8/7/19     $33.77



#25689     8/15/19     $5495.00



019671



#25685     8/9/19     $322.84



#25686     8/9/19     $395.79



#25687     8/9/19     $213.84



#25688     8/14/19     $259.80



**STATEMENT OF ACCOUNT**

Date 9/30/19                    Page 1 of 2

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

  **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

  **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 1,874.76 | Statement Dates | 9/03/19 thru 9/30/19 |
| 1 Deposits/Credits | 249.76 | Days this Statement Period | 28 |
| 3 Checks/Debits | 1,346.10 | Average Ledger Balance | 1,431.56 |
| Service Charge | .00 | Average Collected Balance | 1,431.56 |
| Interest Paid | .00 | | |
| Current Balance | 778.42 | | |

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 9/17 | Transfer from DDA | 249.76 |
| | Acct No.　█████8630 D | |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 9/16 | P CARD PMT IBERIA CCD   GULF COAST ASPHALT CB | 25.00 |
| 9/16 | Transfer to DDA | 249.76 |
| | Acct No.　█████8630 D | |
| 9/20 | Account Analysis Charge | 1,071.34 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/03 | 1,874.76 | 9/17 | 1,849.76 |
| 9/16 | 1,600.00 | 9/20 | 778.42 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000191

Debtor000489

# IBERIABANK

Page 2 of 2

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.


Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 10/31/19          Page 1 of 4

17115 115949 R PO T0

 GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
017115   HOUSTON TX 77056


017115

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

**COMMERCIAL CHECKING ANALYSIS**                    **ACCOUNT NUMBER ******8681**

| | | | |
|---|---|---|---|
| Previous Balance | 778.42 | Statement Dates | 10/01/19 thru 10/31/19 |
| 2 Deposits/Credits | 50,191.00 | Days this Statement Period | 31 |
| 7 Checks/Debits | 76,022.16 | Average Ledger Balance | 6,174.32 |
| Service Charge | .00 | Average Collected Balance | 6,174.32 |
| Interest Paid | .00 | | |
| Current Balance | 25,052.74 | | |

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 10/17 | TRANSFER   PAYPAL PPD | 26,561.00 |
| 10/25 | TRANSFER   PAYPAL PPD | 23,630.00 |

---

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 10/18 | Wire Transfer Debit GEORGE M GRACE ▮▮▮▮ US JPMCHASE TEXAS 20191018MMQFMP9H001290 20191018B1QGC01R043250 10181327FT03 | 10,000.00 |
| 10/18 | Wire Transfer Debit KEVIN BOSTON ▮▮▮▮ US JPMCHASE TEXAS 20191018MMQFMP9H000018 20191018B1QGC01R009039 10180801FT03 | 10,500.00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

De

**VITOL EXHIBIT**

**124.10**

Adv. No.: 21-06006 8/30/2022

# IBERIABANK

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                        $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                 $ _____

## TOTAL                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING                       $ _____

## BALANCE                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



## Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 10/31/19          Page 3 of 4

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number ★★★★★★8681



017115

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 10/21 | Telephone Transfer Debit | 528.98 |
| 10/21 | Account Analysis Charge | 674.00 |
| 10/28 | Wire Transfer Debit<br>GEORGE GRACE<br><br>JPMCHASE TEXAS<br>20191028MMQFMP9H000008<br>20191028B1QGC01R008615<br>10280801FT03 | 10,000.00 |
| 10/29 | Checking Withdrawal | 6,000.00 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount |
|------|----------|--------|
| 10/31 | 25691 | 38,319.18 |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 778.42 | 10/21 | 5,636.44 | 10/29 | 13,266.44 |
| 10/17 | 27,339.42 | 10/25 | 29,266.44 | 10/31 | 25,052.74 |
| 10/18 | 6,839.42 | 10/28 | 19,266.44 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000223

Debtor000489



Account Number *******8681



#0                          10/29/19              $6000.00



#25691                      10/31/19              $38319.18



**STATEMENT OF ACCOUNT**

Date 11/29/19      Page 1 of 4



80895 116335 **AUTOALL FOR AADC 773 R P6 T216
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
080895 HOUSTON TX 77056

 **24-hr Phone Banking**
1-800-968-0801
**Customer Service**
1-800-682-3231

 **24-hr Online Banking**
iberiabank.com


080895

**IMPORTANT INFORMATION** Great news. In early December, we will be enhancing our Telephone Banking system. NOTE: You will have to re establish your access code the first time you call.

## COMMERCIAL CHECKING ANALYSIS

**ACCOUNT NUMBER ******8681**

| | | | |
|---|---|---|---|
| Previous Balance | 25,052.74 | Statement Dates | 11/01/19 thru 12/01/19 |
| 4 Deposits/Credits | 68,746.40 | Days this Statement Period | 31 |
| 7 Checks/Debits | 43,693.66 | Average Ledger Balance | 4,294.83 |
| Service Charge | .00 | Average Collected Balance | 4,294.83 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/31 | Return Item Credit 25691 | 38,319.18 |
| 11/01 | TRANSFER  PAYPAL PPD | 30,240.00 |
| 11/05 | Closing entry  Deposited Acct No. ████8665 | 19.70 |
| 11/05 | Closing entry  Deposited Acct No. ████6873 | 167.52 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/01 | ST OF ILLINOIS LEVY CK#784475 | 94.87 |
| 11/01 | LEGAL PROCESS | 75.00 |
| 11/04 | Wire Transfer Debit Hall Maines Lugrin, PC ████ FROST BANK SAN ANTONIO     TX FOR CHECK NO. 25691 20191104MMQFMP9H000424 20191104K4QLA01C000495 11041048FT03 | 38,319.18 |
| 11/06 | Closing entry  zero balance | 791.53 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000435

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT       $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)       $ _____

## TOTAL       $ _____

## SUBTRACT—

CHECKS OUTSTANDING       $ _____

## BALANCE       $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 11/29/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number ＊＊＊＊＊＊8681**

**WITHDRAWALS AND DEBITS**



080895

| Date | Description | Amount |
|------|-------------|--------|
| 11/06 | Account Analysis Charge | 429.08 |
| 11/06 | Account Analysis Charge | 438.08 |

**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount |
|------|----------|--------|
| 11/04 | 25692 | 3,545.92 |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/01 | 43,336.57 | 11/05 | 1,658.69 |
| 11/04 | 1,471.47 | 11/06 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000437

Debtor000473



Account Number *******8681



#25692                    11/4/19                 $3545.92

00000438

Debtor000474

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  1/31/17      Page    1
    GULF COAST ASPHALT COMPANY LLC         Account Number    *******8630
    PAYROLL ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

---------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                            2
```
Account Number              *******8630   Statement Dates   1/01/17 thru  1/31/17
Previous Balance                    .00   Days this Statement Period         31
      6 Deposits/Credits       98,463.52  Average Ledger                  746.97
      8 Checks/Debits          98,463.52  Average Collected               746.97
Service Charge                      .00
Interest Paid                       .00
Current Balance                     .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | Transfer Credit | 6,461.54 |
| 1/04 | Transfer Credit | 35,870.74 |
| 1/09 | Transfer from DDA | 6,204.02 |
|      | Acct No.        ████8681-D | |
| 1/13 | Transfer from DDA | 936.32 |
|      | Acct No.        ████8681-D | |
| 1/18 | Transfer Credit | 48,975.53 |
| 1/30 | Transfer from DDA | 15.37 |
|      | Acct No.        ████8681-D | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | RST TRAC I MASSACHUSETTS MU | 6,461.54- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 1/04 | DRAFT      COASTAL HUMAN RE | 35,870.74- |
|      | CCD   GULF COAST ASPHALT COM | |
| 1/09 | RST TRAC I MASSACHUSETTS MU | 4,263.16- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 1/18 | DRAFT      COASTAL HUMAN RE | 44,602.74- |
|      | CCD   GULF COAST ASPHALT COM | |
| 1/23 | RST TRAC I MASSACHUSETTS MU | 4,188.16- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000479

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

 Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date  1/31/17      Page    2
    GULF COAST ASPHALT COMPANY LLC          Account Number    *******8630
    PAYROLL ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/30 | DRAFT    COASTAL HUMAN RE | 200.00- |
|      | CCD   GULF COAST ASPHALT COM | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 1/13 | 11776 | 936.32 | 1/09 | 11777 | 1,940.86 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | .00 | 1/09 | .00 | 1/23 | 184.63 |
| 1/03 | .00 | 1/13 | .00 | 1/30 | .00 |
| 1/04 | .00 | 1/18 | 4,372.79 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.



Account Number  *******8630

Page 3



#11776   01/13/17   $936.32



#11777   01/09/17   $1940.86

STATEMENT OF ACCOUNT

# IBERIABANK



```
TO PLO R
GULF COAST ASPHALT COMPANY LLC          Date  2/28/17     Page    1
PAYROLL ACCOUNT                          Account Number   *******8630
1990 POST OAK BLVD SUITE 2400
004225  HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8630   Statement Dates   2/01/17 thru  2/28/17
Previous Balance                    .00   Days this Statement Period          28
      7 Deposits/Credits      155,271.17  Average Ledger               19,456.06
      5 Checks/Debits         105,502.81  Average Collected            19,456.06
Service Charge                      .00
Interest Paid                       .00
Current Balance               49,768.36
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Transfer Credit | 5,505.47 |
| 2/01 | Transfer Credit | 50,585.68 |
| 2/06 | Transfer Credit | 185.00 |
| 2/10 | Transfer Credit | 52,000.00 |
| 2/23 | Transfer Credit | 26,150.20 |
| 2/28 | Transfer Credit | 1,025.83 |
| 2/28 | Transfer Credit | 19,818.99 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | RST TRAC I MASSACHUSETTS MU | 6,366.66- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 2/01 | DRAFT    COASTAL HUMAN RE | 44,219.02- |
|      | CCD   GULF COAST ASPHALT COM | |
| 2/06 | RST TRAC I MASSACHUSETTS MU | 5,690.09- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 2/15 | DRAFT    COASTAL HUMAN RE | 43,417.57- |
|      | CCD   GULF COAST ASPHALT COM | |
| 2/22 | RST TRAC I MASSACHUSETTS MU | 5,809.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003097

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account plus any late charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

 EQUAL HOUSING LENDER

STATEMENT OF ACCOUNT

# IBERIABANK

Date  2/28/17     Page    2
Account Number   *******8630

GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

  COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 5,505.47 | 2/15 | 8,582.81 | 2/28 | 49,768.36 |
| 2/06 | .38 | 2/22 | 2,773.34 | | |
| 2/10 | 52,000.38 | 2/23 | 28,923.54 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003099

STATEMENT OF ACCOUNT

# IBERIABANK

TO PLO R
GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
004413  HOUSTON TX 77056

