IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § Bankr. Case No. 21-60025 <br> § Bankruptcy Adv. No. 21-06006 |
| ARTHUR J. BRASS <br>     Debtor | § <br> § |
| VITOL, INC. <br>     Plaintiff/Appellee, | § <br> § CIVIL ACTION NO. 6:23-cv-00002 |
| v. | § |
| ARTHUR J. BRASS, <br>     Defendant/Appellant. | § |

## STATUS REPORT

**PLEASE TAKE NOTICE** that at the Court's request, the following is a status update related to counsels Motion to Withdraw:

1. Appellant has notified counsel that replacement counsel has been obtained, however counsel has not been contacted nor been given replacement counsel's name or contact information;

2. Counsel has notified Appellant that the record has been prepared and filed, and his appellate timetables have begun to run, resulting with a due date for his opening brief.

Dated: March 27, 2023

                                              Respectfully submitted,

                                         By: */s/ Johnie Patterson*
                                                  Johnie Patterson
                                                  attorney-in-charge
                                                    SBN 15601700

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
713.956.5577
713.957.3358 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2023, a true and correct copy of the foregoing *Status Report* was served by electronic notice on all parties making an appearance in this case by ECF.

                                        */s/ Johnie Patterson*
                                        Johnie Patterson