United States District Court
Southern District of Texas
**ENTERED**
April 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re:<br><br>ARTHUR JACOB BRASS,<br>     Debtor. | Bankruptcy Case No. 21-60025 |
| ARTHUR JACOB BRASS,<br>     Appellant,<br><br>v.<br><br>VITOL, INC.<br>     Appellee. | Civil Action No. 23-cv-00002 |

# ORDER

Pending before the Court is the Joint Motion for Enlargement of Period to File Briefs and Setting Agreed Briefing Deadlines (Dkt. No. 10) (the "Motion"). After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be granted. The deadlines for the parties to file and serve their respective briefing shall be as follows:

| *Item* | *Deadline* |
|---|---|
| Brass Principal Brief | May 19, 2023 |
| Vitol Principal Brief and Response Brief | June 19, 2023 |
| Brass Response Brief and Reply Brief | July 19, 2023 |
| Vitol Reply Brief | August 9. 2023 |

It is SO ORDERED.

Signed this  7  of  April , 2023.

 *Drew B Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**