Date  3/31/17     Page   1
Account Number   *******8630



----------------------------- CHECKING ACCOUNT ------------------------------

```
COMMERCIAL CHECKING ANALYSIS                                            0
Account Number             *******8630  Statement Dates  3/01/17 thru  4/02/17
Previous Balance            49,768.36    Days this Statement Period         33
    3 Deposits/Credits     100,000.00    Average Ledger                30,135.70
    5 Checks/Debits        142,369.11    Average Collected             30,135.70
Service Charge                    .00
Interest Paid                     .00
Current Balance              7,399.25
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/03 | Transfer Credit | 49,000.00 |
| 3/09 | Transfer Credit | 1,000.00 |
| 3/24 | Transfer Credit | 50,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | DRAFT      COASTAL HUMAN RE | 43,883.89- |
|      | CCD   GULF COAST ASPHALT COM | |
| 3/06 | RST TRAC I MASSACHUSETTS MU | 5,884.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 3/15 | DRAFT      COASTAL HUMAN RE | 43,395.64- |
|      | CCD   GULF COAST ASPHALT COM | |
| 3/20 | RST TRAC I MASSACHUSETTS MU | 5,809.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 3/29 | DRAFT      COASTAL HUMAN RE | 43,395.64- |
|      | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 49,768.36 | 3/06 | 49,000.00 | 3/20 | 794.89 |
| 3/02 | 5,884.47 | 3/09 | 50,000.00 | 3/24 | 50,794.89 |
| 3/03 | 54,884.47 | 3/15 | 6,604.36 | 3/29 | 7,399.25 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008661

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

# IBERIABANK

**NOTICE OF CHANGE** - We are providing you with notice of changes to the Terms and Conditions of your account with us followed by a notice of a change to the Visa® zero liability rule.

Effective 21 calendar days after we send this notice to you, your account(s) shall be governed by the following Terms and Conditions. Continued use of your account(s) after receipt of these Terms and Conditions constitutes acceptance of, and agreement to, the Terms and Conditions.

## TERMS AND CONDITIONS
## OF YOUR ACCOUNT

**AGREEMENT** - This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.



Your account is governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state in which the branch office where you opened your account is located. If you did not open your account in person at a branch office, but through the mail, by phone, or over the internet and you reside, or maintain a residence, in a state where the Bank operates a branch office, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state where the branch office is located. If you do not reside, or maintain a residence in a state where the Bank operates a branch office and you opened your account through the mail, by phone, or over the internet, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state of Louisiana. These choice of law provisions are to apply without giving effect to any choice of law rules that may require the application of the laws of another jurisdiction. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Throughout this document, when a provision is identified as being applicable to a certain state (for example, "in Louisiana"), it means that the provision is only applicable if your account is held at a branch located in that particular state. Any provision which is not described as applying to a particular state, applies to your account.

In Louisiana, Alabama, Florida, and Texas, "Party" means a person who, by the terms of an account, has a present right, subject to request, to payment from the account other than as a beneficiary or agent.

**In Louisiana, LIABILITY-** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (in solido) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs

and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**In Alabama, Arkansas, Florida, Georgia, Tennessee, and Texas, LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in your presence.

## WITHDRAWALS -

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

Debtor 004155

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money, which may be more than the actual amount of your purchase. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it may be up to three days before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

Here is an example of how this can occur – assume for this example the following: (1) you have opted-in to our overdraft services for the payment of overdrafts on ATM and everyday debit card transactions, (2) we pay the overdraft, and (3) our overdraft fee is $35 per overdraft, but we do not charge the overdraft fee if the transaction overdraws the account by less than $10.



You have $120 in your account. You swipe your card at the card reader on a gasoline pump. Since it is unclear what the final bill will be, the gas station's processing system immediately requests a hold on your account in a specified amount, for example, $80. Our processing system authorizes a temporary hold on your account in the amount of $80, and the gas station's processing system authorizes you to begin pumping gas. You fill your tank and the amount of gasoline you purchased is only $50. Our processing system shows that you have $40 in your account available for other transactions ($120 - $80 = $40) even though you would have $70 in your account available for other transactions if the amount of the temporary hold was equal to the amount of your purchase ($120 - $50 = $70). Later, another transaction you have authorized is presented for payment from your account in the amount of $60 (this could be a check you have written, another debit card transaction, an ACH debit or any other kind of payment request). This other transaction is presented before the amount of the temporary hold is adjusted to the amount of your purchase (remember, it may take up to three days for the adjustment to be made). Because the amount of this other transaction is greater than the amount our processing system shows is available in your account, our payment of this transaction will result in an overdraft transaction. Because the transaction overdraws your account by $20, your account will be assessed the overdraft fee of $35 according to our overdraft fee policy. You will be charged this $35 fee according to our policy even though you would have had enough money in your account to cover the $60 transaction if your account had only been debited the amount of your purchase rather than the amount of the temporary hold or if the temporary hold had already been adjusted to the actual amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**In Louisiana, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as

to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account -** This is an account in the names of two or more persons. Any one of such persons, acting alone, has complete access to the account. Upon the death of any party to such account, we are permitted to pay the account balance to the surviving parties, but this authority protects us only. If the surviving joint parties may be liable to the heirs, legatees, or creditors of the deceased party to the extent the funds withdrawn by the survivors were owed to the deceased. If any party to a joint account sends notice to us to prevent withdrawals from the account by another party or parties, we may require the party to withdraw the balance and close the account or we may refuse to allow any further withdrawals from the account except upon the written consent of all parties to it. The remedy we choose is entirely at our discretion.

**Revocable Trust or Pay-on-Death Account -** If two or more of you create such an account, you own the account jointly and the respective interests of each of you shall be deemed equal, unless otherwise stated in our account records. Beneficiaries acquire the right to withdraw only if: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, unless otherwise stated in our account records. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Alabama, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Parties own account during the lifetime of all parties in proportion to their net contributions, unless there is clear and convincing evidence of a different intent.

**In Alabama, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Arkansas, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Pay-On-Death Account -** If two or more of you create such an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, with right of survivorship. The person(s) creating this account type reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Florida, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Such an account is payable on request to one or more of two or more parties, whether or not a right of survivorship is mentioned.

2

**Multiple-Party Account - Tenancy by the Entireties -** The account is owned by two parties who are married to each other and hold the account as tenants by the entirety.

**In Florida, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to the surviving party or parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Georgia and Tennessee, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.



**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Texas, UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE -** The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts. You may choose to designate one or more convenience signers on an account, even if the account is not a convenience account. A designated convenience signer may make transactions on your behalf during your lifetime, but does not own the account during your lifetime. The designated convenience signer owns the account on your death only if the convenience signer is also designated as a P.O.D. payee or trust account beneficiary.

**Single-Party Account Without "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Single-Party Account With "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes to the P.O.D. beneficiaries of the account. The account is not a part of the party's estate.

**Multiple-Party Account Without Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Multiple-Party Account With Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes to the surviving parties.

**Multiple-Party Account With Right of Survivorship and "P.O.D." (Payable on Death) Designation -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of the last surviving party, the ownership of the account passes to the P.O.D. beneficiaries.

**Convenience Account -** The parties to the account own the account. One or more convenience signers to the account may make account transactions for a party. A convenience signer does not own the account. On the death of the last surviving party, ownership of the account passes as a part of the last surviving party's estate under the last surviving party's will or by intestacy. The financial institution may pay funds in the account to a convenience signer before the financial institution receives notice of the death of the last surviving party. The payment to a convenience signer does not affect the parties' ownership of the account.

**Trust Account -** The parties named as trustees to the account own the account in proportion to the parties' net contributions to the account. A trustee may withdraw funds from the account. A beneficiary may not withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In Louisiana, Alabama, Georgia, and Tennessee, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Florida, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law, it must be made in a signed and dated writing, and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Arkansas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood — you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Texas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law; it must be made in a dated, authenticated record that describes the item with certainty. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). We must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**In Louisiana, Alabama, Arkansas, Florida, and Georgia, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement



available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Tennessee, STATEMENTS - Your duty to report unauthorized signatures, alterations, forgeries and other errors -** You must examine your statement of account with "reasonable promptness." In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. If you discover (or reasonably should have discovered) any unauthorized signatures, alterations, incorrect payment amounts, or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith. The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and items and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations, forgeries, incorrect payment amounts, missing or incorrectly credited deposits, or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used good faith. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Texas, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

4

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**In Louisiana, Alabama, Arkansas, Georgia, and Tennessee, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.



**In Florida, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

The funds in joint accounts, including accounts owned as tenants by the entireties, may be set off by us for any individual or joint debt of any person having withdrawal rights. To the extent that setoff of funds in an account owned by husband and wife as tenants by the entireties would ordinarily not be permitted by law for a debt of only one of the spouses, both spouses and all persons having rights of withdrawal hereby waive that right and consent to setoff for either an individual or joint debt owed by one or both of them to this bank. This waiver and consent applies to debts on which any one of you is liable, whether jointly with another, individually, or those on which you are secondarily liable.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Texas, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) the debt is created by a home equity loan, or (e) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Louisiana, AUTHORIZED SIGNER (Agent) (Individual Accounts only) -** A single individual is the owner. The authorized signer (hereinafter "agent") is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Alabama, AGENCY (Power of Attorney) DESIGNATION (Single-Party Accounts only) -** A single individual is the owner. The agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Arkansas, AGENCY (POWER OF ATTORNEY) DESIGNATION -** Agents may make account transactions on behalf of the parties, but have no ownership or rights at death unless named as Pay-on-Death beneficiaries. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Florida, CONVENIENCE ACCOUNT AGENT (Single-Party Accounts only) -** A convenience account, as defined by Florida law, means a deposit account other than a certificate of deposit, in the name of one individual, in which one or more individuals have been designated as agent with the right to make deposits to and withdraw funds from or draw checks on such account on the owner's behalf. A single individual is the owner, and the agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of a convenience account agent.

**In Georgia, AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In Tennessee, ADDITIONAL AUTHORIZED SIGNATORY (Individual Accounts only) -** A single individual is the owner. The additional authorized signatory is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the additional authorized signatory may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the additional authorized signatory. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the additional authorized signatory until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an additional authorized signatory.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

5

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within 1½" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.



As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within 1½" of that edge.



It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to this account, and as authorized by applicable law and regulations.
- Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

Debtor000459

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

## NOTICE OF CHANGE IN VISA ZERO LIABILITY RULE

A change in the Visa Core Rules revises the circumstances under which you have zero liability for unauthorized electronic fund transfers. The change is highlighted in bold italics type in the next two sentences. Under the new Visa rule, you will not be liable for any transactions using a lost or stolen Visa card unless you have been *negligent* or engaged in fraud. Under the previous rule, you are not liable for any transaction using a lost or stolen Visa card unless you were *grossly negligent* or engaged in fraud. This change becomes effective 21 days after you receive this notice.

Whether conduct is negligent depends on the circumstances and is subject to interpretation. However, negligence is generally considered to be the failure to use such care as a reasonably prudent person would have exercised in a similar situation. Negligence is more careful conduct than gross negligence.

As a result of the Visa rule change, you have to use a higher degree of care to have zero liability for unauthorized transactions than you had to exercise under the previous Visa rule.

Here is the disclosure of your liability for unauthorized electronic fund transfers, effective 21 days after you receive this notice —

### UNAUTHORIZED TRANSFERS

**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

• *Additional Limit on Liability for Debit VISA® Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Debit VISA® Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed below. You should also call the number or write to the address listed below if you believe a transfer has been made using the information from your check without your permission.

IBERIABANK
12719 CANTRELL ROAD, SUITE 103
LITTLE ROCK, AR 72223
Phone: 800-682-3231

200668917-010

© 2016 Wolters Kluwer Financial Services – Bankers Systems™ Form CN-TC-REGE 12/1/2016 Custom TCM-20t

Debtor000454

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
002736  HOUSTON TX 77056

Date  4/28/17      Page    1
Account Number    *******8630



```
----------------------- CHECKING ACCOUNT -----------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                              0
Account Number               *******8630    Statement Dates   4/03/17 thru  4/30/17
Previous Balance                7,399.25    Days this Statement Period       28
   4 Deposits/Credits         188,950.53    Average Ledger                2,589.52
   5 Checks/Debits            189,155.69    Average Collected             2,589.52
Service Charge                       .00
Interest Paid                        .00
Current Balance                 7,194.09

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/12 | Transfer Credit | 61,659.21 |
| 4/13 | Transfer Credit | 5,884.47 |
| 4/26 | Transfer from DDA | 57,106.38 |
|      | Acct No.  ████████8681-D | |
| 4/27 | Transfer Credit | 64,300.47 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | RST TRAC I MASSACHUSETTS MU | 5,809.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 4/12 | DRAFT     COASTAL HUMAN RE | 63,248.99- |
|      | CCD   GULF COAST ASPHALT COM | |
| 4/18 | RST TRAC I MASSACHUSETTS MU | 5,884.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 4/26 | DRAFT     COASTAL HUMAN RE | 57,106.38- |
|      | CCD   GULF COAST ASPHALT COM | |
| 4/27 | From DDA *8630,To DDA *8681,co | 57,106.38- |
|      | ver sweep from Oper | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 1,589.78 | 4/13 | 5,884.47 | 4/26 | .00 |
| 4/12 | .00 | 4/18 | .00 | 4/27 | 7,194.09 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                        $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                 $ _____

## TOTAL                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING                       $ _____

## BALANCE                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  5/31/17      Page    1
                                          Account Number   *******8630
     GULF COAST ASPHALT COMPANY LLC
     PAYROLL ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
------------------------ CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                            0
Account Number             *******8630  Statement Dates  5/01/17 thru  5/31/17
Previous Balance              7,194.09  Days this Statement Period          31
    3 Deposits/Credits      147,911.83  Average Ledger               4,382.82
    5 Checks/Debits         155,105.92  Average Collected            4,382.82
Service Charge                     .00
Interest Paid                      .00
Current Balance                    .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/10 | Transfer Credit | 66,222.13 |
| 5/15 | Transfer Credit | 8,047.95 |
| 5/23 | Transfer Credit | 73,641.75 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/03 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 7,194.09- |
| 5/10 | DRAFT     COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT COM | 66,222.13- |
| 5/15 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 8,047.95- |
| 5/24 | DRAFT     COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT COM | 65,668.80- |
| 5/30 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 7,972.95- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 7,194.09 | 5/15 | .00 | 5/30 | .00 |
| 5/03 | .00 | 5/23 | 73,641.75 | | |
| 5/10 | .00 | 5/24 | 7,972.95 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# **IBERIABANK**

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT              $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                        $ _____

## SUBTRACT—

CHECKS OUTSTANDING            $ _____

## BALANCE                     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line at your credit closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your accounts as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  6/30/17      Page   1
    GULF COAST ASPHALT COMPANY LLC      Account Number    *******8630
    PAYROLL ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

------------------------------ CHECKING ACCOUNT ------------------------------

```
COMMERCIAL CHECKING ANALYSIS                                               0
Account Number              *******8630   Statement Dates   6/01/17 thru 7/02/17
Previous Balance                    .00   Days this Statement Period        32
    5 Deposits/Credits       147,788.25   Average Ledger              3,497.54
    3 Checks/Debits          139,815.30   Average Collected           3,497.54
Service Charge                      .00
Interest Paid                       .00
Current Balance                7,972.95
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/07 | Transfer from DDA | 66,137.31 |
|      | Acct No.      8681-D | |
| 6/08 | Transfer Credit | 8,047.95 |
| 6/21 | Transfer Credit | 19,630.04 |
| 6/21 | Transfer Credit | 46,000.00 |
| 6/23 | Transfer Credit | 7,972.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/07 | DRAFT     COASTAL HUMAN RE | 66,137.31- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/12 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 6/21 | DRAFT     COASTAL HUMAN RE | 65,630.04- |
|      | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | .00 | 6/08 | 8,047.95 | 6/21 | .00 |
| 6/07 | .00 | 6/12 | .00 | 6/23 | 7,972.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account at your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  7/31/17     Page    1
                                        Account Number   *******8630
   GULF COAST ASPHALT COMPANY LLC
   PAYROLL ACCOUNT
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

Change in terms: Effective September 1, 2017, deposit accounts with no transaction
activity and a zero balance for 30 consecutive days may be closed.

--------------------------- CHECKING ACCOUNT -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                            2
```
Account Number          *******8630  Statement Dates  7/03/17 thru  7/31/17
Previous Balance           7,972.95  Days this Statement Period         29
   5 Deposits/Credits    164,287.77  Average Ledger                14,847.30
   6 Checks/Debits       164,287.77  Average Collected             14,847.30
Service Charge                  .00
Interest Paid                   .00
Current Balance            7,972.95
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/05 | Transfer Credit | 84,191.12 |
| 7/19 | Transfer Credit | 68,292.73 |
| 7/20 | DRAFT      COASTAL HUMAN RE | 1,912.93 |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/25 | Transfer from DDA | 1,918.04 |
|      | Acct No.         ████████8681-D | |
| 7/27 | Transfer Credit | 7,972.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/07 | DRAFT      COASTAL HUMAN RE | 69,256.66- |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/17 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 7/17 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 7/19 | DRAFT      COASTAL HUMAN RE | 68,292.73- |
|      | CCD   GULF COAST ASPHALT COM | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/10 | 11779 | 6,886.51 | 7/25 | 11781* | 3,830.97 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to is to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account (less any advances, and subtract any payments or credits.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  7/31/17    Page    2
     GULF COAST ASPHALT COMPANY LLC        Account Number  *******8630
     PAYROLL ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 7,972.95 | 7/10 | 16,020.90 | 7/20 | 1,912.93 |
| 7/05 | 92,164.07 | 7/17 | .00 | 7/25 | .00 |
| 7/07 | 22,907.41 | 7/19 | .00 | 7/27 | 7,972.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.



Page 3

Account Number   ＊＊＊＊＊＊＊8630



#11779   07/10/17   $6886.51



#11781   07/25/17   $3830.97

Debtor000502

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  8/31/17     Page    1
                                        Account Number    *******8630
    GULF COAST ASPHALT COMPANY LLC
    PAYROLL ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

-------------------------- **CHECKING ACCOUNT** --------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                              1
Account Number              *******8630   Statement Dates   8/01/17 thru  8/31/17
Previous Balance              7,972.95    Days this Statement Period         31
     6 Deposits/Credits     232,288.02    Average Ledger               15,768.86
     8 Checks/Debits        232,213.02    Average Collected            15,768.86
Service Charge                    .00
Interest Paid                     .00
Current Balance               8,047.95

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | Transfer from DDA | 64,157.95 |
|      | Acct No.  ████████8681-D | |
| 8/07 | Transfer from DDA | 8,047.95 |
|      | Acct No.  ████████8681-D | |
| 8/16 | Transfer Credit | 79,025.00 |
| 8/21 | Transfer Credit | 94.83 |
| 8/21 | Transfer Credit | 6,787.69 |
| 8/24 | Transfer Credit | 74,174.60 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 8/02 | DRAFT      COASTAL HUMAN RE | 64,157.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 8/07 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 8/16 | DRAFT      COASTAL HUMAN RE | 70,554.83- |
|      | CCD   GULF COAST ASPHALT COM | |
| 8/17 | DRAFT      COASTAL HUMAN RE | 493.23- |
|      | CCD   GULF COAST ASPHALT COM | |
| 8/21 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                  $ _____

## SUBTRACT—

CHECKS OUTSTANDING                 $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date  8/31/17     Page     2
     GULF COAST ASPHALT COMPANY LLC         Account Number   *******8630
     PAYROLL ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/30 | DRAFT    COASTAL HUMAN RE | 66,126.65- |
|      | CCD   GULF COAST ASPHALT COM | |

### Checks in Number Order

| Date | Check No | Amount |
|------|----------|--------|
| 8/18 | 11782 | 6,886.51 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 7,972.95 | 8/16 | 8,470.17 | 8/21 | .00 |
| 8/02 | .00 | 8/17 | 7,976.94 | 8/24 | 74,174.60 |
| 8/07 | .00 | 8/18 | 1,090.43 | 8/30 | 8,047.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

Account Number   *******8630

Page 3





#11782    08/18/17    $6886.51

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date  9/29/17    Page    1
     GULF COAST ASPHALT COMPANY LLC   Account Number   *******8630
     PAYROLL ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
   -------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8630  Statement Dates  9/01/17 thru 10/01/17
Previous Balance               8,047.95  Days this Statement Period       31
    4 Deposits/Credits       164,884.37  Average Ledger             8,803.99
    4 Checks/Debits          164,070.85  Average Collected          8,803.99
Service Charge                      .00
Interest Paid                       .00
Current Balance                8,861.47
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/12 | Transfer Credit | 74,175.00 |
| 9/15 | Transfer Credit | 6,823.83 |
| 9/21 | Transfer Credit | 1,018.82 |
| 9/27 | Transfer Credit | 82,866.72 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/05 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 9/14 | DRAFT     COASTAL HUMAN RE | 73,156.18- |
|      | CCD   GULF COAST ASPHALT COM | |
| 9/21 | RST TRAC I MASSACHUSETTS MU | 8,861.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 9/27 | DRAFT     COASTAL HUMAN RE | 74,005.25- |
|      | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 8,047.95 | 9/14 | 1,018.82 | 9/27 | 8,861.47 |
| 9/05 | .00 | 9/15 | 7,842.65 | | |
| 9/12 | 74,175.00 | 9/21 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                         $ _____

## TOTAL                        $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                      $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK



```
TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
005677
```

```
Date 10/31/17     Page    1
Account Number  *******8630
```



```
------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                        0

| | | |
|---|---|---|
| Account Number | *******8630 | Statement Dates  10/02/17 thru 10/31/17 |
| Previous Balance | 8,861.47 | Days this Statement Period          30 |
| 2 Deposits/Credits | 215,912.66 | Average Ledger                  75,149.04 |
| 5 Checks/Debits | 151,300.73 | Average Collected               75,149.04 |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 73,473.40 | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/04 | Transfer Credit | 79,092.41 |
| 10/18 | Transfer Credit | 136,820.25 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 10/05 | RST TRAC I MASSACHUSETTS MU | 6,472.92- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 10/11 | DRAFT      COASTAL HUMAN RE | 67,247.59- |
| | CCD   GULF COAST ASPHALT COM | |
| 10/18 | RST TRAC I MASSACHUSETTS MU | 5,519.48- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 10/25 | DRAFT      COASTAL HUMAN RE | 66,616.26- |
| | CCD   GULF COAST ASPHALT COM | |
| 10/30 | RST TRAC I MASSACHUSETTS MU | 5,444.48- |
| | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/02 | 8,861.47 | 10/11 | 14,233.37 | 10/30 | 73,473.40 |
| 10/04 | 87,953.88 | 10/18 | 145,534.14 | | |
| 10/05 | 81,480.96 | 10/25 | 78,917.88 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009733

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/17      Page    1
                                              Account Number    *******8630
     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
    --------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                           1

```
Account Number            *******8630   Statement Dates  11/01/17 thru 11/30/17
Previous Balance            73,473.40    Days this Statement Period        30
      2 Deposits/Credits    94,597.98   Average Ledger             22,806.60
      5 Checks/Debits      167,713.58   Average Collected          22,806.60
Service Charge                    .00
Interest Paid                     .00
Current Balance              357.80
```

### Deposits and Additions

| Date  | Description     | Amount    |
|-------|-----------------|-----------|
| 11/10 | Transfer Credit | 914.34    |
| 11/21 | Transfer Credit | 93,683.64 |

### Withdrawals and Deductions

| Date  | Description              | Amount     |
|-------|--------------------------|------------|
| 11/08 | DRAFT    COASTAL HUMAN RE | 67,947.12- |
|       | CCD   GULF COAST ASPHALT COM |        |
| 11/13 | RST TRAC I MASSACHUSETTS MU | 6,240.62- |
|       | CCD   GCAC, LLC 401(K) PLAN |           |
| 11/22 | DRAFT     COASTAL HUMAN RE | 85,900.17- |
|       | CCD   GULF COAST ASPHALT COM |        |
| 11/27 | RST TRAC I MASSACHUSETTS MU | 6,286.77- |
|       | CCD   GCAC, LLC 401(K) PLAN |           |

### Checks in Number Order

| Date  | Check No | Amount   |
|-------|----------|----------|
| 11/29 | 11783    | 1,338.90 |

(*) Check Numbers Missing

### Daily Balance Information

| Date  | Balance   | Date  | Balance  | Date  | Balance   |
|-------|-----------|-------|----------|-------|-----------|
| 11/01 | 73,473.40 | 11/10 | 6,440.62 | 11/21 | 93,883.64 |
| 11/08 | 5,526.28  | 11/13 | 200.00   | 11/22 | 7,983.47  |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17    Page    2
Account Number    *******8630

COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/27 | 1,696.70 | 11/29 | 357.80 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# iBERIABANK

Account Number     * * * * * * * 8630

Page 3



Gulf Coast Asphalt Company LLC
1990 Post Oak Blvd.
Suite 2400
Houston TX, 77056

Iberia Bank FSB
Little Rock, AR 72207

Check No:   **11783**

Date: 11/24/2017

Pay To:   MIRANDA FOFANAH

This Amount:   ONE THOUSAND THREE HUNDRED THIRTY-EIGHT and 90/100————   $****1,338.90

Void After 90 Days

#11783    11/29/17    $1338.90

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date 12/29/17      Page    1
   GULF COAST ASPHALT COMPANY LLC     Account Number    *******8630
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

```
   --------------------------- CHECKING ACCOUNT -------------------------------
```

```
   COMMERCIAL CHECKING ANALYSIS                                             0
   Account Number            *******8630   Statement Dates  12/01/17 thru 12/31/17
   Previous Balance                357.80  Days this Statement Period        31
        4 Deposits/Credits     187,172.73  Average Ledger              1,071.70
        4 Checks/Debits        187,530.53  Average Collected           1,071.70
   Service Charge                     .00
   Interest Paid                      .00
   Current Balance                    .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/06 | Transfer Credit | 87,327.32 |
| 12/11 | Transfer Credit | 6,361.77 |
| 12/20 | Transfer from DDA | 87,196.87 |
|  | Acct No.      ████8681-D | |
| 12/21 | Transfer Credit | 6,286.77 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 12/06 | DRAFT      COASTAL HUMAN RE | 87,685.12- |
|  | CCD   GULF COAST ASPHALT COM | |
| 12/11 | RST TRAC I MASSACHUSETTS MU | 6,361.77- |
|  | CCD   GCAC, LLC 401(K) PLAN | |
| 12/20 | DRAFT      COASTAL HUMAN RE | 87,196.87- |
|  | CCD   GULF COAST ASPHALT COM | |
| 12/26 | RST TRAC I MASSACHUSETTS MU | 6,286.77- |
|  | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 357.80 | 12/11 | .00 | 12/21 | 6,286.77 |
| 12/06 | .00 | 12/20 | .00 | 12/26 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

 Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
### TELEPHONE US AT: 1-800-682-3231 OR
### WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/18     Page     1
Account Number    *******8630

---

------------------------------- **CHECKING ACCOUNT** -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                                    0
Account Number              *******8630   Statement Dates   1/01/18 thru  1/31/18
Previous Balance                    .00   Days this Statement Period          31
    5 Deposits/Credits       281,866.25   Average Ledger                  883.64
    5 Checks/Debits          281,866.25   Average Collected               883.64
Service Charge                      .00
Interest Paid                       .00
Current Balance                     .00

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 1/04 | Transfer from DDA | 88,758.14 |
|      | Acct No. ███████8681-D | |
| 1/05 | Transfer Credit | 9,131.00 |
| 1/17 | Transfer Credit | 87,675.06 |
| 1/22 | Transfer from DDA | 9,056.00 |
|      | Acct No. ███████8681-D | |
| 1/31 | Transfer Credit | 87,246.05 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/04 | DRAFT        COASTAL HUMAN RE | 88,758.14- |
|      | CCD    GULF COAST ASPHALT COM | |
| 1/08 | RST TRAC I MASSACHUSETTS MU | 9,131.00- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 1/17 | DRAFT        COASTAL HUMAN RE | 87,675.06- |
|      | CCD    GULF COAST ASPHALT COM | |
| 1/22 | RST TRAC I MASSACHUSETTS MU | 9,056.00- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 1/31 | DRAFT        COASTAL HUMAN RE | 87,246.05- |
|      | CCD    GULF COAST ASPHALT COM | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

　　　1)Tell us your name and account number.
　　　2)Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
　　　3)Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit including principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  1/31/18    Page     2
     GULF COAST ASPHALT COMPANY LLC           Account Number   *******8630
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8630  (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | .00 | 1/08 | .00 | 1/31 | .00 |
| 1/04 | .00 | 1/17 | .00 | | |
| 1/05 | 9,131.00 | 1/22 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                    Date  2/28/18     Page    1
                                    Account Number   *******8630
     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT --------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                           0

| | | | |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates  2/01/18 thru  2/28/18 | |
| Previous Balance | .00 | Days this Statement Period | 28 |
| 2 Deposits/Credits | 578,033.41 | Average Ledger | 3,267.20 |
| 2 Checks/Debits | 486,551.70 | Average Collected | 3,267.20 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 91,481.71 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 2/15 | Transfer Credit | 86,551.70 |
| 2/28 | Transfer Credit | 491,481.71 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 2/15 | DRAFT      COASTAL HUMAN RE | 86,551.70- |
| | CCD   GULF COAST ASPHALT COM | |
| 2/28 | From DDA *8630,To DDA *8665 | 400,000.00- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/01 | .00 | 2/15 | .00 | 2/28 | 91,481.71 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000527

# IBERIABANK

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                        $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                            $ _____

## TOTAL                                         $ _____

## SUBTRACT—

CHECKS OUTSTANDING                     $ _____

## BALANCE                                     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 **Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advances.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account at the time of your billing cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  3/30/18     Page    1
                                              Account Number   *******8630
    GULF COAST ASPHALT COMPANY LLC
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
    --------------------------- CHECKING ACCOUNT -------------------------------

    COMMERCIAL CHECKING ANALYSIS                                            0
    Account Number           *******8630   Statement Dates  3/01/18 thru  4/01/18
    Previous Balance           91,481.71   Days this Statement Period      32
        7 Deposits/Credits    632,091.84   Average Ledger                 .00
        7 Checks/Debits       723,573.55   Average Collected              .00
    Service Charge                   .00
    Interest Paid                    .00
    Current Balance                  .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Transfer Credit | 400,000.00 |
| 3/05 | Transfer Credit | 9,056.00 |
| 3/05 | Transfer Credit | 9,131.00 |
| 3/05 | Transfer Credit | 39,673.28 |
| 3/14 | Transfer Credit | 82,728.57 |
| 3/19 | Transfer Credit | 7,336.76 |
| 3/29 | Transfer Credit | 84,166.23 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | DRAFT       COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT COM | 491,481.71- |
| 3/05 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 9,056.00- |
| 3/05 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 9,131.00- |
| 3/05 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 39,673.28- |
| 3/14 | DRAFT       COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT COM | 82,728.57- |
| 3/19 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 7,336.76- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advances. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of the billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  3/30/18    Page     2
      GULF COAST ASPHALT COMPANY LLC      Account Number   *******8630
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/29 | DRAFT    COASTAL HUMAN RE | 84,166.23- |
|      | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | .00 | 3/14 | .00 | 3/29 | .00 |
| 3/05 | .00 | 3/19 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  4/30/18    Page    1
                                          Account Number   *******8630
     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
     -------------------------- CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                          0
| | | | |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates | 4/02/18 thru 4/30/18 |
| Previous Balance | .00 | Days this Statement Period | 29 |
| 4 Deposits/Credits | 186,846.36 | Average Ledger | .00 |
| 4 Checks/Debits | 186,846.36 | Average Collected | .00 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### Deposits and Additions
| Date | Description | Amount |
|---|---|---|
| 4/03 | Transfer Credit | 7,336.76 |
| 4/11 | Transfer Credit | 83,542.41 |
| 4/16 | Transfer Credit | 12,875.24 |
| 4/25 | Transfer from DDA | 83,091.95 |
| | Acct No.         ███████8681-D | |

### Withdrawals and Deductions
| Date | Description | Amount |
|---|---|---|
| 4/03 | RST TRAC I MASSACHUSETTS MU | 7,336.76- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 4/11 | DRAFT      COASTAL HUMAN RE | 83,542.41- |
| | CCD   GULF COAST ASPHALT COM | |
| 4/16 | RST TRAC I MASSACHUSETTS MU | 12,875.24- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 4/25 | DRAFT      COASTAL HUMAN RE | 83,091.95- |
| | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/02 | .00 | 4/11 | .00 | 4/25 | .00 |
| 4/03 | .00 | 4/16 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advance. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

013328

Date  5/31/18    Page    1
Account Number    *******8630



013328

------------------------------  **CHECKING ACCOUNT**  ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                              0
Account Number              *******8630   Statement Dates   5/01/18 thru  5/31/18
Previous Balance                    .00   Days this Statement Period          31
    5 Deposits/Credits       265,795.53   Average Ledger              23,780.80
    5 Checks/Debits          190,963.42   Average Collected           23,780.80
Service Charge                      .00
Interest Paid                       .00
Current Balance               74,832.11

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Transfer Credit | 8,259.84 |
| 5/08 | Transfer Credit | 84,861.55 |
| 5/16 | Transfer Credit | 6,490.24 |
| 5/23 | Transfer from DDA | 83,091.95 |
|      | Acct No.       ████████8681-D | |
| 5/24 | Transfer Credit | 83,091.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 5/09 | DRAFT       COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/16 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 5/23 | DRAFT       COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/29 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | .00 | 5/08 | 84,861.55 | 5/09 | 1,769.60 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001625

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                         $ _____

## TOTAL                                  $ _____

## SUBTRACT—

CHECKS OUTSTANDING                 $ _____

## BALANCE                             $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (including current transactions). The New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC          Date  5/31/18      Page      2
1990 POST OAK BLVD SUITE 2400           Account Number   *******8630
HOUSTON TX 77056

---



013328

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 5/16 | .00 | 5/24 | 83,091.95 |
| 5/23 | .00 | 5/29 | 74,832.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001627

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date  6/29/18    Page    1
                                         Account Number  *******8630
    GULF COAST ASPHALT COMPANY LLC
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
    --------------------------- CHECKING ACCOUNT -------------------------------

    COMMERCIAL CHECKING ANALYSIS                                          0
    Account Number              *******8630   Statement Dates  6/01/18 thru  7/01/18
    Previous Balance             74,832.11    Days this Statement Period        31
       5 Deposits/Credits       290,575.05    Average Ledger              40,472.22
       4 Checks/Debits          182,703.58    Average Collected           40,472.22
    Service Charge                     .00
    Interest Paid                      .00
    Current Balance             182,703.58
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/08 | Transfer Credit | 8,259.84 |
| 6/12 | Transfer Credit | 8,259.84 |
| 6/22 | Transfer Credit | 83,091.95 |
| 6/25 | Transfer Credit | 8,259.84 |
| 6/28 | Transfer Credit | 182,703.58 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/08 | DRAFT      COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/12 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 6/22 | DRAFT      COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/25 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 74,832.11 | 6/12 | .00 | 6/25 | .00 |
| 6/08 | .00 | 6/22 | .00 | 6/28 | 182,703.58 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advances.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account as of your billing closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT



```
           TO PLO R
           GULF COAST ASPHALT COMPANY LLC        Date  7/31/18     Page     1
           1990 POST OAK BLVD SUITE 2400         Account Number    *******8630
           HOUSTON TX 77056
   007452
```



```
   007452
```

---

```
----------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                                0
Account Number           *******8630   Statement Dates   7/02/18 thru  7/31/18
Previous Balance          182,703.58   Days this Statement Period          30
       Deposits/Credits          .00   Average Ledger                60,647.52
    4 Checks/Debits       182,079.76   Average Collected             60,647.52
Service Charge                   .00
Interest Paid                    .00
Current Balance               623.82
```

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/05 | DRAFT      COASTAL HUMAN RE | 83,040.44- |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/09 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 7/18 | DRAFT      COASTAL HUMAN RE | 82,519.64- |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/23 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | 182,703.58 | 7/09 | 91,403.30 | 7/23 | 623.82 |
| 7/05 | 99,663.14 | 7/18 | 8,883.66 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

```
                                                                        003753
```

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

 Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
### TELEPHONE US AT: 1-800-682-3231 OR
### WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of the billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date  8/31/18    Page    1
Account Number  *******8630
```

```
-------------------------- CHECKING ACCOUNT --------------------------------
```

**COMMERCIAL CHECKING ANALYSIS** 0

| | | | |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates  8/01/18 thru  9/03/18 | |
| Previous Balance | 623.82 | Days this Statement Period | 34 |
| 6 Deposits/Credits | 274,995.16 | Average Ledger | 6,921.43 |
| 5 Checks/Debits | 267,168.17 | Average Collected | 6,921.43 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 8,450.81 | | |

## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 8/02 | Transfer from DDA | 82,926.29 |
| | Acct No. ████████8681-D | |
| 8/07 | Transfer from DDA | .20 |
| | Acct No. ████████8681-D | |
| 8/07 | Transfer Credit | 8,259.64 |
| 8/15 | Transfer Credit | 83,549.19 |
| 8/21 | Transfer Credit | 8,259.84 |
| 8/27 | Transfer Credit | 92,000.00 |

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 8/02 | DRAFT      COASTAL HUMAN RE | 83,550.11- |
| | CCD   GULF COAST ASPHALT COM | |
| 8/07 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 8/15 | DRAFT      COASTAL HUMAN RE | 83,549.19- |
| | CCD   GULF COAST ASPHALT COM | |
| 8/21 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 8/29 | DRAFT      COASTAL HUMAN RE | 83,549.19- |
| | CCD   GULF COAST ASPHALT COM | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000507

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

    1)Tell us your name and account number.
    2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have
use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account
used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up
all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily
periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the
billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account
and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate
the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ-
ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account at the closing date which includes principal.  If the New Balance is less than
or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to
make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically
deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed
to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch
office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We
must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount
  in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as
  delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/18    Page    2
     GULF COAST ASPHALT COMPANY LLC           Account Number   *******8630
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 623.82  | 8/15 | .00     | 8/29 | 8,450.81 |
| 8/02 | .00     | 8/21 | .00     |      |          |
| 8/07 | .00     | 8/27 | 92,000.00 |    |          |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/28/18     Page      1
                                        Account Number   *******8630
    GULF COAST ASPHALT COMPANY LLC
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
    -------------------------- CHECKING ACCOUNT------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                            0

| | | |
|---|---|---|
| Account Number | *******8630 | Statement Dates  9/04/18 thru  9/30/18 |
| Previous Balance | 8,450.81 | Days this Statement Period       27 |
| 3 Deposits/Credits | 234,000.00 | Average Ledger            23,696.40 |
| 5 Checks/Debits | 233,085.55 | Average Collected         23,696.40 |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 9,365.26 | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 9/10 | Transfer Credit | 92,000.00 |
| 9/12 | Transfer Credit | 50,000.00 |
| 9/26 | Transfer Credit | 92,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 9/07 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 9/12 | From DDA *8630,To DDA *6089 | 50,000.00- |
| 9/14 | DRAFT      COASTAL HUMAN RE | 83,342.68- |
| | CCD   GULF COAST ASPHALT COM | |
| 9/17 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 9/28 | DRAFT      COASTAL HUMAN RE | 83,223.19- |
| | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/04 | 8,450.81 | 9/12 | 92,190.97 | 9/26 | 92,588.45 |
| 9/07 | 190.97 | 9/14 | 8,848.29 | 9/28 | 9,365.26 |
| 9/10 | 92,190.97 | 9/17 | 588.45 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                        $ _____

## TOTAL                        $ _____

## SUBTRACT—

CHECKS OUTSTANDING              $ _____

## BALANCE                      $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date 10/31/18      Page    1
                                        Account Number   *******8630
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
---------------------------- CHECKING ACCOUNT-------------------------------

    Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
    Eligible account balances above $250,000 and $1,000,000 may qualify for a
    premium Earnings Credit Rate.
    Tier 1 -  $0.00 - $249,999.99
    Tier 2 -  $250,000.00 - $999,999.99
    Tier 3 -  $1,000,000.00 and greater
```

**COMMERCIAL CHECKING ANALYSIS**                                        0

| | | | |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates  10/01/18 thru 10/31/18 | |
| Previous Balance | 9,365.26 | Days this Statement Period | 31 |
| 8 Deposits/Credits | 465,597.17 | Average Ledger | 22,667.08 |
| 7 Checks/Debits | 382,962.43 | Average Collected | 19,602.57 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 92,000.00 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/09 | Transfer Credit | 60,000.00 |
| 10/10 | Transfer Credit | 22,547.76 |
| 10/17 | Transfer Credit | 6,029.01 |
| 10/24 | Deposit | 95,000.00 |
| 10/26 | Transfer from DDA | 84,039.18 |
| | Acct No.      ▮8681-D | |
| 10/29 | Transfer from DDA | 100,490.61 |
| | Acct No.      ▮8681-D | |
| 10/30 | Transfer from DDA | 5,490.61 |
| | Acct No.      ▮8681-D | |
| 10/31 | Transfer Credit | 92,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 10/02 | RST TRAC I MASSACHUSETTS MU | 7,721.44- |
| | CCD   GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# *I*BERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
### TELEPHONE US AT: 1-800-682-3231 OR
### WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advances.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account at your line closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

Date 10/31/18    Page    2
Account Number    *******8630

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/10 | DRAFT       COASTAL HUMAN RE | 84,191.58- |
|       | CCD   GULF COAST ASPHALT COM | |
| 10/24 | RST TRAC I MASSACHUSETTS MU | 6,029.01- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 10/25 | DRAFT       COASTAL HUMAN RE | 84,039.18- |
|       | CCD   GULF COAST ASPHALT COM | |
| 10/29 | Chargeback | 95,000.00- |
| 10/29 | RST TRAC I MASSACHUSETTS MU | 5,490.61- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 10/30 | NSF XFER 2000248681 | 100,490.61- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 9,365.26 | 10/17 | 6,029.01 | 10/29 | 95,000.00 |
| 10/02 | 1,643.82 | 10/24 | 95,000.00 | 10/30 | .00 |
| 10/09 | 61,643.82 | 10/25 | 10,960.82 | 10/31 | 92,000.00 |
| 10/10 | .00 | 10/26 | 95,000.00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000543

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date 11/30/18      Page    1
                                            Account Number   *******8630

     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
      ---------------------------- CHECKING ACCOUNT-------------------------------

      Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
      Eligible account balances above $250,000 and $1,000,000 may qualify for a
      premium Earnings Credit Rate.
      Tier 1 -  $0.00 - $249,999.99
      Tier 2 -  $250,000.00 - $999,999.99
      Tier 3 -  $1,000,000.00 and greater
```

**COMMERCIAL CHECKING ANALYSIS**                                    0

```
Account Number            *******8630   Statement Dates  11/01/18 thru 12/02/18
Previous Balance             92,000.00   Days this Statement Period          32
   1 Deposits/Credits        90,000.00   Average Ledger              41,001.29
   4 Checks/Debits          178,435.77   Average Collected           41,001.29
Service Charge                     .00
Interest Paid                      .00
Current Balance               3,564.23
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 11/16 | Transfer Credit | 90,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/09 | DRAFT       COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT COM | 84,657.74- |
| 11/14 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 4,605.93- |
| 11/21 | DRAFT       COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT COM | 84,604.57- |
| 11/27 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 4,567.53- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 92,000.00 | 11/09 | 7,342.26 | 11/14 | 2,736.33 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                    $ _____

## TOTAL                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

 **Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

 **EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

  1)Tell us your name and account number.
  2)Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3)Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                                  Date 11/30/18     Page      2
        GULF COAST ASPHALT COMPANY LLC            Account Number    *******8630
        1990 POST OAK BLVD SUITE 2400
        HOUSTON TX 77056
```

---

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Daily Balance Information

| Date  | Balance   | Date  | Balance  | Date  | Balance  |
|-------|-----------|-------|----------|-------|----------|
| 11/16 | 92,736.33 | 11/21 | 8,131.76 | 11/27 | 3,564.23 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 1 of 3


TO PLO R
014314

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

014314

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER * * * * * * *8630 | |
|---|---|---|---|
| Previous Balance | 3,564.23 | Statement Dates | 12/03/18 thru 12/31/18 |
| 2 Deposits/Credits | 175,807.87 | Days this Statement Period | 29 |
| 4 Checks/Debits | 177,937.31 | Average Ledger Balance | 6,362.66 |
| Service Charge | .00 | Average Collected Balance | 6,362.66 |
| Interest Paid | .00 | | |
| Current Balance | 1,434.79 | | |

## Your statement now has
# A NEW LOOK!

The difference may appear subtle on this account statement.
We simply made a few visual enhancements to make it easier to read.

 **IBERIABANK**

 GO GREEN  ➤ **Not enrolled in e-Statements? Log in to Mobile or Online Banking to switch today!**
Receive your account information faster and more securely. In moments, you can download, print/save your statements, and access up to 18 months of statement history through Online Banking.

**IBERIABANK TreasuryConnect® and BusinessConnect users:** Please contact your Branch or Treasury Management Technical Support at 1 800 778 5915 to request e Statement access.

*All products and services are subject to approval, including credit approval.

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/06 | Transfer Credit | 85,807.87 |
| 12/20 | Credit Memo | 90,000.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/06 | DRAFT    COASTAL HUMAN RE CCD  GULF COAST ASPHALT COM | 84,854.57 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00005325

Debtor000551



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number *******8630**

**WITHDRAWALS AND DEBITS**



014314

| Date | Description | Amount |
|------|-------------|--------|
| 12/17 | RST TRAC I MASSACHUSETTS MU | 4,317.53 |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 12/21 | DRAFT    COASTAL HUMAN RE | 85,255.37 |
| | CCD   GULF COAST ASPHALT COM | |
| 12/26 | RST TRAC I MASSACHUSETTS MU | 3,509.84 |
| | CCD   GCAC, LLC 401(K) PLAN | |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 3,564.23 | 12/17 | 200.00 | 12/21 | 4,944.63 |
| 12/06 | 4,517.53 | 12/20 | 90,200.00 | 12/26 | 1,434.79 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00005327

Debtor000553

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 1 of 3

 TO PLO R


GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

012822

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | 1,434.79 | Statement Dates | 1/01/19 thru 1/31/19 |
| 5 Deposits/Credits | 309,913.80 | Days this Statement Period | 31 |
| 9 Checks/Debits | 214,348.59 | Average Ledger Balance | 9,291.11 |
| Service Charge | .00 | Average Collected Balance | 9,291.11 |
| Interest Paid | .00 | | |
| Current Balance | 97,000.00 | | |



*Wishing You Peace, Prosperity, & Happiness in* **2019** *from all of us at* **IBERIABANK**

---

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/02 | Transfer Credit | 88,565.21 |
| 1/18 | Transfer from DDA Acct No. ▮8681 D | 86,424.59 |
| 1/22 | Transfer from DDA Acct No. ▮8681 D | 18,962.00 |
| 1/23 | Transfer from DDA Acct No. ▮8681 D | 18,962.00 |
| 1/31 | Transfer Credit | 97,000.00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00009613



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

# IBERIABANK

**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 3 of 3


012822

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number ******8630**

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 1/04 | INVOICE   Gulf Coast Aspha <br> CCD  DEBIT Gulf Coast Aspha | 255.00 |
| 1/04 | IMPOUNDTAX Gulf Coast Aspha <br> CCD  DEBIT Gulf Coast Aspha | 30,369.58 |
| 1/04 | DIR DEP   Gulf Coast Aspha <br> PPD | 58,690.43 |
| 1/18 | INVOICE   Gulf Coast Aspha <br> CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 1/18 | IMPOUNDTAX Gulf Coast Aspha <br> CCD  DEBIT Gulf Coast Aspha | 28,087.15 |
| 1/18 | DIR DEP   Gulf Coast Aspha <br> PPD | 58,890.43 |
| 1/22 | RST TRAC I MASSACHUSETTS MU <br> CCD  GCAC, LLC 401(K) PLAN | 9,356.00 |
| 1/22 | RST TRAC I MASSACHUSETTS MU <br> CCD  GCAC, LLC 401(K) PLAN | 9,606.00 |
| 1/23 | NSF XFER ACCT#      8681 | 18,962.00 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 1/01 | 1,434.79 | 1/18 | .00 | 1/31 | 97,000.00 |
| 1/02 | 90,000.00 | 1/22 | .00 | | |
| 1/04 | 684.99 | 1/23 | .00 | | |

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 2/28/19                    Page 1 of 4

 TO PLO R
016113   GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 016113

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
**1-800-968-0801**
 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | 97,000.00 | Statement Dates | 2/01/19 thru 2/28/19 |
| 3 Deposits/Credits | 189,078.24 | Days this Statement Period | 28 |
| 9 Checks/Debits | 286,078.24 | Average Ledger Balance | 2,269.92 |
| Service Charge | .00 | Average Collected Balance | 2,269.92 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 2/11 | From DDA *8665,To DDA *8630,To cover 401k for 2 1 19 payroll | 9,606.00 |
| 2/12 | From DDA *8665,To DDA *8630,To cover 2 15 19 payroll and 401 | 95,000.00 |
| 2/15 | Transfer from DDA Acct No. ████ 8681  D | 84,472.24 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 2/01 | INVOICE   Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 2/01 | IMPOUNDTAX Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 27,384.60 |
| 2/01 | DIR DEP   Gulf Coast Aspha PPD | 58,890.43 |
| 2/07 | Transfer to DDA Acct No. ████ 8681  D | 10,592.97 |
| 2/11 | RST TRAC I MASSACHUSETTS MU CCD   GCAC, LLC 401(K) PLAN | 9,606.00 |
| 2/12 | Transfer to DDA Acct No. ████ 8681  D | 95,000.00 |
| 2/15 | INVOICE   Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 2/15 | IMPOUNDTAX Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 26,895.10 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000043



Page 2 of 4

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING  NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT        $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)        $ _____

## TOTAL        $ _____

## SUBTRACT—

CHECKS OUTSTANDING        $ _____

## BALANCE        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.   We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time.  Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 2/28/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number *******8630**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 2/15 | DIR DEP   Gulf Coast Aspha<br>PPD | 57,445.14 |


016113

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 10,592.97 | 2/11 | .00 | 2/15 | .00 |
| 2/07 | .00 | 2/12 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000045

Debtor000563

**IBERIA**BANK

**Effective April 1, 2019:  This schedule of fees will apply, fee changes are bolded.**

**Miscellaneous Fees – Business and Posting Order**



| | |
|---|---|
| ACH/Government Reclamation | $10.00 / item |
| ATM Foreign Usage Fee (Non IBERIABANK ATM or its non affiliated networks) | $2.00 / transaction |
| ATM/Debit Card Replacement | $5.00 / card |
| ATM/Debit Card Expedited Replacement | $25.00 each |
| **Bill Pay    (Clients exceeding 25 items will be converted to a commercial product)** | **Free    limited to 25 bills per month** |
| Collection Items | |
|     Collection Fee    Domestic <=$100 | $7.50 |
|     Collection Fee    Domestic >$100 | $15.00 |
|     Collection Fee    International | $35.00 |
| Coin & Currency | |
|     Coin & Currency Deposited    After the first $10,000 per statement cycle<br>(Choice Business CK, Business Interest CK, Business Checking Plus, Advanced Business Checking) | $2.00 per $1,000 |
|     Coin & Currency Deposited<br>(Commercial Analysis) | $1.50 per $1,000 |
|     Bulk Coin Deposited | $3.00 / bag |
|     Currency Furnished | $0.50 / strap |
|     Coins Furnished | $0.15 / roll |
| Copies (includes check copies) and Faxes | $2.00 / page |
| Counter Checks | $1.00 for 5 checks |
| Deposit Assessment Fee (Commercial Analysis Accounts Only) | .010% on daily average ledger balance |
| Deposit Correction | $3.00 each |
| Deposit to Deposit Overdraft Protection Transfers | $10.00 / day |
| Dormant Account (applies to dormant account balances less than $100 per month) | $5.00 / month (not applicable in Texas) |
| Foreign Currency Exchange (additional fees may apply) | |
|     $300 or more | $10.00 / transaction |
|     Less than $300 | $20.00 / transaction |
| Legal Process | $75.00 / event |
| Money Bag | Varies |
| Medallion Stamp Guarantee (where available) | $15.00 |
| Money Market Account Excessive Transaction Fee | $15.00 / item |
| Negative Collected Balance Fee | Prime + 3% on daily average negative collected balance |
| Notary Services | May vary by State |
| Official Checks/Cashier Checks | $8.00 |
| Overdraft (Paid) Item Fee (applies to overdrafts created by checks, in person withdrawals, ATM<br>    withdrawals or other electronic means) | $35.00 per item; per presentment |
| Research (one hour minimum) | $25.00 / hour |
| Return Item Fee (applies when checks are returned as unpaid) | $35.00 per item; per presentment |
| Return Deposited Item | $5.00 each |
| Safe Deposit Box    Drilling Fee | $150.00 |
| Safe Deposit Box    Replacement Lock Fee | $70.00 |
| Special Reject Item | $1.00 each |
| Statements | |
|     Statements Copy | $10.00 each |
|     Statement Duplicate (complete statement) | $10.00 each |
|     **Statement (Receipt of both paper and e-Statement)** | **$5.00 per month** |
|     Statement Instant | $5.00 each |
|     Statement Reconciliation | $20.00 / hour |
|     Statement    Simplex Image Printing | $2.00 / event |
|     Statement Snapshot | $10.00 each |
| Stop Payment Fee (applies for 6 month period) | $35.00 each |
| Telephone Transfer of Funds (customer service assisted) | $5.00 each |
| **Verification of Deposit** | **$25.00 each** |
| Wires Transactions | |
|     Wire Transfer   Incoming (Domestic and Foreign) | $15.00 each |
|     Wire Transfer   Outgoing (Domestic) | $25.00 each |
|     Wire Transfer   Outgoing (Foreign)    Foreign Currency | $40.00 each |
|     Wire Transfer   Outgoing (Foreign)    US Currency | $50.00 each |

\*\*\* NOT ALL SERVICES ARE AVAILABLE AT ALL LOCATIONS

**Notice Regarding Posting Order of Items**

To assist you in handling your account with us, we are providing you with the following information on how we post transactional items to your account.

On each bank processing day, deposit and credit items post before debit items.  Debit items post upon receipt in the following order: wire transfers, ATM and debit card transactions in authorization time and date order, paper checks in check number order, if available, checks without a check number post in low to high dollar amount order, then all other debit items in low to high dollar amount order.  Other debit items include but are not limited to Automated Clearing House (ACH) items, checks converted to ACH by merchants or vendors, telephone and online banking one time or recurring transfers, pre authorized debits and account withdrawals.

At times, certain debit items may not post in the above order due to missing or erroneous data or circumstances beyond our control.

If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item.  Overdraft (Paid) Item Fees and Return Item Fees are disclosed above and are subject to change.

We encourage you to keep careful records and practice good account management.  This will help you to avoid creating items without sufficient funds and incurring the resulting fees.

We offer Deposit to Deposit Overdraft Protection Transfer Service and Personal Lines of Credit (subject to credit approval) that can be used as overdraft protection on most accounts to avoid Overdraft (Paid) Item Fees and Return Item Fees.  Visit our website at www.iberiabank.com to learn more about Preventing and Managing Overdrafts.

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 3/29/19                      Page 1 of 3



TO PLO R
016242   GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


016242

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 3/01/19 thru 3/31/19 |
| 6 Deposits/Credits | 367,560.58 | Days this Statement Period | 31 |
| 13 Checks/Debits | 367,560.58 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

> Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 3/01 | Transfer from DDA Acct No. ████8681 D | 85,021.38 |
| 3/11 | From DDA *8665,To DDA *8630,To cover 401k from payroll 2 22 | 18,558.15 |
| 3/14 | From DDA *8665,To DDA *8630,To cover 3 15 19 payroll | 94,000.00 |
| 3/15 | Transfer from DDA Acct No. ████8681 D | 85,021.38 |
| 3/25 | Transfer from DDA Acct No. ████8681 D | 8,952.15 |
| 3/29 | Transfer from DDA Acct No. ████8681 D | 76,007.52 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 3/01 | INVOICE   Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 3/01 | IMPOUNDTAX Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 26,954.63 |
| 3/01 | DIR DEP   Gulf Coast Aspha PPD | 57,934.75 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000321



**IBERIA**BANK

Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING              $ _____

## BALANCE                            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot delinquent or take any action to collect the amount you question.

**VITOL EXHIBIT**

**124.11**

Adv. No.: 21-06006 8/30/2022



STATEMENT OF ACCOUNT

Date 3/29/19                Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                Account Number *******8630

**WITHDRAWALS AND DEBITS**


016242

| Date | Description | Amount |
|------|-------------|--------|
| 3/11 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 8,952.15 |
| 3/11 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 9,606.00 |
| 3/14 | Transfer to DDA<br>Acct No. ▇▇▇▇▇8681 D | 94,000.00 |
| 3/15 | INVOICE    Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 3/15 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 26,954.63 |
| 3/15 | DIR DEP   Gulf Coast Aspha<br>PPD | 57,934.75 |
| 3/25 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 8,952.15 |
| 3/29 | INVOICE    Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 3/29 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 24,415.65 |
| 3/29 | DIR DEP   Gulf Coast Aspha<br>PPD | 51,459.87 |

---

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | .00 | 3/14 | .00 | 3/25 | .00 |
| 3/11 | .00 | 3/15 | .00 | 3/29 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000323

Debtor000567

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 4/30/19          Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 4/01/19 thru 4/30/19 |
| 5 Deposits/Credits | 173,825.88 | Days this Statement Period | 30 |
| 9 Checks/Debits | 173,825.88 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/08 | Transfer from DDA<br>Acct No. ████████8681 D | 6,567.53 |
| 4/12 | Transfer from DDA<br>Acct No. ████████8681 D | 75,205.97 |
| 4/16 | Transfer from DDA<br>Acct No. ████████8681 D | 6,963.09 |
| 4/26 | Transfer from DDA<br>Acct No. ████████8681 D | 77,972.35 |
| 4/30 | Transfer from DDA<br>Acct No. ████████8681 D | 7,116.94 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/08 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 6,567.53 |
| 4/12 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 192.00 |
| 4/12 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 23,939.20 |
| 4/12 | DIR DEP   Gulf Coast Aspha<br>PPD | 51,074.77 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000543

Debtor000509



Page 2 of 3

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                            $ _____

## TOTAL                          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE                      $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 4/30/19                 Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                 Account Number *******8630

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|-------:|
| 4/16 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 6,963.09 |
| 4/26 | INVOICE    Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 4/26 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 23,843.20 |
| 4/26 | DIR DEP    Gulf Coast Aspha<br>PPD | 53,997.15 |
| 4/30 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 7,116.94 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 4/01 | .00 | 4/12 | .00 | 4/26 | .00 |
| 4/08 | .00 | 4/16 | .00 | 4/30 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000545

Debtor000544



**STATEMENT OF ACCOUNT**

Date 5/31/19          Page 1 of 3



14389 114397 R P0 T0


014389

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
014389   HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 5/01/19 thru 6/02/19 |
| 11 Deposits/Credits | 242,949.23 | Days this Statement Period | 33 |
| 11 Checks/Debits | 316,653.60 | Average Ledger Balance | 40,003.93 |
| Service Charge | .00 | Average Collected Balance | 46,822.12 |
| Interest Paid | .00 | | |
| Current Balance | 73,704.37 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/10 | Returned Item Credit | 132.00 |
| 5/10 | Returned Item Credit | 22,420.97 |
| 5/10 | Returned Item Credit | 53,297.23 |
| 5/15 | Transfer from DDA | 3,416.40 |
| | Acct No.        8681 D | |
| 5/16 | Transfer from DDA | 2,682.41 |
| | Acct No.        8681 D | |
| 5/24 | Returned Item Credit | 132.00 |
| 5/24 | Returned Item Credit | 21,393.73 |
| 5/24 | Returned Item Credit | 53,810.85 |
| 5/28 | Returned Item Credit | 3,623.62 |
| 5/28 | Returned Item Credit | 7,040.02 |
| 5/31 | Deposit | 75,000.00 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/10 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 5/10 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 22,420.97 |
| 5/10 | DIR DEP   Gulf Coast Aspha<br>PPD | 53,297.23 |
| 5/15 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 3,416.40 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00002357



Page 2 of 3

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.


Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000574



**STATEMENT OF ACCOUNT**

Date 5/31/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8630**

**WITHDRAWALS AND DEBITS**



| Date | Description | Amount |
|------|-------------|--------|
| 5/16 | DRAFT      COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT | 75,950.20 |
| 5/24 | INVOICE    Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 5/24 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 21,393.73 |
| 5/24 | DIR DEP    Gulf Coast Aspha<br>PPD | 53,810.85 |
| 5/28 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 3,623.62 |
| 5/28 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 7,040.02 |
| 5/31 | DRAFT      COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT | 75,436.58 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | .00 | 5/16 | 73,267.79 | 5/31 | 73,704.37 |
| 5/10 | .00 | 5/24 | 73,267.79 | | |
| 5/15 | .00 | 5/28 | 73,267.79 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00002359



**STATEMENT OF ACCOUNT**

Date 6/28/19                 Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**



**24-hr Online Banking**

iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | 73,704.37 | Statement Dates | 6/03/19 thru 6/30/19 |
| 12 Deposits/Credits | 303,039.64 | Days this Statement Period | 28 |
| 11 Checks/Debits | 229,335.27 | Average Ledger Balance | 2,366.51 |
| Service Charge | .00 | Average Collected Balance | 2,366.51 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/31 | Returned Item Credit | 75,436.58 |
| 6/06 | Credit Memo | 73,267.79 |
| 6/07 | Returned Item Credit | 132.00 |
| 6/07 | Returned Item Credit | 21,462.96 |
| 6/07 | Returned Item Credit | 53,741.62 |
| 6/11 | Transfer from DDA | 66.30 |
| | Acct No.        8681 D | |
| 6/11 | Returned Item Credit | 3,623.62 |
| 6/11 | Returned Item Credit | 7,040.02 |
| 6/11 | Returned Item Credit | 7,040.02 |
| 6/21 | Transfer from DDA | 1,158.25 |
| | Acct No.        8681 D | |
| 6/21 | Returned Item Credit | 54,165.08 |
| 6/26 | Returned Item Credit | 5,905.40 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/05 | Chargeback | 75,000.00 |
| 6/07 | INVOICE   Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 6/07 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 21,462.96 |
| 6/07 | DIR DEP   Gulf Coast Aspha<br>PPD | 53,741.62 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000051

Debtor000577



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                         $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                  $ _____

## TOTAL                                  $ _____

## SUBTRACT—

CHECKS OUTSTANDING                        $ _____

## BALANCE                                $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time.  Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 6/28/19             Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number ＊＊＊＊＊＊＊8630**

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/11 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 3,623.62 |
| 6/11 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 7,040.02 |
| 6/11 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 7,040.02 |
| 6/12 | Transfer to DDA<br>Acct No.　　　　　8681 D | 66.30 |
| 6/21 | DIR DEP    Gulf Coast Aspha<br>PPD | 54,165.08 |
| 6/24 | From DDA *8630,To DDA *8665,To<br>move to sales | 1,158.25 |
| 6/26 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 5,905.40 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/03 | 1,732.21 | 6/07 | .00 | 6/21 | 1,158.25 |
| 6/05 | 73,267.79 | 6/11 | 66.30 | 6/24 | .00 |
| 6/06 | .00 | 6/12 | .00 | 6/26 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000053

Debtor000579



# STATEMENT OF ACCOUNT

Date 7/31/19                    Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 7/01/19 thru 7/31/19 |
| 8 Deposits/Credits | 325,806.22 | Days this Statement Period | 31 |
| 9 Checks/Debits | 325,806.22 | Average Ledger Balance | 8,321.76 |
| Service Charge | .00 | Average Collected Balance | 5,805.63 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/05 | Transfer from DDA | 8,123.57 |
| | Acct No.    ▓▓▓▓8681 D | |
| 7/05 | Returned Item Credit | 21,789.50 |
| 7/05 | Returned Item Credit | 54,165.08 |
| 7/09 | Returned Item Credit | 5,905.40 |
| 7/12 | Returned Item Credit | 75,954.58 |
| 7/23 | Deposit | 78,000.00 |
| 7/24 | Returned Item Credit | 75,962.69 |
| 7/25 | Returned Item Credit | 5,905.40 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/05 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 7/05 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 21,789.50 |
| 7/05 | DIR DEP   Gulf Coast Aspha<br>PPD | 54,165.08 |
| 7/08 | From DDA *8630,To DDA *8681 | 7,991.57 |
| 7/09 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 5,905.40 |
| 7/12 | MANUAL   Gulf Coast Aspha<br>CCD  MANUAL GCA | 75,954.58 |
| 7/24 | 825A    PAYROLL SERVICE<br>CCD  GULF COAST ASPHALT COM | 75,962.69 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000553

Debtor000581



Page 2 of 3

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

BANK BALANCE SHOWN ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)           $ _____

## TOTAL                                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING                                      $ _____

## BALANCE                                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 7/31/19                    Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8630**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 7/25 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 5,905.40 |
| 7/26 | Chargeback | 78,000.00 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | .00 | 7/09 | .00 | 7/24 | 78,000.00 |
| 7/05 | 7,991.57 | 7/12 | .00 | 7/25 | 78,000.00 |
| 7/08 | .00 | 7/23 | 78,000.00 | 7/26 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000555

Debtor000583

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 8/30/19          Page 1 of 3

16321 115479 R P0 T0



016321

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



016321

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**
**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

## COMMERCIAL CHECKING ANALYSIS

**ACCOUNT NUMBER *******8630**

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 8/01/19 thru 9/02/19 |
| 4 Deposits/Credits | 8,137.68 | Days this Statement Period | 33 |
| 5 Checks/Debits | 8,137.68 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | From DDA *8665,To DDA *8630 | 5,520.76 |
| 8/16 | From DDA *8665,To DDA *8630,8 16 19 401k | 1,052.08 |
| 8/19 | From DDA *8665,To DDA *8630 | 1,502.08 |
| 8/26 | TAXES    PAYCHEX TPS CCD  GULF COAST ASPHALT COM | 62.76 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 5,520.76 |
| 8/16 | Transfer to DDA Acct No. ████ 8681 D | 1,052.08 |
| 8/19 | Transfer to DDA Acct No. ████ 8681 D | 450.00 |
| 8/19 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 1,052.08 |
| 8/26 | Transfer to DDA Acct No. ████ 8681 D | 62.76 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | .00 | 8/05 | .00 | 8/16 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007185

Debtor000585



Page 2 of 3

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 8/30/19                    Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number ∗∗∗∗∗∗∗8630**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 8/19 | .00 | 8/26 | .00 |



016321

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007187

Debtor000587



# STATEMENT OF ACCOUNT

Date 9/30/19                                 Page 1 of 2

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 9/03/19 thru 9/30/19 |
| 2 Deposits/Credits | 1,301.84 | Days this Statement Period | 28 |
| 2 Checks/Debits | 1,301.84 | Average Ledger Balance | 8.92 |
| Service Charge | .00 | Average Collected Balance | 8.92 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/16 | Transfer from DDA | 249.76 |
| | Acct No.      8681 D | |
| 9/16 | Returned Item Credit | 1,052.08 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/16 | RST TRAC I MASSACHUSETTS MU | 1,052.08 |
| | CCD  GCAC, LLC 401(K) PLAN | |
| 9/17 | Transfer to DDA | 249.76 |
| | Acct No.      8681 D | |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/03 | .00 | 9/16 | 249.76 | 9/17 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.



Page 2 of 2

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 10/31/19                    Page 1 of 2

13184 115949 R PO T0

 GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
013184   HOUSTON TX 77056

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**
1-800-968-0801

 **24-hr Online Banking**
iberiabank.com


013184

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 10/01/19 thru 10/31/19 |
| Deposits/Credits | .00 | Days this Statement Period | 31 |
| Checks/Debits | .00 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 10/01 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007077

Debtor000591



Page 2 of 2

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date  1/31/17      Page   1
GULF COAST ASPHALT COMPANY LLC              Account Number    *******8673
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

----------------------------- **CHECKING ACCOUNT** -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                              0

| | | | |
|---|---|---|---|
| Account Number | *******8673 | Statement Dates   1/01/17 thru  1/31/17 | |
| Previous Balance | 277.91 | Days this Statement Period | 31 |
| 2 Deposits/Credits | 344,286.15 | Average Ledger | 11,794.36 |
| 2 Checks/Debits | 344,286.15 | Average Collected | 688.35 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 277.91 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 1/10 | Lockbox Deposit | 341,105.20 |
| 1/25 | Lockbox Deposit | 3,180.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 1/11 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 341,105.20- |
| 1/30 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 3,180.95- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 277.91 | 1/11 | 277.91 | 1/30 | 277.91 |
| 1/10 | 341,383.11 | 1/25 | 3,458.86 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1)Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account including your billing closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
004045  HOUSTON TX 77056

Date  2/28/17     Page    1
Account Number   *******8673



----------------------------- CHECKING ACCOUNT ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                              0
Account Number          *******8673   Statement Dates   2/01/17 thru  2/28/17
Previous Balance             277.91   Days this Statement Period         28
     6 Deposits/Credits  2,141,304.77   Average Ledger              279,129.80
     4 Checks/Debits     1,942,007.57   Average Collected           254,813.85
Service Charge                  .00
Interest Paid                   .00
Current Balance           199,575.11

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/06 | Lockbox Deposit | 73,645.00 |
| 2/13 | Lockbox Deposit | 196,422.80 |
| 2/14 | Lockbox Deposit | 93,002.80 |
| 2/17 | Wire Transfer Credit | 1,460,458.22 |
|      | COLAS SA | |
|      | 7 PL RENE CLAIR | |
|      | 92100 BOULOGNE BILLANCOURT | |
|      | CREDIT LYONNAIS | |
|      | 19 BOULEVARD DES ITALIENS | |
|      | PARIS FRANCE 92583 | |
|      | PAYMENT INVOICE 14116 14117 | |
|      | BITUMENFREIGHT POUR COLAS | |
|      | MARTINIQUE ET SOGETRA | |
|      | 20170217B1QGC01C000771 | |
|      | 20170217MMQFMP9H000065 | |
|      | 0217080OFTO3 | |
| 2/21 | Lockbox Deposit | 118,478.75 |
| 2/27 | Lockbox Deposit | 199,297.20 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/08 | PAYMENTS   RIO ENERGY INT'L | 73,645.00- |
|      | CCD   Gulf Coast Asphalt Com | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002377

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

   1)Tell us your name and account number.
   2)Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3)Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have
use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account
used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up
all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily
periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the
billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account
and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate
the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ-
ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account, less any closing date which includes principal. If the New Balance is less than
or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to
make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically
deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed
to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch
office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We
must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount
  in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as
  delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  2/28/17     Page    2
Account Number   *******8673

 COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/17 | PAYMENTS   RIO ENERGY INT'L | 289,425.60- |
|      | CCD   Gulf Coast Asphalt Com | |
| 2/21 | PAYMENTS   RIO ENERGY INT'L | 1,460,458.22- |
|      | CCD   Gulf Coast Asphalt Com | |
| 2/24 | PAYMENTS   RIO ENERGY INT'L | 118,478.75- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 277.91 | 2/13 | 196,700.71 | 2/21 | 118,756.66 |
| 2/06 | 73,922.91 | 2/14 | 289,703.51 | 2/24 | 277.91 |
| 2/08 | 277.91 | 2/17 | 1,460,736.13 | 2/27 | 199,575.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002379

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

002363

Date  3/31/17      Page    1
Account Number    *******8673



----------------------------- CHECKING ACCOUNT -----------------------------

**COMMERCIAL CHECKING ANALYSIS**                                         0
Account Number             *******8673   Statement Dates   3/01/17 thru  4/02/17
Previous Balance            199,575.11   Days this Statement Period        33
    5 Deposits/Credits      481,553.62   Average Ledger            50,866.34
    6 Checks/Debits         528,682.82   Average Collected         41,172.58
Service Charge                    .00
Interest Paid                     .00
Current Balance             152,445.91

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/06 | Lockbox Deposit | 69,598.50 |
| 3/13 | Lockbox Deposit | 52,177.65 |
| 3/21 | Lockbox Deposit | 45,950.15 |
| 3/24 | Wire Transfer Credit | 161,659.32 |
|      | RIO ENERGY INTERNATIONAL, INC. | |
|      | 5718 WESTHEIMER | |
|      | SUITE 1806 | |
|      | HOUSTON TX 77057-5780 //US | |
|      | BNP PARIBAS U.S.A - NEW YORK B | |
|      | NEW YORK,NY | |
|      | UNITED STATES OF AMERICA | |
|      | INV. 14171 - IC | |
|      | 20170324B1Q8201C002516 | |
|      | 20170324MMQFMP9H000626 | |
|      | 03241442FTO3 | |
| 3/29 | Remote DDA Deposit | 152,168.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | PAYMENTS   RIO ENERGY INT'L | 199,297.20- |
|      | CCD   Gulf Coast Asphalt Com | |
| 3/08 | PAYMENTS   RIO ENERGY INT'L | 69,598.50- |
|      | CCD   Gulf Coast Asphalt Com | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008161

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY) $ _____

## TOTAL $ _____

## SUBTRACT—

CHECKS OUTSTANDING $ _____

## BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
GULF COAST ASPHALT COMPANY LLC          Date  3/31/17     Page   2
LOCKBOX ACCOUNT                         Account Number   *******8673
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```



COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/16 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 52,177.65- |
| 3/24 | From DDA *8673,To DDA *8665,In<br>v 14171 | 16,659.32- |
| 3/24 | From DDA *8673,To DDA *8665,In<br>v 14171 | 145,000.00- |
| 3/30 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 45,950.15- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 199,575.11 | 3/13 | 52,455.56 | 3/29 | 198,396.06 |
| 3/02 | 277.91 | 3/16 | 277.91 | 3/30 | 152,445.91 |
| 3/06 | 69,876.41 | 3/21 | 46,228.06 | | |
| 3/08 | 277.91 | 3/24 | 46,228.06 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008163

Debtor000651

**IBERIA**BANK

**NOTICE OF CHANGE -** We are providing you with notice of changes to the Terms and Conditions of your account with us followed by a notice of a change to the Visa® zero liability rule.

Effective 21 calendar days after we send this notice to you, your account(s) shall be governed by the following Terms and Conditions. Continued use of your account(s) after receipt of these Terms and Conditions constitutes acceptance of, and agreement to, the Terms and Conditions.

# TERMS AND CONDITIONS
## OF YOUR ACCOUNT

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

Your account is governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state in which the branch office where you opened your account is located. If you did not open your account in person at a branch office, but through the mail, by phone, or over the internet and you reside, or maintain a residence, in a state where the Bank operates a branch office, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state where the branch office is located. If you do not reside, or maintain a residence in a state where the Bank operates a branch office and you opened your account through the mail, by phone, or over the internet, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state of Louisiana. These choice of law provisions are to apply without giving effect to any choice of law rules that may require the application of the laws of another jurisdiction. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Throughout this document, when a provision is identified as being applicable to a certain state (for example, "in Louisiana"), it means that the provision is only applicable if your account is held at a branch located in that particular state. Any provision which is not described as applying to a particular state, applies to your account.

In Louisiana, Alabama, Florida, and Texas, "Party" means a person who, by the terms of an account, has a present right, subject to request, to payment from the account other than as a beneficiary or agent.

**In Louisiana, LIABILITY-** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (in solido) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs

and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**In Alabama, Arkansas, Florida, Georgia, Tennessee, and Texas, LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in your presence.

**WITHDRAWALS -**

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.



1

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money, which may be more than the actual amount of your purchase. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it may be up to three days before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

Here is an example of how this can occur – assume for this example the following: (1) you have opted-in to our overdraft services for the payment of overdrafts on ATM and everyday debit card transactions, (2) we pay the overdraft, and (3) our overdraft fee is $35 per overdraft, but we do not charge the overdraft fee if the transaction overdraws the account by less than $10.



You have $120 in your account. You swipe your card at the card reader on a gasoline pump. Since it is unclear what the final bill will be, the gas station's processing system immediately requests a hold on your account in a specified amount, for example, $80. Our processing system authorizes a temporary hold on your account in the amount of $80, and the gas station's processing system authorizes you to begin pumping gas. You fill your tank and the amount of gasoline you purchased is only $50. Our processing system shows that you have $40 in your account available for other transactions ($120 - $80 = $40) even though you would have $70 in your account available for other transactions if the amount of the temporary hold was equal to the amount of your purchase ($120 - $50 = $70). Later, another transaction you have authorized is presented for payment from your account in the amount of $60 (this could be a check you have written, another debit card transaction, an ACH debit or any other kind of payment request). This other transaction is presented before the amount of the temporary hold is adjusted to the amount of your purchase (remember, it may take up to three days for the adjustment to be made). Because the amount of this other transaction is greater than the amount our processing system shows is available in your account, our payment of this transaction will result in an overdraft transaction. Because the transaction overdraws your account by $20, your account will be assessed the overdraft fee of $35 according to our overdraft fee policy. You will be charged this $35 fee according to our policy even though you would have had enough money in your account to cover the $60 transaction if your account had only been debited the amount of your purchase rather than the amount of the temporary hold or if the temporary hold had already been adjusted to the actual amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**In Louisiana, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as

to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account -** This is an account in the names of two or more persons. Any one of such persons, acting alone, has complete access to the account. Upon the death of any party to such account, we are permitted to pay the account balance to the surviving parties, but this authority protects us only. The surviving joint parties may be liable to the heirs, legatees, or creditors of the deceased party to the extent the funds withdrawn by the survivors were owed to the deceased. If any party to a joint account sends notice to us to prevent withdrawals from the account by another party or parties, we may require the party to withdraw the balance and close the account or we may refuse to allow any further withdrawals from the account except upon the written consent of all parties to it. The remedy we choose is entirely at our discretion.

**Revocable Trust or Pay-on-Death Account -** If two or more of you create such an account, you own the account jointly and the respective interests of each of you shall be deemed equal, unless otherwise stated in our account records. Beneficiaries acquire the right to withdraw only if: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, unless otherwise stated in our account records. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Alabama, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Parties own account during the lifetime of all parties in proportion to their net contributions, unless there is clear and convincing evidence of a different intent.

**In Alabama, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Arkansas, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Pay-On-Death Account -** If two or more of you create such an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, with right of survivorship. The person(s) creating this account type reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Florida, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Such an account is payable on request to one or more of two or more parties, whether or not a right of survivorship is mentioned.

2

Debtor000508

**Multiple-Party Account - Tenancy by the Entireties -** The account is owned by two parties who are married to each other and hold the account as tenants by the entirety.

**In Florida, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to the surviving party or parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Georgia and Tennessee, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.



**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Texas, UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE -** The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts. You may choose to designate one or more convenience signers on an account, even if the account is not a convenience account. A designated convenience signer may make transactions on your behalf during your lifetime, but does not own the account during your lifetime. The designated convenience signer owns the account on your death only if the convenience signer is also designated as a P.O.D. payee or trust account beneficiary.

**Single-Party Account Without "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Single-Party Account With "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes to the P.O.D. beneficiaries of the account. The account is not a part of the party's estate.

**Multiple-Party Account Without Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Multiple-Party Account With Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes to the surviving parties.

**Multiple-Party Account With Right of Survivorship and "P.O.D." (Payable on Death) Designation -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of the last surviving party, the ownership of the account passes to the P.O.D. beneficiaries.

**Convenience Account -** The parties to the account own the account. One or more convenience signers to the account may make account transactions for a party. A convenience signer does not own the account. On the death of the last surviving party, ownership of the account passes as a part of the last surviving party's estate under the last surviving party's will or by intestacy. The financial institution may fund funds in the account to a convenience signer before the financial institution receives notice of the death of the last surviving party. The payment to a convenience signer does not affect the parties' ownership of the account.

**Trust Account -** The parties named as trustees to the account own the account in proportion to the parties' net contributions to the account. A trustee may withdraw funds from the account. A beneficiary may not withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In Louisiana, Alabama, Georgia, and Tennessee, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Florida, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law, it must be made in a signed and dated writing, and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Arkansas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

Debtor000654

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Texas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law; it must be made in a dated, authenticated record that describes the item with certainty. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). We must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**In Louisiana, Alabama, Arkansas, Florida, and Georgia, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Tennessee, STATEMENTS - Your duty to report unauthorized signatures, alterations, forgeries and other errors -** You must examine your statement of account with "reasonable promptness." In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. If you discover (or reasonably should have discovered) any unauthorized signatures, alterations, incorrect payment amounts, or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith. The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and items and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations, forgeries, incorrect payment amounts, missing or incorrectly credited deposits, or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used good faith. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Texas, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.



4

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**In Louisiana, Alabama, Arkansas, Georgia, and Tennessee, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.



**In Florida, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

The funds in joint accounts, including accounts owned as tenants by the entireties, may be set off by us for any individual or joint debt of any person having withdrawal rights. To the extent that setoff of funds in an account owned by husband and wife as tenants by the entireties would ordinarily not be permitted by law for a debt of only one of the spouses, both spouses and all persons having rights of withdrawal hereby waive that right and consent to setoff for either an individual or joint debt owed by one or both of them to this bank. This waiver and consent applies to debts on which any one of you is liable, whether jointly with another, individually, or those on which you are secondarily liable.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Texas, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) the debt is created by a home equity loan, or (e) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Louisiana, AUTHORIZED SIGNER (Agent) (Individual Accounts only) -** A single individual is the owner. The authorized signer (hereinafter "agent") is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Alabama, AGENCY (Power of Attorney) DESIGNATION (Single-Party Accounts only) -** A single individual is the owner. The agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Arkansas, AGENCY (POWER OF ATTORNEY) DESIGNATION -** Agents may make account transactions on behalf of the parties, but have no ownership or rights at death unless named as Pay-on-Death beneficiaries. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Florida, CONVENIENCE ACCOUNT AGENT (Single-Party Accounts only) -** A convenience account, as defined by Florida law, means a deposit account other than a certificate of deposit, in the name of one individual, in which one or more individuals have been designated as agent with the right to make deposits to and withdraw funds from or draw checks on such account on the owner's behalf. A single individual is the owner, and the agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of a convenience account agent.

**In Georgia, AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In Tennessee, ADDITIONAL AUTHORIZED SIGNATORY (Individual Accounts only) -** A single individual is the owner. The additional authorized signatory is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the additional authorized signatory may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the additional authorized signatory. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the additional authorized signatory until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an additional authorized signatory.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within 1½" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within 1½" of that edge.





It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to this account, and as authorized by applicable law and regulations.
- Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

## NOTICE OF CHANGE IN VISA ZERO LIABILITY RULE

A change in the Visa Core Rules revises the circumstances under which you have zero liability for unauthorized electronic fund transfers. The change is highlighted in bold italics type in the next two sentences. Under the new Visa rule, you will not be liable for any transactions using a lost or stolen Visa card unless you have been *negligent* or engaged in fraud. Under the previous rule, you are not liable for any transaction using a lost or stolen Visa card unless you were *grossly negligent* or engaged in fraud. This change becomes effective 21 days after you receive this notice.

Whether conduct is negligent depends on the circumstances and is subject to interpretation. However, negligence is generally considered to be the failure to use such care as a reasonably prudent person would have exercised in a similar situation. Negligence is more careful conduct than gross negligence.

As a result of the Visa rule change, you have to use a higher degree of care to have zero liability for unauthorized transactions than you had to exercise under the previous Visa rule.

Here is the disclosure of your liability for unauthorized electronic fund transfers, effective 21 days after you receive this notice —

### UNAUTHORIZED TRANSFERS

**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

• *Additional Limit on Liability for Debit VISA® Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Debit VISA® Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed below. You should also call the number or write to the address listed below if you believe a transfer has been made using the information from your check without your permission.

IBERIABANK

12719 CANTRELL ROAD, SUITE 103

LITTLE ROCK, AR 72223

Phone: 800-682-3231

200668917-010

© 2016 Wolters Kluwer Financial Services – Bankers Systems™ Form CN-TC-REGE  12/1/2016  Custom TCM-20t

Debtor000609

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

002686

Date  4/28/17     Page   1
Account Number    *******8673



------------------------- **CHECKING ACCOUNT** -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                            0
Account Number            *******8673   Statement Dates   4/03/17 thru  4/30/17
Previous Balance          152,445.91    Days this Statement Period        28
     3 Deposits/Credits   288,741.51    Average Ledger              74,617.40
     3 Checks/Debits      407,917.35    Average Collected           61,948.62
Service Charge                  .00
Interest Paid                   .00
Current Balance            33,270.07

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/11 | Lockbox Deposit | 187,382.70 |
| 4/17 | Lockbox Deposit | 68,366.65 |
| 4/28 | Lockbox Deposit | 32,992.16 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/12 | PAYMENTS   RIO ENERGY INT'L    CCD   Gulf Coast Asphalt Com | 187,382.70- |
| 4/13 | PAYMENTS   RIO ENERGY INT'L    CCD   Gulf Coast Asphalt Com | 152,168.00- |
| 4/21 | PAYMENTS   RIO ENERGY INT'L    CCD   Gulf Coast Asphalt Com | 68,366.65- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 152,445.91 | 4/13 | 277.91 | 4/28 | 33,270.07 |
| 4/11 | 339,828.61 | 4/17 | 68,644.56 |  |  |
| 4/12 | 152,445.91 | 4/21 | 277.91 |  |  |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001429

Debtor000609

# IBERIABANK

### THIS FORM IS PROVIDED TO HELP YOU BALANCE
### YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your billing cycle.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your line (plus any closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  5/31/17      Page   1
                                        Account Number    *******8673
     GULF COAST ASPHALT COMPANY LLC
     LOCKBOX ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8673   Statement Dates   5/01/17 thru  5/31/17
Previous Balance              33,270.07   Days this Statement Period         31
     6 Deposits/Credits      813,336.74   Average Ledger             107,860.19
     5 Checks/Debits         726,912.18   Average Collected           86,838.33
Service Charge                      .00
Interest Paid                       .00
Current Balance              119,694.63
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Wire Transfer Credit | 161,659.32 |
|      | BNP PARIBAS U.S.A - NEW YORK B | |
|      | NEW YORK,NY | |
|      | UNITED STATES OF AMERICA | |
|      | INV. 14199 - IC | |
|      | 20170501B1Q8201C001004 | |
|      | 20170501MMQFMP9H000677 | |
|      | 05011511FT03 | |
| 5/01 | Lockbox Deposit | 271,078.95 |
| 5/16 | Lockbox Deposit | 207,203.80 |
| 5/22 | Lockbox Deposit | 47,533.47 |
| 5/23 | Lockbox Deposit | 6,444.80 |
| 5/31 | Lockbox Deposit | 119,416.40 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | PAYMENTS   RIO ENERGY INT'L | 32,992.16- |
|      | CCD   Gulf Coast Asphalt Com | |
| 5/01 | From DDA *8673,To DDA *8665 | 161,659.00- |
| 5/09 | PAYMENTS   RIO ENERGY INT'L | 271,078.95- |
|      | CCD   Gulf Coast Asphalt Com | |
| 5/19 | PAYMENTS   RIO ENERGY INT'L | 207,203.80- |
|      | CCD   Gulf Coast Asphalt Com | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# *IBERIA*BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advances.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account plus any unpaid finance charges.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

Date  5/31/17     Page     2
Account Number    *******8673

GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/30 | PAYMENTS   RIO ENERGY INT'L | 53,978.27- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 271,357.18 | 5/19 | 278.23 | 5/30 | 278.23 |
| 5/09 | 278.23 | 5/22 | 47,811.70 | 5/31 | 119,694.63 |
| 5/16 | 207,482.03 | 5/23 | 54,256.50 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor0006113

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  6/30/17     Page   1
                                        Account Number   *******8673
    GULF COAST ASPHALT COMPANY LLC
    LOCKBOX ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8673  Statement Dates  6/01/17 thru  7/02/17
Previous Balance            119,694.63   Days this Statement Period      32
      4 Deposits/Credits    330,044.45   Average Ledger            59,927.22
      3 Checks/Debits       394,954.80   Average Collected         49,613.33
Service Charge                    .00
Interest Paid                     .00
Current Balance              54,784.28
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | Lockbox Deposit | 71,720.80 |
| 6/06 | Lockbox Deposit | 163,826.50 |
| 6/20 | Lockbox Deposit | 39,991.10 |
| 6/27 | Lockbox Deposit | 54,506.05 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/02 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 191,137.20- |
| 6/14 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 163,826.50- |
| 6/22 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 39,991.10- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 191,415.43 | 6/14 | 278.23 | 6/27 | 54,784.28 |
| 6/02 | 278.23 | 6/20 | 40,269.33 | | |
| 6/06 | 164,104.73 | 6/22 | 278.23 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

## TOTAL $ _____

## SUBTRACT—

CHECKS OUTSTANDING $ _____

## BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
005577  HOUSTON TX 77056

Date  7/31/17     Page    1
Account Number    *******8673



Change in terms: Effective September 1, 2017, deposit accounts with no transaction activity and a zero balance for 30 consecutive days may be closed.

---------------------------- CHECKING ACCOUNT ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                                    0
Account Number            *******8673   Statement Dates  7/03/17 thru  7/31/17
Previous Balance           54,784.28    Days this Statement Period        29
       7 Deposits/Credits  724,694.53   Average Ledger            144,002.35
       6 Checks/Debits      693,583.19   Average Collected         117,841.94
Service Charge                   .00
Interest Paid                    .00
Current Balance            85,895.62

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | Lockbox Deposit | 33,957.35 |
| 7/06 | Lockbox Deposit | 20,831.41 |
| 7/11 | Lockbox Deposit | 113,098.50 |
| 7/18 | Lockbox Deposit | 329,005.00 |
| 7/24 | Lockbox Deposit | 14,459.26 |
| 7/25 | Lockbox Deposit | 127,548.95 |
| 7/31 | Remote DDA Deposit | 85,794.06 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | PAYMENTS   RIO ENERGY INT'L CCD   Gulf Coast Asphalt Com | 54,506.05- |
| 7/07 | PAYMENTS   RIO ENERGY INT'L CCD   Gulf Coast Asphalt Com | 33,957.35- |
| 7/11 | PAYMENTS   RIO ENERGY INT'L CCD   Gulf Coast Asphalt Com | 20,831.41- |
| 7/12 | PAYMENTS   RIO ENERGY INT'L CCD   Gulf Coast Asphalt Com | 113,098.50- |
| 7/24 | ANALYSIS CHARGE Lockbox Fees - June 2017 | 176.67- |
| 7/28 | PAYMENTS   RIO ENERGY INT'L CCD   Gulf Coast Asphalt Com | 471,013.21- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008541

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING                         $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# **IBERIA**BANK

```
                                          Date  7/31/17     Page     2
     GULF COAST ASPHALT COMPANY LLC       Account Number   *******8673
     LOCKBOX ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

 COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 34,235.58 | 7/12 | 278.23 | 7/28 | 101.56 |
| 7/06 | 55,066.99 | 7/18 | 329,283.23 | 7/31 | 85,895.62 |
| 7/07 | 21,109.64 | 7/24 | 343,565.82 | | |
| 7/11 | 113,376.73 | 7/25 | 471,114.77 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008543

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  8/31/17     Page    1
                                        Account Number    *******8673
    GULF COAST ASPHALT COMPANY LLC
    LOCKBOX ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number             *******8673  Statement Dates  8/01/17 thru  8/31/17
Previous Balance             85,895.62  Days this Statement Period          31
    7 Deposits/Credits    1,516,100.52  Average Ledger              269,985.02
    4 Checks/Debits         796,368.60  Average Collected           221,078.55
Service Charge                     .00
Interest Paid                      .00
Current Balance             805,627.54
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Lockbox Deposit | 241,508.42 |
| 8/15 | Lockbox Deposit | 218,341.87 |
| 8/22 | Lockbox Deposit | 233,218.70 |
| 8/24 | Lockbox Deposit | 84,336.35 |
| 8/24 | Remote DDA Deposit | 250,724.25 |
| 8/28 | Lockbox Deposit | 225,817.35 |
| 8/29 | Lockbox Deposit | 262,153.58 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | PAYMENTS   RIO ENERGY INT'L | 241,508.42- |
|      | CCD   Gulf Coast Asphalt Com | |
| 8/14 | PAYMENTS   RIO ENERGY INT'L | 85,794.06- |
|      | CCD   Gulf Coast Asphalt Com | |
| 8/21 | PAYMENTS   RIO ENERGY INT'L | 218,341.87- |
|      | CCD   Gulf Coast Asphalt Com | |
| 8/28 | PAYMENTS   RIO ENERGY INT'L | 250,724.25- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 327,404.04 | 8/14 | 101.56 | 8/21 | 101.56 |
| 8/02 | 85,895.62 | 8/15 | 218,443.43 | 8/22 | 233,320.26 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                          $ _____

## TOTAL                                        $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                                    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 **Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 **EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account on your billing cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/17    Page    2
    GULF COAST ASPHALT COMPANY LLC            Account Number  *******8673
    LOCKBOX ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8673  (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/24 | 568,380.86 | 8/28 | 543,473.96 | 8/29 | 805,627.54 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000623

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/29/17    Page    1
                                        Account Number   *******8673
     GULF COAST ASPHALT COMPANY LLC
     LOCKBOX ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8673   Statement Dates  9/01/17 thru 10/01/17
Previous Balance             805,627.54   Days this Statement Period       31
    4 Deposits/Credits       507,407.65   Average Ledger           232,557.34
    4 Checks/Debits        1,312,433.63   Average Collected        216,189.35
Service Charge                      .00
Interest Paid                       .00
Current Balance                  601.56
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/06 | Lockbox Deposit | 113,661.15 |
| 9/12 | Lockbox Deposit | 159,630.05 |
| 9/21 | Lockbox Deposit | 139,045.50 |
| 9/25 | Lockbox Deposit | 95,070.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/01 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 571,807.28- |
| 9/15 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 273,291.20- |
| 9/21 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 233,218.70- |
| 9/27 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 234,116.45- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 233,820.26 | 9/15 | 233,820.26 | 9/27 | 601.56 |
| 9/06 | 347,481.41 | 9/21 | 139,647.06 | | |
| 9/12 | 507,111.46 | 9/25 | 234,718.01 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.



**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                 $ _____

## TOTAL                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING                       $ _____

## BALANCE                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---





**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your advances. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK



```
TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
010500
```

```
Date 10/31/17     Page    1
Account Number    *******8673
```



---------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number             *******8673   Statement Dates  10/02/17 thru 10/31/17
Previous Balance                601.56   Days this Statement Period          30
     7 Deposits/Credits    1,026,361.07  Average Ledger              173,302.95
     4 Checks/Debits       1,019,560.65  Average Collected           150,286.44
Service Charge                     .00
Interest Paid                      .00
Current Balance               7,401.98

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/03 | Lockbox Deposit | 75,703.15 |
| 10/04 | Lockbox Deposit | 85,543.80 |
| 10/06 | Transfer Credit | 335,865.75 |
| 10/12 | Lockbox Deposit | 154,475.45 |
| 10/18 | Lockbox Deposit | 301,720.75 |
| 10/19 | Deposit | 66,251.75 |
| 10/26 | Lockbox Deposit | 6,800.42 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 10/06 | PAYMENTS   RIO ENERGY INT'L | 161,246.95- |
|       | CCD   Gulf Coast Asphalt Com | |
| 10/16 | PAYMENTS   RIO ENERGY INT'L | 490,341.20- |
|       | CCD   Gulf Coast Asphalt Com | |
| 10/19 | PAYMENTS   RIO ENERGY INT'L | 301,720.75- |
|       | CCD   Gulf Coast Asphalt Com | |
| 10/26 | PAYMENTS   RIO ENERGY INT'L | 66,251.75- |
|       | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/02 | 601.56 | 10/04 | 161,848.51 | 10/12 | 490,942.76 |
| 10/03 | 76,304.71 | 10/06 | 336,467.31 | 10/16 | 601.56 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002661

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
GULF COAST ASPHALT COMPANY LLC          Date 10/31/17    Page    2
1990 POST OAK BLVD SUITE 2400           Account Number  *******8673
HOUSTON TX 77056
```

 COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Daily Balance Information

| Date  | Balance    | Date  | Balance   | Date  | Balance  |
|-------|------------|-------|-----------|-------|----------|
| 10/18 | 302,322.31 | 10/19 | 66,853.31 | 10/26 | 7,401.98 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002663