

**STATEMENT OF ACCOUNT**

Date 6/28/19      Page 5 of 7

**COMMERCIAL CHECKING ANALYSIS** (continued)      **Account Number \*\*\*\*\*\*\*8665**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|-------:|
| 6/17 | Wire Transfer Debit<br>PRI Asphalt Technologies Inc<br><br>6408 Badger Drive<br>Tampa Florida 33610 US<br>BB&T FLORIDA<br>20190617MMQFMP9H000608<br>20190617E3QP021C002148<br>06171152FT03 | 1,207.50 |
| 6/18 | Wire Transfer Debit<br>Coastal Human Resources Group<br><br>4377 Downtowner Loop S<br>Mobile, Al 36616 US<br>WELLSFARGO NY INTL<br>20190618MMQFMP9H001895<br>20190618B6B7001C008802<br>06181626FT03 | 75,936.56 |
| 6/19 | From DDA \*8665,To DDA \*8681,Co<br>ver GG check 25656 | 3,562.08 |
| 6/20 | From DDA \*8665,To DDA \*8673 | 291.95 |
| 6/21 | From DDA \*8665,To DDA \*8681,Ba<br>nk charge | 1,709.13 |
| 6/25 | Payment   ATT<br>PPD | 1,780.76 |
| 6/28 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190628MMQFMP9H000356<br>20190628B1QGC01R020693<br>06280855FT03 | 8,000.00 |
| 6/28 | Wire Transfer Debit<br>blue cross and blue shield ala<br><br>mobile, alabama 35208<br>US<br>REGIONS<br>20190628MMQFMP9H000346<br>20190628F2QCZ00C001503<br>06280854FT03 | 18,335.96 |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001109

Debtor000229

501



STATEMENT OF ACCOUNT

Date 6/28/19          Page 6 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8665

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/28 | Wire Transfer Debit | 23,609.06 |
|      | Massachusetts Mutual Lifr Ins | |
|      | 100 Bright Meadow Blvd | |
|      | Enfield CT 06082 US | |
|      | BK AMER NYC | |
|      | 20190628MMQFMP9H000352 | |
|      | 20190628B6B7HU1R004810 | |
|      | 06280854FT03 | |
| 6/28 | From DDA *8665,To DDA *8681,Go ldstein and Grace reimb | 4,200.00 |
| 6/28 | From DDA *8665,To DDA *8681 | 10,000.00 |
| 6/28 | From DDA *8665,To DDA *8681 | 41,175.36 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/03 | 252.48 | 6/13 | 5,580.06 | 6/20 | 4,002.75 |
| 6/04 | 86,651.82 | 6/14 | 2,840.84 | 6/21 | 2,293.62 |
| 6/05 | 77,770.33 | 6/17 | 1,633.34 | 6/24 | 4,659.37 |
| 6/06 | 4,502.54 | 6/18 | 3,286.78 | 6/25 | 2,878.61 |
| 6/11 | 6,265.04 | 6/19 | 4,294.70 | 6/28 | 22,558.23 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001110

Debtor000230

502



**Account Number *******8665**



| #0 | 6/6/19 | $73267.79 |



021014

00001111

Debtor000231

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 7/31/19                    Page 1 of 4

16378 115023 R P0 T0

 GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
016378   HOUSTON TX 77056


016378

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

**COMMERCIAL CHECKING ANALYSIS**                    **ACCOUNT NUMBER *******8665**

| | | | |
|---|---|---|---|
| Previous Balance | 22,558.23 | Statement Dates | 7/01/19 thru 7/31/19 |
| 4 Deposits/Credits | 53,171.37 | Days this Statement Period | 31 |
| 8 Checks/Debits | 30,508.04 | Average Ledger Balance | 5,453.67 |
| Service Charge | .00 | Average Collected Balance | 4,609.26 |
| Interest Paid | .00 | | |
| Current Balance | 45,221.56 | | |

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 7/18 | Wire Transfer Credit | 3,112.50 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA US | |
| | 1526380/15207 | |
| | 20190718B6B7HU3R007138 | |
| | 20190718MMQFMP9H000439 | |
| | 07181132FT03 | |
| 7/19 | Deposit | 3,058.87 |
| 7/30 | Deposit | 17,000.00 |
| 7/31 | Wire Transfer Credit | 30,000.00 |
| | SAYBOLT LP | |
| | 5925 HOLLISTER RD | |
| | HOUSTON | |
| | 77040 US TX | |
| | PURCHASE OF ASPHALT TESTING | |
| | EQUIPMENT | |
| | 20190731B6B7HU4R031845 | |
| | 20190731MMQFMP9H001524 | |
| | 07311602FT03 | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00009289

Debtor000233

504



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

    1) Tell us your name and account number.
    2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000234



# STATEMENT OF ACCOUNT

Date 7/31/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number *******8665**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 7/02 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>IBC LAREDO<br>SAN ANTONIO          TX<br>PURPOSE: TRANSFER<br>20190702MMQFMP9H002307<br>20190702K4QLE01C000954<br>07021611FT03 | 17,000.00 |
| 7/09 | Checking Withdrawal | 800.00 |
| 7/12 | Wire Transfer Debit<br>Perdido Supply & Trading<br><br>11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20190712MMQFMP9H002209<br>20190712B1QGC01R063873<br>07121547FT03 | 3,000.00 |
| 7/19 | Wire Transfer Debit<br>Perdido Supply & Trading<br><br>11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20190719MMQFMP9H001979<br>20190719B1QGC01R053846<br>07191510FT03 | 4,000.00 |
| 7/19 | From DDA *8665,To DDA *8681,Carlo expense check | 1,158.35 |
| 7/24 | Payment   ATT<br>PPD | 2,275.27 |
| 7/25 | From DDA *8665,To DDA *8673,To cover bank analysis charge | 274.42 |
| 7/31 | Checking Withdrawal | 2,000.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 7/01 | 22,558.23 | 7/18 | 4,870.73 | 7/30 | 17,221.56 |
| 7/02 | 5,558.23 | 7/19 | 2,771.25 | 7/31 | 45,221.56 |
| 7/09 | 4,758.23 | 7/24 | 495.98 | | |
| 7/12 | 1,758.23 | 7/25 | 221.56 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00009291

Debtor000235



Account Number *******8665



#0         7/9/19         $800.00

#0         7/31/19         $2000.00

00009292

Debtor000236

507



# STATEMENT OF ACCOUNT

Date 8/30/19      Page 1 of 7

20495 115479 R P0 T0



GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

### COMMERCIAL CHECKING ANALYSIS      ACCOUNT NUMBER *******8665

| | | | |
|---|---|---|---|
| Previous Balance | 45,221.56 | Statement Dates | 8/01/19 thru 9/02/19 |
| 4 Deposits/Credits | 487,946.95 | Days this Statement Period | 33 |
| 25 Checks/Debits | 533,148.81 | Average Ledger Balance | 47,125.13 |
| Service Charge | .00 | Average Collected Balance | 47,125.13 |
| Interest Paid | .00 | | |
| Current Balance | 19.70 | | |

---

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/02 | Wire Transfer Credit | 475,000.00 |
| | POTAC LLC | |
| | 1200 SMITH STREET SUITE #1050 | |
| | HOUSTON, TX 77002 | |
| | HOUSTON, TX 77002 | |
| | PREPAYMENT IN FULLAGREEMENT DA | |
| | UGUST 2, 2019 | |
| | 20190802J3Q5021C001834 | |
| | 20190802MMQFMP9H001168 | |
| | 08021550FT03 | |
| 8/20 | From DDA *6089,To DDA *8665 | 96.95 |
| 8/26 | From DDA *8681,To DDA *8665 | 350.00 |
| 8/30 | From DDA *8681,To DDA *8665 | 12,500.00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00008461



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

**TOTAL** $ _____

**SUBTRACT—**

CHECKS OUTSTANDING $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

**NOTE**

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000238



**STATEMENT OF ACCOUNT**

Date 8/30/19          Page 3 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8665**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Wire Transfer Debit<br>COASTAL HUMAN RESOURCES GROUP<br><br>WELLS FARGO NA<br>SAN FRANCISCO        CA<br>PURPOSE: PAYMENT<br>20190801MMQFMP9H002712<br>20190801I1B7033R026714<br>08011644FT03 | 2,000.00 |
| 8/01 | Wire Transfer Debit<br>ELITE SHOOTING SCHOOL<br><br>BOKF NA<br>DALLAS          TX<br>PURPOSE: PAYMENT<br>20190801MMQFMP9H002777<br>20190801J3Q5021C002329<br>08011653FT03 | 7,850.00 |
| 8/01 | Wire Transfer Debit<br>HALL MAINES LUGRIN<br><br>FROST BANK<br>SAN ANTONIO        TX<br>PURPOSE: PAYMENT<br>20190801MMQFMP9H002788<br>20190801K4QLA01C001784<br>08011654FT03 | 20,024.35 |
| 8/02 | Wire Transfer Debit<br>PRI Asphalt Technologies Inc<br><br>6408 Badger Drive<br>Tampa Florida 33610 US<br>BB&T FLORIDA<br>20190802MMQFMP9H002483<br>20190802E3QP021C004782<br>08021621FT03 | 6,702.50 |
| 8/02 | Wire Transfer Debit<br>blue cross and blue shield ala<br><br>mobile, alabama 35208<br>US<br>REGIONS<br>20190802MMQFMP9H002613<br>20190802F2QCZ00C005711<br>08021638FT03 | 22,635.88 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00008463

Debtor000239

510



## STATEMENT OF ACCOUNT

Date 8/30/19          Page 4 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number *******8665

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 8/02 | Wire Transfer Debit<br>Coastal Human Resources Group<br><br>4377 Downtowner Loop S<br>Mobile, Al 36616 US<br>WELLSFARGO NY INTL<br>20190802MMQFMP9H002612<br>20190802B6B7001C011547<br>08021638FT03 | 74,236.58 |
| 8/02 | Wire Transfer Debit<br>PAYCHEX OF NEW YORK<br><br>1175 JOHN STREET<br>WEST HENRIETTA, N.Y. 14586 US<br>JPMCHASE<br>20190802MMQFMP9H002611<br>20190802B1QGC01R068363<br>08021638FT03 | 76,112.69 |
| 8/05 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>IBC LAREDO<br>SAN ANTONIO         TX<br>PURPOSE: TRANSFER<br>20190805MMQFMP9H001991<br>20190805K4QLE01C000964<br>08051649FT03 | 40,000.00 |
| 8/05 | Wire Transfer Debit<br>COASTAL HUMAN RESOURCES GROUP<br><br>WELLS FARGO NA<br>SAN FRANCISCO        CA<br>PURPOSE: PAYMENT<br>20190805MMQFMP9H001988<br>20190805I1B7033R021155<br>08051649FT03 | 76,086.58 |
| 8/05 | From DDA *8665,To DDA *8681,To cover Carlo exp check | 445.20 |
| 8/05 | Checking Withdrawal | 5,000.00 |
| 8/05 | From DDA *8665,To DDA *8630 | 5,520.76 |
| 8/06 | Wire Transfer Debit<br>Perdido Supply & Trading<br><br>11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20190806MMQFMP9H000845<br>20190806B1QGC01R034945<br>08061305FT03 | 9,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00008464

Debtor000240



# STATEMENT OF ACCOUNT

Date 8/30/19     Page 5 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)     **Account Number *******8665**

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/06 | Wire Transfer Debit<br>GULF COAST ASPHALT COMPANY<br><br>VERITEX COMM BK<br>DALLAS          TX<br>PURPODE: SALES ACCOUNT TRANSFE<br>20190806MMQFMP9H001576<br>20190806MMQFMPBH000275<br>08061553FT03 | 20,000.00 |
| 8/06 | Checking Withdrawal | 3,458.56 |
| 8/06 | From DDA *8665,To DDA *8681,To<br>cover checks 8 9 19 | 43,026.18 |
| 8/07 | Wire Transfer Debit<br>GULF COAST ASPHALT COMPANY<br><br>VERITEX COMM BK<br>DALLAS          TX<br>PURPOSE: SALES ACCOUNT TRANSFE<br>20190807MMQFMP9H001418<br>20190807MMQFMPBH000247<br>08071539FT03 | 70,000.00 |
| 8/07 | From DDA *8665,To DDA *8301 | 8,000.00 |
| 8/15 | Wire Transfer Debit<br>Coastal Human Resources Group<br><br>4377 Downtowner Loop S<br>Mobile, Al 36616 US<br>WELLSFARGO NY INTL<br>20190815MMQFMP9H002100<br>20190815B6B7001C010404<br>08151626FT03 | 15,860.92 |
| 8/16 | From DDA *8665,To DDA *8630,8<br>16 19 401k | 1,052.08 |
| 8/19 | From DDA *8665,To DDA *8630 | 1,502.08 |
| 8/20 | Wire Transfer Debit<br>BAKER & MCKENZIE LLP OPERATING<br>9<br>452 FIFTH AVENUE<br>NEW YORK, NEW YORK 10018 US<br>CITIBANK NYC<br>20190820MMQFMP9H001032<br>20190820B1Q8021R020725<br>08201325FT03 | 10,000.00 |
| 8/21 | From DDA *8665,To DDA *8673 | 296.60 |
| 8/26 | Payment   ATT<br>PPD | 1,837.85 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

020495

00008465



# STATEMENT OF ACCOUNT

Date 8/30/19          Page 6 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8665

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 8/30 | Wire Transfer Debit | 12,500.00 |
| | Coastal Human Resources Group | |
| | ███████ | |
| | 4377 Downtowner Loop S | |
| | Mobile, Al 36616 US | |
| | WELLSFARGO NY INTL | |
| | 20190830MMQFMP9H002858 | |
| | 20190830B6B7001C009957 | |
| | 08301444FT03 | |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 15,347.21 | 8/07 | 30,122.28 | 8/20 | 1,804.15 |
| 8/02 | 310,659.56 | 8/15 | 14,261.36 | 8/21 | 1,507.55 |
| 8/05 | 183,607.02 | 8/16 | 13,209.28 | 8/26 | 19.70 |
| 8/06 | 108,122.28 | 8/19 | 11,707.20 | 8/30 | 19.70 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00008466

Debtor000242



Account Number *******8665



| #0 | 8/5/19 | $5000.00 |


020495



| #0 | 8/6/19 | $3458.56 |



# STATEMENT OF ACCOUNT

Date 9/30/19      Page 1 of 2

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

**COMMERCIAL CHECKING ANALYSIS**      **ACCOUNT NUMBER \*\*\*\*\*\*\*8665**

| | | | |
|---|---|---|---|
| Previous Balance | 19.70 | Statement Dates | 9/03/19 thru 9/30/19 |
| Deposits/Credits | .00 | Days this Statement Period | 28 |
| Checks/Debits | .00 | Average Ledger Balance | 19.70 |
| Service Charge | .00 | Average Collected Balance | 19.70 |
| Interest Paid | .00 | | |
| Current Balance | 19.70 | | |

---

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 9/03 | 19.70 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000187



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.





**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000246

 **IBERIA**BANK

**STATEMENT OF ACCOUNT**

Date 10/31/19                    Page 1 of 2


12848 115949 R P0 T0


012848

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com


012848

---

**COMMERCIAL CHECKING ANALYSIS**                    **ACCOUNT NUMBER *******8665**

| | | | |
|---|---|---|---|
| Previous Balance | 19.70 | Statement Dates | 10/01/19 thru 10/31/19 |
|    Deposits/Credits | .00 | Days this Statement Period | 31 |
|    Checks/Debits | .00 | Average Ledger Balance | 19.70 |
| Service Charge | .00 | Average Collected Balance | 19.70 |
| Interest Paid | .00 | | |
| Current Balance | 19.70 | | |

---

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 10/01 | 19.70 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006405

Debtor000247

517



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING           $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000248



# STATEMENT OF ACCOUNT

Date 11/29/19      Page 1 of 2



80831 116335 **AUTOALL FOR AADC 773 R P6 T216

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
080831   HOUSTON TX 77056

 **24-hr Phone Banking**
1-800-968-0801
**Customer Service**
1-800-682-3231

 **24-hr Online Banking**
iberiabank.com


080831

**IMPORTANT INFORMATION** Great news. In early December, we will be enhancing our Telephone Banking system. NOTE: You will have to re establish your access code the first time you call.

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8665 | |
|---|---|---|---|
| Previous Balance | 19.70 | Statement Dates | 11/01/19 thru 12/01/19 |
| Deposits/Credits | .00 | Days this Statement Period | 31 |
| 1 Checks/Debits | 19.70 | Average Ledger Balance | 2.54 |
| Service Charge | .00 | Average Collected Balance | 2.54 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/05 | Closing entry   Deposit funds | 19.70 |
| | Acct No.   ████ 8681 | |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/01 | 19.70 | 11/05 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000281



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT   $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)   $ _____

### TOTAL   _____

### SUBTRACT—

CHECKS OUTSTANDING   $ _____

### BALANCE   $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000250

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/17      Page    1
Account Number    *******8681

```
--------------------------- CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                          11
Account Number              *******8681   Statement Dates  1/01/17 thru  1/31/17
Previous Balance                  98.92   Days this Statement Period        31
   8 Deposits/Credits       866,998.87    Average Ledger            66,630.47
  21 Checks/Debits          828,904.30    Average Collected         65,790.14
Service Charge                     .00
Interest Paid                      .00
Current Balance             38,193.49

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 1/05 | Transfer Credit | 233,398.67 |
| 1/12 | Transfer Credit | 6,000.00 |
| 1/13 | Transfer Credit | 200.00 |
| 1/17 | Transfer Credit | 450.00 |
| 1/17 | Transfer Credit | 900.00 |
| 1/17 | Remote DDA Deposit | 26,050.20 |
| 1/18 | Deposit | 100,000.00 |
| 1/27 | Deposit | 500,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | 0121D      Reliant Energy TEL | 50.85- |
| 1/09 | Transfer to DDA Acct No. ████8630-D | 6,204.02- |
| 1/13 | Transfer to DDA Acct No. ████8630-D | 936.32- |
| 1/18 | From DDA *8681,To DDA *8665 | 15,000.00- |
| 1/18 | From DDA *8681,To DDA *8630,Payroll | 48,975.53- |
| 1/20 | Account Analysis Charge | 176.41- |
| 1/20 | Account Analysis Charge | 624.74- |
| 1/27 | From DDA *8681,To DDA *8665 | 500,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000251

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                  $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                           $ _____

## TOTAL                           $ _____

## SUBTRACT—

CHECKS OUTSTANDING                 $ _____

## BALANCE                         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**Member FDIC**



EQUAL HOUSING
**LENDER**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000252

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/17      Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/30 | Transfer to DDA | 15.37- |
|      | Acct No.  ████8630-D | |
| 1/31 | Payment   ATT | 187.98- |
|      | WEB | |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 1/09 | 24835 | 55,605.18 | 1/09 | 24839 | 5,345.53 | 1/05 | 24843 | 243.73 |
| 1/12 | 24836 | 147,949.21 | 1/10 | 24840 | 585.22 | 1/23 | 24844 | 16,342.91 |
| 1/10 | 24837 | 21,193.28 | 1/10 | 24841 | 167.42 | 1/24 | 24845 | 6,991.50 |
| 1/12 | 24838 | 1,109.10 | 1/06 | 24842 | 1,200.00 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 98.92 | 1/12 | 155.95- | 1/24 | 38,396.84 |
| 1/03 | 48.07 | 1/13 | 892.27- | 1/27 | 38,396.84 |
| 1/05 | 233,203.01 | 1/17 | 26,507.93 | 1/30 | 38,381.47 |
| 1/06 | 232,003.01 | 1/18 | 62,532.40 | 1/31 | 38,193.49 |
| 1/09 | 164,848.28 | 1/20 | 61,731.25 | | |
| 1/10 | 142,902.36 | 1/23 | 45,388.34 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000253



# IBERIABANK

Account Number  *******8681

Page 3

#24835  01/09/17  $55605.18

#24841  01/10/17  $167.42

#24836  01/12/17  $147949.21

#24842  01/06/17  $1200.00

#24837  01/10/17  $21193.28

#24843  01/05/17  $243.73

#24838  01/12/17  $1109.10

#24844  01/23/17  $16342.91

#24839  01/09/17  $5345.53

#24845  01/24/17  $6991.50

#24840  01/10/17  $585.22

Debtor000254

STATEMENT OF ACCOUNT

# IBERIABANK

Date  2/28/17     Page    1
Account Number   *******8681

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

--------------------------- CHECKING ACCOUNT ---------------------------

**COMMERCIAL CHECKING ANALYSIS**                                    18
Account Number          *******8681   Statement Dates   2/01/17 thru  2/28/17
Previous Balance         38,193.49    Days this Statement Period      28
   4 Deposits/Credits   178,753.91    Average Ledger             43,184.57
  23 Checks/Debits       175,421.39   Average Collected          43,184.57
Service Charge                 .00
Interest Paid                  .00
Current Balance          41,526.01

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Transfer Credit | 91,722.05 |
| 2/08 | Transfer Credit | 66,000.00 |
| 2/28 | Transfer Credit | 3,436.09 |
| 2/28 | Transfer Credit | 17,595.77 |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/02 | 0121D     Reliant Energy TEL | 51.45- |
| 2/09 | From DDA *8681,To DDA *8301 | 1,000.00- |
| 2/10 | From DDA *8681,To DDA *8630,P/R 2/17/17 | 52,000.00- |
| 2/21 | Account Analysis Charge | 199.49- |
| 2/21 | Account Analysis Charge | 703.28- |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 2/02 | 24846 | 652.25 | 2/03 | 24851 | 62,851.56 | 2/07 | 24856 | 167.42 |
| 2/03 | 24847 | 4,000.00 | 2/07 | 24852 | 23,623.30 | 2/08 | 24857 | 130.56 |
| 2/01 | 24848 | 100.00 | 2/07 | 24853 | 1,200.00 | 2/10 | 24858 | 1,894.16 |
| 2/07 | 24849 | 97.41 | 2/10 | 24854 | 97.13 | 2/13 | 24859 | 593.82 |
| 2/09 | 24850 | 55.00 | 2/09 | 24855 | 1,109.10 | 2/09 | 24860 | 13,305.25 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000255

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING        $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.


Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1)Tell us your name and account number.
2)Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3)Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account, on any of your closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000256

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  2/28/17     Page    2
Account Number   *******8681

---

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 2/28 | 24861 | 4,090.13 | 2/09 | 24862 | 79.43 | 2/07 | 24863 | 7,420.65 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 129,815.54 | 2/08 | 95,620.94 | 2/21 | 24,584.28 |
| 2/02 | 129,111.84 | 2/09 | 80,072.16 | 2/28 | 41,526.01 |
| 2/03 | 62,260.28 | 2/10 | 26,080.87 | | |
| 2/07 | 29,751.50 | 2/13 | 25,487.05 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000257



**IBERIABANK**

Account Number ＊＊＊＊＊＊＊8681



| #24846 | 02/02/17 | $652.25 | #24852 | 02/07/17 | $23623.30 |
| #24847 | 02/03/17 | $4000.00 | #24853 | 02/07/17 | $1200.00 |
| #24848 | 02/01/17 | $100.00 | #24854 | 02/10/17 | $97.13 |
| #24849 | 02/07/17 | $97.41 | #24855 | 02/09/17 | $1109.10 |
| #24850 | 02/09/17 | $55.00 | #24856 | 02/07/17 | $167.42 |
| #24851 | 02/03/17 | $62851.56 | #24857 | 02/08/17 | $130.56 |

# IBERIABANK

Account Number *******8681



**#24858    02/10/17    $1894.16**



**#24859    02/13/17    $593.82**



**#24860    02/09/17    $13305.25**



**#24861    02/28/17    $4090.13**



**#24862    02/09/17    $79.43**



**#24863    02/07/17    $7420.65**

Debtor000259

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  3/31/17      Page    1
                                        Account Number   *******8681

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

---

```
------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                            37
Account Number            *******8681  Statement Dates  3/01/17 thru  4/02/17
Previous Balance             41,526.01  Days this Statement Period        33
    8 Deposits/Credits      794,697.56  Average Ledger               85,211.91
   43 Checks/Debits         659,646.16  Average Collected            85,211.91
Service Charge                     .00
Interest Paid                      .00
Current Balance             176,577.41
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Transfer Credit | 155,000.00 |
| 3/16 | Transfer Credit | 1,000.00 |
| 3/21 | Transfer Credit | 175,000.00 |
| 3/24 | Transfer Credit | 39,472.07 |
| 3/24 | Transfer Credit | 139,605.00 |
| 3/29 | Transfer Credit | 135,015.49 |
| 3/29 | ARP Return Item | 139,605.00 |
| 3/31 | Transfer Credit | 10,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Payment    ATT WEB | 207.33- |
| 3/03 | 0121D     Reliant Energy TEL | 43.45- |
| 3/20 | Account Analysis Charge | 181.27- |
| 3/20 | Account Analysis Charge | 610.37- |
| 3/23 | Payment    ATT WEB | 292.50- |
| 3/24 | 0121D     Reliant Energy TEL | 54.05- |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000261

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                    $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. On the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000262

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 3/31/17      Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/03 | 24864 | 2,751.68 | 3/07 | 24878 | 1,075.00 | 3/07 | 24892* | 29,286.81 |
| 3/07 | 24866* | 23,272.07 | 3/07 | 24879 | 24.16 | 3/03 | 24893 | 138.05 |
| 3/06 | 24867 | 1,369.62 | 3/07 | 24880 | 23,658.36 | 3/07 | 24894 | 825.00 |
| 3/02 | 24868 | 1,200.00 | 3/07 | 24881 | 5,530.67 | 3/06 | 24895 | 100.00 |
| 3/06 | 24869 | 15,000.00 | 3/07 | 24882 | 167.42 | 3/20 | 24896 | 144,306.43 |
| 3/06 | 24870 | 76.42 | 3/03 | 24883 | 100.00 | 3/27 | 24898* | 150.00 |
| 3/15 | 24871 | 35.00 | 3/07 | 24884 | 65.28 | 3/20 | 24899 | 12,000.00 |
| 3/03 | 24872 | 64,247.98 | 3/10 | 24885 | 6,105.00 | 3/20 | 24900 | 15,100.00 |
| 3/07 | 24873 | 1,283.21 | 3/09 | 24886 | 430.00 | 3/24 | 24901 | 15,000.00 |
| 3/08 | 24874 | 4,038.06 | 3/07 | 24887 | 1,250.00 | 3/29 | 24902 | 139,605.00 |
| 3/13 | 24875 | 5,187.03 | 3/15 | 24888 | 8,883.57 | 3/31 | 24905* | 135,015.49 |
| 3/10 | 24876 | 59.54 | 3/13 | 24889 | 450.00 | | | |
| 3/09 | 24877 | 234.32 | 3/08 | 24890 | 236.02 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 196,318.68 | 3/09 | 19,915.10 | 3/21 | 2,996.89 |
| 3/02 | 195,118.68 | 3/10 | 13,750.56 | 3/23 | 2,704.39 |
| 3/03 | 127,837.52 | 3/13 | 8,113.53 | 3/24 | 166,727.41 |
| 3/06 | 111,291.48 | 3/15 | 805.04- | 3/27 | 166,577.41 |
| 3/07 | 24,853.50 | 3/16 | 194.96 | 3/29 | 301,592.90 |
| 3/08 | 20,579.42 | 3/20 | 172,003.11- | 3/31 | 176,577.41 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000263



**Account Number** *******8681



| #24864 | 03/03/17 | $2751.68 | | #24871 | 03/15/17 | $35.00 |
|---|---|---|---|---|---|---|
| #24866 | 03/07/17 | $23272.07 | | #24872 | 03/03/17 | $64247.98 |
| #24867 | 03/06/17 | $1369.62 | | #24873 | 03/07/17 | $1283.21 |
| #24868 | 03/02/17 | $1200.00 | | #24874 | 03/08/17 | $4038.06 |
| #24869 | 03/06/17 | $15000.00 | | #24875 | 03/13/17 | $5187.03 |
| #24870 | 03/06/17 | $76.42 | | #24876 | 03/10/17 | $59.54 |



# IBERIABANK

Account Number * * * * * * * 8681

#24877  03/09/17  $234.32

#24883  03/03/17  $100.00

#24878  03/07/17  $1075.00

#24884  03/07/17  $65.28

#24879  03/07/17  $24.16

#24885  03/10/17  $6105.00

#24880  03/07/17  $23658.36

#24886  03/09/17  $430.00

#24881  03/07/17  $5530.67

#24887  03/07/17  $1250.00

#24882  03/07/17  $167.42

#24888  03/15/17  $8883.57

**VITOL EXHIBIT**

**124.4**

Adv. No.: 21-06006 8/30/2022



**IBERIABANK**

Account Number *******8681

| #24889 | 03/13/17 | $450.00 |
| #24896 | 03/20/17 | $144306.43 |
| #24890 | 03/08/17 | $236.02 |
| #24898 | 03/27/17 | $150.00 |
| #24892 | 03/07/17 | $29286.81 |
| #24899 | 03/20/17 | $12000.00 |
| #24893 | 03/07/17 | $138.05 |
| #24900 | 03/20/17 | $15100.00 |
| #24894 | 03/07/17 | $825.00 |
| #24901 | 03/24/17 | $15000.00 |
| #24895 | 03/06/17 | $100.00 |
| #24902 | 03/29/17 | $139605.00 |



Account Number ******8681

Page 6



#24905    03/31/17    $135015.49

# IBERIABANK

**NOTICE OF CHANGE -** We are providing you with notice of changes to the Terms and Conditions of your account with us followed by a notice of a change to the Visa® zero liability rule.

Effective 21 calendar days after we send this notice to you, your account(s) shall be governed by the following Terms and Conditions. Continued use of your account(s) after receipt of these Terms and Conditions constitutes acceptance of, and agreement to, the Terms and Conditions.

## TERMS AND CONDITIONS
## OF YOUR ACCOUNT

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

Your account is governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state in which the branch office where you opened your account is located. If you did not open your account in person at a branch office, but through the mail, by phone, or over the internet and you reside, or maintain a residence, in a state where the Bank operates a branch office, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state where the branch office is located. If you do not reside, or maintain a residence in a state where the Bank operates a branch office and you opened your account through the mail, by phone, or over the internet, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state of Louisiana. These choice of law provisions are to apply without giving effect to any choice of law rules that may require the application of the laws of another jurisdiction. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Throughout this document, when a provision is identified as being applicable to a certain state (for example, "in Louisiana"), it means that the provision is only applicable if your account is held at a branch located in that particular state. Any provision which is not described as applying to a particular state, applies to your account.

In Louisiana, Alabama, Florida, and Texas, "Party" means a person who, by the terms of an account, has a present right, subject to request, to payment from the account other than as a beneficiary or agent.

**In Louisiana, LIABILITY-** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (in solido) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs

and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**In Alabama, Arkansas, Florida, Georgia, Tennessee, and Texas, LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in our presence.

**WITHDRAWALS -**

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

Debtor000268

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money, which may be more than the actual amount of your purchase. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it may be up to three days before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

Here is an example of how this can occur – assume for this example the following: (1) you have opted-in to our overdraft services for the payment of overdrafts on ATM and everyday debit card transactions, (2) we pay the overdraft, and (3) our overdraft fee is $35 per overdraft, but we do not charge the overdraft fee if the transaction overdraws the account by less than $10.

You have $120 in your account. You swipe your card at the card reader on a gasoline pump. Since it is unclear what the final bill will be, the gas station's processing system immediately requests a hold on your account in a specified amount, for example, $80. Our processing system authorizes a temporary hold on your account in the amount of $80, and the gas station's processing system authorizes you to begin pumping gas. You fill your tank and the amount of gasoline you purchased is only $50. Our processing system shows that you have $40 in your account available for other transactions ($120 - $80 = $40) even though you would have $70 in your account available for other transactions if the amount of the temporary hold was equal to the amount of your purchase ($120 - $50 = $70). Later, another transaction you have authorized is presented for payment from your account in the amount of $60 (this could be a check you have written, another debit card transaction, an ACH debit or any other kind of payment request). This other transaction is presented before the amount of the temporary hold is adjusted to the amount of your purchase (remember, it may take up to three days for the adjustment to be made). Because the amount of this other transaction is greater than the amount our processing system shows is available in your account, our payment of this transaction will result in an overdraft transaction. Because the transaction overdraws your account by $20, your account will be assessed the overdraft fee of $35 according to our overdraft fee policy. You will be charged this $35 fee according to our policy even though you would have had enough money in your account to cover the $60 transaction if your account had only been debited the amount of your purchase rather than the amount of the temporary hold or if the temporary hold had already been adjusted to the actual amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**In Louisiana, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as

to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Individual Account -** is an account in the name of one person.
**Joint Account -** This is an account in the names of two or more persons. Any one of such persons, acting alone, has complete access to the account. Upon the death of any party to such account, we are permitted to pay the account balance to the surviving parties, but this authority protects us only. The surviving joint parties may be liable to the heirs, legatees, or creditors of the deceased party to the extent the funds withdrawn by the survivors were owed to the deceased. If any party to a joint account sends notice to us to prevent withdrawals from the account by another party or parties, we may require the party to withdraw the balance and close the account or we may refuse to allow any further withdrawals from the account except upon the written consent of all parties to it. The remedy we choose is entirely at our discretion.
**Revocable Trust or Pay-on-Death Account -** If two or more of you create such an account, you own the account jointly and the respective interests of each of you shall be deemed equal, unless otherwise stated in our account records. Beneficiaries acquire the right to withdraw only if: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, unless otherwise stated in our account records. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.
**In Alabama, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Single-Party Account -** Such an account is owned by one party.
**Multiple-Party Account -** Parties own account during the lifetime of all parties in proportion to their net contributions, unless there is clear and convincing evidence of a different intent.
**In Alabama, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.
**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.
**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.
**Single-Party Account With Pay-on-Death Designation -** At death of party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.
**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.
**In Arkansas, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Individual Account -** is an account in the name of one person.
**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.
**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.
**Pay-On-Death Account -** If two or more of you create such an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, with right of survivorship. The person(s) creating this account type reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.
**In Florida, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Single-Party Account -** Such an account is owned by one party.
**Multiple-Party Account -** Such an account is payable on request to one or more of two or more parties, whether or not a right of survivorship is mentioned.

Debtor000269

**Multiple-Party Account - Tenancy by the Entireties** - The account is owned by two parties who are married to each other and hold the account as tenants by the entirety.

**In Florida, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to the surviving party or parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Georgia and Tennessee, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Texas, UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE -** The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts. You may choose to designate one or more convenience signers on an account, even if the account is not a convenience account. A designated convenience signer may make transactions on your behalf during your lifetime, but does not own the account during your lifetime. The designated convenience signer owns the account on your death only if the convenience signer is also designated as a P.O.D. payee or trust account beneficiary.

**Single-Party Account Without "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Single-Party Account With "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes to the P.O.D. beneficiaries of the account. The account is not a part of the party's estate.

**Multiple-Party Account Without Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Multiple-Party Account With Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes to the surviving parties.

**Multiple-Party Account With Right of Survivorship and "P.O.D." (Payable on Death) Designation -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of the last surviving party, the ownership of the account passes to the P.O.D. beneficiaries.

**Convenience Account -** The parties to the account own the account. One or more convenience signers to the account may make account transactions for a party. A convenience signer does not own the account. On the death of the last surviving party, ownership of the account passes as a part of the last surviving party's estate under the last surviving party's will or by intestacy. The financial institution may pay funds in the account to a convenience signer before the financial institution receives notice of the death of the last surviving party. The payment to a convenience signer does not affect the parties' ownership of the account.

**Trust Account -** The parties named as trustees to the account own the account in proportion to the parties' net contributions to the account. A trustee may withdraw funds from the account. A beneficiary may not withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In Louisiana, Alabama, Georgia, and Tennessee, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Florida, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law, it must be made in a signed and dated writing, and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Arkansas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

3

Debtor000270

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Texas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law; it must be made in a dated, authenticated record that describes the item with certainty. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). We must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**In Louisiana, Alabama, Arkansas, Florida, and Georgia, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement

available, you cannot assert a claim against us on any items in that statement, as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) **-** For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Tennessee, STATEMENTS - Your duty to report unauthorized signatures, alterations, forgeries and other errors -** You must examine your statement of account with "reasonable promptness." In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. If you discover (or reasonably should have discovered) any unauthorized signatures, alterations, incorrect payment amounts, or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith. The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and items and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations, forgeries, incorrect payment amounts, missing or incorrectly credited deposits, or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) **-** For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Texas, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures and alterations, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) **-** For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

4

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**In Louisiana, Alabama, Arkansas, Georgia, and Tennessee, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Florida, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

The funds in joint accounts, including accounts owned as tenants by the entireties, may be set off by us for any individual or joint debt of any person having withdrawal rights. To the extent that setoff of funds in an account owned by husband and wife as tenants by the entireties would ordinarily not be permitted by law for a debt of only one of the spouses, both spouses and all persons having rights of withdrawal hereby waive that right and consent to setoff for either an individual or joint debt owed by one or both of them to this bank. This waiver and consent applies to debts on which any one of you is liable, whether jointly with another, individually, or those on which you are secondarily liable.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Texas, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) the debt is created by a home equity loan, or (e) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Louisiana, AUTHORIZED SIGNER (Agent) (Individual Accounts only) -** A single individual is the owner. The authorized signer (hereinafter "agent") is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Alabama, AGENCY (Power of Attorney) DESIGNATION (Single-Party Accounts only) -** A single individual is the owner. The agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Arkansas, AGENCY (POWER OF ATTORNEY) DESIGNATION -** Agents may make account transactions on behalf of the parties, but have no ownership or rights at death unless named as Pay-on-Death beneficiaries. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Florida, CONVENIENCE ACCOUNT AGENT (Single-Party Accounts only) -** A convenience account, as defined by Florida law, means a deposit account other than a certificate of deposit, in the name of one individual, in which one or more individuals have been designated as agent with the right to make deposits to and withdraw funds from or draw checks on such account on the owner's behalf. A single individual is the owner, and the agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of a convenience account agent.

**In Georgia, AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In Tennessee, ADDITIONAL AUTHORIZED SIGNATORY (Individual Accounts only) -** A single individual is the owner. The additional authorized signatory is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the additional authorized signatory may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the additional authorized signatory. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the additional authorized signatory until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an additional authorized signatory.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

Debtor000272

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within $1^1/2$" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within $1^1/2$" of that edge.



TRAILING EDGE

FRONT OF CHECK

YOUR INDORSEMENT MUST BE WITHIN THIS AREA

Keep your indorsement out of this area.

BACK OF CHECK

It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

• Your consent is limited to this account, and as authorized by applicable law and regulations.

• Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

Debtor000273

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

---

## NOTICE OF CHANGE IN VISA ZERO LIABILITY RULE

A change in the Visa Core Rules revises the circumstances under which you have zero liability for unauthorized electronic fund transfers. The change is highlighted in bold italics type in the next two sentences. Under the new Visa rule, you will not be liable for any transactions using a lost or stolen Visa card unless you have been *negligent* or engaged in fraud. Under the previous rule, you were not liable for any transaction using a lost or stolen Visa card unless you were *grossly negligent* or engaged in fraud. This change becomes effective 21 days after you receive this notice.

Whether conduct is negligent depends on the circumstances and is subject to interpretation. However, negligence is generally considered to be the failure to use such care as a reasonably prudent person would have exercised in a similar situation. Negligence is more careful conduct than gross negligence.

As a result of the Visa rule change, you have to use a higher degree of care to have zero liability for unauthorized transactions than you had to exercise under the previous Visa rule.

Here is the disclosure of your liability for unauthorized electronic fund transfers, effective 21 days after you receive this notice —

### UNAUTHORIZED TRANSFERS

**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

• *Additional Limit on Liability for Debit VISA® Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Debit VISA® Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed below. You should also call the number or write to the address listed below if you believe a transfer has been made using the information from your check without your permission.

IBERIABANK
12719 CANTRELL ROAD, SUITE 103
LITTLE ROCK, AR 72223
Phone: 800-682-3231

200668917-010

© 2016 Wolters Kluwer Financial Services – Bankers Systems™ Form CN-TC-REGE 12/1/2016 Custom TCM-20t

Debtor000274

543

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  4/28/17     Page    1
                                        Account Number    *******8681

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                         20
Account Number            *******8681  Statement Dates  4/03/17 thru  4/30/17
Previous Balance          176,577.41   Days this Statement Period       28
   4 Deposits/Credits     186,533.54   Average Ledger            30,409.61
  23 Checks/Debits        348,419.20   Average Collected         30,409.61
Service Charge                   .00
Interest Paid                    .00
Current Balance            14,691.75
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/13 | Transfer Credit | 7,076.86 |
| 4/18 | Transfer Credit | 107,000.00 |
| 4/26 | Credit Memo | 15,350.30 |
| 4/27 | Transfer Credit | 57,106.38 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/20 | Account Analysis Charge | 213.13- |
| 4/20 | Account Analysis Charge | 810.45- |
| 4/26 | Transfer to DDA | 57,106.38- |
|      | Acct No.    ████████8630-D | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/05 | 24897 | 850.00 | 4/25 | 24910 | 3,152.00 | 4/21 | 24917 | 65.28 |
| 4/12 | 24903* | 23,272.07 | 4/18 | 24911 | 7,076.86 | 4/24 | 24918 | 3,582.63 |
| 4/03 | 24904 | 1,200.00 | 4/24 | 24912 | 190.42 | 4/28 | 24919 | 2,220.00 |
| 4/21 | 24906* | 10,000.00 | 4/21 | 24913 | 719.00 | 4/24 | 24920 | 135.06 |
| 4/24 | 24907 | 55.00 | 4/21 | 24914 | 15,350.30 | 4/04 | 24922* | 10,000.00 |
| 4/21 | 24908 | 61,963.48 | 4/24 | 24915 | 5,267.30 | 4/04 | 24923 | 139,605.00 |
| 4/28 | 24909 | 5,250.00 | 4/21 | 24916 | 334.84 | | | |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account on the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000276

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                        Date  4/28/17      Page    2
      GULF COAST ASPHALT COMPANY LLC     Account Number    *******8681
      OPERATING ACCOUNT
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 175,377.41 | 4/18 | 108,650.34 | 4/26 | 34,944.63- |
| 4/04 | 25,772.41 | 4/20 | 107,626.76 | 4/27 | 22,161.75 |
| 4/05 | 24,922.41 | 4/21 | 19,193.86 | 4/28 | 14,691.75 |
| 4/12 | 1,650.34 | 4/24 | 9,963.45 | | |
| 4/13 | 8,727.20 | 4/25 | 6,811.45 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000277



## IBERIABANK
**Account Number** \*\*\*\*\*\*\*8681



#24897    04/05/17    $850.00

#24903    04/12/17    $23272.07

#24904    04/03/17    $1200.00

#24906    04/21/17    $10000.00

#24907    04/24/17    $55.00

#24908    04/21/17    $61963.48

#24909    04/28/17    $5250.00

#24910    04/25/17    $3152.00

#24911    04/18/17    $7076.86

#24912    04/24/17    $190.42

#24913    04/21/17    $719.00

#24914    04/21/17    $15350.30

Debtor000278



Account Number *******8681

Page 4



#24915    04/24/17    $5267.30



#24922    04/04/17    $10000.00



#24916    04/21/17    $334.84



#24923    04/04/17    $139605.00



#24917    04/21/17    $65.28



#24918    04/24/17    $3582.63



#24919    04/28/17    $2220.00



#24920    04/24/17    $135.06

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  5/31/17     Page   1
                                           Account Number    *******8681

    GULF COAST ASPHALT COMPANY LLC
    OPERATING ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

---

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                            16
Account Number            *******8681  Statement Dates  5/01/17 thru  5/31/17
Previous Balance          14,691.75    Days this Statement Period        31
   11 Deposits/Credits    338,492.26   Average Ledger            38,726.13
   23 Checks/Debits       336,533.71   Average Collected         38,726.13
Service Charge                  .00
Interest Paid                   .00
Current Balance           16,650.30
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/16 | Transfer Credit | 4,000.00 |
| 5/22 | Transfer Credit | 1,000.00 |
| 5/22 | Transfer Credit | 2,200.00 |
| 5/23 | Transfer Credit | 22,000.00 |
| 5/23 | Transfer Credit | 148,094.36 |
| 5/24 | Transfer Credit | 600.00 |
| 5/24 | Transfer Credit | 1,325.00 |
| 5/24 | Transfer Credit | 139,655.00 |
| 5/30 | Transfer Credit | 2,854.60 |
| 5/30 | Transfer Credit | 15,739.72 |
| 5/31 | Transfer Credit | 1,023.58 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Payment    ATT  WEB | 292.66- |
| 5/03 | 0121D    Reliant Energy  TEL | 44.00- |
| 5/22 | 0121D    Reliant Energy  TEL | 90.51- |
| 5/22 | Account Analysis Charge | 190.21- |
| 5/22 | Account Analysis Charge | 542.99- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000281

# IBERIABANK

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

| CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT | | |
|---|---|---|
| **No.** | **$** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                               $ _____

## TOTAL                               $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE                            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000282

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/17     Page     2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/25 | CL PAYMENT TRAVELERS INSUR PPD | 2,160.10- |
| 5/25 | IPFSPMTTXH IPFS▮▮▮▮▮-4242 CCD   GULF COAST ASPHALT COM | 5,535.67- |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/16 | 24924 | 10,000.00 | 5/22 | 24942 | 81.28 | 5/23 | 24956 | 20.00 |
| 5/23 | 24930* | 23,477.07 | 5/26 | 24948* | 74.80 | 5/24 | 24957 | 139,605.00 |
| 5/31 | 24931 | 113.00 | 5/11 | 24951* | 554.39 | 5/30 | 24958 | 2,121.26 |
| 5/11 | 24932 | 1,200.00 | 5/10 | 24952 | 6,237.41 | 5/30 | 24959 | 139,655.00 |
| 5/24 | 24937* | 1,239.36 | 5/26 | 24953 | 900.00 | | | |
| 5/23 | 24941* | 382.84 | 5/25 | 24955* | 2,016.16 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 14,399.09 | 5/16 | 363.29 | 5/25 | 139,896.46 |
| 5/03 | 14,355.09 | 5/22 | 2,658.30 | 5/26 | 138,921.66 |
| 5/10 | 8,117.68 | 5/23 | 148,872.75 | 5/30 | 15,739.72 |
| 5/11 | 6,363.29 | 5/24 | 149,608.39 | 5/31 | 16,650.30 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000283



Account Number ******8681



| #24924 | 05/16/17 | $10000.00 |
| #24942 | 05/22/17 | $81.28 |
| #24930 | 05/23/17 | $23477.07 |
| #24948 | 05/26/17 | $74.80 |
| #24931 | 05/31/17 | $113.00 |
| #24951 | 05/11/17 | $554.39 |
| #24932 | 05/11/17 | $1200.00 |
| #24952 | 05/10/17 | $6237.41 |
| #24937 | 05/24/17 | $1239.36 |
| #24953 | 05/26/17 | $900.00 |
| #24941 | 05/23/17 | $382.84 |
| #24955 | 05/25/17 | $2016.16 |



Page 4

Account Number  *******8681



#24956    05/23/17    $20.00



#24957    05/24/17    $139605.00



#24958    05/30/17    $2121.26



#24959    05/30/17    $139655.00

Debtor000285

---

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  6/30/17      Page    1
                                        Account Number   *******8681
GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

---

```
--------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                            38
Account Number              *******8681  Statement Dates  6/01/17 thru 7/02/17
Previous Balance              16,650.30   Days this Statement Period      32
   13 Deposits/Credits       407,990.79   Average Ledger           68,976.69
   44 Checks/Debits          417,470.45   Average Collected        68,976.69
Service Charge                     .00
Interest Paid                      .00
Current Balance              7,170.64
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | Transfer Credit | 62,939.28 |
| 6/02 | Transfer Credit | 2,425.00 |
| 6/02 | Transfer Credit | 5,480.54 |
| 6/09 | Transfer Credit | 66,137.15 |
| 6/12 | Transfer Credit | 14,700.00 |
| 6/16 | Transfer Credit | 2,309.12 |
| 6/22 | Transfer Credit | 60,537.13 |
| 6/23 | Transfer Credit | 139,605.00 |
| 6/26 | Transfer Credit | 50,000.00 |
| 6/29 | Transfer Credit | 1,857.36 |
| 6/30 | VERIFYBANK PAYPAL PPD | .10 |
| 6/30 | VERIFYBANK PAYPAL PPD | .11 |
| 6/30 | Transfer Credit | 2,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/02 | Wire Transfer Debit Jason b Goldstein, Amy Goldste | 2,266.40- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000287

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $_____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $_____

## TOTAL                                   $_____

## SUBTRACT—

CHECKS OUTSTANDING                         $_____

## BALANCE                                 $_____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000288

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  6/30/17     Page    2
GULF COAST ASPHALT COMPANY LLC            Account Number  *******8681
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ████████████████ | |
| | IBERIABANK | |
| | 20170602MMQFMP9H000513 | |
| | 20170602MMQFMP9H000291 | |
| | 06021120FTO1 | |
| 6/07 | Transfer to DDA | 66,137.31- |
| | Acct No. ██████8630-D | |
| 6/20 | Account Analysis Charge | 208.51- |
| 6/20 | Account Analysis Charge | 443.23- |
| 6/28 | CHK ORDERS CHECKS AND FORMS PPD | 171.53- |
| 6/30 | VERIFYBANK PAYPAL PPD | .21- |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 6/09 | 24921 | 50.00 | 6/12 | 24971 | 5,267.30 | 6/27 | 24986 | 23,612.07 |
| 6/01 | 24946* | 1,250.00 | 6/08 | 24972 | 924.54 | 6/29 | 24987 | 59.54 |
| 6/08 | 24960* | 15,350.30 | 6/19 | 24973 | 830.50 | 6/28 | 24988 | 120.71 |
| 6/13 | 24961 | 60.00 | 6/08 | 24974 | 660.00 | 6/27 | 24989 | 1,207.21 |
| 6/12 | 24962 | 38,234.40 | 6/07 | 24975 | 139.07 | 6/27 | 24990 | 1,194.67 |
| 6/30 | 24963 | 139,605.00 | 6/05 | 24976 | 372.85 | 6/26 | 24991 | 296.98 |
| 6/06 | 24964 | 313.44 | 6/14 | 24979* | 14,700.00 | 6/27 | 24992 | 167.42 |
| 6/05 | 24965 | 2,906.93 | 6/22 | 24980 | 985.77 | 6/26 | 24993 | 23,249.25 |
| 6/12 | 24966 | 7,081.27 | 6/21 | 24981 | 178.88 | 6/29 | 24994 | 136.78 |
| 6/12 | 24967 | 199.65 | 6/21 | 24982 | 481.07 | 6/28 | 24995 | 9,993.42 |
| 6/08 | 24968 | 1,942.50 | 6/19 | 24983 | 663.40 | 6/28 | 24996 | 40,006.58 |
| 6/08 | 24969 | 3,140.32 | 6/29 | 24984 | 10,000.00 | 6/30 | 25000* | 1,129.58 |
| 6/12 | 24970 | 1,239.36 | 6/28 | 24985 | 492.50 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 78,339.58 | 6/07 | 14,109.12 | 6/13 | 20,796.63 |
| 6/02 | 83,978.72 | 6/08 | 7,908.54- | 6/14 | 6,096.63 |
| 6/05 | 80,698.94 | 6/09 | 58,178.61 | 6/16 | 8,405.75 |
| 6/06 | 80,385.50 | 6/12 | 20,856.63 | 6/19 | 6,911.85 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000289

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                        Date  6/30/17     Page    3
    GULF COAST ASPHALT COMPANY LLC       Account Number   *******8681
    OPERATING ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/20 | 6,260.11 | 6/23 | 204,756.52 | 6/28 | 154,244.18 |
| 6/21 | 5,600.16 | 6/26 | 231,210.29 | 6/29 | 145,905.22 |
| 6/22 | 65,151.52 | 6/27 | 205,028.92 | 6/30 | 7,170.64 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000290



**IBERIABANK**
Account Number ＊＊＊＊＊＊＊8681



| #24921 | 06/09/17 | $50.00 | | #24964 | 06/06/17 | $313.44 |
| #24946 | 06/01/17 | $1250.00 | | #24965 | 06/05/17 | $2906.93 |
| #24960 | 06/08/17 | $15350.30 | | #24966 | 06/12/17 | $7081.27 |
| #24961 | 06/13/17 | $60.00 | | #24967 | 06/12/17 | $199.65 |
| #24962 | 06/12/17 | $38234.40 | | #24968 | 06/08/17 | $1942.50 |
| #24963 | 06/30/17 | $139605.00 | | #24969 | 06/08/17 | $3140.32 |

Debtor000291

# IBERIABANK

Account Number *******8681

Page 5



| #24970 | 06/12/17 | $1239.36 |
| #24976 | 06/05/17 | $372.85 |
| #24971 | 06/12/17 | $5267.30 |
| #24979 | 06/14/17 | $14700.00 |
| #24972 | 06/08/17 | $924.54 |
| #24980 | 06/22/17 | $985.77 |
| #24973 | 06/19/17 | $830.50 |
| #24981 | 06/21/17 | $178.88 |
| #24974 | 06/08/17 | $660.00 |
| #24982 | 06/21/17 | $481.07 |
| #24975 | 06/07/17 | $139.07 |
| #24983 | 06/19/17 | $663.40 |



Account Number *******8681



#24984  06/29/17  $10000.00

#24990  06/27/17  $1194.67

#24985  06/28/17  $492.50

#24991  06/26/17  $296.98

#24986  06/27/17  $23612.07

#24992  06/27/17  $167.42

#24987  06/29/17  $59.54

#24993  06/26/17  $23249.25

#24988  06/28/17  $120.71

#24994  06/29/17  $136.78

#24989  06/27/17  $1207.21

#24995  06/28/17  $9993.42



Account Number    *******8681

Page 7



#24996    06/28/17    $40006.58



#25000    06/30/17    $1129.58

Debtor000294

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  7/31/17      Page     1
                                           Account Number   *******8681

   GULF COAST ASPHALT COMPANY LLC
   OPERATING ACCOUNT
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

Change in terms: Effective September 1, 2017, deposit accounts with no transaction
activity and a zero balance for 30 consecutive days may be closed.

---------------------------- **CHECKING ACCOUNT** -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                              19

| | | | |
|---|---|---|---|
| Account Number | *******8681 | Statement Dates | 7/03/17 thru 7/31/17 |
| Previous Balance | 7,170.64 | Days this Statement Period | 29 |
| 5 Deposits/Credits | 221,366.76 | Average Ledger | 29,073.86 |
| 24 Checks/Debits | 207,260.98 | Average Collected | 28,556.62 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 21,276.42 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 7/18 | Transfer Credit | 1,797.96 |
| 7/19 | Transfer Credit | 59,963.80 |
| 7/19 | Transfer Credit | 139,605.00 |
| 7/27 | Transfer Credit | 5,000.00 |
| 7/31 | Remote DDA Deposit | 15,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 7/17 | P-CARD PMT IBERIA | 5,370.76- |
| | CCD   GULF COAST ASPHALT CB | |
| 7/20 | Account Analysis Charge | 17.72- |
| 7/20 | Account Analysis Charge | 1,037.62- |
| 7/25 | Transfer to DDA | 1,918.04- |
| | Acct No. ■■■■8630-D | |
| 7/27 | CLUB FEES  DYNAMIC CLUB ABC | 168.78- |
| | PPD | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/06 | 24998 | 585.52 | 7/20 | 25002 | 994.25 | 7/27 | 25005 | 2,395.03 |
| 7/05 | 24999 | 142.26 | 7/21 | 25003 | 139,605.00 | 7/25 | 25006 | 23,231.07 |
| 7/18 | 25001* | 803.71 | 7/27 | 25004 | 10,000.00 | 7/21 | 25007 | 257.24 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000295

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member
**FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000296

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/17     Page     2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/26 | 25008 | 378.52 | 7/25 | 25013 | 187.42 | 7/25 | 25018* | 934.35 |
| 7/25 | 25009 | 1,275.00 | 7/26 | 25014 | 2,036.36 | 7/28 | 25019 | 2,231.14 |
| 7/27 | 25010 | 4,953.89 | 7/31 | 25015 | 2,220.00 | | | |
| 7/25 | 25012* | 5,267.30 | 7/26 | 25016 | 1,250.00 | | | |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 7,170.64 | 7/19 | 201,635.15 | 7/27 | 10,727.56 |
| 7/05 | 7,028.38 | 7/20 | 199,585.56 | 7/28 | 8,496.42 |
| 7/06 | 6,442.86 | 7/21 | 59,723.32 | 7/31 | 21,276.42 |
| 7/17 | 1,072.10 | 7/25 | 26,910.14 | | |
| 7/18 | 2,066.35 | 7/26 | 23,245.26 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000297



## iBERIABANK

Account Number *******8681



#24998    07/06/17    $585.52

#25005    07/27/17    $2395.03

#24999    07/05/17    $142.26

#25006    07/25/17    $23231.07

#25001    07/18/17    $803.71

#25007    07/21/17    $257.24

#25002    07/20/17    $994.25

#25008    07/26/17    $378.52

#25003    07/21/17    $139605.00

#25009    07/25/17    $1275.00

#25004    07/27/17    $10000.00

#25010    07/27/17    $4953.89



## IBERIABANK

Account Number *******8681



#25012    07/25/17    $5267.30

#25013    07/25/17    $187.42

#25014    07/26/17    $2036.36

#25015    07/31/17    $2220.00

#25016    07/26/17    $1250.00

#25018    07/25/17    $934.35



#25019    07/28/17    $2231.14

Debtor000299

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  8/31/17    Page    1
                                          Account Number    *******8681

    GULF COAST ASPHALT COMPANY LLC
    OPERATING ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

---

```
-------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                             23
Account Number           *******8681   Statement Dates  8/01/17 thru  8/31/17
Previous Balance          21,276.42    Days this Statement Period       31
    7 Deposits/Credits   416,363.28    Average Ledger             82,933.56
   32 Checks/Debits      276,153.90    Average Collected          82,933.56
Service Charge                 .00
Interest Paid                  .00
Current Balance          161,485.80
```

## Deposits and Additions

| Date | Description     | Amount     |
|------|-----------------|------------|
| 8/03 | Transfer Credit | 15,000.00  |
| 8/04 | Transfer Credit | 165,000.00 |
| 8/08 | Transfer Credit | 29,722.73  |
| 8/16 | Transfer Credit | 5,000.00   |
| 8/18 | Transfer Credit | 500.00     |
| 8/22 | Transfer Credit | 2,103.33   |
| 8/22 | Transfer Credit | 199,037.22 |

## Withdrawals and Deductions

| Date | Description              | Amount     |
|------|--------------------------|------------|
| 8/02 | Transfer to DDA          | 64,157.95- |
|      | Acct No.    ████8630-D   |            |
| 8/03 | Chargeback               | 15,000.00- |
| 8/07 | Transfer to DDA          | 8,047.95-  |
|      | Acct No.    ████8630-D   |            |
| 8/09 | PREM PMT  BCBS OF AL     | 27,240.03- |
|      | CCD   JOHN TOMASZEWSKI   |            |
| 8/10 | GBDORMBLAC THE HARTFORD  | 1,157.85-  |
|      | CCD   GULF COAST ASPHALT CO. |        |
| 8/10 | GBDORMBLAC THE HARTFORD  | 1,324.85-  |
|      | CCD   GULF COAST ASPHALT CO. |        |
| 8/14 | P-CARD PMT IBERIA        | 6,311.52-  |
|      | CCD   GULF COAST ASPHALT CB |         |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000301

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account plus any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

**VITOL EXHIBIT**

**124.5**

Adv. No.: 21-06006 8/30/2022

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/17    Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/21 | Account Analysis Charge | 187.35- |
| 8/21 | Account Analysis Charge | 513.81- |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 8/09 | 25017 | 718.70 | 8/30 | 25031 | 25.00 | 8/25 | 25043* | 6,058.91 |
| 8/15 | 25022* | 42,865.54 | 8/21 | 25032 | 1,500.00 | 8/28 | 25044 | 5,530.67 |
| 8/14 | 25023 | 5,250.00 | 8/17 | 25033 | 1,200.00 | 8/24 | 25045 | 782.71 |
| 8/11 | 25024 | 15,575.98 | 8/29 | 25035* | 2,000.00 | 8/29 | 25046 | 410.00 |
| 8/01 | 25025 | 12,971.60 | 8/30 | 25037* | 1,743.16 | 8/25 | 25047 | 389.57 |
| 8/08 | 25026 | 424.92 | 8/30 | 25038 | 4,491.89 | 8/28 | 25048 | 10,370.69 |
| 8/07 | 25028* | 29,474.91 | 8/30 | 25040* | 265.66 | 8/28 | 25049 | 825.00 |
| 8/14 | 25030* | 4,679.52 | 8/28 | 25041 | 4,658.16 | | | |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 8,304.82 | 8/10 | 70,480.39 | 8/21 | 2,103.33- |
| 8/02 | 55,853.13- | 8/11 | 54,904.41 | 8/22 | 199,037.22 |
| 8/03 | 55,853.13- | 8/14 | 38,663.37 | 8/24 | 198,254.51 |
| 8/04 | 109,146.87 | 8/15 | 4,202.17- | 8/25 | 191,806.03 |
| 8/07 | 71,624.01 | 8/16 | 797.83 | 8/28 | 170,421.51 |
| 8/08 | 100,921.82 | 8/17 | 402.17- | 8/29 | 168,011.51 |
| 8/09 | 72,963.09 | 8/18 | 97.83 | 8/30 | 161,485.80 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000303

# IBERIABANK

Account Number *******8681



| #25017 | 08/09/17 | $718.70 | | #25028 | 08/07/17 | $29474.91 |
| #25022 | 08/15/17 | $42865.54 | | #25030 | 08/14/17 | $4679.52 |
| #25023 | 08/14/17 | $5250.00 | | #25031 | 08/30/17 | $25.00 |
| #25024 | 08/11/17 | $15575.98 | | #25032 | 08/21/17 | $1500.00 |
| #25025 | 08/01/17 | $12971.60 | | #25033 | 08/17/17 | $1200.00 |
| #25026 | 08/08/17 | $424.92 | | #25035 | 08/29/17 | $2000.00 |



# IBERIABANK

Account Number *******8681



| #25037 | 08/30/17 | $1743.16 |
| #25038 | 08/30/17 | $4491.89 |
| #25040 | 08/30/17 | $265.66 |
| #25041 | 08/28/17 | $4658.16 |
| #25043 | 08/25/17 | $6058.91 |
| #25044 | 08/28/17 | $5530.67 |

| #25045 | 08/24/17 | $782.71 |
| #25046 | 08/29/17 | $410.00 |
| #25047 | 08/25/17 | $389.57 |
| #25048 | 08/28/17 | $10370.69 |
| #25049 | 08/28/17 | $825.00 |

Debtor000305

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  9/29/17     Page     1
                                          Account Number    *******8681

    GULF COAST ASPHALT COMPANY LLC
    OPERATING ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
    ------------------------ CHECKING ACCOUNT ------------------------------

    COMMERCIAL CHECKING ANALYSIS                                         22
    Account Number            *******8681  Statement Dates   9/01/17 thru 10/01/17
    Previous Balance          161,485.80   Days this Statement Period       31
        9 Deposits/Credits    339,346.75   Average Ledger             55,036.19
       25 Checks/Debits       278,051.04   Average Collected          55,036.19
    Service Charge                   .00
    Interest Paid                    .00
    Current Balance           222,781.51
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/06 | Transfer Credit | 51,000.00 |
| 9/12 | Transfer Credit | 3,405.68 |
| 9/12 | Transfer Credit | 6,520.67 |
| 9/15 | Transfer Credit | 1,691.80 |
| 9/19 | Transfer Credit | 66.00 |
| 9/21 | Transfer Credit | 826.55 |
| 9/22 | Transfer Credit | 58,000.00 |
| 9/27 | Transfer Credit | 217,336.05 |
| 9/28 | Transfer Credit | 500.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/15 | P-CARD PMT IBERIA | 6,520.67- |
|      | CCD   GULF COAST ASPHALT CB | |
| 9/20 | Account Analysis Charge | 186.45- |
| 9/20 | Account Analysis Charge | 640.12- |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 9/18 | 25027 | 65.98 | 9/07 | 25039* | 7,827.03 | 9/07 | 25051 | 1,200.00 |
| 9/01 | 25034* | 139,605.00 | 9/05 | 25042* | 16,898.77 | 9/08 | 25053* | 5,470.00 |
| 9/01 | 25036* | 5.00 | 9/11 | 25050* | 44,212.36 | 9/11 | 25056* | 673.32 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000307

# **iBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                             $ _____

## TOTAL                                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                                   $ _____

## BALANCE                                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account (less the disputed amount).  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000308

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
OPERATING ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  9/29/17    Page    2
Account Number    *******8681

---

COMMERCIAL CHECKING ANALYSIS        *******8681  (Continued)

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 9/26 | 25057 | 1,080.00 | 9/22 | 25065 | 870.78 | 9/26 | 25072 | 5,794.04 |
| 9/14 | 25058 | 1,691.80 | 9/26 | 25066 | 496.67 | 9/27 | 25073 | 6,125.77 |
| 9/26 | 25060* | 25,543.05 | 9/29 | 25068* | 1,325.00 | 9/27 | 25074 | 1,500.00 |
| 9/26 | 25063* | 1,564.34 | 9/28 | 25069 | 5,810.00 | | | |
| 9/26 | 25064 | 332.84 | 9/27 | 25071* | 2,612.05 | | | |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 21,875.80 | 9/12 | 6,520.67 | 9/21 | .00 |
| 9/05 | 4,977.03 | 9/14 | 4,828.87 | 9/22 | 57,129.22 |
| 9/06 | 55,977.03 | 9/15 | .00 | 9/26 | 22,318.28 |
| 9/07 | 46,950.00 | 9/18 | 65.98- | 9/27 | 229,416.51 |
| 9/08 | 41,480.00 | 9/19 | .02 | 9/28 | 224,106.51 |
| 9/11 | 3,405.68- | 9/20 | 826.55- | 9/29 | 222,781.51 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000309

# IBERIABANK

Account Number  *******8681



| | | |
|---|---|---|
| #25027 | 09/18/17 | $65.98 |
| #25034 | 09/01/17 | $139605.00 |
| #25036 | 09/01/17 | $5.00 |
| #25039 | 09/07/17 | $7827.03 |
| #25042 | 09/05/17 | $16898.77 |
| #25050 | 09/11/17 | $44212.36 |
| #25051 | 09/07/17 | $1200.00 |
| #25053 | 09/08/17 | $5470.00 |
| #25056 | 09/11/17 | $673.32 |
| #25057 | 09/26/17 | $1080.00 |
| #25058 | 09/14/17 | $1691.80 |
| #25060 | 09/26/17 | $25543.05 |

# IBERIABANK

Account Number ******8681



#25063    09/26/17    $1564.34



#25064    09/26/17    $332.84



#25065    09/22/17    $870.78



#25066    09/26/17    $496.67



#25068    09/29/17    $1325.00



#25069    09/28/17    $5810.00



#25071    09/27/17    $2612.05



#25072    09/26/17    $5794.04



#25073    09/27/17    $6125.77



#25074    09/27/17    $1500.00

Debtor000311

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date 10/31/17     Page     1
Account Number   *******8681
```

```
-------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                          46
Account Number            *******8681   Statement Dates  10/02/17 thru 10/31/17
Previous Balance          222,781.51    Days this Statement Period        30
   10 Deposits/Credits    641,236.78    Average Ledger             69,803.91
   50 Checks/Debits       639,752.52    Average Collected          69,803.91
Service Charge                   .00
Interest Paid                    .00
Current Balance           224,265.77
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | Transfer Credit | 208,504.25 |
| 10/04 | Transfer Credit | 1,015.40 |
| 10/04 | Transfer Credit | 6,500.00 |
| 10/04 | Transfer Credit | 7,083.10 |
| 10/04 | Transfer Credit | 63,486.58 |
| 10/06 | Transfer Credit | 2,921.97 |
| 10/11 | Transfer Credit | 25,000.00 |
| 10/12 | TRANSFER   PAYPAL<br>PPD | 28,530.16 |
| 10/26 | Transfer Credit | 20,000.00 |
| 10/30 | Transfer Credit | 278,195.32 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/16 | P-CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 2,921.97- |
| 10/20 | Account Analysis Charge | 170.27- |
| 10/20 | Account Analysis Charge | 561.98- |
| 10/31 | Wire Transfer Debit<br>John D Tomaszewski | 3,729.51- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000313

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

## TOTAL $ _____

## SUBTRACT—

CHECKS OUTSTANDING $ _____

## BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 **Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

 **EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account, plus any line of credit closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000314

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/17      Page      2
Account Number    *******8681

COMMERCIAL CHECKING ANALYSIS         *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|

JPMCHASE TEXAS
20171031MMQFMP9H002035
20171031B1QGC01R067777
10311548FT03

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 10/02 | 25061 | 1,164.08 | 10/11 | 25090 | 6,158.00 | 10/16 | 25110 | 684.63 |
| 10/02 | 25062 | 35.00 | 10/16 | 25091 | 5,250.00 | 10/19 | 25111 | 1,241.18 |
| 10/02 | 25067* | 4,292.20 | 10/13 | 25092 | 1,084.52 | 10/25 | 25112 | 20,000.00 |
| 10/02 | 25070* | 558.30 | 10/11 | 25093 | 2,000.00 | 10/30 | 25113 | 838.72 |
| 10/19 | 25075* | 888.93 | 10/10 | 25094 | 507.84 | 10/31 | 25115* | 44,212.36 |
| 10/02 | 25076 | 171,130.64 | 10/10 | 25095 | 1,200.00 | 10/31 | 25116 | 2,615.00 |
| 10/02 | 25077 | 44,212.36 | 10/13 | 25096 | 6,500.00 | 10/31 | 25118* | 25,379.05 |
| 10/04 | 25080* | 181,558.56 | 10/11 | 25097 | 7,083.10 | 10/27 | 25120* | 30.00 |
| 10/10 | 25081 | 414.59 | 10/10 | 25098 | 1,015.40 | 10/31 | 25121 | 2,580.39 |
| 10/13 | 25082 | 1,284.06 | 10/05 | 25101* | 18,486.58 | 10/31 | 25126* | 165.42 |
| 10/06 | 25083 | 4,026.62 | 10/05 | 25102 | 37,000.00 | 10/26 | 25127 | 5,881.29 |
| 10/10 | 25085* | 2,680.00 | 10/11 | 25103 | 5,000.00 | 10/27 | 25128 | 655.91 |
| 10/03 | 25086 | 291.43 | 10/10 | 25104 | 3,000.00 | 10/31 | 25130* | 125.41 |
| 10/11 | 25087 | 862.50 | 10/16 | 25105 | 11,347.17 | 10/31 | 25132* | 606.15 |
| 10/12 | 25088 | 286.09 | 10/19 | 25107* | 7,000.00 | | | |
| 10/12 | 25089 | 900.00 | 10/16 | 25109* | 135.31 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 209,893.18 | 10/11 | 44,615.61 | 10/25 | 12,889.66 |
| 10/03 | 209,601.75 | 10/12 | 71,959.68 | 10/26 | 27,008.37 |
| 10/04 | 106,128.27 | 10/13 | 63,091.10 | 10/27 | 26,322.46 |
| 10/05 | 50,641.69 | 10/16 | 42,752.02 | 10/30 | 303,679.06 |
| 10/06 | 49,537.04 | 10/19 | 33,621.91 | 10/31 | 224,265.77 |
| 10/10 | 40,719.21 | 10/20 | 32,889.66 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000315



**IBERIABANK**

Account Number    *******8681                                    Page 3



#25061    10/02/17    $1164.08

#25077    10/02/17    $44212.36

#25062    10/02/17    $35.00

#25080    10/04/17    $181558.56

#25067    10/02/17    $4292.20

#25081    10/10/17    $414.59

#25070    10/02/17    $558.30

#25082    10/13/17    $1284.06

#25075    10/19/17    $888.93

#25083    10/06/17    $4026.62

#25076    10/02/17    $171130.64

#25085    10/10/17    $2680.00

Debtor000316



Account Number *******8681



#25086   10/03/17   $291.43

#25092   10/13/17   $1084.52

#25087   10/11/17   $862.50

#25093   10/11/17   $2000.00

#25088   10/12/17   $286.09

#25094   10/10/17   $507.84

#25089   10/12/17   $900.00

#25095   10/10/17   $1200.00

#25090   10/11/17   $6158.00

#25096   10/13/17   $6500.00

#25091   10/16/17   $5250.00

#25097   10/11/17   $7083.10



**IBERIABANK**

Account Number *******8681



| #25098 | 10/10/17 | $1015.40 |
| #25101 | 10/05/17 | $18486.58 |
| #25102 | 10/05/17 | $37000.00 |
| #25103 | 10/11/17 | $5000.00 |
| #25104 | 10/10/17 | $3000.00 |
| #25105 | 10/16/17 | $11347.17 |
| #25107 | 10/19/17 | $7000.00 |
| #25109 | 10/16/17 | $135.31 |
| #25110 | 10/16/17 | $684.63 |
| #25111 | 10/19/17 | $1241.18 |
| #25112 | 10/25/17 | $20000.00 |
| #25113 | 10/30/17 | $838.72 |

Debtor000318

# iBERIABANK

Account Number *******8681



#25115    10/31/17    $44212.36



#25127    10/26/17    $5881.29



#25116    10/31/17    $2615.00



#25128    10/27/17    $655.91



#25118    10/31/17    $25379.05



#25130    10/31/17    $125.41



#25120    10/27/17    $30.00



#25132    10/31/17    $606.15



#25121    10/31/17    $2580.39



#25126    10/31/17    $165.42

STATEMENT OF ACCOUNT

# IBERIABANK

Date 11/30/17     Page     1
Account Number    *******8681

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

---------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                                36
Account Number              *******8681    Statement Dates  11/01/17 thru 11/30/17
Previous Balance            224,265.77      Days this Statement Period       30
   11 Deposits/Credits      476,557.14      Average Ledger              128,905.50
   44 Checks/Debits         632,419.75      Average Collected           128,613.84
Service Charge                     .00
Interest Paid                      .00
Current Balance              68,403.16

### Deposits and Additions

| Date  | Description        | Amount     |
|-------|--------------------|------------|
| 11/01 | Transfer Credit    | 42,579.77  |
| 11/02 | Deposit            | 5,750.00   |
| 11/02 | Transfer Credit    | 10,000.00  |
| 11/03 | Transfer Credit    | 22,000.00  |
| 11/03 | Transfer Credit    | 155,370.97 |
| 11/10 | Transfer Credit    | 189,932.51 |
| 11/13 | TRANSFER   PAYPAL   | 20,520.00  |
|       | PPD                |            |
| 11/17 | Deposit            | 1,000.00   |
| 11/17 | Transfer Credit    | 9,753.05   |
| 11/20 | Transfer Credit    | 1,650.84   |
| 11/20 | TRANSFER   PAYPAL   | 18,000.00  |
|       | PPD                |            |

### Withdrawals and Deductions

| Date  | Description                | Amount    |
|-------|----------------------------|-----------|
| 11/01 | GBDORMBLAC THE HARTFORD    | 1,321.97- |
|       | CCD   GULF COAST ASPHALT CO. |         |
| 11/01 | GBDORMBLAC THE HARTFORD    | 1,324.85- |
|       | CCD   GULF COAST ASPHALT CO. |         |
| 11/01 | GBDORMBLAC THE HARTFORD    | 1,324.85- |
|       | CCD   GULF COAST ASPHALT CO. |         |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000321

584

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

## TOTAL                                  $ _____

## SUBTRACT—

CHECKS OUTSTANDING              $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account on the day closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your accounts as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000322

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17     Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 11/03 | Wire Transfer Debit | 22,000.00- |
| | TOURNAMENT MG, LLC | |
| | | |
| | CADENCE BANK | |
| | 20171103MMQFMP9H001561 | |
| | 20171103MMQFMPAY000251 | |
| | 11031510FTO3 | |
| 11/14 | DEBIT     FEDERAL EXPRESS | 261.33- |
| | CCD   GULF COAST ASPHALT COM | |
| 11/14 | P-CARD PMT IBERIA | 6,659.95- |
| | CCD   GULF COAST ASPHALT CB | |
| 11/20 | Account Analysis Charge | 188.18- |
| 11/20 | Account Analysis Charge | 319.98- |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/07 | 25114 | 22.00 | 11/07 | 25139 | 2,980.00 | 11/10 | 25153 | 362.21 |
| 11/01 | 25117* | 159,380.69 | 11/07 | 25140 | 100.16 | 11/13 | 25154 | 72.68 |
| 11/08 | 25119* | 324.72 | 11/03 | 25141 | 619.36 | 11/14 | 25155 | 163,857.24 |
| 11/06 | 25122* | 1,365.36 | 11/07 | 25142 | 6,211.90 | 11/22 | 25157* | 361.98 |
| 11/10 | 25123 | 5,272.17 | 11/08 | 25143 | 10,310.00 | 11/28 | 25159* | 2,010.84 |
| 11/01 | 25125* | 5,530.67 | 11/09 | 25144 | 7,884.00 | 11/21 | 25160 | 48.60 |
| 11/02 | 25129* | 3,414.60 | 11/13 | 25145 | 5,250.00 | 11/27 | 25161 | 2,575.25 |
| 11/06 | 25133* | 11,787.26 | 11/07 | 25146 | 986.05 | 11/29 | 25162 | 3,430.03 |
| 11/10 | 25135* | 1,200.00 | 11/06 | 25147 | 10,000.00 | 11/28 | 25163 | 165.42 |
| 11/08 | 25136 | 5,230.00 | 11/07 | 25148 | 2,581.76 | 11/27 | 25164 | 474.53 |
| 11/06 | 25137 | 558.30 | 11/08 | 25151* | 155,370.97 | 11/27 | 25165 | 1,863.00 |
| 11/09 | 25138 | 1,250.00 | 11/21 | 25152 | 25,379.05 | 11/22 | 25166 | 787.84 |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 97,962.51 | 11/07 | 228,456.73 | 11/13 | 246,382.49 |
| 11/02 | 110,297.91 | 11/08 | 57,221.04 | 11/14 | 75,603.97 |
| 11/03 | 265,049.52 | 11/09 | 48,087.04 | 11/17 | 86,357.02 |
| 11/06 | 241,338.60 | 11/10 | 231,185.17 | 11/20 | 105,499.70 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000323

586

STATEMENT OF ACCOUNT

# ïBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17      Page     3
Account Number    *******8681

---

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/21 | 80,072.05 | 11/27 | 74,009.45 | 11/29 | 68,403.16 |
| 11/22 | 78,922.23 | 11/28 | 71,833.19 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000324



# IBERIABANK

Account Number *******8681



#25114    11/07/17    $22.00

#25117    11/01/17    $159380.69

#25119    11/08/17    $324.72

#25122    11/06/17    $1365.36

#25123    11/10/17    $5272.17

#25125    11/01/17    $5530.67

#25129    11/02/17    $3414.60

#25133    11/06/17    $11787.26

#25135    11/10/17    $1200.00

#25136    11/08/17    $5230.00

#25137    11/06/17    $558.30

#25138    11/09/17    $1250.00

Debtor000325



# IBERIABANK

Account Number *******8681



| #25139 | 11/07/17 | $2980.00 |
| --- | --- | --- |
| #25145 | 11/13/17 | $5250.00 |
| #25140 | 11/07/17 | $100.16 |
| #25146 | 11/07/17 | $986.05 |
| #25141 | 11/03/17 | $619.36 |
| #25147 | 11/06/17 | $10000.00 |
| #25142 | 11/07/17 | $6211.90 |
| #25148 | 11/07/17 | $2581.76 |
| #25143 | 11/08/17 | $10310.00 |
| #25151 | 11/08/17 | $155370.97 |
| #25144 | 11/09/17 | $7884.00 |
| #25152 | 11/21/17 | $25379.05 |



# IBERIABANK

Account Number ＊＊＊＊＊＊＊8681

Page 6



#25153  11/10/17  $362.21

#25161  11/27/17  $2575.25

#25154  11/13/17  $72.68

#25162  11/29/17  $3430.03

#25155  11/14/17  $163857.24

#25163  11/28/17  $165.42

#25157  11/22/17  $361.98

#25164  11/27/17  $474.53

#25159  11/28/17  $2010.84

#25165  11/27/17  $1863.00

#25160  11/21/17  $48.60

#25166  11/22/17  $787.84

Debtor000327

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date 12/29/17     Page    1
Account Number  *******8681
```

```
---------------------------- CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                                   25
```
Account Number            *******8681   Statement Dates  12/01/17 thru 12/31/17
Previous Balance            68,403.16    Days this Statement Period           31
   5 Deposits/Credits      207,597.02    Average Ledger                73,054.87
  33 Checks/Debits         220,000.00    Average Collected             73,054.87
Service Charge                    .00
Interest Paid                     .00
Current Balance             56,000.18
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/01 | Transfer Credit | 50,000.00 |
| 12/07 | Transfer Credit | 14,604.84 |
| 12/14 | TRANSFER  PAYPAL PPD | 15,355.51 |
| 12/15 | Transfer Credit | 29,533.83 |
| 12/21 | Transfer Credit | 98,102.84 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 12/01 | IPFSPMTTXH IPFS██████4242 CCD   GULF COAST ASPHALT COM | 5,272.30- |
| 12/04 | Wire Transfer Debit John D Tomaszewski | 515.18- |



```
JPMCHASE TEXAS
20171204MMQFMP9H000003
20171204B1QGC01R008123
12040802FT01
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000329

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)                    $ _____

## TOTAL                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000330

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17    Page    2
Account Number    *******8681

COMMERCIAL CHECKING ANALYSIS         *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 12/08 | IPFSPMTTXH IPFS████████4242 | 5,272.30- |
| | CCD   GULF COAST ASPHALT COM | |
| 12/14 | 5122247661 TEXAS MUTUAL INS | 220.60- |
| | CCD   Gulf Coast Asphalt Com | |
| 12/14 | P-CARD PMT IBERIA | 4,941.26- |
| | CCD   GULF COAST ASPHALT CB | |
| 12/15 | GBDORMBLAC THE HARTFORD | 1,274.29- |
| | CCD   GULF COAST ASPHALT CO. | |
| 12/20 | Transfer to DDA | 87,196.87- |
| | Acct No.   ████████8630-D | |
| 12/20 | Account Analysis Charge | 211.07- |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 12/04 | 25158 | 1,048.38 | 12/11 | 25178 | 532.19 | 12/26 | 25189* | 2,520.00 |
| 12/08 | 25167* | 18.00 | 12/05 | 25179 | 121.19 | 12/26 | 25191* | 2,500.00 |
| 12/05 | 25168 | 35,107.50 | 12/08 | 25180 | 19,304.11 | 12/18 | 25192 | 2,500.00 |
| 12/05 | 25169 | 458.98 | 12/29 | 25181 | 534.15 | 12/22 | 25193 | 2,500.00 |
| 12/04 | 25171* | 1,200.00 | 12/27 | 25182 | 2,303.39 | 12/19 | 25194 | 10,000.00 |
| 12/07 | 25172 | 2,651.21 | 12/18 | 25183 | 6,500.00 | 12/26 | 25196* | 3,022.59 |
| 12/05 | 25173 | 19.54 | 12/13 | 25184 | 3,541.56 | 12/29 | 25197 | 5,395.23 |
| 12/05 | 25174 | 1,374.75 | 12/18 | 25186* | 5,000.00 | | | |
| 12/01 | 25177* | 711.41 | 12/26 | 25187 | 6,231.95 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 112,419.45 | 12/13 | 55,859.40 | 12/21 | 81,007.49 |
| 12/04 | 109,655.89 | 12/14 | 66,053.05 | 12/22 | 78,507.49 |
| 12/05 | 72,573.93 | 12/15 | 94,312.59 | 12/26 | 64,232.95 |
| 12/07 | 84,527.56 | 12/18 | 80,312.59 | 12/27 | 61,929.56 |
| 12/08 | 59,933.15 | 12/19 | 70,312.59 | 12/29 | 56,000.18 |
| 12/11 | 59,400.96 | 12/20 | 17,095.35- | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000331



**IBERIABANK**

Account Number  *******8681

Page 3



| #25158 | 12/04/17 | $1048.38 |
| #25173 | 12/05/17 | $19.54 |
| #25167 | 12/08/17 | $18.00 |
| #25174 | 12/05/17 | $1374.75 |
| #25168 | 12/05/17 | $35107.50 |
| #25177 | 12/01/17 | $711.41 |
| #25169 | 12/05/17 | $458.98 |
| #25178 | 12/11/17 | $532.19 |
| #25171 | 12/04/17 | $1200.00 |
| #25179 | 12/05/17 | $121.19 |
| #25172 | 12/07/17 | $2651.21 |
| #25180 | 12/08/17 | $19304.11 |



## IBERIABANK

Account Number  *******8681



#25181  12/29/17  $534.15

#25189  12/26/17  $2520.00

#25182  12/27/17  $2303.39

#25191  12/26/17  $2500.00

#25183  12/18/17  $6500.00

#25192  12/18/17  $2500.00

#25184  12/13/17  $3541.56

#25193  12/22/17  $2500.00

#25186  12/18/17  $5000.00

#25194  12/19/17  $10000.00

#25187  12/26/17  $6231.95

#25196  12/26/17  $3022.59

Debtor000333

# IBERIABANK

Account Number *******8681

Page 5





#25197    12/29/17    $5395.23

**VITOL EXHIBIT**

**124.6**

Adv. No.: 21-06006 8/30/2022

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

014436

Date 1/31/18    Page    1
Account Number    *******8681



---------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          24
Account Number               *******8681    Statement Dates  1/01/18 thru 1/31/18
Previous Balance              56,000.18      Days this Statement Period      31
   9 Deposits/Credits        486,510.72      Average Ledger              40,335.65
  31 Checks/Debits           542,357.96      Average Collected           40,335.65
Service Charge                     .00
Interest Paid                      .00
Current Balance               152.94

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 1/05 | Transfer Credit | 11,537.40 |
| 1/05 | Transfer Credit | 27,888.20 |
| 1/05 | Transfer Credit | 54,000.00 |
| 1/08 | TRANSFER   PAYPAL | 15,285.50 |
|      | PPD |  |
| 1/08 | Transfer Credit | 322,977.16 |
| 1/11 | Transfer Credit | 17,536.22 |
| 1/11 | Transfer Credit | 34,786.24 |
| 1/25 | Transfer Credit | 1,500.00 |
| 1/30 | Transfer Credit | 1,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 1/04 | Transfer to DDA | 88,758.14- |
|      | Acct No.       ████████8630-D |  |
| 1/09 | From DDA *8681,To DDA *8665 | 315,567.41- |
| 1/10 | INS PREM   PROG COUNTY MUT | 3,518.00- |
|      | WEB |  |
| 1/11 | CLUB FEES  DYNAMIC CLUB ABC | 136.00- |
|      | PPD |  |
| 1/16 | P-CARD PMT IBERIA | 7,497.14- |
|      | CCD   GULF COAST ASPHALT CB |  |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001075

Debtor000335

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1)Tell us your name and account number.
2)Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3)Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your line of credit account as of your billing cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



Debtor000336

598

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 1/31/18    Page    2
Account Number    *******8681



COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/22 | Transfer to DDA | 9,056.00- |
|      | Acct No.    ███████8630-D | |
| 1/22 | Account Analysis Charge | 211.32- |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 1/08 | 25170 | 1,060.27 | 1/09 | 25204 | 530.26 | 1/08 | 25212 | 1,550.00 |
| 1/12 | 25190* | 3,281.88 | 1/11 | 25205 | 875.00 | 1/12 | 25213 | 1,851.76 |
| 1/12 | 25198* | 2,289.39 | 1/11 | 25206 | 2,509.15 | 1/18 | 25217* | 1,788.75 |
| 1/02 | 25199 | 198.76 | 1/29 | 25207 | 4,241.50 | 1/12 | 25218 | 1,200.00 |
| 1/08 | 25200 | 10,000.00 | 1/10 | 25208 | 7,409.75 | 1/18 | 25220* | 31,797.49 |
| 1/11 | 25201 | 625.63 | 1/10 | 25209 | 187.42 | 1/12 | 25221 | 17,536.22 |
| 1/09 | 25202 | 25,379.05 | 1/08 | 25210 | 884.27 | 1/25 | 25222 | 864.38 |
| 1/22 | 25203 | 87.81 | 1/10 | 25211 | 161.46 | 1/26 | 25223 | 1,303.75 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 56,000.18 | 1/10 | 32,483.65 | 1/25 | 4,698.19 |
| 1/02 | 55,801.42 | 1/11 | 80,660.33 | 1/26 | 3,394.44 |
| 1/04 | 32,956.72- | 1/12 | 54,501.08 | 1/29 | 847.06- |
| 1/05 | 60,468.88 | 1/16 | 47,003.94 | 1/30 | 152.94 |
| 1/08 | 385,237.00 | 1/18 | 13,417.70 | | |
| 1/09 | 43,760.28 | 1/22 | 4,062.57 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001077

Debtor000337

# iBERIABANK
### Account Number *******8681

Page 3



| | | |
|---|---|---|
| #25170 | 01/08/18 | $1060.27 |
| #25190 | 01/12/18 | $3281.88 |
| #25198 | 01/12/18 | $2289.39 |
| #25199 | 01/02/18 | $198.76 |
| #25200 | 01/08/18 | $10000.00 |
| #25201 | 01/11/18 | $625.63 |
| #25202 | 01/09/18 | $25379.05 |
| #25203 | 01/22/18 | $87.81 |
| #25204 | 01/09/18 | $530.26 |
| #25205 | 01/11/18 | $875.00 |
| #25206 | 01/11/18 | $2509.15 |
| #25207 | 01/29/18 | $4241.50 |

# IBERIABANK
Account Number *******8681



#25208 01/10/18 $7409.75

#25209 01/10/18 $187.42

#25210 01/08/18 $884.27

#25211 01/10/18 $161.46

#25212 01/08/18 $1550.00

#25213 01/12/18 $1851.76

#25217 01/18/18 $1788.75

#25218 01/12/18 $1200.00

#25220 01/18/18 $31797.49

#25221 01/12/18 $17536.22

#25222 01/25/18 $864.38

#25223 01/26/18 $1303.75

001079
Debtor000339
601

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  2/28/18    Page    1
                                           Account Number   *******8681

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                         26
Account Number             *******8681  Statement Dates  2/01/18 thru 2/28/18
Previous Balance               152.94   Days this Statement Period      28
    6 Deposits/Credits      307,530.31  Average Ledger             40,049.47
   29 Checks/Debits         108,229.42  Average Collected          40,049.47
Service Charge                    .00
Interest Paid                     .00
Current Balance            199,453.83
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Transfer Credit | 80,210.82 |
| 2/14 | Transfer Credit | 5,747.70 |
| 2/14 | Transfer Credit | 10,000.00 |
| 2/21 | Transfer Credit | 10,000.00 |
| 2/26 | Transfer Credit | 95,000.00 |
| 2/28 | Transfer Credit | 106,571.79 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/08 | CHK ORDERS CHECKS AND FORMS PPD | 180.07- |
| 2/14 | P-CARD PMT IBERIA CCD   GULF COAST ASPHALT CB | 5,772.70- |
| 2/20 | Wire Transfer Debit John D Tomaszewski | 299.00- |



JPMCHASE TEXAS

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000341

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)                $ _____

## TOTAL                $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  2/28/18     Page     2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180220MMQFMP9H000004 | |
|      | 20180220B1QGC01R012139 | |
|      | 02200801FT01 | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 2/13 | 25224 | 6,950.00 | 2/05 | 25233 | 1,837.92 | 2/14 | 25243 | 596.20 |
| 2/08 | 25225 | 285.77 | 2/09 | 25234 | 212.33 | 2/23 | 25244 | 5,422.50 |
| 2/09 | 25226 | 23,354.07 | 2/12 | 25235 | 1,295.00 | 2/12 | 25245 | 682.59 |
| 2/08 | 25227 | 4,741.65 | 2/07 | 25236 | 1,939.43 | 2/15 | 25246 | 1,935.86 |
| 2/21 | 25228 | 4.80 | 2/05 | 25237 | 1,200.00 | 2/23 | 25248* | 332.60 |
| 2/12 | 25229 | 2,012.87 | 2/23 | 25238 | 1,100.00 | 2/22 | 25249 | 9,743.86 |
| 2/09 | 25230 | 1,374.75 | 2/06 | 25239 | 3,375.00 | 2/26 | 25250 | 714.00 |
| 2/08 | 25231 | 27,239.30 | 2/14 | 25241* | 571.30 | 2/27 | 25253* | 2,935.42 |
| 2/08 | 25232 | 175.00 | 2/14 | 25242 | 1,945.43 | | | |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 80,363.76 | 2/12 | 10,458.01 | 2/22 | 8,386.56 |
| 2/05 | 77,325.84 | 2/13 | 3,508.01 | 2/23 | 1,531.46 |
| 2/06 | 73,950.84 | 2/14 | 10,370.08 | 2/26 | 95,817.46 |
| 2/07 | 72,011.41 | 2/15 | 8,434.22 | 2/27 | 92,882.04 |
| 2/08 | 39,389.62 | 2/20 | 8,135.22 | 2/28 | 199,453.83 |
| 2/09 | 14,448.47 | 2/21 | 18,130.42 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000343

# IBERIABANK

Account Number *******8681



#25224    02/13/18    $6950.00

#25225    02/08/18    $285.77

#25226    02/09/18    $23354.07

#25227    02/08/18    $4741.65

#25228    02/21/18    $4.80

#25229    02/12/18    $2012.87

#25230    02/09/18    $1374.75

#25231    02/08/18    $27239.30

#25232    02/08/18    $175.00

#25233    02/05/18    $1837.92

#25234    02/09/18    $212.33

#25235    02/12/18    $1295.00

Debtor000344





#25236 02/07/18 $1939.43

#25243 02/14/18 $596.20

#25237 02/05/18 $1200.00

#25244 02/23/18 $5422.50

#25238 02/23/18 $1100.00

#25245 02/12/18 $682.59

#25239 02/06/18 $3375.00

#25246 02/15/18 $1935.86

#25241 02/14/18 $571.30

#25248 02/23/18 $332.60

#25242 02/14/18 $1945.43

#25249 02/22/18 $9743.86

Debtor000345



Account Number    *******8681

Page 5



#25250    02/26/18    $714.00



#25253    02/27/18    $2935.42

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date  3/30/18     Page    1
Account Number    *******8681
```

```
------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS** 29

```
Account Number            *******8681   Statement Dates   3/01/18 thru  4/01/18
Previous Balance           199,453.83    Days this Statement Period        32
     7 Deposits/Credits     631,230.13   Average Ledger               97,491.84
    33 Checks/Debits        799,880.25   Average Collected            97,372.94
Service Charge                    .00
Interest Paid                     .00
Current Balance             30,803.71
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/06 | Transfer Credit | 333,936.35 |
| 3/07 | Remote DDA Deposit | 3,804.64 |
| 3/07 | Transfer Credit | 14,000.00 |
| 3/09 | Transfer Credit | 163,115.64 |
| 3/15 | Transfer Credit | 5,230.48 |
| 3/20 | Transfer Credit | 95,852.52 |
| 3/22 | TRANSFER   PAYPAL | 15,290.50 |
|      | PPD |  |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/14 | P-CARD PMT IBERIA | 5,230.48- |
|      | CCD   GULF COAST ASPHALT CB |  |
| 3/20 | Account Analysis Charge | 336.82- |
| 3/22 | TESLA MOTO TESLA MOTORS | 86,491.00- |
|      | PPD |  |
| 3/29 | Wire Transfer Debit | 397.27- |
|      | John D Tomaszewski |  |



Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000347

# IBERIABANK

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                              $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                       $ _____

## TOTAL                                       $ _____

## SUBTRACT—

CHECKS OUTSTANDING                             $ _____

## BALANCE                                     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your statement) as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000348

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18      Page      2
Account Number    *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ███████████████████8 | |
| | JPMCHASE TEXAS | |
| | 20180329MMQFMP9H000917 | |
| | 20180329B1QGC01R047903 | |
| | 03291228FT01 | |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 3/06 | 25251 | 76,800.74 | 3/12 | 25264 | 3,150.00 | 3/13 | 25277 | 290.40 |
| 3/12 | 25254* | 4,668.01 | 3/07 | 25265 | 1,443.56 | 3/13 | 25279* | 144,624.00 |
| 3/02 | 25255 | 1,129.10 | 3/13 | 25266 | 14,000.00 | 3/13 | 25280 | 1,047.06 |
| 3/06 | 25257* | 3,687.50 | 3/15 | 25268* | 6,000.00 | 3/13 | 25281 | 2,898.54 |
| 3/01 | 25258 | 75,000.00 | 3/13 | 25271* | 496.26 | 3/14 | 25282 | 244.35 |
| 3/06 | 25259 | 28,409.32 | 3/26 | 25272 | 1,318.86 | 3/26 | 25284* | 457.31 |
| 3/09 | 25260 | 1,962.47 | 3/13 | 25273 | 71.28 | 3/22 | 25286* | 795.06 |
| 3/05 | 25261 | 1,200.00 | 3/13 | 25274 | 1,150.00 | 3/22 | 25287 | 2,678.77 |
| 3/09 | 25262 | 326,942.40 | 3/13 | 25275 | 430.00 | 3/13 | 925270* | 3,294.89 |
| 3/06 | 25263 | 1,984.80 | 3/16 | 25276 | 1,250.00 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 124,453.83 | 3/09 | 195,750.57 | 3/16 | 12,135.78 |
| 3/02 | 123,324.73 | 3/12 | 187,932.56 | 3/20 | 107,651.48 |
| 3/05 | 122,124.73 | 3/13 | 19,630.13 | 3/22 | 32,977.15 |
| 3/06 | 345,178.72 | 3/14 | 14,155.30 | 3/26 | 31,200.98 |
| 3/07 | 361,539.80 | 3/15 | 13,385.78 | 3/29 | 30,803.71 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000349

610



# IBERIABANK

Account Number *******8681



| #25251 | 03/06/18 | $76800.74 |
| #25254 | 03/12/18 | $4668.01 |
| #25255 | 03/02/18 | $1129.10 |
| #25257 | 03/06/18 | $3687.50 |
| #25258 | 03/01/18 | $75000.00 |
| #25259 | 03/06/18 | $28409.32 |
| #25260 | 03/09/18 | $1962.47 |
| #25261 | 03/05/18 | $1200.00 |
| #25262 | 03/09/18 | $326942.40 |
| #25263 | 03/06/18 | $1984.80 |
| #25264 | 03/12/18 | $3150.00 |
| #25265 | 03/07/18 | $1443.56 |

Debtor000350



# IBERIABANK

Account Number *******8681



| #25266 | 03/13/18 | $14000.00 |
| #25275 | 03/13/18 | $430.00 |
| #25268 | 03/15/18 | $6000.00 |
| #25276 | 03/16/18 | $1250.00 |
| #25271 | 03/13/18 | $496.26 |
| #25277 | 03/13/18 | $290.40 |
| #25272 | 03/26/18 | $1318.86 |
| #25279 | 03/13/18 | $144624.00 |
| #25273 | 03/13/18 | $71.28 |
| #25280 | 03/13/18 | $1047.06 |
| #25274 | 03/13/18 | $1150.00 |
| #25281 | 03/13/18 | $2898.54 |

Debtor000351



Account Number *******8681



#25282    03/14/18    $244.35



#25284    03/26/18    $457.31



#25286    03/22/18    $795.06



#25287    03/22/18    $2678.77



#925270    03/13/18    $3294.89

Debtor000352

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  4/30/18     Page    1
                                        Account Number  *******8681

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
------------------------------ CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                             32
```
Account Number               *******8681   Statement Dates   4/02/18 thru  4/30/18
Previous Balance               30,803.71    Days this Statement Period       29
    6 Deposits/Credits        265,107.08    Average Ledger              80,404.85
   36 Checks/Debits           226,328.04    Average Collected           74,676.20
Service Charge                      .00
Interest Paid                       .00
Current Balance                69,582.75
```

### Deposits and Additions
```
Date     Description                          Amount
4/04     Transfer Credit                   74,000.00
4/10     Remote DDA Deposit                   417.93
4/11     Transfer Credit                   19,160.63
4/13     Remote DDA Deposit                55,237.57
4/17     Transfer Credit                   33,199.10
4/26     Transfer Credit                   83,091.85
```

### Withdrawals and Deductions
```
Date     Description                          Amount
4/13     P-CARD PMT IBERIA                  6,542.73-
         CCD   GULF COAST ASPHALT CB
4/20     Account Analysis Charge              313.05-
4/25     Transfer to DDA                   83,091.95-
         Acct No.        8630-D
4/27     Wire Transfer Debit                1,117.23-
         John D Tomaszewski
```



```
         JPMCHASE TEXAS
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000353

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                          $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18     Page     2
Account Number    *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180427MMQFMP9H000305 | |
| | 20180427B1QGC01R020226 | |
| | 04270949FT03 | |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/09 | 25240 | 827.36 | 4/10 | 25296 | 65.74 | 4/17 | 25307 | 10,000.00 |
| 4/05 | 25283* | 1,683.80 | 4/10 | 25297 | 2,898.54 | 4/12 | 25308 | 6,900.00 |
| 4/03 | 25285* | 237.58 | 4/05 | 25298 | 797.57 | 4/18 | 25309 | 3,130.93 |
| 4/30 | 25288* | 6,000.00 | 4/06 | 25299 | 1,699.79 | 4/19 | 25310 | 270.62 |
| 4/10 | 25289 | 25,722.86 | 4/11 | 25300 | 84.14 | 4/25 | 25311 | 7,500.00 |
| 4/23 | 25290 | 256.58 | 4/13 | 25301 | 718.70 | 4/17 | 25312 | 18,747.55 |
| 4/30 | 25291 | 2,966.02 | 4/10 | 25302 | 347.38 | 4/20 | 25313 | 3,550.00 |
| 4/10 | 25292 | 55.68 | 4/12 | 25303 | 17,423.90 | 4/25 | 25315* | 2,033.70 |
| 4/10 | 25293 | 463.00 | 4/06 | 25304 | 1,642.45 | 4/23 | 25316 | 3,423.77 |
| 4/06 | 25294 | 10,573.11 | 4/10 | 25305 | 1,200.00 | 4/30 | 25318* | 1,000.00 |
| 4/12 | 25295 | 1,981.68 | 4/10 | 25306 | 1,060.63 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/02 | 30,803.71 | 4/11 | 75,022.64 | 4/23 | 90,199.80 |
| 4/03 | 30,566.13 | 4/12 | 48,717.06 | 4/25 | 2,425.85- |
| 4/04 | 104,566.13 | 4/13 | 96,693.20 | 4/26 | 80,666.00 |
| 4/05 | 102,084.76 | 4/17 | 101,144.75 | 4/27 | 79,548.77 |
| 4/06 | 88,169.41 | 4/18 | 98,013.82 | 4/30 | 69,582.75 |
| 4/09 | 87,342.05 | 4/19 | 97,743.20 | | |
| 4/10 | 55,946.15 | 4/20 | 93,880.15 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000355





#25240    04/09/18    $827.36

#25291    04/30/18    $2966.02

#25283    04/05/18    $1683.80

#25292    04/10/18    $55.68

#25285    04/03/18    $237.58

#25293    04/10/18    $463.00

#25288    04/30/18    $6000.00

#25294    04/06/18    $10573.11

#25289    04/10/18    $25722.86

#25295    04/12/18    $1981.68

#25290    04/23/18    $256.58

#25296    04/10/18    $65.74

Debtor000356



**IBERIABANK**

Account Number ********8681



#25297    04/10/18    $2898.54

#25303    04/12/18    $17423.90

#25298    04/05/18    $797.57

#25304    04/06/18    $1642.45

#25299    04/06/18    $1699.79

#25305    04/10/18    $1200.00

#25300    04/11/18    $84.14

#25306    04/10/18    $1060.63

#25301    04/13/18    $718.70

#25307    04/17/18    $10000.00

#25302    04/10/18    $347.38

#25308    04/12/18    $6900.00

# IBERIABANK

Account Number  *******8681



#25309    04/18/18    $3130.93



#25316    04/23/18    $3423.77



#25310    04/19/18    $270.62



#25318    04/30/18    $1000.00



#25311    04/25/18    $7500.00



#25312    04/17/18    $18747.55



#25313    04/20/18    $3550.00



#25315    04/25/18    $2033.70

Debtor000358

---

STATEMENT OF ACCOUNT

---

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

014739

Date  5/31/18      Page      1
Account Number    ******8681



014739

---

--------------------------- **CHECKING ACCOUNT** ----------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          27
Account Number            ******8681   Statement Dates   5/01/18 thru  5/31/18
Previous Balance           69,582.75   Days this Statement Period          31
    5 Deposits/Credits     383,096.99   Average Ledger              98,832.92
   34 Checks/Debits        406,040.26   Average Collected           98,832.92
Service Charge                   .00
Interest Paid                    .00
Current Balance            46,639.48

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/04 | Transfer Credit | 211,585.00 |
| 5/07 | Transfer Credit | 35,538.26 |
| 5/15 | Transfer Credit | 12,871.14 |
| 5/21 | Transfer Credit | 40,010.64 |
| 5/23 | Transfer Credit | 83,091.95 |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/04 | IPFSPMTTXH IPFS████4242 | 5,045.58- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/09 | IPFSPMTTXH IPFS877-615-4242 | 4,587.34- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/14 | P-CARD PMT IBERIA | 12,687.49- |
|      | CCD   GULF COAST ASPHALT CB | |
| 5/16 | IPFSPMTTXH IPFS877-615-4242 | 1,485.59- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/21 | Account Analysis Charge | 376.40- |
| 5/23 | Wire Transfer Debit | 3,285.06- |
|      | John D Tomaszewski | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009235

Debtor000359

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.


**Member**
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000360

STATEMENT OF ACCOUNT

## IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18     Page     2
Account Number   *******8681



COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | █████████████████ | |
| | JPMCHASE TEXAS | |
| | 20180523MMQFMP9H000128 | |
| | 20180523B1QGC01R013221 | |
| | 05230917FT03 | |
| 5/23 | Transfer to DDA | 83,091.95- |
| | Acct No.  ████8630-D | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/07 | 25314 | 500.00 | 5/08 | 25326 | 176.69 | 5/17 | 25336 | 6,396.00 |
| 5/02 | 25317* | 920.54 | 5/08 | 25327 | 1,172.00 | 5/07 | 25337 | 270.00 |
| 5/02 | 25319* | 1,200.00 | 5/08 | 25329* | 165.42 | 5/10 | 25338 | 25,000.00 |
| 5/01 | 25320 | 8,319.37 | 5/10 | 25330 | 718.70 | 5/08 | 25339 | 2,757.39 |
| 5/02 | 25321 | 649.92 | 5/10 | 25331 | 136,902.70 | 5/08 | 25340 | 1,114.87 |
| 5/08 | 25322 | 17,195.51 | 5/08 | 25332 | 71.28 | 5/16 | 25341 | 10,842.07 |
| 5/03 | 25323 | 3,000.00 | 5/08 | 25333 | 25,722.86 | 5/18 | 25342 | 548.48 |
| 5/14 | 25324 | 85.00 | 5/14 | 25334 | 10,000.00 | 5/23 | 25343 | 40,010.64 |
| 5/09 | 25325 | 1,024.10 | 5/10 | 25335 | 135.31 | 5/30 | 25344 | 582.00 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 61,263.38 | 5/09 | 242,813.14 | 5/18 | 50,882.94 |
| 5/02 | 58,492.92 | 5/10 | 80,056.43 | 5/21 | 90,517.18 |
| 5/03 | 55,492.92 | 5/14 | 57,283.94 | 5/23 | 47,221.48 |
| 5/04 | 262,032.34 | 5/15 | 70,155.08 | 5/30 | 46,639.48 |
| 5/07 | 296,800.60 | 5/16 | 57,827.42 | | |
| 5/08 | 248,424.58 | 5/17 | 51,431.42 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009237

Debtor000361

# IBERIABANK

Account Number ******8681

Page 3



| #25314 | 05/07/18 | $500.00 |
| #25317 | 05/02/18 | $920.54 |
| #25319 | 05/02/18 | $1200.00 |
| #25320 | 05/01/18 | $8319.37 |
| #25321 | 05/02/18 | $649.92 |
| #25322 | 05/08/18 | $17195.51 |

| #25323 | 05/03/18 | $3000.00 |
| #25324 | 05/14/18 | $85.00 |
| #25325 | 05/09/18 | $1024.10 |
| #25326 | 05/08/18 | $176.69 |
| #25327 | 05/08/18 | $1172.00 |
| #25329 | 05/08/18 | $165.42 |

009238

Debtor000362

623

# iBERIABANK

Account Number  *******8681



| #25330 | 05/10/18 | $718.70 |
| #25331 | 05/10/18 | $136902.70 |
| #25332 | 05/08/18 | $71.28 |
| #25333 | 05/08/18 | $25722.86 |
| #25334 | 05/14/18 | $10000.00 |
| #25335 | 05/10/18 | $135.31 |

| #25336 | 05/17/18 | $6396.00 |
| #25337 | 05/07/18 | $270.00 |
| #25338 | 05/10/18 | $25000.00 |
| #25339 | 05/08/18 | $2757.39 |
| #25340 | 05/08/18 | $1114.87 |
| #25341 | 05/16/18 | $10842.07 |

009239

Debtor000363

624

# iBERIABANK

Account Number *******8681



#25342    05/18/18    $548.48

#25343    05/23/18    $40010.64

#25344    05/30/18    $582.00

009240

Debtor000364

625

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

017021

Date  6/29/18    Page    1
Account Number   *******8681



017021

------------------------ **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                    36
Account Number              *******8681   Statement Dates   6/01/18 thru 7/01/18
Previous Balance             46,639.48     Days this Statement Period        31
   6 Deposits/Credits       666,947.55     Average Ledger             125,432.02
  43 Checks/Debits          435,565.81     Average Collected          125,432.02
Service Charge                     .00
Interest Paid                      .00
Current Balance             278,021.22

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/08 | Transfer Credit | 69,521.51 |
| 6/11 | Transfer Credit | 150,000.00 |
| 6/15 | Transfer Credit | 14,102.93 |
| 6/19 | Transfer Credit | 162,326.93 |
| 6/28 | Transfer Credit | 87,362.99 |
| 6/29 | Transfer Credit | 183,633.19 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | Wire Transfer Debit | 1,681.59- |
|      | John D Tomaszewski | |



JPMCHASE TEXAS
20180601MMQFMP9H000594
20180601B1QGC01R024802
06011014FT03
6/11   IPFSPMTTXH IPFS_____-4242                1,459.68-
       CCD   GULF COAST ASPHALT COM

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

007547

Debtor000365

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                 $ _____

## TOTAL                               $ _____

## SUBTRACT—

CHECKS OUTSTANDING              $ _____

## BALANCE                            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.


Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, include the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report delinquent or take any action to collect the amount you question.

**VITOL EXHIBIT**
**124.7**
Adv. No.: 21-06006 8/30/2022

STATEMENT OF ACCOUNT

# IBERIABANK



GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18    Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS         *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/14 | IPFSPMTTXH IPFS████-4242 | 1,485.59- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/14 | P-CARD PMT IBERIA | 3,231.75- |
|      | CCD   GULF COAST ASPHALT CB | |
| 6/20 | Account Analysis Charge | 389.62- |
| 6/29 | Wire Transfer Debit | 170.62- |
|      | John D Tomaszewski | |



JPMCHASE TEXAS
20180629MMQFMP9H003308
20180629B1QGC01R089806
06291558FT03

| | | |
|------|-------------|--------|
| 6/29 | Wire Transfer Debit | 800.92- |
|      | John D Tomaszewski | |



JPMCHASE TEXAS
20180629MMQFMP9H000804
20180629B1QGC01R032197
06291028FT03

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 6/01 | 25345 | 165.42 | 6/15 | 25352 | 457.82 | 6/14 | 25359 | 87.28 |
| 6/04 | 25346 | 1,981.68 | 6/19 | 25353 | 718.70 | 6/13 | 25360 | 20.65 |
| 6/01 | 25347 | 737.00 | 6/14 | 25354 | 314.40 | 6/13 | 25361 | 165.42 |
| 6/18 | 25348 | 192.23 | 6/14 | 25355 | 1,981.68 | 6/13 | 25362 | 1,226.49 |
| 6/04 | 25349 | 1,200.00 | 6/13 | 25356 | 1,373.79 | 6/18 | 25363 | 396.40 |
| 6/13 | 25350 | 25,722.86 | 6/13 | 25357 | 272.90 | 6/19 | 25364 | 19,686.88 |
| 6/13 | 25351 | 11,331.58 | 6/20 | 25358 | 2,883.07 | 6/12 | 25365 | 150,000.00 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

007549

Debtor000367

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18    Page    3
Account Number  *******8681


017021

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 6/18 | 25366 | 829.72 | 6/26 | 25371 | 14,293.87 | 6/27 | 25376 | 134,076.96 |
| 6/18 | 25367 | 4,536.61 | 6/25 | 25372 | 149.48 | 6/27 | 25378* | 5,195.00 |
| 6/19 | 25368 | 5,504.85 | 6/21 | 25373 | 426.00 | 6/27 | 25381* | 1,000.00 |
| 6/25 | 25369 | 3,525.00 | 6/25 | 25374 | 71.28 | 6/25 | 25382 | 34,865.14 |
| 6/28 | 25370 | 135.31 | 6/22 | 25375 | 174.03 | 6/29 | 25385* | 646.54 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 44,055.47 | 6/14 | 61,721.23 | 6/22 | 201,955.16 |
| 6/04 | 40,873.79 | 6/15 | 75,366.34 | 6/25 | 163,344.26 |
| 6/08 | 110,395.30 | 6/18 | 69,411.38 | 6/26 | 149,050.39 |
| 6/11 | 258,935.62 | 6/19 | 205,827.88 | 6/27 | 8,778.43 |
| 6/12 | 108,935.62 | 6/20 | 202,555.19 | 6/28 | 96,006.11 |
| 6/13 | 68,821.93 | 6/21 | 202,129.19 | 6/29 | 278,021.22 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

007550

Debtor000368



## IBERIABANK

Account Number *******8681

Page 4

#25345  06/01/18  $165.42

#25346  06/04/18  $1981.68

#25347  06/01/18  $737.00

#25348  06/18/18  $192.23

#25349  06/04/18  $1200.00

#25350  06/13/18  $25722.86

#25351  06/13/18  $11331.58

#25352  06/15/18  $457.82

#25353  06/19/18  $718.70

#25354  06/14/18  $314.40

#25355  06/14/18  $1981.68

#25356  06/13/18  $1373.79

007551

# iBERIABANK

Account Number   *******8681

Page 5



| #25357 | 06/13/18 | $272.90 |
| #25358 | 06/20/18 | $2883.07 |
| #25359 | 06/14/18 | $87.28 |
| #25360 | 06/13/18 | $20.65 |
| #25361 | 06/13/18 | $165.42 |
| #25362 | 06/13/18 | $1226.49 |
| #25363 | 06/18/18 | $396.40 |
| #25364 | 06/19/18 | $19686.88 |
| #25365 | 06/12/18 | $150000.00 |
| #25366 | 06/18/18 | $829.72 |
| #25367 | 06/18/18 | $4536.61 |
| #25368 | 06/19/18 | $5504.85 |

007552

Debtor000370

631

# IBERIABANK

Account Number *******8681



| #25369 | 06/25/18 | $3525.00 |
| #25375 | 06/22/18 | $174.03 |
| #25370 | 06/28/18 | $135.31 |
| #25376 | 06/27/18 | $134076.96 |
| #25371 | 06/26/18 | $14293.87 |
| #25378 | 06/27/18 | $5195.00 |
| #25372 | 06/25/18 | $149.48 |
| #25381 | 06/27/18 | $1000.00 |
| #25373 | 06/21/18 | $426.00 |
| #25382 | 06/25/18 | $34865.14 |
| #25374 | 06/25/18 | $71.28 |
| #25385 | 06/29/18 | $646.54 |

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

015068

Date  7/31/18     Page     1
Account Number    *******8681



015068

```
--------------------- CHECKING ACCOUNT --------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                      35
Account Number          *******8681   Statement Dates   7/02/18 thru  7/31/18
Previous Balance        278,021.22    Days this Statement Period         30
    5 Deposits/Credits  353,873.19    Average Ledger             150,113.06
   40 Checks/Debits     599,398.33    Average Collected          150,113.06
Service Charge                .00
Interest Paid                 .00
Current Balance          32,496.08

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | Transfer Credit | 99,182.87 |
| 7/11 | Transfer Credit | 72,647.75 |
| 7/25 | Transfer Credit | 141,195.78 |
| 7/26 | Transfer Credit | 11,834.33 |
| 7/27 | Transfer Credit | 29,012.46 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/09 | IPFSPMTTXH IPFS******4242<br>CCD   GULF COAST ASPHALT COM | 4,587.34- |
| 7/13 | Wire Transfer Debit<br>John D Tomaszewski | 374.82- |



```
JPMCHASE TEXAS
20180713MMQFMP9H001885
20180713B1QGC01R052159
07131449FT03
```

| | | |
|------|-------------|--------|
| 7/16 | P-CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 6,654.53- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009567

Debtor000373

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit account on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000374

STATEMENT OF ACCOUNT

# IBERIABANK


015068

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18    Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/20 | Account Analysis Charge | 629.78- |
| 7/30 | Wire Transfer Debit | 431.25- |
|      | John D Tomaszewski | |



JPMCHASE TEXAS
20180730MMQFMP9H000054
20180730B1QGC01R009696
07300810FT03

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/06 | 25377 | 1,250.00 | 7/12 | 25393 | 1,021.00 | 7/30 | 25406 | 280.64 |
| 7/20 | 25379* | 2,000.00 | 7/18 | 25394 | 42,617.23 | 7/30 | 25407 | 3,294.06 |
| 7/02 | 25380 | 30.00 | 7/16 | 25395 | 985.36 | 7/27 | 25408 | 20.69 |
| 7/05 | 25383* | 227.97 | 7/16 | 25396 | 980.72 | 7/26 | 25409 | 956.38 |
| 7/09 | 25384 | 41,623.34 | 7/18 | 25397 | 4,068.55 | 7/26 | 25410 | 1,512.84 |
| 7/09 | 25386* | 133,887.01 | 7/12 | 25398 | 20,494.30 | 7/27 | 25411 | 67.52 |
| 7/03 | 25387 | 25,722.86 | 7/17 | 25399 | 1,480.59 | 7/31 | 25412 | 133,589.80 |
| 7/10 | 25388 | 17,005.00 | 7/12 | 25400 | 8,782.62 | 7/31 | 25413 | 52.00 |
| 7/02 | 25389 | 362.68 | 7/19 | 25401 | 280.40 | 7/30 | 25414 | 11,834.33 |
| 7/02 | 25390 | 4,654.72 | 7/19 | 25402 | 165.42 | 7/30 | 25417* | 270.00 |
| 7/02 | 25391 | 1,200.00 | 7/27 | 25403 | 961.54 | 7/31 | 25419* | 25,722.86 |
| 7/09 | 25392 | 99,182.87 | 7/31 | 25405* | 135.31 | | | |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | 271,773.82 | 7/12 | 89,820.13 | 7/25 | 170,778.51 |
| 7/03 | 345,233.83 | 7/13 | 89,445.31 | 7/26 | 180,143.62 |
| 7/05 | 345,005.86 | 7/16 | 81,810.06 | 7/27 | 208,106.33 |
| 7/06 | 343,755.86 | 7/17 | 80,329.47 | 7/30 | 191,996.05 |
| 7/09 | 64,475.30 | 7/18 | 32,658.33 | 7/31 | 32,496.08 |
| 7/10 | 47,470.30 | 7/19 | 32,212.51 | | |
| 7/11 | 120,118.05 | 7/20 | 29,582.73 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009569

Debtor000375

# iBERIABANK

Account Number *******8681



| #25377 | 07/06/18 | $1250.00 |
| #25379 | 07/20/18 | $2000.00 |
| #25380 | 07/02/18 | $30.00 |
| #25383 | 07/05/18 | $227.97 |
| #25384 | 07/09/18 | $41623.34 |
| #25386 | 07/09/18 | $133887.01 |
| #25387 | 07/03/18 | $25722.86 |
| #25388 | 07/10/18 | $17005.00 |
| #25389 | 07/02/18 | $362.68 |
| #25390 | 07/02/18 | $4654.72 |
| #25391 | 07/02/18 | $1200.00 |
| #25392 | 07/09/18 | $99182.87 |

# IBERIABANK

Account Number ******8681



| #25393 | 07/12/18 | $1021.00 |
| #25394 | 07/18/18 | $42617.23 |
| #25395 | 07/18/18 | $985.36 |
| #25396 | 07/16/18 | $980.72 |
| #25397 | 07/18/18 | $4068.55 |
| #25398 | 07/12/18 | $20494.30 |

| #25399 | 07/17/18 | $1480.59 |
| #25400 | 07/12/18 | $8782.62 |
| #25401 | 07/19/18 | $280.40 |
| #25402 | 07/19/18 | $165.42 |
| #25403 | 07/27/18 | $961.54 |
| #25405 | 07/31/18 | $135.31 |

009571
Debtor000377
637

# iBERIABANK

Account Number *******8681

Page 5



#25406   07/30/18   $280.64

#25412   07/31/18   $133589.80

#25407   07/30/18   $3294.06

#25413   07/31/18   $52.00

#25408   07/27/18   $20.69

#25414   07/30/18   $11834.33

#25409   07/26/18   $956.38

#25417   07/30/18   $270.00

#25410   07/26/18   $1512.84

#25419   07/31/18   $25722.86

#25411   07/27/18   $67.52

009572

Debtor000378

638

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  8/31/18    Page    1
                                          Account Number   *******8681
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
----------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              20
Account Number            *******8681  Statement Dates  8/01/18 thru  9/03/18
Previous Balance            32,496.08  Days this Statement Period          34
   6 Deposits/Credits      186,312.03  Average Ledger              38,618.37
  28 Checks/Debits         151,701.96  Average Collected           38,618.37
Service Charge                    .00
Interest Paid                     .00
Current Balance             67,106.15
```

### Deposits and Additions

| Date | Description     | Amount    |
|------|-----------------|-----------|
| 8/01 | Transfer Credit | 149.04    |
| 8/03 | Transfer Credit | 83,550.11 |
| 8/08 | Transfer Credit | 7,500.00  |
| 8/14 | Transfer Credit | 37,892.02 |
| 8/20 | Transfer Credit | 7,500.00  |
| 8/31 | Transfer Credit | 49,720.86 |

### Withdrawals and Deductions

| Date | Description                    | Amount     |
|------|--------------------------------|------------|
| 8/02 | Transfer to DDA                | 82,926.29- |
|      | Acct No.        8630-D         |            |
| 8/07 | Transfer to DDA                | .20-       |
|      | Acct No.        8630-D         |            |
| 8/09 | IPFSPMTTXH IPFS     -4242      | 4,587.34-  |
|      | CCD   GULF COAST ASPHALT COM   |            |
| 8/14 | IPFSPMTTXH IPFS     -4242      | 1,485.59-  |
|      | CCD   GULF COAST ASPHALT COM   |            |
| 8/14 | P-CARD PMT IBERIA              | 7,920.75-  |
|      | CCD   GULF COAST ASPHALT CB    |            |
| 8/15 | Wire Transfer Debit            | 618.20-    |
|      | John D Tomaszewski             |            |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000379

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                         $ _____

## TOTAL                           $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000380

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/18    Page    2
Account Number  *******8681

---

COMMERCIAL CHECKING ANALYSIS        *******8681  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| |  | |
| | JPMCHASE TEXAS | |
| | 20180815MMQFMP9H000072 | |
| | 20180815B1QGC01R010660 | |
| | 08150840FT03 | |
| 8/20 | Account Analysis Charge | 673.22- |
| 8/31 | Wire Transfer Debit | 941.15- |
| | John D Tomaszewski | |
| | JPMCHASE TEXAS | |
| | 20180831MMQFMP9H000190 | |
| | 20180831B1QGC01R015257 | |
| | 08310840FT03 | |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 8/03 | 25404 | 25.00 | 8/21 | 25424 | 25.00 | 8/24 | 25431 | 20,332.80 |
| 8/14 | 25416* | 2,500.00 | 8/17 | 25425 | 135.31 | 8/16 | 25433* | 248.27 |
| 8/03 | 25418* | 519.60 | 8/17 | 25426 | 328.08 | 8/20 | 25434 | 8,400.00 |
| 8/27 | 25420* | 149.04 | 8/20 | 25427 | 1,980.72 | 8/22 | 25435 | 41.40 |
| 8/22 | 25421 | 1,710.65 | 8/17 | 25428 | 165.42 | 8/17 | 25436 | 1,004.47 |
| 8/07 | 25422 | 1,200.00 | 8/17 | 25429 | 142.56 | 8/28 | 25437 | 7,500.00 |
| 8/13 | 25423 | 1,715.90 | 8/20 | 25430 | 4,425.00 | | | |

(*) Check Numbers Missing

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 32,645.12 | 8/07 | 31,524.14 | 8/13 | 32,720.90 |
| 8/02 | 50,281.17- | 8/08 | 39,024.14 | 8/14 | 58,706.58 |
| 8/03 | 32,724.34 | 8/09 | 34,436.80 | 8/15 | 58,088.38 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000381

STATEMENT OF ACCOUNT

# ȈBERIABANK

```
                                          Date  8/31/18     Page     3
    GULF COAST ASPHALT COMPANY LLC        Account Number    *******8681
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/16 | 57,840.11 | 8/21 | 48,060.33 | 8/27 | 25,826.44 |
| 8/17 | 56,064.27 | 8/22 | 46,308.28 | 8/28 | 18,326.44 |
| 8/20 | 48,085.33 | 8/24 | 25,975.48 | 8/31 | 67,106.15 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000382



# IBERIABANK

Account Number ********8681



| #25404 | 08/03/18 | $25.00 | #25423 | 08/13/18 | $1715.90 |
| #25416 | 08/14/18 | $2500.00 | #25424 | 08/21/18 | $25.00 |
| #25418 | 08/03/18 | $519.60 | #25425 | 08/17/18 | $135.31 |
| #25420 | 08/27/18 | $149.04 | #25426 | 08/17/18 | $328.08 |
| #25421 | 08/22/18 | $1710.65 | #25427 | 08/20/18 | $1980.72 |
| #25422 | 08/07/18 | $1200.00 | #25428 | 08/17/18 | $165.42 |

# IBERIABANK

Account Number *******8681



#25429    08/17/18    $142.56

#25430    08/20/18    $4425.00

#25431    08/24/18    $20332.80

#25433    08/16/18    $248.27

#25434    08/20/18    $8400.00

#25435    08/22/18    $41.40



#25436    08/17/18    $1004.47

#25437    08/28/18    $7500.00

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date  9/28/18     Page    1
                                      Account Number   *******8681
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT-------------------------------

COMMERCIAL CHECKING ANALYSIS                                          32
Account Number              *******8681  Statement Dates  9/04/18 thru  9/30/18
Previous Balance             67,106.15   Days this Statement Period       27
   12 Deposits/Credits      218,399.68   Average Ledger             29,989.43
   37 Checks/Debits         235,336.72   Average Collected          29,986.80
Service Charge                     .00
Interest Paid                      .00
Current Balance              50,169.11
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/05 | Transfer Credit | 25,063.64 |
| 9/07 | Transfer Credit | 4,500.00 |
| 9/07 | Transfer Credit | 7,500.00 |
| 9/12 | Transfer Credit | 15,500.00 |
| 9/14 | Transfer Credit | 7,764.44 |
| 9/17 | Transfer Credit | 10,386.44 |
| 9/19 | Transfer Credit | 3,891.36 |
| 9/20 | Deposit | 70.94 |
| 9/25 | Transfer Credit | 8,000.00 |
| 9/27 | Transfer Credit | 60,000.00 |
| 9/28 | Transfer Credit | 25,722.86 |
| 9/28 | Transfer Credit | 50,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/14 | Wire Transfer Debit<br>John D Tomaszewski | 753.43- |



Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000385

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                   $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                            $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any finance charge which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  9/28/18      Page      2
Account Number    *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | Houston, Texas 77098 | |
| | JPMCHASE TEXAS | |
| | 20180914MMQFMP9H000227 | |
| | 20180914B1QGC01R014445 | |
| | 09140917FT03 | |
| 9/14 | IPFSPMTTXH IPFS877-615-4242 | 4,587.34- |
| | CCD   GULF COAST ASPHALT COM | |
| 9/17 | P-CARD PMT IBERIA | 5,377.34- |
| | CCD   GULF COAST ASPHALT CB | |
| 9/20 | Account Analysis Charge | 839.23- |
| 9/28 | Wire Transfer Debit | 556.51- |
| | John D Tomaszewski | |



JPMCHASE TEXAS
20180928MMQFMP9H000883
20180928B1QGC01R037460
09281110FT03

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 9/05 | 25438 | 25,722.86 | 9/05 | 25449 | 1,034.48 | 9/21 | 25460 | 442.95 |
| 9/04 | 25439 | 831.76 | 9/13 | 25450 | 5,810.00 | 9/21 | 25461 | 7,962.77 |
| 9/06 | 25440 | 26.20 | 9/12 | 25451 | 1,150.60 | 9/18 | 25462 | 735.83 |
| 9/06 | 25441 | 100.00 | 9/14 | 25452 | 4,500.00 | 9/24 | 25463 | 3,155.53 |
| 9/04 | 25442 | 958.69 | 9/14 | 25453 | 52.00 | 9/21 | 25464 | 1,500.00 |
| 9/12 | 25443 | 20,352.65 | 9/17 | 25454 | 400.00 | 9/27 | 25465 | 36,442.04 |
| 9/04 | 25444 | 10.00 | 9/07 | 25455 | 6,000.00 | 9/27 | 25466 | 4,387.28 |
| 9/10 | 25445 | 718.70 | 9/11 | 25456 | 7,500.00 | 9/25 | 25467 | 1,248.06 |
| 9/06 | 25446 | 1,000.00 | 9/11 | 25457 | 7,000.00 | 9/28 | 25469* | 1,480.59 |
| 9/05 | 25447 | 12,958.16 | 9/12 | 25458 | 2,500.00 | 9/27 | 25470 | 60,000.00 |
| 9/06 | 25448 | 5,261.00 | 9/21 | 25459 | 1,980.72 | | | |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000387

647

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 9/28/18    Page    3
Account Number    *******8681

COMMERCIAL CHECKING ANALYSIS        *******8681   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/04 | 65,305.70 | 9/12 | 26,544.69 | 9/20 | 25,602.70 |
| 9/05 | 50,653.84 | 9/13 | 20,734.69 | 9/21 | 13,716.26 |
| 9/06 | 44,266.64 | 9/14 | 18,606.36 | 9/24 | 10,560.73 |
| 9/07 | 50,266.64 | 9/17 | 23,215.46 | 9/25 | 17,312.67 |
| 9/10 | 49,547.94 | 9/18 | 22,479.63 | 9/27 | 23,516.65- |
| 9/11 | 35,047.94 | 9/19 | 26,370.99 | 9/28 | 50,169.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000388



## IBERIABANK

Account Number *******8681

Page 4



| #25438 | 09/05/18 | $25722.86 | #25444 | 09/04/18 | $10.00 |
| #25439 | 09/04/18 | $831.76 | #25445 | 09/10/18 | $718.70 |
| #25440 | 09/06/18 | $26.20 | #25446 | 09/06/18 | $1000.00 |
| #25441 | 09/06/18 | $100.00 | #25447 | 09/05/18 | $12958.16 |
| #25442 | 09/04/18 | $958.69 | #25448 | 09/06/18 | $5261.00 |
| #25443 | 09/12/18 | $20352.65 | #25449 | 09/05/18 | $1034.48 |

Debtor000389



# IBERIABANK

Account Number  *******8681



#25450   09/13/18   $5810.00

#25456   09/11/18   $7500.00

#25451   09/12/18   $1150.60

#25457   09/11/18   $7000.00

#25452   09/14/18   $4500.00

#25458   09/12/18   $2500.00

#25453   09/14/18   $52.00

#25459   09/21/18   $1980.72

#25454   09/17/18   $400.00

#25460   09/21/18   $442.95

#25455   09/07/18   $6000.00

#25461   09/21/18   $7962.77

Debtor000390

# iBERIABANK

Account Number *******8681



#25462    09/18/18    $735.83



#25469    09/28/18    $1480.59



#25463    09/24/18    $3155.53



#25470    09/27/18    $60000.00



#25464    09/21/18    $1500.00



#25465    09/27/18    $36442.04



#25466    09/27/18    $4387.28



#25467    09/25/18    $1248.06

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18    Page    1
Account Number   *******8681

```
---------------------------- CHECKING ACCOUNT-------------------------------
```

Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
Eligible account balances above $250,000 and $1,000,000 may qualify for a
premium Earnings Credit Rate.
Tier 1 -  $0.00 - $249,999.99
Tier 2 -  $250,000.00 - $999,999.99
Tier 3 -  $1,000,000.00 and greater

**COMMERCIAL CHECKING ANALYSIS**    21

| | | | |
|---|---|---|---|
| Account Number | *******8681 | Statement Dates  10/01/18 thru 10/31/18 | |
| Previous Balance | 50,169.11 | Days this Statement Period | 31 |
| 6 Deposits/Credits | 251,523.87 | Average Ledger | 29,017.34 |
| 30 Checks/Debits | 295,805.17 | Average Collected | 27,726.38 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 5,887.81 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/03 | Transfer Credit | 8,594.81 |
| 10/12 | Transfer Credit | 57,000.00 |
| 10/24 | Deposit | 19.70 |
| 10/24 | Transfer Credit | 45,418.75 |
| 10/29 | Deposit | 40,000.00 |
| 10/29 | Return Item Credit | 100,490.61 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 10/04 | 5122247661 TEXAS MUTUAL INS | 49.40- |
| | CCD    Gulf Coast Asphalt Com | |
| 10/15 | P-CARD PMT IBERIA | 6,499.12- |
| | CCD    GULF COAST ASPHALT CB | |
| 10/15 | ENC ERR CK 25396 | 1,000.00- |
| | L/S 980.72/1980.72 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000393

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                               $ _____

## TOTAL                               $ _____

## SUBTRACT—

CHECKS OUTSTANDING                     $ _____

## BALANCE                             $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or fixed payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000394

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18      Page      2
Account Number     *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/19 | Wire Transfer Debit | 2,014.68- |
| | John D Tomaszewski | |
| | JPMCHASE TEXAS | |
| | 20181019MMQFMP9H000327 | |
| | 20181019B1QGC01R020674 | |
| | 10191026FT03 | |
| 10/22 | Account Analysis Charge | 839.83- |
| 10/24 | Wire Transfer Debit | 22,728.66- |
| | Perdido Supply & Trading | |
| | JPMCHASE TEXAS | |
| | 20181024MMQFMP9H000328 | |
| | 20181024B1QGC01R020227 | |
| | 10241039FT03 | |
| 10/26 | Transfer to DDA | 84,039.18- |
| | Acct No.        8630-D | |
| 10/29 | Transfer to DDA | 100,490.61- |
| | Acct No.        8630-D | |
| 10/30 | Transfer to DDA | 5,490.61- |
| | Acct No.        8630-D | |

## Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 10/02 | 25468 | 728.70 | 10/22 | 25475 | 507.84 | 10/15 | 25480 | 73.06 |
| 10/02 | 25471* | 25,722.86 | 10/17 | 25476 | 3,487.07 | 10/16 | 25481 | 6,136.96 |
| 10/04 | 25472 | 5,668.67 | 10/16 | 25477 | 4,563.28 | 10/16 | 25482 | 165.42 |
| 10/03 | 25473 | 1,726.14 | 10/16 | 25478 | 138.12 | 10/17 | 25486* | 2,454.18 |
| 10/05 | 25474 | 1,200.00 | 10/18 | 25479 | 1,980.72 | 10/12 | 25487 | 14,697.27 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000395

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18     Page     3
Account Number     *******8681

---

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 10/17 | 25491* | 400.00 | 10/24 | 25493 | 270.62 | 10/30 | 25495 | 20.74 |
| 10/16 | 25492 | 1,373.17 | 10/29 | 25494 | 165.42 | 10/24 | 25496 | 1,172.84 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 50,169.11 | 10/15 | 58,398.70 | 10/24 | 55,603.76 |
| 10/02 | 23,717.55 | 10/16 | 46,021.75 | 10/26 | 28,435.42- |
| 10/03 | 30,586.22 | 10/17 | 39,680.50 | 10/29 | 11,399.16 |
| 10/04 | 24,868.15 | 10/18 | 37,699.78 | 10/30 | 5,887.81 |
| 10/05 | 23,668.15 | 10/19 | 35,685.10 | | |
| 10/12 | 65,970.88 | 10/22 | 34,337.43 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000396



Account Number ＊＊＊＊＊＊＊8681



| #25468 | 10/02/18 | $728.70 |
| #25476 | 10/17/18 | $3487.07 |
| #25471 | 10/02/18 | $25722.86 |
| #25477 | 10/16/18 | $4563.28 |
| #25472 | 10/04/18 | $5668.67 |
| #25478 | 10/16/18 | $138.12 |
| #25473 | 10/03/18 | $1726.14 |
| #25479 | 10/18/18 | $1980.72 |
| #25474 | 10/05/18 | $1200.00 |
| #25480 | 10/15/18 | $73.06 |
| #25475 | 10/22/18 | $507.84 |
| #25481 | 10/16/18 | $6136.96 |

# IBERIABANK

Account Number *******8681



#25482   10/16/18   $165.42



#25494   10/29/18   $165.42



#25486   10/17/18   $2454.18



#25495   10/30/18   $20.74



#25487   10/12/18   $14697.27



#25496   10/24/18   $1172.84



#25491   10/17/18   $400.00



#25492   10/16/18   $1373.17



#25493   10/24/18   $270.62

STATEMENT OF ACCOUNT

# IBERIABANK

Date 11/30/18      Page      1
Account Number    *******8681

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

--------------------------- **CHECKING ACCOUNT**-------------------------------

Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
Eligible account balances above $250,000 and $1,000,000 may qualify for a
premium Earnings Credit Rate.
Tier 1 -  $0.00 - $249,999.99
Tier 2 -  $250,000.00 - $999,999.99
Tier 3 -  $1,000,000.00 and greater

| **COMMERCIAL CHECKING ANALYSIS** | | | 35 |
|---|---|---|---|
| Account Number | *******8681 | Statement Dates  11/01/18 thru 12/02/18 | |
| Previous Balance | 5,887.81 | Days this Statement Period | 32 |
| 6 Deposits/Credits | 438,256.35 | Average Ledger | 55,643.36 |
| 44 Checks/Debits | 425,673.62 | Average Collected | 55,643.36 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 18,470.54 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 11/02 | TRANSFER    PAYPAL<br>WEB | 14,491.75 |
| 11/02 | Transfer Credit | 112,000.00 |
| 11/02 | Transfer Credit | 150,000.00 |
| 11/19 | Transfer Credit | 131,625.95 |
| 11/27 | Transfer Credit | 2,638.65 |
| 11/28 | Transfer Credit | 27,500.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 11/01 | Chargeback | 40,000.00- |
| 11/07 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste | 583.09- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000399

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

 Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account any day closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot re... delinquent or take any action to collect the amount you question.

**VITOL EXHIBIT**

**124.8**

Adv. No.: 21-06006 8/30/2022

De...

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/18    Page    2
Account Number   *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 6215 Holly Springs Dr | |
|      | Houston, Texas 77057 | |
|      | IBERIABANK | |
|      | 20181107MMQFMP9H000217 | |
|      | 20181107MMQFMP9H000254 | |
|      | 11071016FT03 | |
| 11/15 | Wire Transfer Debit | 2,229.14- |
|      | Kenny Hucker | |
|      | 062000019 | |
|      | 0074783351 | |
|      | REGIONS | |
|      | 20181115MMQFMP9H000970 | |
|      | 20181115F2QCZ00C002862 | |
|      | 11151245FT03 | |
| 11/15 | Wire Transfer Debit | 2,320.63- |
|      | John D Tomaszewski | |
|      | JPMCHASE TEXAS | |
|      | 20181115MMQFMP9H000973 | |
|      | 20181115B1QGC01R045387 | |
|      | 11151245FT03 | |
| 11/15 | Wire Transfer Debit | 7,004.76- |
|      | Perdido Supply & Trading | |
|      | US | |
|      | JPMCHASE TEXAS | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000401

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/18     Page     3
Account Number     *******8681

COMMERCIAL CHECKING ANALYSIS          *******8681   (Continued)

## Withdrawals and Deductions

| Date  | Description | Amount |
|-------|-------------|--------|
|       | 20181115MMQFMP9H000965 | |
|       | 20181115B1QGC01R045322 | |
|       | 11151245FT03 | |
| 11/15 | IPFSPMTTXH IPFS877-615-4242 | 4,587.34- |
|       | CCD   GULF COAST ASPHALT COM | |
| 11/15 | P-CARD PMT IBERIA | 6,017.56- |
|       | CCD   GULF COAST ASPHALT CB | |
| 11/20 | Account Analysis Charge | 1,027.05- |
| 11/30 | Wire Transfer Debit | 512.51- |
|       | John D Tomaszewski | |



JPMCHASE TEXAS
20181130MMQFMP9H000121
20181130B1QGC01R014716
11300833FT03

## Checks in Number Order

| Date  | Check No | Amount    | Date  | Check No | Amount    | Date  | Check No | Amount     |
|-------|----------|-----------|-------|----------|-----------|-------|----------|------------|
| 11/01 | 25488    | 20,363.57 | 11/13 | 25508    | 236.57    | 11/19 | 25522    | 246.07     |
| 11/01 | 25497*   | 50,000.00 | 11/06 | 25509    | 1,200.00  | 11/20 | 25523    | 130,000.00 |
| 11/13 | 25498    | 25,722.86 | 11/05 | 25511*   | 30,000.00 | 11/26 | 25524    | 135.31     |
| 11/02 | 25499    | 388.52    | 11/06 | 25512    | 30,000.00 | 11/28 | 25525    | 26.54      |
| 11/05 | 25500    | 1,900.00  | 11/09 | 25513    | 2,079.51  | 11/26 | 25526    | 334.00     |
| 11/09 | 25501    | 159.89    | 11/20 | 25514    | 1,250.00  | 11/26 | 25527    | 152.45     |
| 11/05 | 25502    | 2,112.38  | 11/28 | 25515    | 3,161.38  | 11/26 | 25528    | 142.56     |
| 11/08 | 25503    | 1,374.75  | 11/19 | 25516    | 978.16    | 11/27 | 25529    | 377.00     |
| 11/13 | 25504    | 4,811.46  | 11/16 | 25517    | 500.00    | 11/23 | 25530    | 458.09     |
| 11/15 | 25505    | 779.40    | 11/15 | 25518    | 1,155.21  | 11/27 | 25531    | 617.47     |
| 11/08 | 25506    | 20,350.51 | 11/16 | 25519    | 1,290.46  | 11/28 | 25532    | 27,500.00  |
| 11/08 | 25507    | 1,422.00  | 11/21 | 25521*   | 165.42    |       |          |            |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000402

STATEMENT OF ACCOUNT

# ĪBERIA BANK

```
                                              Date 11/30/18    Page    4
     GULF COAST ASPHALT COMPANY LLC          Account Number   *******8681
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8681  (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 104,475.76- | 11/09 | 80,445.34 | 11/21 | 21,749.20 |
| 11/02 | 171,627.47 | 11/13 | 49,674.45 | 11/23 | 21,291.11 |
| 11/05 | 137,615.09 | 11/15 | 25,580.41 | 11/26 | 20,526.79 |
| 11/06 | 106,415.09 | 11/16 | 23,789.95 | 11/27 | 22,170.97 |
| 11/07 | 105,832.00 | 11/19 | 154,191.67 | 11/28 | 18,983.05 |
| 11/08 | 82,684.74 | 11/20 | 21,914.62 | 11/30 | 18,470.54 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000403

662



# iBERIABANK

Account Number ******8681



| | | |
|---|---|---|
| #25488 | 11/01/18 | $20363.57 |
| #25502 | 11/05/18 | $2112.38 |
| #25497 | 11/01/18 | $50000.00 |
| #25503 | 11/08/18 | $1374.75 |
| #25498 | 11/13/18 | $25722.86 |
| #25504 | 11/13/18 | $4811.46 |
| #25499 | 11/02/18 | $388.52 |
| #25505 | 11/15/18 | $779.40 |
| #25500 | 11/05/18 | $1900.00 |
| #25506 | 11/08/18 | $20350.51 |
| #25501 | 11/09/18 | $159.89 |
| #25507 | 11/08/18 | $1422.00 |

# IBERIABANK

**Account Number** *******8681



#25508   11/13/18   $236.57

#25509   11/06/18   $1200.00

#25511   11/05/18   $30000.00

#25512   11/06/18   $30000.00

#25513   11/09/18   $2079.51

#25514   11/20/18   $1250.00

#25515   11/28/18   $3161.38

#25516   11/19/18   $978.16

#25517   11/16/18   $500.00

#25518   11/15/18   $1155.21

#25519   11/16/18   $1290.46

#25521   11/21/18   $165.42

Debtor000405





#25522    11/19/18    $246.07

#25528    11/26/18    $142.56

#25523    11/20/18    $130000.00

#25529    11/27/18    $377.00

#25524    11/26/18    $135.31

#25530    11/23/18    $458.09

#25525    11/28/18    $26.54

#25531    11/27/18    $617.47

#25526    11/26/18    $334.00

#25532    11/28/18    $27500.00

#25527    11/26/18    $152.45

Debtor000406



# STATEMENT OF ACCOUNT

Date 12/31/18          Page 1 of 7

**GULF COAST ASPHALT COMPANY LLC**
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**


**24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 18,470.54 | Statement Dates | 12/03/18 thru 12/31/18 |
| 8 Deposits/Credits | 257,764.94 | Days this Statement Period | 29 |
| 28 Checks/Debits | 265,634.33 | Average Ledger Balance | 35,439.86 |
| Service Charge | .00 | Average Collected Balance | 35,439.86 |
| Interest Paid | .00 | | |
| Current Balance | 10,601.15 | | |

## Your statement now has
# A NEW LOOK!

The difference may appear subtle on this account statement.
We simply made a few visual enhancements to make it easier to read.





**Not enrolled in e-Statements? Log in to Mobile or Online Banking to switch today!**
Receive your account information faster and more securely. In moments, you can download, print/save your statements, and access up to 18 months of statement history through Online Banking.

IBERIABANK TreasuryConnect® and BusinessConnect users: Please contact your Branch or Treasury Management Technical Support at 1 800 778 5915 to request e Statement access.

*All products and services are subject to approval, including credit approval.

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/04 | TRANSFER  PAYPAL PPD | 9,331.75 |
| 12/11 | TRANSFER  PAYPAL PPD | 40,000.00 |
| 12/11 | Transfer Credit | 44,346.02 |
| 12/12 | Transfer Credit | 135,269.70 |
| 12/13 | Transfer Credit | 5,000.00 |
| 12/19 | Transfer Credit | 5,517.47 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00004009

Debtor000407



Page 2 of 7

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                          $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.





**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.   If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000408



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 3 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8681

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|------|-------------|--------|
| 12/20 | Transfer Credit | 10,000.00 |
| 12/21 | Transfer Credit | 8,300.00 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 12/07 | Wire Transfer Debit<br>Capuder Fazio Giacola LLP IOLA<br><br>JPMCHASE<br>Seward Part Lawsuit<br>20181207MMQFMP9H001622<br>20181207B1QGC01R048972<br>12071441FT03 | 4,450.00 |
| 12/07 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste<br><br>IBERIABANK<br>20181207MMQFMP9H000059<br>20181207MMQFMP9H000191<br>12070837FT03 | 9,316.75 |
| 12/12 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20181212MMQFMP9H000026<br>20181212B1QGC01R007990<br>12120801FT01 | 5,000.00 |
| 12/14 | P CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 5,261.99 |
| 12/18 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20181218MMQFMP9H000563<br>20181218B1QGC01R024435<br>12181123FT01 | 370.17 |
| 12/20 | Account Analysis Charge | 867.99 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00004011



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 4 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8681

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 12/21 | Wire Transfer Debit<br>KEVIN BOSTON<br><br>JPMCHASE TEXAS<br>20181221MMQFMP9H001145<br>20181221B1QGC01R034870<br>12211142FT01 | 1,500.00 |

**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/21 | 25510 | 1,325.00 | 12/11 | 25538 | 2,941.78 | 12/18 | 25545 | 5,000.00 |
| 12/06 | 25520* | 298.45 | 12/17 | 25539 | 2,638.65 | 12/19 | 25546 | 517.47 |
| 12/05 | 25533* | 2,019.58 | 12/14 | 25540 | 256.07 | 12/20 | 25547 | 10,000.00 |
| 12/18 | 25534 | 25,722.86 | 12/17 | 25541 | 825.66 | 12/24 | 25548 | 2,500.00 |
| 12/14 | 25535 | 1,200.00 | 12/14 | 25542 | 135,269.70 | 12/21 | 25549 | 800.00 |
| 12/11 | 25536 | 2,875.67 | 12/13 | 25543 | 5,000.00 | 12/24 | 25550 | 5,000.00 |
| 12/10 | 25537 | 24,000.00 | 12/14 | 25544 | 676.54 | 12/24 | 25551 | 10,000.00 |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03 | 18,470.54 | 12/11 | 66,246.08 | 12/19 | 24,294.14 |
| 12/04 | 27,802.29 | 12/12 | 196,515.78 | 12/20 | 23,426.15 |
| 12/05 | 25,782.71 | 12/13 | 196,515.78 | 12/21 | 28,101.15 |
| 12/06 | 25,484.26 | 12/14 | 53,851.48 | 12/24 | 10,601.15 |
| 12/07 | 11,717.51 | 12/17 | 50,387.17 | | |
| 12/10 | 12,282.49 | 12/18 | 19,294.14 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004012

Debtor000410

669



# IBERIABANK

Account Number *******8681

| | | |
|---|---|---|
| #25510 | 12/21/18 | $1325.00 |
| #25520 | 12/6/18 | $298.45 |
| #25533 | 12/5/18 | $2019.58 |
| #25534 | 12/18/18 | $25722.86 |
| #25535 | 12/14/18 | $1200.00 |
| #25536 | 12/11/18 | $2875.67 |
| #25537 | 12/10/18 | $24000.00 |
| #25538 | 12/11/18 | $2941.78 |
| #25539 | 12/17/18 | $2638.65 |
| #25540 | 12/14/18 | $256.07 |

00004013

# IBERIABANK

Account Number *******8681



| #25541 | 12/17/18 | $825.66 |
| #25546 | 12/19/18 | $517.47 |
| #25542 | 12/14/18 | $135269.70 |
| #25547 | 12/20/18 | $10000.00 |
| #25543 | 12/13/18 | $5000.00 |
| #25548 | 12/24/18 | $2500.00 |
| #25544 | 12/14/18 | $676.54 |
| #25549 | 12/21/18 | $800.00 |
| #25545 | 12/18/18 | $5000.00 |
| #25550 | 12/24/18 | $5000.00 |

00004014

Debtor000412

671



**Account Number *******8681**



#25551                    12/24/18                    $10000.00

00004015
Debtor000413



# STATEMENT OF ACCOUNT

Date 1/31/19      Page 1 of 5

TO PLO R

**GULF COAST ASPHALT COMPANY LLC**
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

016669






**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

**24-hr Online Banking**
iberiabank.com

016669

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 10,601.15 | Statement Dates | 1/01/19 thru 1/31/19 |
| 11 Deposits/Credits | 448,078.52 | Days this Statement Period | 31 |
| 19 Checks/Debits | 344,980.33 | Average Ledger Balance | 15,714.17 |
| Service Charge | .00 | Average Collected Balance | 26,359.33 |
| Interest Paid | .00 | | |
| Current Balance | 113,699.34 | | |



---

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/09 | Transfer Credit | 14,615.81 |
| 1/10 | TRANSFER  PAYPAL  PPD | 9,400.00 |
| 1/10 | Transfer Credit | 9,854.37 |
| 1/14 | Transfer Credit | 1,200.00 |
| 1/15 | Transfer Credit | 1,600.00 |
| 1/22 | Return Item Credit | 18,962.00 |
| 1/22 | Return Item Credit 25552 | 25,722.86 |
| 1/25 | Transfer Credit | 10,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00008203

Debtor000415



Page 2 of 5

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000416



# IBERIABANK

**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 3 of 5

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number *******8681**


016669

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/25 | Deposit | 110,000.00 |
| 1/31 | Transfer Credit | 112,723.48 |
| 1/31 | Transfer Credit | 134,000.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/10 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste<br><br>IBERIABANK<br>20190110MMQFMP9H000501<br>20190110MMQFMP9H000439<br>01101122FT01 | 9,854.37 |
| 1/10 | From DDA *8681,To DDA *8665 | 9,400.00 |
| 1/11 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190111MMQFMP9H000037<br>20190111B1QGC01R008648<br>01110802FT01 | 317.75 |
| 1/15 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 5,321.01 |
| 1/18 | Transfer to DDA<br>Acct No.       8630 D | 86,424.59 |
| 1/22 | Transfer to DDA<br>Acct No.       8630 D | 18,962.00 |
| 1/22 | Account Analysis Charge | 825.67 |
| 1/23 | Transfer to DDA<br>Acct No.       8630 D | 18,962.00 |
| 1/30 | Chargeback | 110,000.00 |
| 1/31 | Checking Withdrawal | 14,551.88 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 1/22 | 25552 | 25,722.86 | 1/11 | 25554 | 4,582.34 | 1/14 | 25557 | 1,200.00 |
| 1/25 | 25552* | 25,722.86 | 1/11 | 25555 | 3,455.00 | 1/17 | 25558 | 621.03 |
| 1/09 | 25553 | 6,500.00 | 1/10 | 25556 | 1,578.47 | 1/29 | 25559 | 978.50 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00008205

Debtor000417



**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 4 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number *******8681

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 10,601.15 | 1/15 | 5,062.39 | 1/25 | 7,493.76 |
| 1/09 | 18,716.96 | 1/17 | 4,441.36 | 1/29 | 8,472.26 |
| 1/10 | 17,138.49 | 1/18 | 81,983.23 | 1/30 | 118,472.26 |
| 1/11 | 8,783.40 | 1/22 | 82,808.90 | 1/31 | 113,699.34 |
| 1/14 | 8,783.40 | 1/23 | 101,770.90 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.          00008206

Debtor000418

676

# IBERIABANK

Account Number *******8681



| #0 | 1/31/19 | $14551.88 |
| #25555 | 1/11/19 | $3455.00 |
| #25552 | 1/22/19 | $25722.86 |
| #25556 | 1/10/19 | $1578.47 |
| #25552 | 1/25/19 | $25722.86 |
| #25557 | 1/14/19 | $1200.00 |
| #25553 | 1/9/19 | $6500.00 |
| #25558 | 1/17/19 | $621.03 |
| #25554 | 1/11/19 | $4582.34 |
| #25559 | 1/29/19 | $978.50 |

00008207



# STATEMENT OF ACCOUNT

Date 2/28/19          Page 1 of 9

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

## COMMERCIAL CHECKING ANALYSIS

| | | ACCOUNT NUMBER ******8681 | |
|---|---|---|---|
| Previous Balance | 113,699.34 | Statement Dates | 2/01/19 thru 2/28/19 |
| 12 Deposits/Credits | 471,458.69 | Days this Statement Period | 28 |
| 47 Checks/Debits | 440,423.67 | Average Ledger Balance | 69,717.99 |
| Service Charge | .00 | Average Collected Balance | 69,717.99 |
| Interest Paid | .00 | | |
| Current Balance | 144,734.36 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/01 | Transfer Credit | 68,000.00 |
| 2/05 | Transfer Credit | 2,500.00 |
| 2/05 | Transfer Credit | 47,000.00 |
| 2/06 | From DDA *8665,To DDA *8681 | 20,000.00 |
| 2/07 | Transfer from DDA Acct No.          8630 D | 10,592.97 |
| 2/08 | From DDA *8665,To DDA *8681,To cover 2 8 19 check run | 66,000.00 |
| 2/12 | Transfer from DDA Acct No.          8630 D | 95,000.00 |
| 2/13 | From DDA *8665,To DDA *8681,To cover check run 2 12 and 2 13 | 20,065.72 |
| 2/14 | TRANSFER  PAYPAL PPD | 9,300.00 |
| 2/14 | From DDA *8665,To DDA *8681,To cover YPO check | 10,000.00 |
| 2/26 | From DDA *8665,To DDA *8681,pa yroll3 1 | 95,000.00 |
| 2/28 | From DDA *8665,To DDA *8681,To cover 2 27 19 check run | 28,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001485



Page 2 of 9

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT                 $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)                 $ _____

### TOTAL                 $ _____

### SUBTRACT—

CHECKS OUTSTANDING                 $ _____

### BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at your leisure. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000422



**STATEMENT OF ACCOUNT**

Date 2/28/19    Page 3 of 9

---

**COMMERCIAL CHECKING ANALYSIS** (continued)     **Account Number *******8681**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>IBC LAREDO<br>SAN ANTONIO         TX<br>PURPOSE: TRANSFER<br>20190201MMQFMP9H002755<br>20190201K4QLE01C001376<br>02011638FT01 | 12,000.00 |
| 2/04 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>GREEN BK HOUSTON<br>DALLAS              TX<br>PURPOSE: TRANSFER<br>20190204MMQFMP9H000961<br>20190204MMQFMPBH000093<br>02041353FT01 | 9,000.00 |
| 2/05 | Wire Transfer Debit<br>ARTHUR J BRASS<br><br>IBC LAREDO<br>SAN ANTONIO         TX<br>PURPOSE: TRANSFER<br>20190205MMQFMP9H000564<br>20190205K4QLE01C000300<br>02051131FT01 | 26,000.00 |
| 2/14 | Wire Transfer Debit<br>Jason b Goldstein, Amy Goldste<br><br>IBERIABANK<br>20190214MMQFMP9H000565<br>20190214MMQFMP9H000475<br>02141150FT01 | 9,250.00 |
| 2/14 | P CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 7,801.67 |
| 2/15 | Transfer to DDA<br>Acct No.          8630 D | 84,472.24 |
| 2/20 | Account Analysis Charge | 1,303.13 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00001487

Debtor000423

680



# STATEMENT OF ACCOUNT

Date 2/28/19      Page 4 of 9

---

**COMMERCIAL CHECKING ANALYSIS** (continued)      Account Number *******8681

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/27 | Wire Transfer Debit | 535.73 |
| | John D Tomaszewski | |



JPMCHASE TEXAS
20190227MMQFMP9H000045
20190227B1QGC01R011434
02270842FT01

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 2/08 | 25560 | 1,862.91 | 2/05 | 25573 | 802.92 | 2/13 | 25586 | 532.82 |
| 2/04 | 25561 | 246.07 | 2/11 | 25574 | 10,267.06 | 2/15 | 25587 | 1,250.00 |
| 2/06 | 25562 | 19,507.50 | 2/12 | 25575 | 1,764.46 | 2/19 | 25588 | 10,000.00 |
| 2/04 | 25563 | 112,723.48 | 2/15 | 25576 | 130.00 | 2/20 | 25589 | 5,475.00 |
| 2/11 | 25564 | 270.62 | 2/11 | 25577 | 23,686.75 | 2/14 | 25590 | 431.21 |
| 2/04 | 25565 | 5,350.36 | 2/12 | 25578 | 13,000.00 | 2/19 | 25591 | 1,862.91 |
| 2/04 | 25566 | 3,304.06 | 2/13 | 25579 | 11,020.00 | 2/19 | 25592 | 256.07 |
| 2/06 | 25567 | 488.77 | 2/11 | 25580 | 3,103.00 | 2/19 | 25593 | 500.00 |
| 2/05 | 25568 | 7,170.87 | 2/11 | 25581 | 620.62 | 2/19 | 25595* | 50.00 |
| 2/05 | 25569 | 6,380.60 | 2/08 | 25582 | 1,410.27 | 2/21 | 25596 | 301.12 |
| 2/04 | 25570 | 501.84 | 2/20 | 25583 | 779.40 | 2/20 | 25597 | 161.42 |
| 2/04 | 25571 | 2,264.69 | 2/11 | 25584 | 216.58 | 2/19 | 25599* | 429.23 |
| 2/05 | 25572 | 40,681.80 | 2/19 | 25585 | 513.78 | 2/28 | 25603* | 742.71 |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 169,699.34 | 2/11 | 39,931.54 | 2/20 | 23,313.92 |
| 2/04 | 36,308.84 | 2/12 | 120,167.08 | 2/21 | 23,012.80 |
| 2/05 | 4,772.65 | 2/13 | 128,679.98 | 2/26 | 118,012.80 |
| 2/06 | 4,776.38 | 2/14 | 130,497.10 | 2/27 | 117,477.07 |
| 2/07 | 15,369.35 | 2/15 | 44,644.86 | 2/28 | 144,734.36 |
| 2/08 | 78,096.17 | 2/19 | 31,032.87 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001488

# IBERIABANK

Account Number *******8681



# IBERIABANK

Account Number *******8681



| #25570 | 2/4/19 | $501.84 |
| #25571 | 2/4/19 | $2264.69 |
| #25572 | 2/5/19 | $40681.80 |
| #25573 | 2/5/19 | $802.92 |
| #25574 | 2/11/19 | $10267.06 |
| #25575 | 2/12/19 | $1764.46 |
| #25576 | 2/15/19 | $130.00 |
| #25577 | 2/11/19 | $23686.75 |
| #25578 | 2/12/19 | $13000.00 |
| #25579 | 2/13/19 | $11020.00 |

# IBERIABANK

Account Number *******8681



| | | |
|---|---|---|
| #25580 | 2/11/19 | $3103.00 |
| #25581 | 2/11/19 | $620.62 |
| #25582 | 2/8/19 | $1410.27 |
| #25583 | 2/20/19 | $779.40 |
| #25584 | 2/11/19 | $216.58 |
| #25585 | 2/19/19 | $513.78 |
| #25586 | 2/13/19 | $532.82 |
| #25587 | 2/15/19 | $1250.00 |
| #25588 | 2/19/19 | $10000.00 |
| #25589 | 2/20/19 | $5475.00 |

# iBERIABANK

Account Number *******8681



| | | |
|---|---|---|
| #25590 | 2/14/19 | $431.21 |
| #25591 | 2/19/19 | $1862.91 |
| #25592 | 2/19/19 | $256.07 |
| #25593 | 2/19/19 | $500.00 |
| #25595 | 2/19/19 | $50.00 |
| #25596 | 2/21/19 | $301.12 |
| #25597 | 2/20/19 | $161.42 |
| #25599 | 2/19/19 | $429.23 |
| #25603 | 2/28/19 | $742.71 |

**VITOL EXHIBIT**

**124.9**

Adv. No.: 21-06006 8/30/2022

exhibitsticker.com

**IBERIABANK**

**Effective April 1, 2019:  This schedule of fees will apply, fee changes are bolded.**

**Miscellaneous Fees – Business and Posting Order**

| | |
|---|---|
| ACH/Government Reclamation | $10.00 / item |
| ATM Foreign Usage Fee (Non IBERIABANK ATM or its non affiliated networks) | $2.00 / transaction |
| ATM/Debit Card Replacement | $5.00 / card |
| ATM/Debit Card Expedited Replacement | $25.00 each |
| **Bill Pay**   (Clients exceeding 25 items will be converted to a commercial product) | **Free   limited to 25 bills per month** |
| Collection Items | |
| Collection Fee   Domestic <=$100 | $7.50 |
| Collection Fee   Domestic >$100 | $15.00 |
| Collection Fee   International | $35.00 |
| Coin & Currency | |
| Coin & Currency Deposited   After the first $10,000 per statement cycle<br>(Choice Business CK, Business Interest CK, Business Checking Plus, Advanced Business Checking) | $2.00 per $1,000 |
| Coin & Currency Deposited<br>(Commercial Analysis) | $1.50 per $1,000 |
| Bulk Coin Deposited | $3.00 / bag |
| Currency Furnished | $0.50 / strap |
| Coins Furnished | $0.15 / roll |
| Copies (includes check copies) and Faxes | $2.00 / page |
| Counter Checks | $1.00 for 5 checks |
| Deposit Assessment Fee (Commercial Analysis Accounts Only) | .010% on daily average ledger balance |
| Deposit Correction | $3.00 each |
| Deposit to Deposit Overdraft Protection Transfers | $10.00 / day |
| Dormant Account (applies to dormant account balances less than $100 per month) | $5.00 / month (not applicable in Texas) |
| Foreign Currency Exchange (additional fees may apply) | |
| $300 or more | $10.00 / transaction |
| Less than $300 | $20.00 / transaction |
| Legal Process | $75.00 / event |
| Money Bag | Varies |
| Medallion Stamp Guarantee (where available) | $15.00 |
| Money Market Account Excessive Transaction Fee | $15.00 / item |
| Negative Collected Balance Fee | Prime + 3% on daily average negative collected balance |
| Notary Services | May vary by State |
| Official Checks/Cashier Checks | $8.00 |
| Overdraft (Paid) Item Fee (applies to overdrafts created by checks, in person withdrawals, ATM<br>withdrawals or other electronic means) | $35.00 per item; per presentment |
| Research (one hour minimum) | $25.00 / hour |
| Return Item Fee (applies when checks are returned as unpaid) | $35.00 per item; per presentment |
| Return Deposited Item | $5.00 each |
| Safe Deposit Box   Drilling Fee | $150.00 |
| Safe Deposit Box   Replacement Lock Fee | $70.00 |
| Special Reject Item | $1.00 each |
| Statements | |
| Statements Copy | $10.00 each |
| Statement Duplicate (complete statement) | $10.00 each |
| **Statement (Receipt of both paper and e-Statement)** | **$5.00 per month** |
| Statement Instant | $5.00 each |
| Statement Reconciliation | $20.00 / hour |
| Statement   Simplex Image Printing | $2.00 / event |
| Statement Snapshot | $10.00 each |
| Stop Payment Fee (applies for 6 month period) | $35.00 each |
| Telephone Transfer of Funds (customer service assisted) | $5.00 each |
| **Verification of Deposit** | **$25.00 each** |
| Wires Transactions | |
| Wire Transfer   Incoming (Domestic and Foreign) | $15.00 each |
| Wire Transfer   Outgoing  (Domestic) | $25.00 each |
| Wire Transfer   Outgoing (Foreign)   Foreign Currency | $40.00 each |
| Wire Transfer   Outgoing (Foreign)   US Currency | $50.00 each |

\*\*\* NOT ALL SERVICES ARE AVAILABLE AT ALL LOCATIONS

## Notice Regarding Posting Order of Items

To assist you in handling your account with us, we are providing you with the following information on how we post transactional items to your account.

On each bank processing day, deposit and credit items post before debit items.  Debit items post upon receipt in the following order: wire transfers, ATM and debit card transactions in authorization time and date order, paper checks in check number order, if available, checks without a check number post in low to high dollar amount order, then all other debit items in low to high dollar amount order.  Other debit items include but are not limited to Automated Clearing House (ACH) items, checks converted to ACH by merchants or vendors, telephone and online banking one time or recurring transfers, pre authorized debits and account withdrawals.

At times, certain debit items may not post in the above order due to missing or erroneous data or circumstances beyond our control.

If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item.  Overdraft (Paid) Item Fees and Return Item Fees are disclosed above and are subject to change.

We encourage you to keep careful records and practice good account management.  This will help you to avoid creating items without sufficient funds and incurring the resulting fees.

We offer Deposit to Deposit Overdraft Protection Transfer Service and Personal Lines of Credit (subject to credit approval) that can be used as overdraft protection on most accounts to avoid Overdraft (Paid) Item Fees and Return Item Fees.  Visit our website at www.iberiabank.com to learn more about Preventing and Managing Overdrafts.



# IBERIABANK

## STATEMENT OF ACCOUNT

Date 3/29/19                    Page 1 of 7



TO PLO R

**GULF COAST ASPHALT COMPANY LLC**
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

018894


**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**


**24-hr Online Banking**
iberiabank.com


018894

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 144,734.36 | Statement Dates | 3/01/19 thru 3/31/19 |
| 6 Deposits/Credits | 295,014.15 | Days this Statement Period | 31 |
| 36 Checks/Debits | 411,613.51 | Average Ledger Balance | 65,622.98 |
| Service Charge | .00 | Average Collected Balance | 65,608.31 |
| Interest Paid | .00 | | |
| Current Balance | 28,135.00 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/11 | From DDA *8665,To DDA *8681,To cover 3 4 to 3 8 19 | 76,476.95 |
| 3/14 | Transfer from DDA Acct No. ▓▓▓▓8630 D | 94,000.00 |
| 3/18 | From DDA *8665,To DDA *8681,To cover checks 3 18 19 | 17,108.98 |
| 3/20 | From DDA *8665,To DDA *8681,To cover tax checks 3 20 19 | 6,973.72 |
| 3/22 | From DDA *8665,To DDA *8681 | 100,000.00 |
| 3/28 | Deposit | 454.50 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 3/01 | Transfer to DDA Acct No. ▓▓▓▓8630 D | 85,021.38 |
| 3/11 | IPFSPMTTXH IPFS877 615 4242 CCD  GULF COAST ASPHALT COM | 2,946.07 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006669



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

**TOTAL**                            $ _____

**SUBTRACT—**

CHECKS OUTSTANDING                   $ _____

**BALANCE**                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

**NOTE**

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.   This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000432



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 3 of 7

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                 Account Number ＊＊＊＊＊＊＊8681

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 3/12 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190312MMQFMP9H000856<br>20190312B1QGC01R035521<br>03121342FT01 | 858.90 |
| 3/14 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 6,502.58 |
| 3/15 | Transfer to DDA<br>Acct No.        8630 D | 85,021.38 |
| 3/20 | Account Analysis Charge | 1,176.97 |
| 3/25 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190325MMQFMP9H000022<br>20190325B1QGC01R010931<br>03250817FT01 | 877.13 |
| 3/25 | Transfer to DDA<br>Acct No.        8630 D | 8,952.15 |
| 3/29 | Transfer to DDA<br>Acct No.        8630 D | 76,007.52 |



### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/07 | 25598 | 10,000.00 | 3/14 | 25609 | 2,990.00 | 3/26 | 25620 | 238.77 |
| 3/08 | 25600* | 135.31 | 3/19 | 25610 | 40,491.29 | 3/25 | 25621 | 56.76 |
| 3/05 | 25601 | 26,210.20 | 3/21 | 25611 | 246.07 | 3/26 | 25622 | 1,581.48 |
| 3/05 | 25602 | 96.96 | 3/25 | 25612 | 1,862.91 | 3/26 | 25623 | 161.42 |
| 3/04 | 25604* | 176.16 | 3/20 | 25613 | 15,000.00 | 3/27 | 25624 | 71.28 |
| 3/04 | 25605 | 1,200.00 | 3/20 | 25614 | 1,964.85 | 3/28 | 25625 | 497.96 |
| 3/07 | 25606 | 1,903.97 | 3/27 | 25615 | 6,873.72 | 3/25 | 25626 | 361.87 |
| 3/12 | 25607 | 27,728.35 | 3/26 | 25618* | 135.31 | 3/28 | 25627 | 750.00 |
| 3/08 | 25608 | 417.27 | 3/29 | 25619 | 97.52 | 3/26 | 25628 | 3,000.00 |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 59,712.98 | 3/05 | 32,029.66 | 3/08 | 19,573.11 |
| 3/04 | 58,336.82 | 3/07 | 20,125.69 | 3/11 | 93,103.99 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00006671



---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/12 | 64,516.74 | 3/20 | 29,452.37 | 3/27 | 105,033.50 |
| 3/14 | 149,024.16 | 3/21 | 29,206.30 | 3/28 | 104,240.04 |
| 3/15 | 64,002.78 | 3/22 | 129,206.30 | 3/29 | 28,135.00 |
| 3/18 | 81,111.76 | 3/25 | 117,095.48 | | |
| 3/19 | 40,620.47 | 3/26 | 111,978.50 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00006672

Debtor000434

# IBERIABANK

Account Number *******8681



| | | |
|---|---|---|
| #25598 | 3/7/19 | $10000.00 |
| #25600 | 3/8/19 | $135.31 |
| #25601 | 3/5/19 | $26210.20 |
| #25602 | 3/5/19 | $96.96 |
| #25604 | 3/4/19 | $176.16 |
| #25605 | 3/4/19 | $1200.00 |
| #25606 | 3/7/19 | $1903.97 |
| #25607 | 3/12/19 | $27728.35 |
| #25608 | 3/8/19 | $417.27 |
| #25609 | 3/14/19 | $2990.00 |

00006673

Debtor000435

691

# IBERIABANK

Account Number *******8681



| #25610 | 3/19/19 | $40491.29 |
| #25615 | 3/27/19 | $6873.72 |
| #25611 | 3/21/19 | $246.07 |
| #25618 | 3/26/19 | $135.31 |
| #25612 | 3/25/19 | $1862.91 |
| #25619 | 3/29/19 | $97.52 |
| #25613 | 3/20/19 | $15000.00 |
| #25620 | 3/26/19 | $238.77 |
| #25614 | 3/20/19 | $1964.85 |
| #25621 | 3/25/19 | $56.76 |

# IBERIABANK

Account Number *******8681



| #25622 | 3/26/19 | $1581.48 |
| #25627 | 3/28/19 | $750.00 |
| #25623 | 3/26/19 | $161.42 |
| #25628 | 3/26/19 | $3000.00 |
| #25624 | 3/27/19 | $71.28 |
| #25625 | 3/28/19 | $497.96 |
| #25626 | 3/25/19 | $361.87 |

00006675

Debtor000437

693



# STATEMENT OF ACCOUNT

Date 4/30/19                    Page 1 of 6

17400 114086 R P0 T0



**GULF COAST ASPHALT COMPANY LLC**
1990 POST OAK BLVD SUITE 2400
017400    HOUSTON TX 77056


017400

  **PLEASE CONTACT YOUR**
**RELATIONSHIP MANAGER**
**WITH ANY QUESTIONS**
**OR CALL**

**1-800-968-0801**

  **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 28,135.00 | Statement Dates | 4/01/19 thru  4/30/19 |
| 5 Deposits/Credits | 224,391.12 | Days this Statement Period | 30 |
| 27 Checks/Debits | 227,717.18 | Average Ledger Balance | 73,869.34 |
| Service Charge | .00 | Average Collected Balance | 69,702.68 |
| Interest Paid | .00 | | |
| Current Balance | 24,808.94 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/02 | Deposit | 125,000.00 |
| 4/11 | From DDA *8665,To DDA *8681,To cover checks 4 11 19 | 3,595.33 |
| 4/18 | From DDA *8665,To DDA *8681,To cover checks 4 18 19 | 3,169.57 |
| 4/22 | From DDA *8665,To DDA *8681,To cover 4 26 19 payroll | 90,000.00 |
| 4/30 | From DDA *8665,To DDA *8681,To cover checks 4 30 19 | 2,626.22 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/01 | Wire Transfer Debit John D Tomaszewski | 320.63 |
| | JPMCHASE TEXAS 20190401MMQFMP9H000654 20190401B1QGC01R033655 04011059FT01 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00007045



### THIS FORM IS PROVIDED TO HELP YOU BALANCE
### YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000440



# IBERIABANK

**STATEMENT OF ACCOUNT**

Date 4/30/19                     Page 3 of 6

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                     Account Number *******8681

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 4/08 | Transfer to DDA<br>Acct No. ████ 8630 D | 6,567.53 |
| 4/09 | IPFSPMTTXH IPFS877 615 4242<br>CCD  GULF COAST ASPHALT COM | 2,946.07 |
| 4/10 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190410MMQFMP9H000534<br>20190410B1QGC01R028755<br>04101133FT01 | 545.38 |
| 4/12 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 4,575.61 |
| 4/12 | Transfer to DDA<br>Acct No. ████ 8630 D | 75,205.97 |
| 4/16 | Transfer to DDA<br>Acct No. ████ 8630 D | 6,963.09 |
| 4/22 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20190422MMQFMP9H000080<br>20190422B1QGC01R010459<br>04220914FT03 | 419.62 |
| 4/22 | Account Analysis Charge | 1,248.89 |
| 4/26 | Transfer to DDA<br>Acct No. ████ 8630 D | 77,972.35 |
| 4/30 | Transfer to DDA<br>Acct No. ████ 8630 D | 7,116.94 |

## CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|-------:|------|----------|-------:|------|----------|-------:|
| 4/11 | 25616  | 100.00    | 4/10 | 25634 | 2,215.50 | 4/16 | 25640 | 161.42   |
| 4/03 | 25629* | 1,420.40  | 4/09 | 25635 | 3,138.59 | 4/18 | 25641 | 329.57   |
| 4/09 | 25630  | 21,963.25 | 4/15 | 25636 | 71.28    | 4/23 | 25642 | 2,340.00 |
| 4/08 | 25631  | 1,336.67  | 4/12 | 25637 | 1,243.66 | 4/22 | 25643 | 500.00   |
| 4/09 | 25632  | 6,492.00  | 4/17 | 25638 | 1,862.91 |      |       |          |
| 4/05 | 25633  | 403.79    | 4/15 | 25639 | 256.06   |      |       |          |

(*) Check Numbers Missing

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007047

Debtor000441



**STATEMENT OF ACCOUNT**

Date 4/30/19          Page 4 of 6

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number *******8681**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 27,814.37 | 4/10 | 105,785.19 | 4/18 | 21,780.52 |
| 4/02 | 152,814.37 | 4/11 | 109,280.52 | 4/22 | 109,612.01 |
| 4/03 | 151,393.97 | 4/12 | 28,255.28 | 4/23 | 107,272.01 |
| 4/05 | 150,990.18 | 4/15 | 27,927.94 | 4/26 | 29,299.66 |
| 4/08 | 143,085.98 | 4/16 | 20,803.43 | 4/30 | 24,808.94 |
| 4/09 | 108,546.07 | 4/17 | 18,940.52 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007048

Debtor000442

697

# IBERIABANK

Account Number *******8681



| | | |
|---|---|---|
| #25616 | 4/11/19 | $100.00 |
| #25633 | 4/5/19 | $403.79 |
| #25629 | 4/3/19 | $1420.40 |
| #25634 | 4/10/19 | $2215.50 |
| #25630 | 4/9/19 | $21963.25 |
| #25635 | 4/9/19 | $3138.59 |
| #25631 | 4/8/19 | $1336.67 |
| #25636 | 4/15/19 | $71.28 |
| #25632 | 4/9/19 | $6492.00 |
| #25637 | 4/12/19 | $1243.66 |

017400

# iBERIABANK

Account Number *******8681



#25638       4/17/19       $1862.91



#25643       4/22/19       $500.00



#25639       4/15/19       $256.06



#25640       4/16/19       $161.42



#25641       4/18/19       $329.57



#25642       4/23/19       $2340.00



## STATEMENT OF ACCOUNT

Date 5/31/19                Page 1 of 4

16293 114397 R P0 T0



016293

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com

---

### COMMERCIAL CHECKING ANALYSIS

**ACCOUNT NUMBER *******8681**

| | | | |
|---|---|---|---|
| Previous Balance | 24,808.94 | Statement Dates | 5/01/19 thru 6/02/19 |
| 4 Deposits/Credits | 75,717.35 | Days this Statement Period | 33 |
| 12 Checks/Debits | 100,526.29 | Average Ledger Balance | 8,013.36 |
| Service Charge | .00 | Average Collected Balance | 8,013.36 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/10 | Return Item Credit 25646 | 31,767.50 |
| 5/20 | From DDA *8665,To DDA *8681 | 1,182.98 |
| 5/24 | Return Item Credit 25647 | 42,627.50 |
| 5/28 | Return Item Credit 25648 | 139.37 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | Wire Transfer Debit<br>John D Tomaszewski | 441.67 |
| | JPMCHASE TEXAS<br>20190501MMQFMP9H000774<br>20190501B1QGC01R030044<br>05011106FT03 | |
| 5/08 | From DDA *8681,To DDA *6089 | 5,000.00 |
| 5/14 | P CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 8,142.24 |
| 5/15 | Checking Withdrawal | 2,500.00 |
| 5/15 | Transfer to DDA<br>Acct No.        8630 D | 3,416.40 |
| 5/16 | Transfer to DDA<br>Acct No.        8630 D | 2,682.41 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00009973

Debtor000445

700



Page 2 of 4

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

BANK BALANCE SHOWN ON THIS STATEMENT           $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)           $ _____

## TOTAL           $ _____

## SUBTRACT—

CHECKS OUTSTANDING           $ _____

## BALANCE           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000446



# STATEMENT OF ACCOUNT

Date 5/31/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8681

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 5/20 | Account Analysis Charge | 1,182.98 |



016293

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/01 | 25644 | 2,100.04 | 5/10 | 25646 | 31,767.50 | 5/28 | 25648 | 139.37 |
| 5/02 | 25645 | 526.18 | 5/24 | 25647 | 42,627.50 | | | |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 22,267.23 | 5/14 | 8,598.81 | 5/24 | .00 |
| 5/02 | 21,741.05 | 5/15 | 2,682.41 | 5/28 | .00 |
| 5/08 | 16,741.05 | 5/16 | .00 | | |
| 5/10 | 16,741.05 | 5/20 | .00 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00009975

# IBERIABANK

Account Number *******8681



#0     5/15/19     $2500.00



#25648     5/28/19     $139.37



#25644     5/1/19     $2100.04



#25645     5/2/19     $526.18



#25646     5/10/19     $31767.50



#25647     5/24/19     $42627.50



## STATEMENT OF ACCOUNT

Date 6/28/19                    Page 1 of 4

16172 114856 R P0 T0



GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

016172



016172

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
**iberiabank.com**

---

**COMMERCIAL CHECKING ANALYSIS**                    **ACCOUNT NUMBER *******8681**

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 6/03/19 thru 6/30/19 |
| 13 Deposits/Credits | 97,603.52 | Days this Statement Period | 28 |
| 11 Checks/Debits | 83,403.52 | Average Ledger Balance | 1,798.00 |
| Service Charge | .00 | Average Collected Balance | 1,617.06 |
| Interest Paid | .00 | | |
| Current Balance | 14,200.00 | | |

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 6/10 | Deposit | 5,066.30 |
| 6/12 | Transfer from DDA Acct No.     8630 D | 66.30 |
| 6/13 | From DDA *8665,To DDA *8681,To cover FedEx check | 256.12 |
| 6/14 | From DDA *6089,To DDA *8681 | 2,737.02 |
| 6/14 | From DDA *8665,To DDA *8681,Carlo check 25662 | 2,739.22 |
| 6/17 | VERIFYBANK PAYPAL PPD | .01 |
| 6/17 | VERIFYBANK PAYPAL PPD | .03 |
| 6/17 | TRANSFER  PAYPAL PPD | 26,091.95 |
| 6/19 | From DDA *8665,To DDA *8681,Cover GG check 25656 | 3,562.08 |
| 6/21 | From DDA *8665,To DDA *8681,Bank charge | 1,709.13 |
| 6/28 | From DDA *8665,To DDA *8681,Goldstein and Grace reimb | 4,200.00 |
| 6/28 | From DDA *8665,To DDA *8681 | 10,000.00 |
| 6/28 | From DDA *8665,To DDA *8681 | 41,175.36 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006117

Debtor000449



Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000450



# IBERIABANK

## STATEMENT OF ACCOUNT

Date 6/28/19     Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

### WITHDRAWALS AND DEBITS



| Date | Description | Amount |
|------|-------------|-------:|
| 6/11 | Transfer to DDA<br>Acct No. ████8630 D | 66.30 |
| 6/11 | From DDA *8681,To DDA *8665 | 5,000.00 |
| 6/14 | P CARD PMT IBERIA<br>CCD  GULF COAST ASPHALT CB | 2,737.02 |
| 6/17 | VERIFYBANK PAYPAL<br>PPD | .04 |
| 6/18 | From DDA *8681,To DDA *8665 | 25,000.00 |
| 6/20 | Account Analysis Charge | 1,709.13 |
| 6/21 | Transfer to DDA<br>Acct No. ████8630 D | 1,158.25 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|-------:|------|----------|-------:|
| 6/14 | 25653 | 256.12 | 6/17 | 25662* | 2,739.22 |
| 6/21 | 25656* | 3,562.08 | 6/27 | 25669* | 41,175.36 |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 6/03 | .00 | 6/14 | 2,805.52 | 6/21 | .00 |
| 6/10 | 5,066.30 | 6/17 | 26,158.25 | 6/27 | 41,175.36 |
| 6/11 | .00 | 6/18 | 1,158.25 | 6/28 | 14,200.00 |
| 6/12 | 66.30 | 6/19 | 4,720.33 | | |
| 6/13 | 322.42 | 6/20 | 3,011.20 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00006119



Account Number *******8681



#25653          6/14/19          $256.12



#25656          6/21/19          $3562.08



#25662          6/17/19          $2739.22



#25669          6/27/19          $41175.36

00006120

Debtor000452

707



STATEMENT OF ACCOUNT

Date 7/31/19                                    Page 1 of 5

18835 115023 R P0 T0

018835
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


018835

 

**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

**24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 14,200.00 | Statement Dates | 7/01/19 thru 7/31/19 |
| 11 Deposits/Credits | 167,806.87 | Days this Statement Period | 31 |
| 19 Checks/Debits | 181,785.56 | Average Ledger Balance | 1,655.92 |
| Service Charge | .00 | Average Collected Balance | 1,655.92 |
| Interest Paid | .00 | | |
| Current Balance | 221.31 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/08 | From DDA *8630,To DDA *8681 | 7,991.57 |
| 7/09 | Return Item Credit 25673 | 35,317.50 |
| 7/12 | Return Item Credit 25658 | 1,862.91 |
| 7/12 | Return Item Credit 25673 | 35,317.50 |
| 7/15 | From DDA *6089,To DDA *8681,cr edit card | 3,006.87 |
| 7/17 | Return Item Credit 25658 | 1,862.91 |
| 7/19 | From DDA *8665,To DDA *8681,Ca rlo expense check | 1,158.35 |
| 7/25 | Return Item Credit 25676 | 22,635.88 |
| 7/29 | Return Item Credit 25674 | 35,317.50 |
| 7/30 | Return Item Credit 25676 | 22,635.88 |
| 7/30 | From DDA *6089,To DDA *8681 | 700.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/05 | Transfer to DDA Acct No. ████ 8630 D | 8,123.57 |
| 7/15 | P CARD PMT IBERIA CCD GULF COAST ASPHALT CB | 3,006.87 |
| 7/22 | Account Analysis Charge | 1,375.54 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001489



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000454



**STATEMENT OF ACCOUNT**

Date 7/31/19          Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8681**

**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/08 | 25652 | 2,673.34 | 7/16 | 25668* | 925.78 | 7/29 | 25674 | 35,317.50 |
| 7/05 | 25655* | 566.00 | 7/08 | 25670* | 161.42 | 7/19 | 25675 | 1,158.35 |
| 7/12 | 25658* | 1,862.91 | 7/01 | 25671 | 1,957.15 | 7/25 | 25676 | 22,635.88 |
| 7/17 | 25658* | 1,862.91 | 7/01 | 25672 | 3,553.28 | 7/30 | 25676* | 22,635.88 |
| 7/08 | 25660* | 3,088.12 | 7/09 | 25673 | 35,317.50 |  |  |  |
| 7/08 | 25666* | 246.06 | 7/12 | 25673* | 35,317.50 |  |  |  |




(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 8,689.57 | 7/15 | 1,822.63 | 7/25 | 478.69 |
| 7/05 | .00 | 7/16 | 896.85 | 7/29 | 478.69 |
| 7/08 | 1,822.63 | 7/17 | 896.85 | 7/30 | 221.31 |
| 7/09 | 1,822.63 | 7/19 | 896.85 |  |  |
| 7/12 | 1,822.63 | 7/22 | 478.69 |  |  |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001491

Debtor000455

710

# iBERIABANK

Account Number *******8681



| #25652 | 7/8/19 | $2673.34 |
| #25666 | 7/8/19 | $246.06 |
| #25655 | 7/5/19 | $566.00 |
| #25668 | 7/16/19 | $925.78 |
| #25658 | 7/17/19 | $1862.91 |
| #25670 | 7/8/19 | $161.42 |
| #25658 | 7/12/19 | $1862.91 |
| #25671 | 7/1/19 | $1957.15 |
| #25660 | 7/8/19 | $3088.12 |
| #25672 | 7/1/19 | $3553.28 |

00001492

Debtor000456

711

# iBERIABANK

Account Number *******8681



#25673      7/12/19      $35317.50



#25676      7/30/19      $22635.88


018835



#25673      7/9/19      $35317.50



#25674      7/29/19      $35317.50



#25675      7/19/19      $1158.35



#25676      7/25/19      $22635.88

00001493

Debtor000457



## STATEMENT OF ACCOUNT

Date 8/30/19         Page 1 of 5

19671 115479 R P0 T0

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
019671   HOUSTON TX 77056



**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com



| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 221.31 | Statement Dates | 8/01/19 thru 9/02/19 |
| 5 Deposits/Credits | 45,036.22 | Days this Statement Period | 33 |
| 19 Checks/Debits | 43,382.77 | Average Ledger Balance | 19,764.50 |
| Service Charge | .00 | Average Collected Balance | 19,764.50 |
| Interest Paid | .00 | | |
| Current Balance | 1,874.76 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | From DDA *8665,To DDA *8681,To cover Carlo exp check | 445.20 |
| 8/06 | From DDA *8665,To DDA *8681,To cover checks 8 9 19 | 43,026.18 |
| 8/16 | Transfer from DDA Acct No. ████8630 D | 1,052.08 |
| 8/19 | Transfer from DDA Acct No. ████8630 D | 450.00 |
| 8/26 | Transfer from DDA Acct No. ████8630 D | 62.76 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/20 | Account Analysis Charge | 1,362.76 |
| 8/26 | From DDA *8681,To DDA *8665 | 350.00 |
| 8/27 | Checking Withdrawal | 9,000.00 |
| 8/30 | From DDA *8681,To DDA *8665 | 12,500.00 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/13 | 25649 | 36.98 | 8/12 | 25663* | 259.80 | 8/19 | 25679* | 139.37 |
| 8/08 | 25654* | 6,797.44 | 8/06 | 25677* | 445.20 | 8/09 | 25680 | 1,399.17 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00002929

Debtor000459



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

### CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000460



**STATEMENT OF ACCOUNT**

Date 8/30/19          Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8681

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 8/08 | 25681 | 1,010.57 | 8/07 | 25684 | 33.77 | 8/09 | 25687 | 213.84 |
| 8/12 | 25682 | 599.78 | 8/09 | 25685 | 322.84 | 8/14 | 25688 | 259.80 |
| 8/13 | 25683 | 2,760.66 | 8/09 | 25686 | 395.79 | 8/15 | 25689 | 5,495.00 |



(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 221.31 | 8/12 | 32,214.49 | 8/20 | 23,662.00 |
| 8/05 | 666.51 | 8/13 | 29,416.85 | 8/26 | 23,374.76 |
| 8/06 | 43,247.49 | 8/14 | 29,157.05 | 8/27 | 14,374.76 |
| 8/07 | 43,213.72 | 8/15 | 23,662.05 | 8/30 | 1,874.76 |
| 8/08 | 35,405.71 | 8/16 | 24,714.13 | | |
| 8/09 | 33,074.07 | 8/19 | 25,024.76 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00002931

Debtor000461

715

# IBERIABANK

Account Number *******8681



| #0 | 8/27/19 | $9000.00 |
| #25649 | 8/13/19 | $36.98 |
| #25654 | 8/8/19 | $6797.44 |
| #25663 | 8/12/19 | $259.80 |
| #25677 | 8/6/19 | $445.20 |
| #25679 | 8/19/19 | $139.37 |
| #25680 | 8/9/19 | $1399.17 |
| #25681 | 8/8/19 | $1010.57 |
| #25682 | 8/12/19 | $599.78 |
| #25683 | 8/13/19 | $2760.66 |

00002932

Debtor000462

716

# IBERIABANK

Account Number *******8681







019671









| #25684 | 8/7/19 | $33.77 |
| #25685 | 8/9/19 | $322.84 |
| #25686 | 8/9/19 | $395.79 |
| #25687 | 8/9/19 | $213.84 |
| #25688 | 8/14/19 | $259.80 |
| #25689 | 8/15/19 | $5495.00 |

00002933

Debtor000463



# STATEMENT OF ACCOUNT

Date 9/30/19                    Page 1 of 2

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8681 | |
|---|---|---|---|
| Previous Balance | 1,874.76 | Statement Dates | 9/03/19 thru 9/30/19 |
| 1 Deposits/Credits | 249.76 | Days this Statement Period | 28 |
| 3 Checks/Debits | 1,346.10 | Average Ledger Balance | 1,431.56 |
| Service Charge | .00 | Average Collected Balance | 1,431.56 |
| Interest Paid | .00 | | |
| Current Balance | 778.42 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/17 | Transfer from DDA | 249.76 |
| | Acct No. ████████8630 D | |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/16 | P CARD PMT IBERIA | 25.00 |
| | CCD   GULF COAST ASPHALT CB | |
| 9/16 | Transfer to DDA | 249.76 |
| | Acct No. ████████8630 D | |
| 9/20 | Account Analysis Charge | 1,071.34 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/03 | 1,874.76 | 9/17 | 1,849.76 |
| 9/16 | 1,600.00 | 9/20 | 778.42 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000191

Debtor000465



Page 2 of 2

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                       $ _____

## SUBTRACT—

CHECKS OUTSTANDING      $ _____

## BALANCE                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member **FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000466



# STATEMENT OF ACCOUNT

Date 10/31/19          Page 1 of 4

17115 115949 R P0 T0



017115

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



017115

   **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

1-800-968-0801

   **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8681 | |
|---|---|---|---|
| Previous Balance | 778.42 | Statement Dates | 10/01/19 thru 10/31/19 |
| 2 Deposits/Credits | 50,191.00 | Days this Statement Period | 31 |
| 7 Checks/Debits | 76,022.16 | Average Ledger Balance | 6,174.32 |
| Service Charge | .00 | Average Collected Balance | 6,174.32 |
| Interest Paid | .00 | | |
| Current Balance | 25,052.74 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/17 | TRANSFER   PAYPAL PPD | 26,561.00 |
| 10/25 | TRANSFER   PAYPAL PPD | 23,630.00 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 10/18 | Wire Transfer Debit GEORGE M GRACE | 10,000.00 |
| | US JPMCHASE TEXAS 20191018MMQFMP9H001290 20191018B1QGC01R043250 10181327FT03 | |
| 10/18 | Wire Transfer Debit KEVIN BOSTON | 10,500.00 |
| | US JPMCHASE TEXAS 20191018MMQFMP9H000018 20191018B1QGC01R009039 10180801FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

**VITOL EXHIBIT**

**124.10**

Adv. No.: 21-06006 8/30/2022



**IBERIABANK**

Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000468



**STATEMENT OF ACCOUNT**

Date 10/31/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number *******8681


017115

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 10/21 | Telephone Transfer Debit | 528.98 |
| 10/21 | Account Analysis Charge | 674.00 |
| 10/28 | Wire Transfer Debit<br>GEORGE GRACE<br><br><br>JPMCHASE TEXAS<br>20191028MMQFMP9H000008<br>20191028B1QGC01R008615<br>10280801FT03 | 10,000.00 |
| 10/29 | Checking Withdrawal | 6,000.00 |

**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount |
|------|----------|--------|
| 10/31 | 25691 | 38,319.18 |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 778.42 | 10/21 | 5,636.44 | 10/29 | 13,266.44 |
| 10/17 | 27,339.42 | 10/25 | 29,266.44 | 10/31 | 25,052.74 |
| 10/18 | 6,839.42 | 10/28 | 19,266.44 | | |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000223

Debtor000469

722



Account Number *******8681



#0        10/29/19        $6000.00



#25691        10/31/19        $38319.18

00000224

Debtor000470

723



# STATEMENT OF ACCOUNT

Date 11/29/19          Page 1 of 4



80895 116335 **AUTOALL FOR AADC 773 R P6 T216

**GULF COAST ASPHALT COMPANY LLC**
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

080895



**24-hr Phone Banking**
1-800-968-0801
**Customer Service**
1-800-682-3231



**24-hr Online Banking**
iberiabank.com


080895

**IMPORTANT INFORMATION** Great news. In early December, we will be enhancing our Telephone Banking system. NOTE: You will have to re establish your access code the first time you call.

## COMMERCIAL CHECKING ANALYSIS          ACCOUNT NUMBER *******8681

| | | | |
|---|---|---|---|
| Previous Balance | 25,052.74 | Statement Dates | 11/01/19 thru 12/01/19 |
| 4 Deposits/Credits | 68,746.40 | Days this Statement Period | 31 |
| 7 Checks/Debits | 43,693.66 | Average Ledger Balance | 4,294.83 |
| Service Charge | .00 | Average Collected Balance | 4,294.83 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/31 | Return Item Credit 25691 | 38,319.18 |
| 11/01 | TRANSFER   PAYPAL PPD | 30,240.00 |
| 11/05 | Closing entry   Deposited Acct No.        8665 | 19.70 |
| 11/05 | Closing entry   Deposited Acct No.        6873 | 167.52 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 11/01 | ST OF ILLINOIS LEVY CK#784475 | 94.87 |
| 11/01 | LEGAL PROCESS | 75.00 |
| 11/04 | Wire Transfer Debit Hall Maines Lugrin, PC | 38,319.18 |
| | FROST BANK SAN ANTONIO        TX FOR CHECK NO. 25691 20191104MMQFMP9H000424 20191104K4QLA01C000495 11041048FT03 | |
| 11/06 | Closing entry   zero balance | 791.53 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000435



Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT         $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)         $ _____

### TOTAL         $ _____

### SUBTRACT—

CHECKS OUTSTANDING         $ _____

### BALANCE         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000472

725



**STATEMENT OF ACCOUNT**

Date 11/29/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number *******8681

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 11/06 | Account Analysis Charge | 429.08 |
| 11/06 | Account Analysis Charge | 438.08 |



**CHECKS IN NUMERICAL ORDER**

| Date | Check No | Amount |
|------|----------|--------|
| 11/04 | 25692 | 3,545.92 |

(*) Check Numbers Missing

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/01 | 43,336.57 | 11/05 | 1,658.69 |
| 11/04 | 1,471.47 | 11/06 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000437

Debtor000473



Account Number *******8681



#25692                    11/4/19                    $3545.92

00000438

Debtor000474

727

STATEMENT OF ACCOUNT

# **IBERIA**BANK

GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/17      Page    1
Account Number    *******8630

---

-------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                                              2
Account Number               *******8630   Statement Dates  1/01/17 thru  1/31/17
Previous Balance                     .00   Days this Statement Period         31
    6 Deposits/Credits          98,463.52   Average Ledger                 746.97
    8 Checks/Debits             98,463.52   Average Collected              746.97
Service Charge                       .00
Interest Paid                        .00
Current Balance                      .00

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | Transfer Credit | 6,461.54 |
| 1/04 | Transfer Credit | 35,870.74 |
| 1/09 | Transfer from DDA | 6,204.02 |
|      | Acct No.          ███████8681-D | |
| 1/13 | Transfer from DDA | 936.32 |
|      | Acct No.          ███████8681-D | |
| 1/18 | Transfer Credit | 48,975.53 |
| 1/30 | Transfer from DDA | 15.37 |
|      | Acct No.          ███████8681-D | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | RST TRAC I MASSACHUSETTS MU | 6,461.54- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 1/04 | DRAFT      COASTAL HUMAN RE | 35,870.74- |
|      | CCD    GULF COAST ASPHALT COM | |
| 1/09 | RST TRAC I MASSACHUSETTS MU | 4,263.16- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 1/18 | DRAFT      COASTAL HUMAN RE | 44,602.74- |
|      | CCD    GULF COAST ASPHALT COM | |
| 1/23 | RST TRAC I MASSACHUSETTS MU | 4,188.16- |
|      | CCD    GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000475

# **iBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY) $ _____

## TOTAL $ _____

## SUBTRACT—

CHECKS OUTSTANDING $ _____

## BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your statement) as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000476

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/17     Page    2
Account Number   *******8630

---

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/30 | DRAFT     COASTAL HUMAN RE | 200.00- |
|      | CCD   GULF COAST ASPHALT COM | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 1/13 | 11776 | 936.32 | 1/09 | 11777 | 1,940.86 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | .00 | 1/09 | .00 | 1/23 | 184.63 |
| 1/03 | .00 | 1/13 | .00 | 1/30 | .00 |
| 1/04 | .00 | 1/18 | 4,372.79 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000477



Account Number    *******8630

Page 3



#11776    01/13/17    $936.32



#11777    01/09/17    $1940.86

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
004225 HOUSTON TX 77056

Date  2/28/17      Page   1
Account Number    ******8630



---------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                        0
Account Number              ******8630   Statement Dates   2/01/17 thru  2/28/17
Previous Balance                   .00   Days this Statement Period         28
     7 Deposits/Credits     155,271.17   Average Ledger                19,456.06
     5 Checks/Debits        105,502.81   Average Collected             19,456.06
Service Charge                     .00
Interest Paid                      .00
Current Balance              49,768.36

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 2/01 | Transfer Credit | 5,505.47 |
| 2/01 | Transfer Credit | 50,585.68 |
| 2/06 | Transfer Credit | 185.00 |
| 2/10 | Transfer Credit | 52,000.00 |
| 2/23 | Transfer Credit | 26,150.20 |
| 2/28 | Transfer Credit | 1,025.83 |
| 2/28 | Transfer Credit | 19,818.99 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 2/01 | RST TRAC I MASSACHUSETTS MU | 6,366.66- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 2/01 | DRAFT    COASTAL HUMAN RE | 44,219.02- |
|      | CCD   GULF COAST ASPHALT COM | |
| 2/06 | RST TRAC I MASSACHUSETTS MU | 5,690.09- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 2/15 | DRAFT    COASTAL HUMAN RE | 43,417.57- |
|      | CCD   GULF COAST ASPHALT COM | |
| 2/22 | RST TRAC I MASSACHUSETTS MU | 5,809.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003097

Debtor000479

# **iBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                         $ _____

## TOTAL                                     $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

 Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written) ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account at the end of your billing cycle, which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000480

STATEMENT OF ACCOUNT

# **IBERIA**BANK

GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 2/28/17    Page    2
Account Number   *******8630

---

 COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 5,505.47 | 2/15 | 8,582.81 | 2/28 | 49,768.36 |
| 2/06 | .38 | 2/22 | 2,773.34 | | |
| 2/10 | 52,000.38 | 2/23 | 28,923.54 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003099

Debtor000481

STATEMENT OF ACCOUNT

# IBERIABANK



```
        TO PLO R                                    Date  3/31/17      Page    1
        GULF COAST ASPHALT COMPANY LLC              Account Number    ******8630
        PAYROLL ACCOUNT
        1990 POST OAK BLVD SUITE 2400
004413  HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT --------------------------------

COMMERCIAL CHECKING ANALYSIS                                                 0
Account Number              ******8630   Statement Dates   3/01/17 thru  4/02/17
Previous Balance             49,768.36   Days this Statement Period        33
    3 Deposits/Credits      100,000.00   Average Ledger               30,135.70
    5 Checks/Debits         142,369.11   Average Collected            30,135.70
Service Charge                     .00
Interest Paid                      .00
Current Balance               7,399.25
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/03 | Transfer Credit | 49,000.00 |
| 3/09 | Transfer Credit | 1,000.00 |
| 3/24 | Transfer Credit | 50,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | DRAFT       COASTAL HUMAN RE | 43,883.89- |
|      | CCD    GULF COAST ASPHALT COM | |
| 3/06 | RST TRAC I MASSACHUSETTS MU | 5,884.47- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 3/15 | DRAFT       COASTAL HUMAN RE | 43,395.64- |
|      | CCD    GULF COAST ASPHALT COM | |
| 3/20 | RST TRAC I MASSACHUSETTS MU | 5,809.47- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 3/29 | DRAFT       COASTAL HUMAN RE | 43,395.64- |
|      | CCD    GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 49,768.36 | 3/06 | 49,000.00 | 3/20 | 794.89 |
| 3/02 | 5,884.47 | 3/09 | 50,000.00 | 3/24 | 50,794.89 |
| 3/03 | 54,884.47 | 3/15 | 6,604.36 | 3/29 | 7,399.25 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008661

Debtor000483

# **i**BERIA**BANK**

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY) $ _____

## TOTAL                $ _____

## SUBTRACT—

CHECKS OUTSTANDING $ _____

## BALANCE            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000484

# IBERIABANK

**NOTICE OF CHANGE -** We are providing you with notice of changes to the Terms and Conditions of your account with us followed by a notice of a change to the Visa® zero liability rule.

Effective 21 calendar days after we send this notice to you, your account(s) shall be governed by the following Terms and Conditions. Continued use of your account(s) after receipt of these Terms and Conditions constitutes acceptance of, and agreement to, the Terms and Conditions.

## TERMS AND CONDITIONS
## OF YOUR ACCOUNT

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

 Your account is governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state in which the branch office where you opened your account is located. If you did not open your account in person at a branch office, but through the mail, by phone, or over the internet and you reside, or maintain a residence, in a state where the Bank operates a branch office, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state where the branch office is located. If you do not reside, or maintain a residence in a state where the Bank operates a branch office and you opened your account through the mail, by phone, or over the internet, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state of Louisiana. These choice of law provisions are to apply without giving effect to any choice of law rules that may require the application of the laws of another jurisdiction. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Throughout this document, when a provision is identified as being applicable to a certain state (for example, "in Louisiana"), it means that the provision is only applicable if your account is held at a branch located in that particular state. Any provision which is not described as applying to a particular state, applies to your account.

In Louisiana, Alabama, Florida, and Texas, "Party" means a person who, by the terms of an account, has a present right, subject to request, to payment from the account other than as a beneficiary or agent.

**In Louisiana, LIABILITY-** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (in solido) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs

and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**In Alabama, Arkansas, Florida, Georgia, Tennessee, and Texas, LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in your presence.

**WITHDRAWALS -**

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

Debtor000485

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money, which may be more than the actual amount of your purchase. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be subtracted from the actual amount of your purchase, but it may be up to three days before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

Here is an example of how this can occur – assume for this example the following: (1) you have opted-in to our overdraft services for the payment of overdrafts on ATM and everyday debit card transactions, (2) we pay the overdraft, and (3) our overdraft fee is $35 per overdraft, but we do not charge the overdraft fee if the transaction overdraws the account by less than $10.



You have $120 in your account. You swipe your card at the card reader on a gasoline pump. Since it is unclear what the final bill will be, the gas station's processing system immediately requests a hold on your account in a specified amount, for example, $80. Our processing system authorizes a temporary hold on your account in the amount of $80, and the gas station's processing system authorizes you to begin pumping gas. You fill your tank and the amount of gasoline you purchased is only $50. Our processing system shows that you have $40 in your account available for other transactions ($120 - $80 = $40) even though you would have $70 in your account available for other transactions if the amount of the temporary hold was equal to the amount of your purchase ($120 - $50 = $70). Later, another transaction you have authorized is presented for payment from your account in the amount of $60 (this could be a check you have written, another debit card transaction, an ACH debit or any other kind of payment request). This other transaction is presented before the amount of the temporary hold is adjusted to the amount of your purchase (remember, it may take up to three days for the adjustment to be made). Because the amount of this other transaction is greater than the amount our processing system shows is available in your account, your payment of this transaction will result in an overdraft transaction. Because the transaction overdraws your account by $20, your account will be assessed the overdraft fee of $35 according to our overdraft fee policy. You will be charged this $35 fee according to our policy even though you would have had enough money in your account to cover the $60 transaction if your account had only been debited the amount of your purchase rather than the amount of the temporary hold or if the temporary hold had already been adjusted to the actual amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**In Louisiana, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as

to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account -** This is an account in the names of two or more persons. Any one of such persons, acting alone, has complete access to the account. Upon the death of any party to such account, we are permitted to pay the account balance to the surviving parties, but this authority protects us only. The surviving joint parties may be liable to the heirs, legatees, or creditors of the deceased party to the extent the funds withdrawn by the survivors were owed to the deceased. If any party to a joint account sends notice to us to prevent withdrawals from the account by another party or parties, we may require the party to withdraw the balance and close the account or we may refuse to allow any further withdrawals from the account except upon the written consent of all parties to it. The remedy we choose is entirely at our discretion.

**Revocable Trust or Pay-on-Death Account -** If two or more of you create such an account, you own the account jointly and the respective interests of each of you shall be deemed equal, unless otherwise stated in our account records. Beneficiaries acquire the right to withdraw only if: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, unless otherwise stated in our account records. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Alabama, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Parties own account during the lifetime of all parties in proportion to their net contributions, unless there is clear and convincing evidence of a different intent.

**In Alabama, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Arkansas, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Pay-On-Death Account -** If two or more of you create such an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, with right of survivorship. The person(s) creating this account type reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Florida, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Such an account is payable on request to one or more of two or more parties, whether or not a right of survivorship is mentioned.

2

Debtor000486

738

**Multiple-Party Account - Tenancy by the Entireties -** The account is owned by two parties who are married to each other and hold the account as tenants by the entirety.

**In Florida, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to the surviving party or parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Georgia and Tennessee, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Texas, UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE -** The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts. You may choose to designate one or more convenience signers on an account, even if the account is not a convenience account. A designated convenience signer may make transactions on your behalf during your lifetime, but does not own the account during your lifetime. The designated convenience signer owns the account on your death only if the convenience signer is also designated as a P.O.D. payee or trust account beneficiary.

**Single-Party Account Without "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Single-Party Account With "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes to the P.O.D. beneficiaries of the account. The account is not a part of the party's estate.

**Multiple-Party Account Without Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Multiple-Party Account With Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes to the surviving parties.

**Multiple-Party Account With Right of Survivorship and "P.O.D." (Payable on Death) Designation -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of the last surviving party, the ownership of the account passes to the P.O.D. beneficiaries.

**Convenience Account -** The parties to the account own the account. One or more convenience signers to the account may make account transactions for a party. A convenience signer does not own the account. On the death of the last surviving party, ownership of the account passes as a part of the last surviving party's estate under the last surviving party's will or by intestacy. The financial institution may pay funds in the account to a convenience signer before the financial institution receives notice of the death of the last surviving party. The payment to a convenience signer does not affect the parties' ownership of the account.

**Trust Account -** The parties named as trustees to the account own the account in proportion to the parties' net contributions to the account. A trustee may withdraw funds from the account. A beneficiary may not withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees.



**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In Louisiana, Alabama, Georgia, and Tennessee, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Florida, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law, it must be made in a signed and dated writing, and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Arkansas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about these rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Texas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law; it must be made in a dated, authenticated record that describes the item with certainty. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). We must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.



You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice you give us is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**In Louisiana, Alabama, Arkansas, Florida, and Georgia, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Tennessee, STATEMENTS - Your duty to report unauthorized signatures, alterations, forgeries and other errors -** You must examine your statement of account with "reasonable promptness." In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. If you discover (or reasonably should have discovered) any unauthorized signatures, alterations, incorrect payment amounts, or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith. The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and items and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations, forgeries, incorrect payment amounts, missing or incorrectly credited deposits, or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used good faith. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Texas, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

4

Debtor000488

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**In Louisiana, Alabama, Arkansas, Georgia, and Tennessee, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Florida, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

The funds in joint accounts, including accounts owned as tenants by the entireties, may be set off by us for any individual or joint debt of any person having withdrawal rights. To the extent that setoff of funds in an account owned by husband and wife as tenants by the entireties would ordinarily not be permitted by law for a debt of only one of the spouses, both spouses and all persons having rights of withdrawal hereby waive that right and consent to setoff for either an individual or joint debt owed by one or both of them to this bank. This waiver and consent applies to debts on which any one of you is liable, whether jointly with another, individually, or those on which you are secondarily liable.



This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Texas, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) the debt is created by a home equity loan, or (e) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Louisiana, AUTHORIZED SIGNER (Agent) (Individual Accounts only) -** A single individual is the owner. The authorized signer (hereinafter "agent") is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Alabama, AGENCY (Power of Attorney) DESIGNATION (Single-Party Accounts only) -** A single individual is the owner. The agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Arkansas, AGENCY (POWER OF ATTORNEY) DESIGNATION -** Agents may make account transactions on behalf of the parties, but have no ownership or rights at death unless named as Pay-on-Death beneficiaries. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Florida, CONVENIENCE ACCOUNT AGENT (Single-Party Accounts only) -** A convenience account, as defined by Florida law, means a deposit account other than a certificate of deposit, in the name of one individual, in which one or more individuals have been designated as agent with the right to make deposits to and withdraw funds from or draw checks on such account on the owner's behalf. A single individual is the owner, and the agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of a convenience account agent.

**In Georgia, AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In Tennessee, ADDITIONAL AUTHORIZED SIGNATORY (Individual Accounts only) -** A single individual is the owner. The additional authorized signatory is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the additional authorized signatory may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the additional authorized signatory. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the additional authorized signatory until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an additional authorized signatory.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

Debtor000489

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within 1½″ of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within 1½″ of that edge.





It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

• Your consent is limited to this account, and as authorized by applicable law and regulations.

• Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

Debtor000490

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

## NOTICE OF CHANGE IN VISA ZERO LIABILITY RULE

A change in the Visa Core Rules revises the circumstances under which you have zero liability for unauthorized electronic fund transfers. The change is highlighted in bold italics type in the next two sentences. Under the new Visa rule, you will not be liable for any transactions using a lost or stolen Visa card unless you have been *negligent* or engaged in fraud. Under the previous rule, you are not liable for any transaction using a lost or stolen Visa card unless you were *grossly negligent* or engaged in fraud. This change becomes effective 21 days after you receive this notice.

Whether conduct is negligent depends on the circumstances and is subject to interpretation. However, negligence is generally considered to be the failure to use such care as a reasonably prudent person would have exercised in a similar situation. Negligence is more careful conduct than gross negligence.

As a result of the Visa rule change, you have to use a higher degree of care to have zero liability for unauthorized transactions than you had to exercise under the previous Visa rule.

Here is the disclosure of your liability for unauthorized electronic fund transfers, effective 21 days after you receive this notice —

**UNAUTHORIZED TRANSFERS**

**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

• *Additional Limit on Liability for Debit VISA® Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Debit VISA® Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card or code has been lost or stolen, call or write us at the telephone number or address listed below. You should also call the number or write to the address listed below if you believe a transfer has been made using the information from your check without your permission.

IBERIABANK

12719 CANTRELL ROAD, SUITE 103

LITTLE ROCK, AR 72223

Phone: 800-682-3231

200668917-010

© 2016 Wolters Kluwer Financial Services – Bankers Systems™ Form CN-TC-REGE 12/1/2016 Custom TCM-20t

Debtor000491

---

STATEMENT OF ACCOUNT

---

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

002736

Date  4/28/17     Page   1
Account Number     ******8630



---

------------------------- **CHECKING ACCOUNT** -------------------------

**COMMERCIAL CHECKING ANALYSIS**                                    0
Account Number            ******8630    Statement Dates   4/03/17 thru  4/30/17
Previous Balance           7,399.25     Days this Statement Period        28
    4 Deposits/Credits    188,950.53    Average Ledger               2,589.52
    5 Checks/Debits       189,155.69    Average Collected            2,589.52
Service Charge                  .00
Interest Paid                   .00
Current Balance            7,194.09

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/12 | Transfer Credit | 61,659.21 |
| 4/13 | Transfer Credit | 5,884.47 |
| 4/26 | Transfer from DDA | 57,106.38 |
|      | Acct No.         ████████8681-D | |
| 4/27 | Transfer Credit | 64,300.47 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | RST TRAC I MASSACHUSETTS MU | 5,809.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 4/12 | DRAFT     COASTAL HUMAN RE | 63,248.99- |
|      | CCD   GULF COAST ASPHALT COM | |
| 4/18 | RST TRAC I MASSACHUSETTS MU | 5,884.47- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 4/26 | DRAFT     COASTAL HUMAN RE | 57,106.38- |
|      | CCD   GULF COAST ASPHALT COM | |
| 4/27 | From DDA *8630,To DDA *8681,co | 57,106.38- |
|      | ver sweep from Oper | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 1,589.78 | 4/13 | 5,884.47 | 4/26 | .00 |
| 4/12 | .00 | 4/18 | .00 | 4/27 | 7,194.09 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001529

Debtor000493

# ⅠBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                   $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                            $ _____

## TOTAL                           $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

    1) Tell us your name and account number.
    2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have
use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account
used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up
all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily
periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the
billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account
and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate
the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ-
ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your statement). If the New Balance is less than
or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to
make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically
deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed
to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch
office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We
must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount
  in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as
  delinquent or take any action to collect the amount you question.

Debtor000494

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                    Date  5/31/17      Page    1
                                    Account Number    *******8630
GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                            0
Account Number          *******8630    Statement Dates   5/01/17 thru  5/31/17
Previous Balance          7,194.09     Days this Statement Period        31
   3 Deposits/Credits   147,911.83     Average Ledger               4,382.82
   5 Checks/Debits      155,105.92     Average Collected            4,382.82
Service Charge                 .00
Interest Paid                  .00
Current Balance                .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/10 | Transfer Credit | 66,222.13 |
| 5/15 | Transfer Credit | 8,047.95 |
| 5/23 | Transfer Credit | 73,641.75 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/03 | RST TRAC I MASSACHUSETTS MU | 7,194.09- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 5/10 | DRAFT     COASTAL HUMAN RE | 66,222.13- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/15 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 5/24 | DRAFT     COASTAL HUMAN RE | 65,668.80- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/30 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 7,194.09 | 5/15 | .00 | 5/30 | .00 |
| 5/03 | .00 | 5/23 | 73,641.75 | | |
| 5/10 | .00 | 5/24 | 7,972.95 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000495

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1)Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account, less any prior closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
•   Your name and account number.
•   The dollar amount of the suspected error.
•   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000496

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date  6/30/17      Page    1
                                         Account Number    *******8630
GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
      ---------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                                 0
Account Number              *******8630   Statement Dates   6/01/17 thru  7/02/17
Previous Balance                    .00   Days this Statement Period         32
     5 Deposits/Credits       147,788.25  Average Ledger                3,497.54
     3 Checks/Debits          139,815.30  Average Collected             3,497.54
Service Charge                      .00
Interest Paid                       .00
Current Balance                7,972.95
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/07 | Transfer from DDA | 66,137.31 |
|      | Acct No.     8681-D | |
| 6/08 | Transfer Credit | 8,047.95 |
| 6/21 | Transfer Credit | 19,630.04 |
| 6/21 | Transfer Credit | 46,000.00 |
| 6/23 | Transfer Credit | 7,972.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/07 | DRAFT     COASTAL HUMAN RE | 66,137.31- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/12 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 6/21 | DRAFT     COASTAL HUMAN RE | 65,630.04- |
|      | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | .00 | 6/08 | 8,047.95 | 6/21 | .00 |
| 6/07 | .00 | 6/12 | .00 | 6/23 | 7,972.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000497

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                    $ _____

## TOTAL                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account, on the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000498

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  7/31/17     Page    1
                                          Account Number   *******8630

     GULF COAST ASPHALT COMPANY LLC
     PAYROLL ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

Change in terms: Effective September 1, 2017, deposit accounts with no transaction
activity and a zero balance for 30 consecutive days may be closed.

---------------------------- CHECKING ACCOUNT -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                            2
```
Account Number            *******8630  Statement Dates   7/03/17 thru 7/31/17
Previous Balance            7,972.95    Days this Statement Period       29
    5 Deposits/Credits    164,287.77    Average Ledger              14,847.30
    6 Checks/Debits       164,287.77    Average Collected           14,847.30
Service Charge                   .00
Interest Paid                    .00
Current Balance             7,972.95
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/05 | Transfer Credit | 84,191.12 |
| 7/19 | Transfer Credit | 68,292.73 |
| 7/20 | DRAFT      COASTAL HUMAN RE | 1,912.93 |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/25 | Transfer from DDA | 1,918.04 |
|      | Acct No.        8681-D | |
| 7/27 | Transfer Credit | 7,972.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/07 | DRAFT      COASTAL HUMAN RE | 69,256.66- |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/17 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 7/17 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 7/19 | DRAFT      COASTAL HUMAN RE | 68,292.73- |
|      | CCD   GULF COAST ASPHALT COM | |

### Checks in Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 7/10 | 11779 | 6,886.51 | 7/25 | 11781* | 3,830.97 |

(*) Check Numbers Missing

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000499

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit (less advances, and subtract any payments or credits). The New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000500

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC       Date 7/31/17    Page    2
PAYROLL ACCOUNT       Account Number   *******8630
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS      *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 7,972.95 | 7/10 | 16,020.90 | 7/20 | 1,912.93 |
| 7/05 | 92,164.07 | 7/17 | .00 | 7/25 | .00 |
| 7/07 | 22,907.41 | 7/19 | .00 | 7/27 | 7,972.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000501



Account Number   *******8630

Page 3



#11779   07/10/17   $6886.51



#11781   07/25/17   $3830.97

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date  8/31/17    Page    1
                                         Account Number   *******8630

GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

---

```
--------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                         1

| | | | |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates  8/01/17 thru  8/31/17 | |
| Previous Balance | 7,972.95 | Days this Statement Period | 31 |
| 6 Deposits/Credits | 232,288.02 | Average Ledger | 15,768.86 |
| 8 Checks/Debits | 232,213.02 | Average Collected | 15,768.86 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 8,047.95 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 8/02 | Transfer from DDA | 64,157.95 |
| | Acct No. ████8681-D | |
| 8/07 | Transfer from DDA | 8,047.95 |
| | Acct No. ████8681-D | |
| 8/16 | Transfer Credit | 79,025.00 |
| 8/21 | Transfer Credit | 94.83 |
| 8/21 | Transfer Credit | 6,787.69 |
| 8/24 | Transfer Credit | 74,174.60 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 8/02 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 8/02 | DRAFT      COASTAL HUMAN RE | 64,157.95- |
| | CCD   GULF COAST ASPHALT COM | |
| 8/07 | RST TRAC I MASSACHUSETTS MU | 8,047.95- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 8/16 | DRAFT      COASTAL HUMAN RE | 70,554.83- |
| | CCD   GULF COAST ASPHALT COM | |
| 8/17 | DRAFT      COASTAL HUMAN RE | 493.23- |
| | CCD   GULF COAST ASPHALT COM | |
| 8/21 | RST TRAC I MASSACHUSETTS MU | 7,972.95- |
| | CCD   GCAC, LLC 401(K) PLAN | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000503

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                         $ _____

## TOTAL                               $ _____

## SUBTRACT—

CHECKS OUTSTANDING            $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

---

**Member**
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



**EQUAL HOUSING
LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000504

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
PAYROLL ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/17     Page     2
Account Number  *******8630

---

COMMERCIAL CHECKING ANALYSIS        *******8630  (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/30 | DRAFT     COASTAL HUMAN RE | 66,126.65- |
|      | CCD   GULF COAST ASPHALT COM | |

### Checks in Number Order

| Date | Check No | Amount |
|------|----------|--------|
| 8/18 | 11782 | 6,886.51 |

(*) Check Numbers Missing

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 7,972.95 | 8/16 | 8,470.17 | 8/21 | .00 |
| 8/02 | .00 | 8/17 | 7,976.94 | 8/24 | 74,174.60 |
| 8/07 | .00 | 8/18 | 1,090.43 | 8/30 | 8,047.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000505



Account Number    *******8630

Page 3



#11782    08/18/17    $6886.51

Debtor000506

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/29/17    Page    1
     GULF COAST ASPHALT COMPANY LLC     Account Number   *******8630
     PAYROLL ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

--------------------------- **CHECKING ACCOUNT** -------------------------------

```
COMMERCIAL CHECKING ANALYSIS                                          0
Account Number            *******8630  Statement Dates  9/01/17 thru 10/01/17
Previous Balance            8,047.95   Days this Statement Period        31
     4 Deposits/Credits   164,884.37   Average Ledger              8,803.99
     4 Checks/Debits      164,070.85   Average Collected           8,803.99
Service Charge                   .00
Interest Paid                    .00
Current Balance             8,861.47
```

### Deposits and Additions

| Date | Description      | Amount    |
|------|------------------|-----------|
| 9/12 | Transfer Credit  | 74,175.00 |
| 9/15 | Transfer Credit  | 6,823.83  |
| 9/21 | Transfer Credit  | 1,018.82  |
| 9/27 | Transfer Credit  | 82,866.72 |

### Withdrawals and Deductions

| Date | Description                                       | Amount      |
|------|---------------------------------------------------|-------------|
| 9/05 | RST TRAC I MASSACHUSETTS MU CCD   GCAC, LLC 401(K) PLAN | 8,047.95-  |
| 9/14 | DRAFT      COASTAL HUMAN RE CCD   GULF COAST ASPHALT COM | 73,156.18- |
| 9/21 | RST TRAC I MASSACHUSETTS MU CCD   GCAC, LLC 401(K) PLAN | 8,861.47-  |
| 9/27 | DRAFT      COASTAL HUMAN RE CCD   GULF COAST ASPHALT COM | 74,005.25- |

### Daily Balance Information

| Date | Balance   | Date | Balance   | Date | Balance  |
|------|-----------|------|-----------|------|----------|
| 9/01 | 8,047.95  | 9/14 | 1,018.82  | 9/27 | 8,861.47 |
| 9/05 | .00       | 9/15 | 7,842.65  |      |          |
| 9/12 | 74,175.00 | 9/21 | .00       |      |          |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000507

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

## TOTAL
$ _____

## SUBTRACT—
CHECKS OUTSTANDING $ _____

## BALANCE
$ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000508

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

005677

Date 10/31/17     Page     1
Account Number   *******8630

```
------------------------ CHECKING ACCOUNT ------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                               0
Account Number             *******8630    Statement Dates  10/02/17 thru 10/31/17
Previous Balance             8,861.47    Days this Statement Period           30
     2 Deposits/Credits    215,912.66    Average Ledger                75,149.04
     5 Checks/Debits       151,300.73    Average Collected             75,149.04
Service Charge                     .00
Interest Paid                      .00
Current Balance             73,473.40

## Deposits and Additions
| Date | Description | Amount |
|------|-------------|--------|
| 10/04 | Transfer Credit | 79,092.41 |
| 10/18 | Transfer Credit | 136,820.25 |

## Withdrawals and Deductions
| Date | Description | Amount |
|------|-------------|--------|
| 10/05 | RST TRAC I MASSACHUSETTS MU | 6,472.92- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 10/11 | DRAFT      COASTAL HUMAN RE | 67,247.59- |
|       | CCD   GULF COAST ASPHALT COM | |
| 10/18 | RST TRAC I MASSACHUSETTS MU | 5,519.48- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 10/25 | DRAFT      COASTAL HUMAN RE | 66,616.26- |
|       | CCD   GULF COAST ASPHALT COM | |
| 10/30 | RST TRAC I MASSACHUSETTS MU | 5,444.48- |
|       | CCD   GCAC, LLC 401(K) PLAN | |

## Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 8,861.47 | 10/11 | 14,233.37 | 10/30 | 73,473.40 |
| 10/04 | 87,953.88 | 10/18 | 145,534.14 | | |
| 10/05 | 81,480.96 | 10/25 | 78,917.88 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009733

Debtor000509

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT    $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)    $ _____

## TOTAL    $ _____

## SUBTRACT—

CHECKS OUTSTANDING    $ _____

## BALANCE    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000510

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                    Date 11/30/17     Page    1
                                    Account Number   *******8630

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                            1
Account Number               *******8630  Statement Dates  11/01/17 thru 11/30/17
Previous Balance              73,473.40    Days this Statement Period        30
      2 Deposits/Credits      94,597.98    Average Ledger              22,806.60
      5 Checks/Debits        167,713.58    Average Collected           22,806.60
Service Charge                     .00
Interest Paid                      .00
Current Balance                 357.80

                         Deposits and Additions
Date      Description                          Amount
11/10     Transfer Credit                      914.34
11/21     Transfer Credit                   93,683.64

                      Withdrawals and Deductions
Date      Description                          Amount
11/08     DRAFT      COASTAL HUMAN RE        67,947.12-
          CCD   GULF COAST ASPHALT COM
11/13     RST TRAC I MASSACHUSETTS MU         6,240.62-
          CCD   GCAC, LLC 401(K) PLAN
11/22     DRAFT      COASTAL HUMAN RE        85,900.17-
          CCD   GULF COAST ASPHALT COM
11/27     RST TRAC I MASSACHUSETTS MU         6,286.77-
          CCD   GCAC, LLC 401(K) PLAN

                        Checks in Number Order
Date   Check No      Amount
11/29   11783       1,338.90
(*) Check Numbers Missing

                      Daily Balance Information
Date            Balance Date         Balance Date              Balance
11/01        73,473.40 11/10        6,440.62 11/21          93,883.64
11/08         5,526.28 11/13          200.00 11/22           7,983.47
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000511

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING                         $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

Member **FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on the billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000512

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/17     Page      2
        GULF COAST ASPHALT COMPANY LLC        Account Number   *******8630
        1990 POST OAK BLVD SUITE 2400
        HOUSTON TX 77056
```

---

COMMERCIAL CHECKING ANALYSIS          *******8630   (Continued)

### Daily Balance Information

| Date  | Balance  | Date  | Balance |
|-------|----------|-------|---------|
| 11/27 | 1,696.70 | 11/29 | 357.80  |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000513

# IBERIABANK

Account Number ******8630

Page 3



Gulf Coast Asphalt Company LLC
1990 Post Oak Blvd.
Suite 2400
Houston TX, 77056

Iberia Bank FSB
Little Rock, AR 72207

Check No: **11783**

Date: 11/24/2017

Pay To: MIRANDA FOFANAH

This Amount: ONE THOUSAND THREE HUNDRED THIRTY-EIGHT and 90/100————————

$****1,338.90

Void After 90 Days

#11783    11/29/17    $1338.90

Debtor000514

765

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17      Page      1
Account Number    *******8630

```
--------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                           0
Account Number              *******8630    Statement Dates  12/01/17 thru 12/31/17
Previous Balance                 357.80    Days this Statement Period        31
    4 Deposits/Credits      187,172.73    Average Ledger                1,071.70
    4 Checks/Debits         187,530.53    Average Collected             1,071.70
Service Charge                      .00
Interest Paid                       .00
Current Balance                     .00

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
| 12/06 | Transfer Credit | 87,327.32 |
| 12/11 | Transfer Credit | 6,361.77 |
| 12/20 | Transfer from DDA | 87,196.87 |
|       | Acct No.      8681-D | |
| 12/21 | Transfer Credit | 6,286.77 |

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
| 12/06 | DRAFT     COASTAL HUMAN RE | 87,685.12- |
|       | CCD   GULF COAST ASPHALT COM | |
| 12/11 | RST TRAC I MASSACHUSETTS MU | 6,361.77- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 12/20 | DRAFT     COASTAL HUMAN RE | 87,196.87- |
|       | CCD   GULF COAST ASPHALT COM | |
| 12/26 | RST TRAC I MASSACHUSETTS MU | 6,286.77- |
|       | CCD   GCAC, LLC 401(K) PLAN | |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 357.80 | 12/11 | .00 | 12/21 | 6,286.77 |
| 12/06 | .00 | 12/20 | .00 | 12/26 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000515

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                                     $ _____

## TOTAL                                               $ _____

## SUBTRACT—

CHECKS OUTSTANDING                                $ _____

## BALANCE                                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

    1) Tell us your name and account number.
    2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or less and payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 1/31/18    Page    1
Account Number    ******8630

```
-------------------------- CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                              O
Account Number            ******8630    Statement Dates  1/01/18 thru 1/31/18
Previous Balance                  .00    Days this Statement Period        31
    5 Deposits/Credits      281,866.25    Average Ledger                883.64
    5 Checks/Debits         281,866.25    Average Collected             883.64
Service Charge                    .00
Interest Paid                     .00
Current Balance                   .00

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 1/04 | Transfer from DDA | 88,758.14 |
|      | Acct No.        8681-D | |
| 1/05 | Transfer Credit | 9,131.00 |
| 1/17 | Transfer Credit | 87,675.06 |
| 1/22 | Transfer from DDA | 9,056.00 |
|      | Acct No.        8681-D | |
| 1/31 | Transfer Credit | 87,246.05 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/04 | DRAFT       COASTAL HUMAN RE | 88,758.14- |
|      | CCD   GULF COAST ASPHALT COM | |
| 1/08 | RST TRAC I MASSACHUSETTS MU | 9,131.00- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 1/17 | DRAFT       COASTAL HUMAN RE | 87,675.06- |
|      | CCD   GULF COAST ASPHALT COM | |
| 1/22 | RST TRAC I MASSACHUSETTS MU | 9,056.00- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 1/31 | DRAFT       COASTAL HUMAN RE | 87,246.05- |
|      | CCD   GULF COAST ASPHALT COM | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000517

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your statement) on the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000518

STATEMENT OF ACCOUNT

# IBERIABANK

Date  1/31/18    Page    2
Account Number    *******8630

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

---

COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | .00 | 1/08 | .00 | 1/31 | .00 |
| 1/04 | .00 | 1/17 | .00 | | |
| 1/05 | 9,131.00 | 1/22 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000519

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  2/28/18     Page     1
     GULF COAST ASPHALT COMPANY LLC     Account Number    *******8630
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

------------------------- **CHECKING ACCOUNT** -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                    0
Account Number              *******8630   Statement Dates   2/01/18 thru  2/28/18
Previous Balance                   .00    Days this Statement Period        28
   2 Deposits/Credits       578,033.41    Average Ledger               3,267.20
   2 Checks/Debits          486,551.70    Average Collected            3,267.20
Service Charge                     .00
Interest Paid                      .00
Current Balance              91,481.71

### Deposits and Additions
| Date | Description | Amount |
|------|-------------|--------|
| 2/15 | Transfer Credit | 86,551.70 |
| 2/28 | Transfer Credit | 491,481.71 |

### Withdrawals and Deductions
| Date | Description | Amount |
|------|-------------|--------|
| 2/15 | DRAFT     COASTAL HUMAN RE | 86,551.70- |
|      | CCD   GULF COAST ASPHALT COM | |
| 2/28 | From DDA *8630,To DDA *8665 | 400,000.00- |

### Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | .00 | 2/15 | .00 | 2/28 | 91,481.71 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000521

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.



EQUAL HOUSING
LENDER

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your Account (less any finance charges which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or fixed payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000522

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18      Page     1
Account Number    *******8630

```
------------------------- CHECKING ACCOUNT -------------------------

COMMERCIAL CHECKING ANALYSIS                                        0
Account Number          *******8630  Statement Dates  3/01/18 thru  4/01/18
Previous Balance          91,481.71  Days this Statement Period       32
     7 Deposits/Credits  632,091.84  Average Ledger                  .00
     7 Checks/Debits     723,573.55  Average Collected               .00
Service Charge                  .00
Interest Paid                   .00
Current Balance                 .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Transfer Credit | 400,000.00 |
| 3/05 | Transfer Credit | 9,056.00 |
| 3/05 | Transfer Credit | 9,131.00 |
| 3/05 | Transfer Credit | 39,673.28 |
| 3/14 | Transfer Credit | 82,728.57 |
| 3/19 | Transfer Credit | 7,336.76 |
| 3/29 | Transfer Credit | 84,166.23 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | DRAFT      COASTAL HUMAN RE | 491,481.71- |
|      | CCD    GULF COAST ASPHALT COM | |
| 3/05 | RST TRAC I MASSACHUSETTS MU | 9,056.00- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 3/05 | RST TRAC I MASSACHUSETTS MU | 9,131.00- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 3/05 | RST TRAC I MASSACHUSETTS MU | 39,673.28- |
|      | CCD    GCAC, LLC 401(K) PLAN | |
| 3/14 | DRAFT      COASTAL HUMAN RE | 82,728.57- |
|      | CCD    GULF COAST ASPHALT COM | |
| 3/19 | RST TRAC I MASSACHUSETTS MU | 7,336.76- |
|      | CCD    GCAC, LLC 401(K) PLAN | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000523

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                      $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                $ _____

## TOTAL                                $ _____

## SUBTRACT—

CHECKS OUTSTANDING                      $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.


Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any finance charge which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000524

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18    Page     2
Account Number   *******8630

COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
| 3/29 | DRAFT    COASTAL HUMAN RE | 84,166.23- |
|      | CCD   GULF COAST ASPHALT COM | |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | .00 | 3/14 | .00 | 3/29 | .00 |
| 3/05 | .00 | 3/19 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000525

775

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  4/30/18    Page    1
                                              Account Number  *******8630
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                           0
Account Number              *******8630  Statement Dates   4/02/18 thru  4/30/18
Previous Balance                    .00  Days this Statement Period       29
     4 Deposits/Credits      186,846.36  Average Ledger                  .00
     4 Checks/Debits         186,846.36  Average Collected               .00
Service Charge                      .00
Interest Paid                       .00
Current Balance                     .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | Transfer Credit | 7,336.76 |
| 4/11 | Transfer Credit | 83,542.41 |
| 4/16 | Transfer Credit | 12,875.24 |
| 4/25 | Transfer from DDA | 83,091.95 |
|      | Acct No.    ████████8681-D | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | RST TRAC I MASSACHUSETTS MU | 7,336.76- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 4/11 | DRAFT     COASTAL HUMAN RE | 83,542.41- |
|      | CCD   GULF COAST ASPHALT COM | |
| 4/16 | RST TRAC I MASSACHUSETTS MU | 12,875.24- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 4/25 | DRAFT     COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/02 | .00 | 4/11 | .00 | 4/25 | .00 |
| 4/03 | .00 | 4/16 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000527

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                          $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account (less the daily closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000528

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

013328

Date  5/31/18     Page     1
Account Number   *******8630



013328

------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                        0
Account Number          *******8630    Statement Dates   5/01/18 thru  5/31/18
Previous Balance              .00    Days this Statement Period           31
     5 Deposits/Credits    265,795.53    Average Ledger           23,780.80
     5 Checks/Debits       190,963.42    Average Collected        23,780.80
Service Charge                .00
Interest Paid                 .00
Current Balance          74,832.11

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Transfer Credit | 8,259.84 |
| 5/08 | Transfer Credit | 84,861.55 |
| 5/16 | Transfer Credit | 6,490.24 |
| 5/23 | Transfer from DDA | 83,091.95 |
|      | Acct No.        ████████8681-D | |
| 5/24 | Transfer Credit | 83,091.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 5/09 | DRAFT        COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/16 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 5/23 | DRAFT        COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 5/29 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | .00 | 5/08 | 84,861.55 | 5/09 | 1,769.60 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001625

Debtor000529

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT    $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)    $ _____

## TOTAL    $ _____

## SUBTRACT—

CHECKS OUTSTANDING    $ _____

## BALANCE    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**


EQUAL HOUSING **LENDER**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000530

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18     Page     2
Account Number  *******8630


013328

COMMERCIAL CHECKING ANALYSIS        *******8630  (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 5/16 | .00 | 5/24 | 83,091.95 |
| 5/23 | .00 | 5/29 | 74,832.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001627

Debtor000531

---

STATEMENT OF ACCOUNT

---

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18     Page     1
Account Number    *******8630

---

```
-------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              *******8630   Statement Dates   6/01/18 thru 7/01/18
Previous Balance              74,832.11   Days this Statement Period       31
    5 Deposits/Credits       290,575.05   Average Ledger              40,472.22
    4 Checks/Debits          182,703.58   Average Collected           40,472.22
Service Charge                      .00
Interest Paid                       .00
Current Balance              182,703.58

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/08 | Transfer Credit | 8,259.84 |
| 6/12 | Transfer Credit | 8,259.84 |
| 6/22 | Transfer Credit | 83,091.95 |
| 6/25 | Transfer Credit | 8,259.84 |
| 6/28 | Transfer Credit | 182,703.58 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/08 | DRAFT     COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/12 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 6/22 | DRAFT     COASTAL HUMAN RE | 83,091.95- |
|      | CCD   GULF COAST ASPHALT COM | |
| 6/25 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 74,832.11 | 6/12 | .00 | 6/25 | .00 |
| 6/08 | .00 | 6/22 | .00 | 6/28 | 182,703.58 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000533

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit as of the closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000534

STATEMENT OF ACCOUNT

# IBERIABANK


007452

TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18     Page     1
Account Number    *******8630


007452

----------------------------- **CHECKING ACCOUNT** -----------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              *******8630   Statement Dates   7/02/18 thru  7/31/18
Previous Balance            182,703.58     Days this Statement Period       30
     Deposits/Credits            .00       Average Ledger              60,647.52
   4 Checks/Debits         182,079.76      Average Collected           60,647.52
Service Charge                    .00
Interest Paid                     .00
Current Balance              623.82

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 7/05 | DRAFT      COASTAL HUMAN RE | 83,040.44- |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/09 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 7/18 | DRAFT      COASTAL HUMAN RE | 82,519.64- |
|      | CCD   GULF COAST ASPHALT COM | |
| 7/23 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/02 | 182,703.58 | 7/09 | 91,403.30 | 7/23 | 623.82 |
| 7/05 | 99,663.14 | 7/18 | 8,883.66 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003753

Debtor000535

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                      $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                               $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/18     Page    1
                                              Account Number   *******8630

   GULF COAST ASPHALT COMPANY LLC
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

```
   --------------------------- CHECKING ACCOUNT ------------------------------

   COMMERCIAL CHECKING ANALYSIS                                            0
   Account Number            *******8630  Statement Dates  8/01/18 thru 9/03/18
   Previous Balance               623.82  Days this Statement Period          34
       6 Deposits/Credits      274,995.16  Average Ledger              6,921.43
       5 Checks/Debits         267,168.17  Average Collected           6,921.43
   Service Charge                     .00
   Interest Paid                      .00
   Current Balance              8,450.81
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | Transfer from DDA | 82,926.29 |
|      | Acct No.         8681-D | |
| 8/07 | Transfer from DDA | .20 |
|      | Acct No.         8681-D | |
| 8/07 | Transfer Credit | 8,259.64 |
| 8/15 | Transfer Credit | 83,549.19 |
| 8/21 | Transfer Credit | 8,259.84 |
| 8/27 | Transfer Credit | 92,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | DRAFT     COASTAL HUMAN RE | 83,550.11- |
|      | CCD   GULF COAST ASPHALT COM | |
| 8/07 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 8/15 | DRAFT     COASTAL HUMAN RE | 83,549.19- |
|      | CCD   GULF COAST ASPHALT COM | |
| 8/21 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
|      | CCD   GCAC, LLC 401(K) PLAN | |
| 8/29 | DRAFT     COASTAL HUMAN RE | 83,549.19- |
|      | CCD   GULF COAST ASPHALT COM | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000537

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
|     |   |   |
| TOTAL |   |   |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000538

STATEMENT OF ACCOUNT

# iBERIABANK

Date 8/31/18    Page    2
Account Number    *******8630

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 623.82 | 8/15 | .00 | 8/29 | 8,450.81 |
| 8/02 | .00 | 8/21 | .00 | | |
| 8/07 | .00 | 8/27 | 92,000.00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000539

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  9/28/18    Page    1
Account Number    *******8630

----------------------------- **CHECKING ACCOUNT**------------------------------

| **COMMERCIAL CHECKING ANALYSIS** | | | 0 |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates  9/04/18 thru  9/30/18 | |
| Previous Balance | 8,450.81 | Days this Statement Period | 27 |
| 3 Deposits/Credits | 234,000.00 | Average Ledger | 23,696.40 |
| 5 Checks/Debits | 233,085.55 | Average Collected | 23,696.40 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 9,365.26 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 9/10 | Transfer Credit | 92,000.00 |
| 9/12 | Transfer Credit | 50,000.00 |
| 9/26 | Transfer Credit | 92,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 9/07 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 9/12 | From DDA *8630,To DDA *6089 | 50,000.00- |
| 9/14 | DRAFT      COASTAL HUMAN RE | 83,342.68- |
| | CCD   GULF COAST ASPHALT COM | |
| 9/17 | RST TRAC I MASSACHUSETTS MU | 8,259.84- |
| | CCD   GCAC, LLC 401(K) PLAN | |
| 9/28 | DRAFT      COASTAL HUMAN RE | 83,223.19- |
| | CCD   GULF COAST ASPHALT COM | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/04 | 8,450.81 | 9/12 | 92,190.97 | 9/26 | 92,588.45 |
| 9/07 | 190.97 | 9/14 | 8,848.29 | 9/28 | 9,365.26 |
| 9/10 | 92,190.97 | 9/17 | 588.45 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000541

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account, less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000542

STATEMENT OF ACCOUNT

# IBERIABANK

Date 10/31/18     Page     1
Account Number   *******8630

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

---

--------------------------- **CHECKING ACCOUNT**-------------------------------

Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
Eligible account balances above $250,000 and $1,000,000 may qualify for a
premium Earnings Credit Rate.
Tier 1 -  $0.00 - $249,999.99
Tier 2 -  $250,000.00 - $999,999.99
Tier 3 -  $1,000,000.00 and greater

**COMMERCIAL CHECKING ANALYSIS**                                    0
Account Number           *******8630   Statement Dates  10/01/18 thru 10/31/18
Previous Balance              9,365.26   Days this Statement Period          31
   8 Deposits/Credits     465,597.17   Average Ledger             22,667.08
   7 Checks/Debits        382,962.43   Average Collected          19,602.57
Service Charge                    .00
Interest Paid                     .00
Current Balance              92,000.00

### Deposits and Additions

| Date  | Description              | Amount      |
|-------|--------------------------|-------------|
| 10/09 | Transfer Credit          | 60,000.00   |
| 10/10 | Transfer Credit          | 22,547.76   |
| 10/17 | Transfer Credit          | 6,029.01    |
| 10/24 | Deposit                  | 95,000.00   |
| 10/26 | Transfer from DDA        | 84,039.18   |
|       | Acct No.       ████8681-D |             |
| 10/29 | Transfer from DDA        | 100,490.61  |
|       | Acct No.       ████8681-D |             |
| 10/30 | Transfer from DDA        | 5,490.61    |
|       | Acct No.       ████8681-D |             |
| 10/31 | Transfer Credit          | 92,000.00   |

### Withdrawals and Deductions

| Date  | Description              | Amount      |
|-------|--------------------------|-------------|
| 10/02 | RST TRAC I MASSACHUSETTS MU | 7,721.44- |
|       | CCD   GCAC, LLC 401(K) PLAN |            |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000543

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to is to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or fewer payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000544

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18    Page    2
Account Number    *******8630

COMMERCIAL CHECKING ANALYSIS          *******8630  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/10 | DRAFT        COASTAL HUMAN RE | 84,191.58- |
|       | CCD   GULF COAST ASPHALT COM | |
| 10/24 | RST TRAC I MASSACHUSETTS MU | 6,029.01- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 10/25 | DRAFT        COASTAL HUMAN RE | 84,039.18- |
|       | CCD   GULF COAST ASPHALT COM | |
| 10/29 | Chargeback | 95,000.00- |
| 10/29 | RST TRAC I MASSACHUSETTS MU | 5,490.61- |
|       | CCD   GCAC, LLC 401(K) PLAN | |
| 10/30 | NSF XFER 2000248681 | 100,490.61- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 9,365.26 | 10/17 | 6,029.01 | 10/29 | 95,000.00 |
| 10/02 | 1,643.82 | 10/24 | 95,000.00 | 10/30 | .00 |
| 10/09 | 61,643.82 | 10/25 | 10,960.82 | 10/31 | 92,000.00 |
| 10/10 | .00 | 10/26 | 95,000.00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000545

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/18     Page     1
                                              Account Number   *******8630
     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
    --------------------------- CHECKING ACCOUNT-------------------------------

    Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
    Eligible account balances above $250,000 and $1,000,000 may qualify for a
    premium Earnings Credit Rate.
    Tier 1 -  $0.00 - $249,999.99
    Tier 2 -  $250,000.00 - $999,999.99
    Tier 3 -  $1,000,000.00 and greater
```

**COMMERCIAL CHECKING ANALYSIS**                                            O

| | | | |
|---|---|---|---|
| Account Number | *******8630 | Statement Dates  11/01/18 thru 12/02/18 | |
| Previous Balance | 92,000.00 | Days this Statement Period | 32 |
| 1 Deposits/Credits | 90,000.00 | Average Ledger | 41,001.29 |
| 4 Checks/Debits | 178,435.77 | Average Collected | 41,001.29 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 3,564.23 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 11/16 | Transfer Credit | 90,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 11/09 | DRAFT      COASTAL HUMAN RE | 84,657.74- |
|  | CCD   GULF COAST ASPHALT COM | |
| 11/14 | RST TRAC I MASSACHUSETTS MU | 4,605.93- |
|  | CCD   GCAC, LLC 401(K) PLAN | |
| 11/21 | DRAFT      COASTAL HUMAN RE | 84,604.57- |
|  | CCD   GULF COAST ASPHALT COM | |
| 11/27 | RST TRAC I MASSACHUSETTS MU | 4,567.53- |
|  | CCD   GCAC, LLC 401(K) PLAN | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 92,000.00 | 11/09 | 7,342.26 | 11/14 | 2,736.33 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000547

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                    $ _____

## TOTAL                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000548

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/18    Page    2
Account Number   *******8630

COMMERCIAL CHECKING ANALYSIS        *******8630   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/16 | 92,736.33 | 11/21 | 8,131.76 | 11/27 | 3,564.23 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000549

 **IBERIABANK**

## STATEMENT OF ACCOUNT

Date 12/31/18          Page 1 of 3


TO PLO R
014314

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

1-800-968-0801

 **24-hr Online Banking**
iberiabank.com

---

**COMMERCIAL CHECKING ANALYSIS**                **ACCOUNT NUMBER * * * * * * *8630**

| | | | |
|---|---|---|---|
| Previous Balance | 3,564.23 | Statement Dates | 12/03/18 thru 12/31/18 |
| 2 Deposits/Credits | 175,807.87 | Days this Statement Period | 29 |
| 4 Checks/Debits | 177,937.31 | Average Ledger Balance | 6,362.66 |
| Service Charge | .00 | Average Collected Balance | 6,362.66 |
| Interest Paid | .00 | | |
| Current Balance | 1,434.79 | | |



## Your statement now has
# A NEW LOOK!

The difference may appear subtle on this account statement.
We simply made a few visual enhancements to make it easier to read.

**IBERIABANK**

 ➤ **Not enrolled in e-Statements?** Log in to Mobile or Online Banking to switch today!
Receive your account information faster and more securely. In moments, you can download, print/save your
statements, and access up to 18 months of statement history through Online Banking.

**IBERIABANK** TreasuryConnect® and BusinessConnect users: Please contact your Branch or Treasury Management
Technical Support at 1 800 778 5915 to request e Statement access.

*All products and services are subject to approval, including credit approval.

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 12/06 | Transfer Credit | 85,807.87 |
| 12/20 | Credit Memo | 90,000.00 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 12/06 | DRAFT    COASTAL HUMAN RE CCD   GULF COAST ASPHALT COM | 84,854.57 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00005325

Debtor000551



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000552



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8630

**WITHDRAWALS AND DEBITS**



| Date | Description | Amount |
|------|-------------|--------|
| 12/17 | RST TRAC I MASSACHUSETTS MU | 4,317.53 |
|  | CCD  GCAC, LLC 401(K) PLAN |  |
| 12/21 | DRAFT    COASTAL HUMAN RE | 85,255.37 |
|  | CCD  GULF COAST ASPHALT COM |  |
| 12/26 | RST TRAC I MASSACHUSETTS MU | 3,509.84 |
|  | CCD  GCAC, LLC 401(K) PLAN |  |

014314

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 3,564.23 | 12/17 | 200.00 | 12/21 | 4,944.63 |
| 12/06 | 4,517.53 | 12/20 | 90,200.00 | 12/26 | 1,434.79 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00005327

Debtor000553



**STATEMENT OF ACCOUNT**

Date 1/31/19       Page 1 of 3

TO PLO R

**GULF COAST ASPHALT COMPANY LLC**
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

012822



**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | 1,434.79 | Statement Dates | 1/01/19 thru 1/31/19 |
| 5 Deposits/Credits | 309,913.80 | Days this Statement Period | 31 |
| 9 Checks/Debits | 214,348.59 | Average Ledger Balance | 9,291.11 |
| Service Charge | .00 | Average Collected Balance | 9,291.11 |
| Interest Paid | .00 | | |
| Current Balance | 97,000.00 | | |



## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/02 | Transfer Credit | 88,565.21 |
| 1/18 | Transfer from DDA | 86,424.59 |
| | Acct No. ████8681 D | |
| 1/22 | Transfer from DDA | 18,962.00 |
| | Acct No. ████8681 D | |
| 1/23 | Transfer from DDA | 18,962.00 |
| | Acct No. ████8681 D | |
| 1/31 | Transfer Credit | 97,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00009613

Debtor000555



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT  $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)  $ _____

### TOTAL  $ _____

### SUBTRACT—

CHECKS OUTSTANDING  $ _____

### BALANCE  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000556



**STATEMENT OF ACCOUNT**

Date 1/31/19       Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)      **Account Number *******8630**

### WITHDRAWALS AND DEBITS



| Date | Description | Amount |
|------|------------|-------:|
| 1/04 | INVOICE   Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 255.00 |
| 1/04 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 30,369.58 |
| 1/04 | DIR DEP   Gulf Coast Aspha<br>PPD | 58,690.43 |
| 1/18 | INVOICE   Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 1/18 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 28,087.15 |
| 1/18 | DIR DEP   Gulf Coast Aspha<br>PPD | 58,890.43 |
| 1/22 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 9,356.00 |
| 1/22 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 9,606.00 |
| 1/23 | NSF XFER ACCT#████8681 | 18,962.00 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 1/01 | 1,434.79 | 1/18 | .00 | 1/31 | 97,000.00 |
| 1/02 | 90,000.00 | 1/22 | .00 | | |
| 1/04 | 684.99 | 1/23 | .00 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00009615



**STATEMENT OF ACCOUNT**

Date 2/28/19          Page 1 of 4

TO PLO R


GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
016113   HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

016113

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | 97,000.00 | Statement Dates | 2/01/19 thru 2/28/19 |
| 3 Deposits/Credits | 189,078.24 | Days this Statement Period | 28 |
| 9 Checks/Debits | 286,078.24 | Average Ledger Balance | 2,269.92 |
| Service Charge | .00 | Average Collected Balance | 2,269.92 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/11 | From DDA *8665,To DDA *8630,To cover 401k for 2 1 19 payroll | 9,606.00 |
| 2/12 | From DDA *8665,To DDA *8630,To cover 2 15 19 payroll and 401 | 95,000.00 |
| 2/15 | Transfer from DDA Acct No. ███████8681 D | 84,472.24 |

---

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 2/01 | INVOICE   Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 2/01 | IMPOUNDTAX Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 27,384.60 |
| 2/01 | DIR DEP   Gulf Coast Aspha PPD | 58,890.43 |
| 2/07 | Transfer to DDA Acct No. ███████8681 D | 10,592.97 |
| 2/11 | RST TRAC I MASSACHUSETTS MU CCD   GCAC, LLC 401(K) PLAN | 9,606.00 |
| 2/12 | Transfer to DDA Acct No. ███████8681 D | 95,000.00 |
| 2/15 | INVOICE   Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 2/15 | IMPOUNDTAX Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 26,895.10 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000043

Debtor000559



Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000560



# IBERIABANK

**STATEMENT OF ACCOUNT**

Date 2/28/19          Page 3 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8630**

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/15 | DIR DEP   Gulf Coast Aspha PPD | 57,445.14 |



016113

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 10,592.97 | 2/11 | .00 | 2/15 | .00 |
| 2/07 | .00 | 2/12 | .00 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000045

Debtor000561

804

**IBERIA**BANK

**Effective April 1, 2019:  This schedule of fees will apply, fee changes are bolded.**

## Miscellaneous Fees – Business and Posting Order

| | |
|---|---|
| ACH/Government Reclamation | $10.00 / item |
| ATM Foreign Usage Fee (Non IBERIABANK ATM or its non affiliated networks) | $2.00 / transaction |
| ATM/Debit Card Replacement | $5.00 / card |
| ATM/Debit Card Expedited Replacement | $25.00 each |
| **Bill Pay   (Clients exceeding 25 items will be converted to a commercial product)** | **Free**   limited to 25 bills per month |
| Collection Items | |
| Collection Fee   Domestic <=$100 | $7.50 |
| Collection Fee   Domestic >$100 | $15.00 |
| Collection Fee   International | $35.00 |
| Coin & Currency | |
| Coin & Currency Deposited   After the first $10,000 per statement cycle<br><sub>(Choice Business CK, Business Interest CK, Business Checking Plus, Advanced Business Checking)</sub> | $2.00 per $1,000 |
| Coin & Currency Deposited<br><sub>(Commercial Analysis)</sub> | $1.50 per $1,000 |
| Bulk Coin Deposited | $3.00 / bag |
| Currency Furnished | $0.50 / strap |
| Coins Furnished | $0.15 / roll |
| Copies (includes check copies) and Faxes | $2.00 / page |
| Counter Checks | $1.00 for 5 checks |
| Deposit Assessment Fee (Commercial Analysis Accounts Only) | .010% on daily average ledger balance |
| Deposit Correction | $3.00 each |
| Deposit to Deposit Overdraft Protection Transfers | $10.00 / day |
| Dormant Account (applies to dormant account balances less than $100 per month) | $5.00 / month (not applicable in Texas) |
| Foreign Currency Exchange (additional fees may apply) | |
| $300 or more | $10.00 / transaction |
| Less than $300 | $20.00 / transaction |
| Legal Process | $75.00 / event |
| Money Bag | Varies |
| Medallion Stamp Guarantee (where available) | $15.00 |
| Money Market Account Excessive Transaction Fee | $15.00 / item |
| Negative Collected Balance Fee | Prime + 3% on daily average negative collected balance |
| Notary Services | May vary by State |
| Official Checks/Cashier Checks | $8.00 |
| Overdraft (Paid) Item Fee (applies to overdrafts created by checks, in person withdrawals, ATM<br>    withdrawals or other electronic means) | $35.00 per item; per presentment |
| Research (one hour minimum) | $25.00 / hour |
| Return Item Fee (applies when checks are returned as unpaid) | $35.00 per item; per presentment |
| Return Deposited Item | $5.00 each |
| Safe Deposit Box   Drilling Fee | $150.00 |
| Safe Deposit Box   Replacement Lock Fee | $70.00 |
| Special Reject Item | $1.00 each |
| Statements | |
| Statements Copy | $10.00 each |
| Statement Duplicate (complete statement) | $10.00 each |
| **Statement (Receipt of both paper and e-Statement)** | **$5.00 per month** |
| Statement Instant | $5.00 each |
| Statement Reconciliation | $20.00 / hour |
| Statement   Simplex Image Printing | $2.00 / event |
| Statement Snapshot | $10.00 each |
| Stop Payment Fee (applies for 6 month period) | $35.00 each |
| Telephone Transfer of Funds (customer service assisted) | $5.00 each |
| **Verification of Deposit** | **$25.00 each** |
| Wires Transactions | |
| Wire Transfer   Incoming (Domestic and Foreign) | $15.00 each |
| Wire Transfer   Outgoing  (Domestic) | $25.00 each |
| Wire Transfer   Outgoing (Foreign)   Foreign Currency | $40.00 each |
| Wire Transfer   Outgoing (Foreign)   US Currency | $50.00 each |

*** NOT ALL SERVICES ARE AVAILABLE AT ALL LOCATIONS

## Notice Regarding Posting Order of Items

To assist you in handling your account with us, we are providing you with the following information on how we post transactional items to your account.

On each bank processing day, deposit and credit items post before debit items.  Debit items post upon receipt in the following order: wire transfers, ATM and debit card transactions in authorization time and date order, paper checks in check number order, if available, checks without a check number post in low to high dollar amount order, then all other debit items in low to high dollar amount order.  Other debit items include but are not limited to Automated Clearing House (ACH) items, checks converted to ACH by merchants or vendors, telephone and online banking one time or recurring transfers, pre authorized debits and account withdrawals.

At times, certain debit items may not post in the above order due to missing or erroneous data or circumstances beyond our control.

If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item.  Overdraft (Paid) Item Fees and Return Item Fees are disclosed above and are subject to change.

We encourage you to keep careful records and practice good account management.  This will help you to avoid creating items without sufficient funds and incurring the resulting fees.

We offer Deposit to Deposit Overdraft Protection Transfer Service and Personal Lines of Credit (subject to credit approval) that can be used as overdraft protection on most accounts to avoid Overdraft (Paid) Item Fees and Return Item Fees.  Visit our website at www.iberiabank.com to learn more about Preventing and Managing Overdrafts.

Debtor000563

805



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 1 of 3



TO PLO R
GULF COAST ASPHALT COMPANY LLC
016242  1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

1-800-968-0801

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 3/01/19 thru 3/31/19 |
| 6 Deposits/Credits | 367,560.58 | Days this Statement Period | 31 |
| 13 Checks/Debits | 367,560.58 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 3/01 | Transfer from DDA<br>Acct No. ████8681 D | 85,021.38 |
| 3/11 | From DDA *8665,To DDA *8630,To cover 401k from payroll 2 22 | 18,558.15 |
| 3/14 | From DDA *8665,To DDA *8630,To cover 3 15 19 payroll | 94,000.00 |
| 3/15 | Transfer from DDA<br>Acct No. ████8681 D | 85,021.38 |
| 3/25 | Transfer from DDA<br>Acct No. ████8681 D | 8,952.15 |
| 3/29 | Transfer from DDA<br>Acct No. ████8681 D | 76,007.52 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 3/01 | INVOICE  Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 3/01 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 26,954.63 |
| 3/01 | DIR DEP  Gulf Coast Aspha<br>PPD | 57,934.75 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000321

# IBERIABANK

Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE SHOWN ON THIS STATEMENT     $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)     $ _____

### TOTAL     $ _____

### SUBTRACT—

CHECKS OUTSTANDING     $ _____

### BALANCE     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.



Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot delinquent or take any action to collect the amount you question.

VITOL EXHIBIT

124.11

Adv. No.: 21-06006 8/30/2022



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8630

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 3/11 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 8,952.15 |
| 3/11 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 9,606.00 |
| 3/14 | Transfer to DDA<br>Acct No. ▪▪▪▪▪8681 D | 94,000.00 |
| 3/15 | INVOICE   Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 3/15 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 26,954.63 |
| 3/15 | DIR DEP   Gulf Coast Aspha<br>PPD | 57,934.75 |
| 3/25 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 8,952.15 |
| 3/29 | INVOICE   Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 3/29 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 24,415.65 |
| 3/29 | DIR DEP   Gulf Coast Aspha<br>PPD | 51,459.87 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | .00 | 3/14 | .00 | 3/25 | .00 |
| 3/11 | .00 | 3/15 | .00 | 3/29 | .00 |


016242

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000323

Debtor000567



# STATEMENT OF ACCOUNT

Date 4/30/19                    Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
**iberiabank.com**

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ****** 8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 4/01/19 thru 4/30/19 |
| 5 Deposits/Credits | 173,825.88 | Days this Statement Period | 30 |
| 9 Checks/Debits | 173,825.88 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

> Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/08 | Transfer from DDA<br>Acct No. ████ 8681 D | 6,567.53 |
| 4/12 | Transfer from DDA<br>Acct No. ████ 8681 D | 75,205.97 |
| 4/16 | Transfer from DDA<br>Acct No. ████ 8681 D | 6,963.09 |
| 4/26 | Transfer from DDA<br>Acct No. ████ 8681 D | 77,972.35 |
| 4/30 | Transfer from DDA<br>Acct No. ████ 8681 D | 7,116.94 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/08 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 6,567.53 |
| 4/12 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 192.00 |
| 4/12 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 23,939.20 |
| 4/12 | DIR DEP   Gulf Coast Aspha<br>PPD | 51,074.77 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000543



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                         $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                       $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.





**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 4/30/19              Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8630

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|-------:|
| 4/16 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 6,963.09 |
| 4/26 | INVOICE    Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 4/26 | IMPOUNDTAX Gulf Coast Aspha<br>CCD   DEBIT Gulf Coast Aspha | 23,843.20 |
| 4/26 | DIR DEP    Gulf Coast Aspha<br>PPD | 53,997.15 |
| 4/30 | RST TRAC I MASSACHUSETTS MU<br>CCD   GCAC, LLC 401(K) PLAN | 7,116.94 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 4/01 | .00 | 4/12 | .00 | 4/26 | .00 |
| 4/08 | .00 | 4/16 | .00 | 4/30 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.        00000545

Debtor000571



**STATEMENT OF ACCOUNT**

Date 5/31/19                          Page 1 of 3

14389 114397 R P0 T0


014389

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


014389

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

**COMMERCIAL CHECKING ANALYSIS**                    **ACCOUNT NUMBER *******8630**

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 5/01/19 thru 6/02/19 |
| 11 Deposits/Credits | 242,949.23 | Days this Statement Period | 33 |
| 11 Checks/Debits | 316,653.60 | Average Ledger Balance | 40,003.93 |
| Service Charge | .00 | Average Collected Balance | 46,822.12 |
| Interest Paid | .00 | | |
| Current Balance | 73,704.37 | | |

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 5/10 | Returned Item Credit | 132.00 |
| 5/10 | Returned Item Credit | 22,420.97 |
| 5/10 | Returned Item Credit | 53,297.23 |
| 5/15 | Transfer from DDA | 3,416.40 |
| | Acct No.        8681 D | |
| 5/16 | Transfer from DDA | 2,682.41 |
| | Acct No.        8681 D | |
| 5/24 | Returned Item Credit | 132.00 |
| 5/24 | Returned Item Credit | 21,393.73 |
| 5/24 | Returned Item Credit | 53,810.85 |
| 5/28 | Returned Item Credit | 3,623.62 |
| 5/28 | Returned Item Credit | 7,040.02 |
| 5/31 | Deposit | 75,000.00 |

---

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 5/10 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 5/10 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 22,420.97 |
| 5/10 | DIR DEP   Gulf Coast Aspha<br>PPD | 53,297.23 |
| 5/15 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 3,416.40 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

**BANK BALANCE SHOWN ON THIS STATEMENT**     $ _____

## ADD

**DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)**     $ _____

## TOTAL     $ _____

## SUBTRACT—

**CHECKS OUTSTANDING**     $ _____

## BALANCE     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000574



**STATEMENT OF ACCOUNT**

Date 5/31/19        Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)        **Account Number *******8630**

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|------------|-------:|
| 5/16 | DRAFT     COASTAL HUMAN RE<br>CCD  GULF COAST ASPHALT | 75,950.20 |
| 5/24 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 5/24 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 21,393.73 |
| 5/24 | DIR DEP    Gulf Coast Aspha<br>PPD | 53,810.85 |
| 5/28 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 3,623.62 |
| 5/28 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 7,040.02 |
| 5/31 | DRAFT     COASTAL HUMAN RE<br>CCD   GULF COAST ASPHALT | 75,436.58 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 5/01 | .00 | 5/16 | 73,267.79 | 5/31 | 73,704.37 |
| 5/10 | .00 | 5/24 | 73,267.79 | | |
| 5/15 | .00 | 5/28 | 73,267.79 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00002359

Debtor000575



**STATEMENT OF ACCOUNT**

Date 6/28/19                    Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | 73,704.37 | Statement Dates | 6/03/19 thru 6/30/19 |
| 12 Deposits/Credits | 303,039.64 | Days this Statement Period | 28 |
| 11 Checks/Debits | 229,335.27 | Average Ledger Balance | 2,366.51 |
| Service Charge | .00 | Average Collected Balance | 2,366.51 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/31 | Returned Item Credit | 75,436.58 |
| 6/06 | Credit Memo | 73,267.79 |
| 6/07 | Returned Item Credit | 132.00 |
| 6/07 | Returned Item Credit | 21,462.96 |
| 6/07 | Returned Item Credit | 53,741.62 |
| 6/11 | Transfer from DDA Acct No. ▇▇▇8681 D | 66.30 |
| 6/11 | Returned Item Credit | 3,623.62 |
| 6/11 | Returned Item Credit | 7,040.02 |
| 6/11 | Returned Item Credit | 7,040.02 |
| 6/21 | Transfer from DDA Acct No. ▇▇▇8681 D | 1,158.25 |
| 6/21 | Returned Item Credit | 54,165.08 |
| 6/26 | Returned Item Credit | 5,905.40 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/05 | Chargeback | 75,000.00 |
| 6/07 | INVOICE   Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 132.00 |
| 6/07 | IMPOUNDTAX Gulf Coast Aspha CCD   DEBIT Gulf Coast Aspha | 21,462.96 |
| 6/07 | DIR DEP   Gulf Coast Aspha PPD | 53,741.62 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000051



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                  $ _____

## SUBTRACT—

CHECKS OUTSTANDING              $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000578



**STATEMENT OF ACCOUNT**

Date 6/28/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number *******8630

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|-------:|
| 6/11 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 3,623.62 |
| 6/11 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 7,040.02 |
| 6/11 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 7,040.02 |
| 6/12 | Transfer to DDA Acct No. ▆▆▆▆ 8681 D | 66.30 |
| 6/21 | DIR DEP   Gulf Coast Aspha PPD | 54,165.08 |
| 6/24 | From DDA *8630,To DDA *8665,To move to sales | 1,158.25 |
| 6/26 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 5,905.40 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 6/03 | 1,732.21 | 6/07 | .00 | 6/21 | 1,158.25 |
| 6/05 | 73,267.79 | 6/11 | 66.30 | 6/24 | .00 |
| 6/06 | .00 | 6/12 | .00 | 6/26 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000053



# STATEMENT OF ACCOUNT

Date 7/31/19                                    Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 7/01/19 thru 7/31/19 |
| 8 Deposits/Credits | 325,806.22 | Days this Statement Period | 31 |
| 9 Checks/Debits | 325,806.22 | Average Ledger Balance | 8,321.76 |
| Service Charge | .00 | Average Collected Balance | 5,805.63 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/05 | Transfer from DDA | 8,123.57 |
| | Acct No.       8681 D | |
| 7/05 | Returned Item Credit | 21,789.50 |
| 7/05 | Returned Item Credit | 54,165.08 |
| 7/09 | Returned Item Credit | 5,905.40 |
| 7/12 | Returned Item Credit | 75,954.58 |
| 7/23 | Deposit | 78,000.00 |
| 7/24 | Returned Item Credit | 75,962.69 |
| 7/25 | Returned Item Credit | 5,905.40 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/05 | INVOICE   Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 132.00 |
| 7/05 | IMPOUNDTAX Gulf Coast Aspha<br>CCD  DEBIT Gulf Coast Aspha | 21,789.50 |
| 7/05 | DIR DEP   Gulf Coast Aspha<br>PPD | 54,165.08 |
| 7/08 | From DDA *8630,To DDA *8681 | 7,991.57 |
| 7/09 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 5,905.40 |
| 7/12 | MANUAL   Gulf Coast Aspha<br>CCD  MANUAL GCA | 75,954.58 |
| 7/24 | 825A    PAYROLL SERVICE<br>CCD  GULF COAST ASPHALT COM | 75,962.69 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.



Page 2 of 3

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

### ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

### TOTAL                            $ _____

### SUBTRACT—

CHECKS OUTSTANDING                   $ _____

### BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.





**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000582



**STATEMENT OF ACCOUNT**

Date 7/31/19                    Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8630

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|------|-------------|--------|
| 7/25 | RST TRAC I MASSACHUSETTS MU<br>CCD  GCAC, LLC 401(K) PLAN | 5,905.40 |
| 7/26 | Chargeback | 78,000.00 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | .00 | 7/09 | .00 | 7/24 | 78,000.00 |
| 7/05 | 7,991.57 | 7/12 | .00 | 7/25 | 78,000.00 |
| 7/08 | .00 | 7/23 | 78,000.00 | 7/26 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000555



# STATEMENT OF ACCOUNT

Date 8/30/19                    Page 1 of 3

16321 115479 R P0 T0



**GULF COAST ASPHALT COMPANY LLC**
**1990 POST OAK BLVD SUITE 2400**
016321   **HOUSTON TX 77056**


016321

  **PLEASE CONTACT YOUR**
**RELATIONSHIP MANAGER**
**WITH ANY QUESTIONS**
**OR CALL**

**1-800-968-0801**

  **24-hr Online Banking**
**iberiabank.com**

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 8/01/19 thru 9/02/19 |
| 4 Deposits/Credits | 8,137.68 | Days this Statement Period | 33 |
| 5 Checks/Debits | 8,137.68 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | From DDA *8665,To DDA *8630 | 5,520.76 |
| 8/16 | From DDA *8665,To DDA *8630,8 16 19 401k | 1,052.08 |
| 8/19 | From DDA *8665,To DDA *8630 | 1,502.08 |
| 8/26 | TAXES    PAYCHEX TPS CCD  GULF COAST ASPHALT COM | 62.76 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/05 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 5,520.76 |
| 8/16 | Transfer to DDA Acct No.        8681 D | 1,052.08 |
| 8/19 | Transfer to DDA Acct No.        8681 D | 450.00 |
| 8/19 | RST TRAC I MASSACHUSETTS MU CCD  GCAC, LLC 401(K) PLAN | 1,052.08 |
| 8/26 | Transfer to DDA Acct No.        8681 D | 62.76 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | .00 | 8/05 | .00 | 8/16 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00007185



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
**FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000586



**STATEMENT OF ACCOUNT**

Date 8/30/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8630**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 8/19 | .00 | 8/26 | .00 |



016321

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00007187

Debtor000587



# STATEMENT OF ACCOUNT

Date 9/30/19       Page 1 of 2

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8630 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 9/03/19 thru 9/30/19 |
| 2 Deposits/Credits | 1,301.84 | Days this Statement Period | 28 |
| 2 Checks/Debits | 1,301.84 | Average Ledger Balance | 8.92 |
| Service Charge | .00 | Average Collected Balance | 8.92 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/16 | Transfer from DDA | 249.76 |
| | Acct No.    8681 D | |
| 9/16 | Returned Item Credit | 1,052.08 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 9/16 | RST TRAC I MASSACHUSETTS MU CCD   GCAC, LLC 401(K) PLAN | 1,052.08 |
| 9/17 | Transfer to DDA | 249.76 |
| | Acct No.    8681 D | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/03 | .00 | 9/16 | 249.76 | 9/17 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000185

Debtor000589



Page 2 of 2

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                          $ _____

## TOTAL                                     _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000590

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 10/31/19          Page 1 of 2

13184 115949 R P0 T0


013184

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

013184

---

**COMMERCIAL CHECKING ANALYSIS**                    **ACCOUNT NUMBER \*\*\*\*\*\*\*8630**

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 10/01/19 thru 10/31/19 |
| Deposits/Credits | .00 | Days this Statement Period | 31 |
| Checks/Debits | .00 | Average Ledger Balance | .00 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 10/01 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00007077

Debtor000591



Page 2 of 2

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT | |
|---|---|
| **No.** | **$** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) $ _____

### TOTAL $ _____

### SUBTRACT—

CHECKS OUTSTANDING $ _____

### BALANCE $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000592

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/17      Page    1
Account Number   *******8673

---------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number             *******8673   Statement Dates   1/01/17 thru  1/31/17
Previous Balance               277.91    Days this Statement Period        31
    2 Deposits/Credits     344,286.15    Average Ledger               11,794.36
    2 Checks/Debits        344,286.15    Average Collected               688.35
Service Charge                    .00
Interest Paid                     .00
Current Balance                277.91

### Deposits and Additions
| Date | Description | Amount |
|------|-------------|--------|
| 1/10 | Lockbox Deposit | 341,105.20 |
| 1/25 | Lockbox Deposit | 3,180.95 |

### Withdrawals and Deductions
| Date | Description | Amount |
|------|-------------|--------|
| 1/11 | PAYMENTS   RIO ENERGY INT'L | 341,105.20- |
|      | CCD   Gulf Coast Asphalt Com | |
| 1/30 | PAYMENTS   RIO ENERGY INT'L | 3,180.95- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 277.91 | 1/11 | 277.91 | 1/30 | 277.91 |
| 1/10 | 341,383.11 | 1/25 | 3,458.86 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000593

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (on your line of credit) at the billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK




TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
004045  HOUSTON TX 77056

Date  2/28/17      Page   1
Account Number    *******8673

-------------------------- **CHECKING ACCOUNT** -------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                    0
Account Number              *******8673   Statement Dates  2/01/17 thru  2/28/17
Previous Balance                 277.91   Days this Statement Period      28
    6 Deposits/Credits       2,141,304.77   Average Ledger             279,129.80
    4 Checks/Debits          1,942,007.57   Average Collected          254,813.85
Service Charge                      .00
Interest Paid                       .00
Current Balance               199,575.11

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/06 | Lockbox Deposit | 73,645.00 |
| 2/13 | Lockbox Deposit | 196,422.80 |
| 2/14 | Lockbox Deposit | 93,002.80 |
| 2/17 | Wire Transfer Credit | 1,460,458.22 |
|      | COLAS SA | |
|      | 7 PL RENE CLAIR | |
|      | 92100 BOULOGNE BILLANCOURT | |
|      | CREDIT LYONNAIS | |
|      | 19 BOULEVARD DES ITALIENS | |
|      | PARIS FRANCE 92583 | |
|      | PAYMENT INVOICE 14116 14117 | |
|      | BITUMENFREIGHT POUR COLAS | |
|      | MARTINIQUE ET SOGETRA | |
|      | 20170217B1QGC01C000771 | |
|      | 20170217MMQFMP9H000065 | |
|      | 0217080OFT03 | |
| 2/21 | Lockbox Deposit | 118,478.75 |
| 2/27 | Lockbox Deposit | 199,297.20 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/08 | PAYMENTS   RIO ENERGY INT'L | 73,645.00- |
|      | CCD   Gulf Coast Asphalt Com | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002377

Debtor000595

# **I**BERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                  $ _____

## TOTAL                                $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                             $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

    1) Tell us your name and account number.
    2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000596

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 2/28/17    Page    2
Account Number    *******8673



COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/17 | PAYMENTS   RIO ENERGY INT'L | 289,425.60- |
|      | CCD   Gulf Coast Asphalt Com | |
| 2/21 | PAYMENTS   RIO ENERGY INT'L | 1,460,458.22- |
|      | CCD   Gulf Coast Asphalt Com | |
| 2/24 | PAYMENTS   RIO ENERGY INT'L | 118,478.75- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 277.91 | 2/13 | 196,700.71 | 2/21 | 118,756.66 |
| 2/06 | 73,922.91 | 2/14 | 289,703.51 | 2/24 | 277.91 |
| 2/08 | 277.91 | 2/17 | 1,460,736.13 | 2/27 | 199,575.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002379

Debtor000597

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

002363

Date  3/31/17     Page   1
Account Number   ******8673



```
-------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              ******8673   Statement Dates   3/01/17 thru  4/02/17
Previous Balance            199,575.11   Days this Statement Period        33
    5 Deposits/Credits      481,553.62   Average Ledger               50,866.34
    6 Checks/Debits         528,682.82   Average Collected            41,172.58
Service Charge                     .00
Interest Paid                      .00
Current Balance             152,445.91

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/06 | Lockbox Deposit | 69,598.50 |
| 3/13 | Lockbox Deposit | 52,177.65 |
| 3/21 | Lockbox Deposit | 45,950.15 |
| 3/24 | Wire Transfer Credit | 161,659.32 |
|      | RIO ENERGY INTERNATIONAL, INC. | |
|      | 5718 WESTHEIMER | |
|      | SUITE 1806 | |
|      | HOUSTON TX 77057-5780 //US | |
|      | BNP PARIBAS U.S.A - NEW YORK B | |
|      | NEW YORK,NY | |
|      | UNITED STATES OF AMERICA | |
|      | INV. 14171 - IC | |
|      | 20170324B1Q8201C002516 | |
|      | 20170324MMQFMP9H000626 | |
|      | 03241442FT03 | |
| 3/29 | Remote DDA Deposit | 152,168.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | PAYMENTS   RIO ENERGY INT'L | 199,297.20- |
|      | CCD   Gulf Coast Asphalt Com | |
| 3/08 | PAYMENTS   RIO ENERGY INT'L | 69,598.50- |
|      | CCD   Gulf Coast Asphalt Com | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008161

Debtor000599

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

 Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000600

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/31/17     Page    2
Account Number   *******8673



COMMERCIAL CHECKING ANALYSIS        *******8673  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/16 | PAYMENTS    RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 52,177.65- |
| 3/24 | From DDA *8673,To DDA *8665,In<br>v 14171 | 16,659.32- |
| 3/24 | From DDA *8673,To DDA *8665,In<br>v 14171 | 145,000.00- |
| 3/30 | PAYMENTS    RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 45,950.15- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 199,575.11 | 3/13 | 52,455.56 | 3/29 | 198,396.06 |
| 3/02 | 277.91 | 3/16 | 277.91 | 3/30 | 152,445.91 |
| 3/06 | 69,876.41 | 3/21 | 46,228.06 | | |
| 3/08 | 277.91 | 3/24 | 46,228.06 | | |

008163

Debtor000601

835

# IBERIABANK

**NOTICE OF CHANGE -** We are providing you with notice of changes to the Terms and Conditions of your account with us followed by a notice of a change to the Visa® zero liability rule.

Effective 21 calendar days after we send this notice to you, your account(s) shall be governed by the following Terms and Conditions. Continued use of your account(s) after receipt of these Terms and Conditions constitutes acceptance of, and agreement to, the Terms and Conditions.

## TERMS AND CONDITIONS
## OF YOUR ACCOUNT

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

 Your account is governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state in which the branch office where you opened your account is located. If you did not open your account in person at a branch office, but through the mail, by phone, or over the internet and you reside, or maintain a residence, in a state where the Bank operates a branch office, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state where the branch office is located. If you do not reside, or maintain a residence in a state where the Bank operates a branch office and you opened your account through the mail, by phone, or over the internet, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state of Louisiana. These choice of law provisions are to apply without giving effect to any choice of law rules that may require the application of the laws of another jurisdiction. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Throughout this document, when a provision is identified as being applicable to a certain state (for example, "in Louisiana"), it means that the provision is only applicable if your account is held at a branch located in that particular state. Any provision which is not described as applying to a particular state, applies to your account.

In Louisiana, Alabama, Florida, and Texas, "Party" means a person who, by the terms of an account, has a present right, subject to request, to payment from the account other than as a beneficiary or agent.

**In Louisiana, LIABILITY-** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (in solido) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs

and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**In Alabama, Arkansas, Florida, Georgia, Tennessee, and Texas, LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in your presence.

**WITHDRAWALS -**

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

Debtor000602

836

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money, which may be more than the actual amount of your purchase. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it may be up to three days before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

Here is an example of how this can occur – assume for this example the following: (1) you have opted-in to our overdraft services for the payment of overdrafts on ATM and everyday debit card transactions, (2) we pay the overdraft, and (3) our overdraft fee is $35 per overdraft, but we do not charge the overdraft fee if the transaction overdraws the account by less than $10.



You have $120 in your account. You swipe your card at the card reader on a gasoline pump. Since it is unclear what the final bill will be, the gas station's processing system immediately requests a hold on your account in a specified amount, for example, $80. Our processing system authorizes a temporary hold on your account in the amount of $80, and the gas station's processing system authorizes you to begin pumping gas. You fill your tank and the amount of gasoline you purchased is only $50. Our processing system shows that you have $40 in your account available for other transactions ($120 - $80 = $40) even though you would have $70 in your account available for other transactions if the amount of the temporary hold was equal to the amount of your purchase ($120 - $50 = $70). Later, another transaction you have authorized is presented for payment from your account in the amount of $60 (this could be a check you have written, another debit card transaction, an ACH debit or any other kind of payment request). This other transaction is presented before the amount of the temporary hold is adjusted to the amount of your purchase (remember, it may take up to three days for the adjustment to be made). Because the amount of this other transaction is greater than the amount our processing system shows is available in your account, our payment of this transaction will result in an overdraft transaction. Because the transaction overdraws your account by $20, your account will be assessed the overdraft fee of $35 according to our overdraft fee policy. You will be charged this $35 fee according to our policy even though you have enough money in your account to cover the $60 transaction if your account had only been debited the amount of your purchase rather than the amount of the temporary hold or if the temporary hold had already been adjusted to the actual amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**In Louisiana, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as

to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account -** This is an account in the names of two or more persons. Any one of such persons, acting alone, has complete access to the account. Upon the death of any party to such account, we are permitted to pay the account balance to the surviving parties, but this authority protects us only. If the surviving joint parties may be liable to the heirs, legatees, or creditors of the deceased party to the extent the funds withdrawn by the survivors were owed to the deceased. If any party to a joint account sends notice to us to prevent withdrawals from the account by another party or parties, we may require the party to withdraw the balance and close the account or we may refuse to allow any further withdrawals from the account except upon the written consent of all parties to it. The remedy we choose is entirely at our discretion.

**Revocable Trust or Pay-on-Death Account -** If two or more of you create such an account, you own the account jointly and the respective interests of each of you shall be deemed equal, unless otherwise stated in our account records. Beneficiaries acquire the right to withdraw only if: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, unless otherwise stated in our account records. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Alabama, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Parties own account during the lifetime of all parties in proportion to their net contributions, unless there is clear and convincing evidence of a different intent.

**In Alabama, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Arkansas, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Pay-On-Death Account -** If two or more of you create an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, with right of survivorship. The person(s) creating this account type reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Florida, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Single-Party Account -** Such an account is owned by one party.

**Multiple-Party Account -** Such an account is payable on request to one or more of two or more parties, whether or not a right of survivorship is mentioned.

2

Debtor000603

**Multiple-Party Account - Tenancy by the Entireties -** The account is owned by two parties who are married to each other and hold the account as tenants by the entirety.

**In Florida, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to the surviving party or parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Georgia and Tennessee, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.



**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Texas, UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE -** The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts. You may choose to designate one or more convenience signers on an account, even if the account is not a convenience account. A designated convenience signer may make transactions on your behalf during your lifetime, but does not own the account during your lifetime. The designated convenience signer owns the account on your death only if the convenience signer is also designated as a P.O.D. payee or trust account beneficiary.

**Single-Party Account Without "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Single-Party Account With "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes to the P.O.D. beneficiaries of the account. The account is not a part of the party's estate.

**Multiple-Party Account Without Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Multiple-Party Account With Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes to the surviving parties.

**Multiple-Party Account With Right of Survivorship and "P.O.D." (Payable on Death) Designation -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of the last surviving party, the ownership of the account passes to the P.O.D. beneficiaries.

**Convenience Account -** The parties to the account own the account. One or more convenience signers to the account may make account transactions for a party. A convenience signer does not own the account. On the death of the last surviving party, ownership of the account passes as a part of the last surviving party's estate under the last surviving party's will or by intestacy. The financial institution may pay funds in the account to a convenience signer before the financial institution receives notice of the death of the last surviving party. The payment to a convenience signer does not affect the parties' ownership of the account.

**Trust Account -** The parties named as trustees to the account own the account in proportion to the parties' net contributions to the account. A trustee may withdraw funds from the account. A beneficiary may not withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In Louisiana, Alabama, Georgia, and Tennessee, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Florida, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law, it must be made in a signed and dated writing, and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Arkansas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

Debtor000604

838

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Texas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law; it must be made in a dated, authenticated record that describes the item with certainty. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). We must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**In Louisiana, Alabama, Arkansas, Florida, and Georgia, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Tennessee, STATEMENTS - Your duty to report unauthorized signatures, alterations, forgeries and other errors -** You must examine your statement of account with "reasonable promptness." In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. If you discover (or reasonably should have discovered) any unauthorized signatures, alterations, incorrect payment amounts, or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith. The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and items and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations, forgeries, incorrect payment amounts, missing or incorrectly credited deposits, or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care and is based upon good faith. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Texas, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

4



**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**In Louisiana, Alabama, Arkansas, Georgia, and Tennessee, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.



**In Florida, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

The funds in joint accounts, including accounts owned as tenants by the entireties, may be set off by us for any individual or joint debt of any person having withdrawal rights. To the extent that setoff of funds in an account owned by husband and wife as tenants by the entireties would ordinarily not be permitted by law for a debt of only one of the spouses, both spouses and all persons having rights of withdrawal hereby waive that right and consent to setoff for either an individual or joint debt owed by one or both of them to this bank. This waiver and consent applies to debts on which any one of you is liable, whether jointly with another, individually, or those on which you are secondarily liable.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Texas, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) the debt is created by a home equity loan, or (e) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Louisiana, AUTHORIZED SIGNER (Agent) (Individual Accounts only) -** A single individual is the owner. The authorized signer (hereinafter "agent") is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Alabama, AGENCY (Power of Attorney) DESIGNATION (Single-Party Accounts only) -** A single individual is the owner. The agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Arkansas, AGENCY (POWER OF ATTORNEY) DESIGNATION -** Agents may make account transactions on behalf of the parties, but have no ownership or rights at death unless named as Pay-on-Death beneficiaries. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Florida, CONVENIENCE ACCOUNT AGENT (Single-Party Accounts only) -** A convenience account, as defined by Florida law, means a deposit account other than a certificate of deposit, in the name of one individual, in which one or more individuals have been designated as agent with the right to make deposits to and withdraw funds from or draw checks on such account on the owner's behalf. A single individual is the owner, and the agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of a convenience account agent.

**In Georgia, AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In Tennessee, ADDITIONAL AUTHORIZED SIGNATORY (Individual Accounts only) -** A single individual is the owner. The additional authorized signatory is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the additional authorized signatory may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the additional authorized signatory. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the additional authorized signatory until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an additional authorized signatory.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

5

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within 1½" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within 1½" of that edge.





It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to this account, and as authorized by applicable law and regulations.
- Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

Debtor000607

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

## NOTICE OF CHANGE IN VISA ZERO LIABILITY RULE

A change in the Visa Core Rules revises the circumstances under which you have zero liability for unauthorized electronic fund transfers. The change is highlighted in bold italics type in the next two sentences. Under the new Visa rule, you will not be liable for any transactions using a lost or stolen Visa card unless you have been *negligent* or engaged in fraud. Under the previous rule, you are not liable for any transaction using a lost or stolen Visa card unless you were *grossly negligent* or engaged in fraud. This change becomes effective 21 days after you receive this notice.

Whether conduct is negligent depends on the circumstances and is subject to interpretation. However, negligence is generally considered to be the failure to use such care as a reasonably prudent person would have exercised in a similar situation. Negligence is more careful conduct than gross negligence.

As a result of the Visa rule change, you have to use a higher degree of care to have zero liability for unauthorized transactions than you had to exercise under the previous Visa rule.

Here is the disclosure of your liability for unauthorized electronic fund transfers, effective 21 days after you receive this notice —

### UNAUTHORIZED TRANSFERS
**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

• *Additional Limit on Liability for Debit VISA® Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Debit VISA® Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed below. You should also call the number or write to the address listed below if you believe a transfer has been made using the information from your check without your permission.

IBERIABANK
12719 CANTRELL ROAD, SUITE 103
LITTLE ROCK, AR 72223
Phone: 800-682-3231

200668917-010

© 2016 Wolters Kluwer Financial Services — Bankers Systems™ Form CN-TC-REGE 12/1/2016 Custom TCM-20t

Debtor000608

842

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

002686

Date  4/28/17     Page    1
Account Number    *******8673



--------------------------- **CHECKING ACCOUNT** ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              *******8673   Statement Dates   4/03/17 thru  4/30/17
Previous Balance             152,445.91   Days this Statement Period        28
    3 Deposits/Credits       288,741.51   Average Ledger              74,617.40
    3 Checks/Debits          407,917.35   Average Collected           61,948.62
Service Charge                      .00
Interest Paid                       .00
Current Balance               33,270.07

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/11 | Lockbox Deposit | 187,382.70 |
| 4/17 | Lockbox Deposit | 68,366.65 |
| 4/28 | Lockbox Deposit | 32,992.16 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/12 | PAYMENTS   RIO ENERGY INT'L | 187,382.70- |
|      | CCD   Gulf Coast Asphalt Com | |
| 4/13 | PAYMENTS   RIO ENERGY INT'L | 152,168.00- |
|      | CCD   Gulf Coast Asphalt Com | |
| 4/21 | PAYMENTS   RIO ENERGY INT'L | 68,366.65- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 152,445.91 | 4/13 | 277.91 | 4/28 | 33,270.07 |
| 4/11 | 339,828.61 | 4/17 | 68,644.56 | | |
| 4/12 | 152,445.91 | 4/21 | 277.91 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001429

Debtor000609

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                            $ _____

## TOTAL                           $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000610

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date  5/31/17      Page   1
                                            Account Number  *******8673
     GULF COAST ASPHALT COMPANY LLC
     LOCKBOX ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number          *******8673  Statement Dates   5/01/17 thru  5/31/17
Previous Balance         33,270.07   Days this Statement Period        31
   6 Deposits/Credits   813,336.74   Average Ledger            107,860.19
   5 Checks/Debits      726,912.18   Average Collected          86,838.33
Service Charge                 .00
Interest Paid                  .00
Current Balance         119,694.63
```

```
                          Deposits and Additions
Date     Description                          Amount
5/01     Wire Transfer Credit              161,659.32
         BNP PARIBAS U.S.A - NEW YORK B
         NEW YORK,NY
         UNITED STATES OF AMERICA
         INV. 14199 - IC
         20170501B1Q8201C001004
         20170501MMQFMP9H000677
         05011511FT03
5/01     Lockbox Deposit                   271,078.95
5/16     Lockbox Deposit                   207,203.80
5/22     Lockbox Deposit                    47,533.47
5/23     Lockbox Deposit                     6,444.80
5/31     Lockbox Deposit                   119,416.40
```

```
                         Withdrawals and Deductions
Date     Description                          Amount
5/01     PAYMENTS   RIO ENERGY INT'L        32,992.16-
         CCD   Gulf Coast Asphalt Com
5/01     From DDA *8673,To DDA *8665       161,659.00-
5/09     PAYMENTS   RIO ENERGY INT'L       271,078.95-
         CCD   Gulf Coast Asphalt Com
5/19     PAYMENTS   RIO ENERGY INT'L       207,203.80-
         CCD   Gulf Coast Asphalt Com
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000611

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

### ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

### TOTAL                            $ _____

### SUBTRACT—

CHECKS OUTSTANDING                   $ _____

### BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**


**EQUAL HOUSING LENDER**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  5/31/17      Page    2
   GULF COAST ASPHALT COMPANY LLC       Account Number   *******8673
   LOCKBOX ACCOUNT
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
| 5/30 | PAYMENTS   RIO ENERGY INT'L | 53,978.27- |
|      | CCD   Gulf Coast Asphalt Com | |

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 271,357.18 | 5/19 | 278.23 | 5/30 | 278.23 |
| 5/09 | 278.23 | 5/22 | 47,811.70 | 5/31 | 119,694.63 |
| 5/16 | 207,482.03 | 5/23 | 54,256.50 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000613

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/30/17     Page    1
Account Number    *******8673

```
--------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                       0
Account Number              *******8673   Statement Dates   6/01/17 thru 7/02/17
Previous Balance            119,694.63     Days this Statement Period        32
    4 Deposits/Credits      330,044.45     Average Ledger              59,927.22
    3 Checks/Debits         394,954.80     Average Collected           49,613.33
Service Charge                    .00
Interest Paid                     .00
Current Balance              54,784.28

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | Lockbox Deposit | 71,720.80 |
| 6/06 | Lockbox Deposit | 163,826.50 |
| 6/20 | Lockbox Deposit | 39,991.10 |
| 6/27 | Lockbox Deposit | 54,506.05 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/02 | PAYMENTS   RIO ENERGY INT'L | 191,137.20- |
|      | CCD   Gulf Coast Asphalt Com | |
| 6/14 | PAYMENTS   RIO ENERGY INT'L | 163,826.50- |
|      | CCD   Gulf Coast Asphalt Com | |
| 6/22 | PAYMENTS   RIO ENERGY INT'L | 39,991.10- |
|      | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 191,415.43 | 6/14 | 278.23 | 6/27 | 54,784.28 |
| 6/02 | 278.23 | 6/20 | 40,269.33 | | |
| 6/06 | 164,104.73 | 6/22 | 278.23 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000615

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

---

STATEMENT OF ACCOUNT

---

# IBERIABANK

 TO PLO R
GULF COAST ASPHALT COMPANY LLC
LOCKBOX ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

005577

Date  7/31/17    Page    1
Account Number    *******8673

---

 Change in terms: Effective September 1, 2017, deposit accounts with no transaction activity and a zero balance for 30 consecutive days may be closed.

---------------------------- **CHECKING ACCOUNT** -----------------------------

**COMMERCIAL CHECKING ANALYSIS**                                                      0
Account Number              *******8673   Statement Dates   7/03/17 thru  7/31/17
Previous Balance             54,784.28    Days this Statement Period        29
    7 Deposits/Credits      724,694.53    Average Ledger               144,002.35
    6 Checks/Debits         693,583.19    Average Collected            117,841.94
Service Charge                     .00
Interest Paid                      .00
Current Balance              85,895.62

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | Lockbox Deposit | 33,957.35 |
| 7/06 | Lockbox Deposit | 20,831.41 |
| 7/11 | Lockbox Deposit | 113,098.50 |
| 7/18 | Lockbox Deposit | 329,005.00 |
| 7/24 | Lockbox Deposit | 14,459.26 |
| 7/25 | Lockbox Deposit | 127,548.95 |
| 7/31 | Remote DDA Deposit | 85,794.06 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 54,506.05- |
| 7/07 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 33,957.35- |
| 7/11 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 20,831.41- |
| 7/12 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 113,098.50- |
| 7/24 | ANALYSIS CHARGE<br>Lockbox Fees - June 2017 | 176.67- |
| 7/28 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 471,013.21- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008541

Debtor000617

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT    $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)    $ _____

## TOTAL    $ _____

## SUBTRACT—

CHECKS OUTSTANDING    $ _____

## BALANCE    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account as of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000618

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  7/31/17    Page    2
     GULF COAST ASPHALT COMPANY LLC        Account Number   *******8673
     LOCKBOX ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

 COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 34,235.58 | 7/12 | 278.23 | 7/28 | 101.56 |
| 7/06 | 55,066.99 | 7/18 | 329,283.23 | 7/31 | 85,895.62 |
| 7/07 | 21,109.64 | 7/24 | 343,565.82 | | |
| 7/11 | 113,376.73 | 7/25 | 471,114.77 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

008543

Debtor000619

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/17    Page    1
                                              Account Number    *******8673

    GULF COAST ASPHALT COMPANY LLC
    LOCKBOX ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8673  Statement Dates  8/01/17 thru 8/31/17
Previous Balance              85,895.62   Days this Statement Period      31
    7 Deposits/Credits     1,516,100.52   Average Ledger          269,985.02
    4 Checks/Debits          796,368.60   Average Collected       221,078.55
Service Charge                     .00
Interest Paid                      .00
Current Balance              805,627.54
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Lockbox Deposit | 241,508.42 |
| 8/15 | Lockbox Deposit | 218,341.87 |
| 8/22 | Lockbox Deposit | 233,218.70 |
| 8/24 | Lockbox Deposit | 84,336.35 |
| 8/24 | Remote DDA Deposit | 250,724.25 |
| 8/28 | Lockbox Deposit | 225,817.35 |
| 8/29 | Lockbox Deposit | 262,153.58 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 241,508.42- |
| 8/14 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 85,794.06- |
| 8/21 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 218,341.87- |
| 8/28 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 250,724.25- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 327,404.04 | 8/14 | 101.56 | 8/21 | 101.56 |
| 8/02 | 85,895.62 | 8/15 | 218,443.43 | 8/22 | 233,320.26 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000621

# **IBERIA**BANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member**
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date  8/31/17     Page     2
    GULF COAST ASPHALT COMPANY LLC     Account Number   *******8673
    LOCKBOX ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/24 | 568,380.86 | 8/28 | 543,473.96 | 8/29 | 805,627.54 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000623

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/29/17     Page    1
                                        Account Number    *******8673
     GULF COAST ASPHALT COMPANY LLC
     LOCKBOX ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
     --------------------------- CHECKING ACCOUNT -------------------------------

     COMMERCIAL CHECKING ANALYSIS                                              0
     Account Number              *******8673   Statement Dates   9/01/17 thru 10/01/17
     Previous Balance             805,627.54   Days this Statement Period          31
        4 Deposits/Credits        507,407.65   Average Ledger              232,557.34
        4 Checks/Debits         1,312,433.63   Average Collected           216,189.35
     Service Charge                      .00
     Interest Paid                       .00
     Current Balance                  601.56
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/06 | Lockbox Deposit | 113,661.15 |
| 9/12 | Lockbox Deposit | 159,630.05 |
| 9/21 | Lockbox Deposit | 139,045.50 |
| 9/25 | Lockbox Deposit | 95,070.95 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/01 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 571,807.28- |
| 9/15 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 273,291.20- |
| 9/21 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 233,218.70- |
| 9/27 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 234,116.45- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 233,820.26 | 9/15 | 233,820.26 | 9/27 | 601.56 |
| 9/06 | 347,481.41 | 9/21 | 139,647.06 | | |
| 9/12 | 507,111.46 | 9/25 | 234,718.01 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000625

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000626

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

010500

Date 10/31/17     Page     1
Account Number    *******8673



---------------------------- CHECKING ACCOUNT ---------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              *******8673    Statement Dates  10/02/17 thru 10/31/17
Previous Balance                 601.56    Days this Statement Period        30
     7 Deposits/Credits       1,026,361.07    Average Ledger            173,302.95
     4 Checks/Debits          1,019,560.65    Average Collected         150,286.44
Service Charge                      .00
Interest Paid                       .00
Current Balance                7,401.98

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/03 | Lockbox Deposit | 75,703.15 |
| 10/04 | Lockbox Deposit | 85,543.80 |
| 10/06 | Transfer Credit | 335,865.75 |
| 10/12 | Lockbox Deposit | 154,475.45 |
| 10/18 | Lockbox Deposit | 301,720.75 |
| 10/19 | Deposit | 66,251.75 |
| 10/26 | Lockbox Deposit | 6,800.42 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/06 | PAYMENTS   RIO ENERGY INT'L | 161,246.95- |
|       | CCD   Gulf Coast Asphalt Com | |
| 10/16 | PAYMENTS   RIO ENERGY INT'L | 490,341.20- |
|       | CCD   Gulf Coast Asphalt Com | |
| 10/19 | PAYMENTS   RIO ENERGY INT'L | 301,720.75- |
|       | CCD   Gulf Coast Asphalt Com | |
| 10/26 | PAYMENTS   RIO ENERGY INT'L | 66,251.75- |
|       | CCD   Gulf Coast Asphalt Com | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 601.56 | 10/04 | 161,848.51 | 10/12 | 490,942.76 |
| 10/03 | 76,304.71 | 10/06 | 336,467.31 | 10/16 | 601.56 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002661

Debtor000627

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**Member FDIC**



EQUAL HOUSING
LENDER

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your Account as of your billing cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000628

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 10/31/17      Page     2
      GULF COAST ASPHALT COMPANY LLC          Account Number   *******8673
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

---

 COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/18 | 302,322.31 | 10/19 | 66,853.31 | 10/26 | 7,401.98 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

002663

Debtor000629

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/17      Page    1
                                              Account Number   *******8673
    GULF COAST ASPHALT COMPANY LLC
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
---------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                                0
Account Number              *******8673  Statement Dates  11/01/17 thru 11/30/17
Previous Balance               7,401.98  Days this Statement Period        30
   5 Deposits/Credits        856,768.48  Average Ledger             57,353.47
   5 Checks/Debits           863,568.90  Average Collected          28,794.53
Service Charge                     .00
Interest Paid                      .00
Current Balance                 601.56
```

```
                         Deposits and Additions
Date     Description                            Amount
11/01    Lockbox Deposit                      83,303.34
11/07    Lockbox Deposit                     130,946.20
11/15    Lockbox Deposit                     330,173.89
11/21    Lockbox Deposit                      65,523.55
11/27    Lockbox Deposit                     246,821.50
```

```
                       Withdrawals and Deductions
Date     Description                            Amount
11/02    PAYMENTS   RIO ENERGY INT'L          90,103.76-
         CCD   Gulf Coast Asphalt Com
11/09    PAYMENTS   RIO ENERGY INT'L         130,946.20-
         CCD   Gulf Coast Asphalt Com
11/17    PAYMENTS   RIO ENERGY INT'L         330,173.89-
         CCD   Gulf Coast Asphalt Com
11/24    PAYMENTS   RIO ENERGY INT'L          65,523.55-
         CCD   Gulf Coast Asphalt Com
11/29    PAYMENTS   RIO ENERGY INT'L         246,821.50-
         CCD   Gulf Coast Asphalt Com
```

```
                      Daily Balance Information
Date          Balance Date         Balance Date            Balance
11/01       90,705.32 11/07    131,547.76 11/15         330,775.45
11/02          601.56 11/09        601.56 11/17            601.56
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000631

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT | | |
|---|---|---|
| **No.** | **$** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

## TOTAL                                     $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000632

STATEMENT OF ACCOUNT

# **iBERIABANK**

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17     Page     2
Account Number     *******8673

---

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### **Daily Balance Information**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 11/21 | 66,125.11 | 11/27 | 247,423.06 |
| 11/24 | 601.56 | 11/29 | 601.56 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000633

863

---

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17     Page     1
Account Number    *******8673

```
-------------------------- CHECKING ACCOUNT --------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                            0
Account Number              *******8673   Statement Dates  12/01/17 thru 12/31/17
Previous Balance                 601.56   Days this Statement Period        31
    3 Deposits/Credits       737,420.69   Average Ledger             48,177.08
    3 Checks/Debits          737,420.69   Average Collected          24,389.32
Service Charge                      .00
Interest Paid                       .00
Current Balance                  601.56

### Deposits and Additions

| Date  | Description      | Amount     |
|-------|------------------|------------|
| 12/11 | Lockbox Deposit  | 35,645.14  |
| 12/20 | Lockbox Deposit  | 161,233.90 |
| 12/27 | Lockbox Deposit  | 540,541.65 |

### Withdrawals and Deductions

| Date  | Description                      | Amount       |
|-------|----------------------------------|--------------|
| 12/13 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 35,645.14-  |
| 12/22 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 161,233.90- |
| 12/29 | PAYMENTS   RIO ENERGY INT'L<br>CCD   Gulf Coast Asphalt Com | 540,541.65- |

### Daily Balance Information

| Date  | Balance    | Date  | Balance    | Date  | Balance |
|-------|------------|-------|------------|-------|---------|
| 12/01 | 601.56     | 12/20 | 161,835.46 | 12/29 | 601.56  |
| 12/11 | 36,246.70  | 12/22 | 601.56     |       |         |
| 12/13 | 601.56     | 12/27 | 541,143.21 |       |         |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000635

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)                $ _____

## TOTAL                $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 **Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

 **EQUAL HOUSING LENDER**

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account on the billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000636

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  1/31/18      Page     1
                                        Account Number  *******8673

   GULF COAST ASPHALT COMPANY LLC
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8673  Statement Dates  1/01/18 thru  1/31/18
Previous Balance                 601.56  Days this Statement Period          31
      6 Deposits/Credits     685,162.75  Average Ledger              185,095.95
      1 Checks/Debits        207,134.90  Average Collected           162,993.92
Service Charge                      .00
Interest Paid                       .00
Current Balance              478,629.41
```

```
                         Deposits and Additions
   Date      Description                          Amount
   1/09      Lockbox Deposit                  207,134.90
   1/16      Lockbox Deposit                  155,208.75
   1/22      Lockbox Deposit                  163,622.45
   1/23      Lockbox Deposit                  107,504.60
   1/24      Lockbox Deposit                   19,094.40
   1/30      Lockbox Deposit                   32,597.65

                       Withdrawals and Deductions
   Date      Description                          Amount
   1/11      PAYMENTS   RIO ENERGY INT'L     207,134.90-
             CCD   Gulf Coast Asphalt Com

                       Daily Balance Information
   Date         Balance Date         Balance Date          Balance
   1/01          601.56  1/16    155,810.31  1/24      446,031.76
   1/09     207,736.46   1/22    319,432.76  1/30      478,629.41
   1/11          601.56  1/23    426,937.36
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000637

# **IBERIA**BANK

### THIS FORM IS PROVIDED TO HELP YOU BALANCE
### YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                         $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                       $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member**
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

    1)Tell us your name and account number.
    2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have
use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account
used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up
all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily
periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the
billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account
and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate
the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ-
ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account (less any closing date which includes principal.  If the New Balance is less than
or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to
make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically
deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed
to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch
office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We
must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount
  in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as
  delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  2/28/18     Page    1
        GULF COAST ASPHALT COMPANY LLC        Account Number   *******8673
        1990 POST OAK BLVD SUITE 2400
        HOUSTON TX 77056
```

```
        ---------------------------- CHECKING ACCOUNT -------------------------------

        COMMERCIAL CHECKING ANALYSIS                                             0
        Account Number              *******8673   Statement Dates  2/01/18 thru  2/28/18
        Previous Balance              478,629.41   Days this Statement Period       28
           5 Deposits/Credits         544,722.19   Average Ledger           137,286.75
           6 Checks/Debits            739,445.98   Average Collected        123,266.17
        Service Charge                      .00
        Interest Paid                       .00
        Current Balance               283,905.62
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/13 | Lockbox Deposit | 113,771.05 |
| 2/21 | Lockbox Deposit | 147,377.75 |
| 2/26 | Wire Transfer Credit | 12,540.94 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,NY,US 10038 | |
| | 1291816/146261291819 | |
| | 4625 | |
| | 20180226B6B7HU1R010313 | |
| | 20180226MMQFMP9H000878 | |
| | 02261356FT01 | |
| 2/27 | Lockbox Deposit | 131,427.45 |
| 2/28 | Wire Transfer Credit | 139,605.00 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000639

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                   $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                            $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                  $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000640

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC                    Date  2/28/18      Page     2
1990 POST OAK BLVD SUITE 2400                     Account Number    *******8673
HOUSTON TX 77056

---

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 20180228B6B7HU1R008841 | |
|      | 20180228MMQFMP9H000627 | |
|      | 02281101FTO1 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/07 | From DDA *8673,To DDA *8665 | 478,100.00- |
| 2/15 | Wire Transfer Debit | 41,080.30- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180215MMQFMP9H001588 | |
|      | 20180215B6B7HU3R012029 | |
|      | 02151535FTO1 | |
| 2/15 | From DDA *8673,To DDA *8665 | 72,690.75- |
| 2/20 | Account Analysis Charge | 197.18- |
| 2/23 | Wire Transfer Debit | 43,990.30- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180223MMQFMP9H000539 | |
|      | 20180223B6B7HU4R004720 | |
|      | 02231048FTO1 | |
| 2/23 | From DDA *8673,To DDA *8665 | 103,387.45- |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000641

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date  2/28/18     Page    3
        GULF COAST ASPHALT COMPANY LLC    Account Number   *******8673
        1990 POST OAK BLVD SUITE 2400
        HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 478,629.41 | 2/20 | 332.23 | 2/27 | 144,300.62 |
| 2/07 | 529.41 | 2/21 | 147,709.98 | 2/28 | 283,905.62 |
| 2/13 | 114,300.46 | 2/23 | 332.23 | | |
| 2/15 | 529.41 | 2/26 | 12,873.17 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000642

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  3/30/18      Page    1
GULF COAST ASPHALT COMPANY LLC          Account Number   *******8673
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
------------------------ CHECKING ACCOUNT ------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                     0
```
Account Number              *******8673   Statement Dates   3/01/18 thru  4/01/18
Previous Balance             283,905.62    Days this Statement Period        32
    5 Deposits/Credits       428,946.50    Average Ledger              31,482.06
    7 Checks/Debits          712,772.43    Average Collected           18,077.48
Service Charge                      .00
Interest Paid                       .00
Current Balance                   79.69
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/07 | Lockbox Deposit | 103,987.75 |
| 3/13 | Lockbox Deposit | 104,212.45 |
| 3/20 | Lockbox Deposit | 33,318.45 |
| 3/21 | Lockbox Deposit | 37,400.85 |
| 3/27 | Lockbox Deposit | 150,027.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | Wire Transfer Debit | 131,427.45- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180302MMQFMP9H001927 | |
|      | 20180302B6B7HU1R012280 | |
|      | 03021514FT01 | |
| 3/02 | From DDA *8673,To DDA *8665 | 152,145.94- |
| 3/08 | Wire Transfer Debit | 103,987.75- |
|      | MERCURIA ENERGY TRADING,INC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000643

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                         $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                       $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.


**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18     Page     2
Account Number   *******8673

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
| | 20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046<br>BK AMER NYC<br>20180308MMQFMP9H001471<br>20180308B6B7HU3R011211<br>03081607FT01 | |
| 3/15 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC | 104,212.45- |
| | 20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046<br>BK AMER NYC<br>20180315MMQFMP9H001285<br>20180315B6B7HU1R010986<br>03151436FT01 | |
| 3/20 | Account Analysis Charge | 252.54- |
| 3/22 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC | 70,719.30- |
| | 20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046<br>BK AMER NYC<br>20180322MMQFMP9H000858<br>20180322B6B7HU3R009420<br>03221334FT01 | |
| 3/29 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC | 150,027.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000645

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18    Page    3
Account Number    *******8673

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180329MMQFMP9H001731 | |
|      | 20180329B6B7HU4RO14112 | |
|      | 03291519FTO1 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 283,905.62 | 3/13 | 104,544.68 | 3/22 | 79.69 |
| 3/02 | 332.23 | 3/15 | 332.23 | 3/27 | 150,106.69 |
| 3/07 | 104,319.98 | 3/20 | 33,398.14 | 3/29 | 79.69 |
| 3/08 | 332.23 | 3/21 | 70,798.99 | | |

VITOL EXHIBIT

124.12

Adv. No.: 21-06006 8/30/2022

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  4/30/18     Page    1
                                        Account Number   *******8673
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT -------------------------

COMMERCIAL CHECKING ANALYSIS                                        0
Account Number          *******8673  Statement Dates   4/02/18 thru  4/30/18
Previous Balance              79.69  Days this Statement Period        29
    5 Deposits/Credits     238,801.40  Average Ledger               14,525.67
    5 Checks/Debits        238,735.98  Average Collected             6,303.20
Service Charge                  .00
Interest Paid                   .00
Current Balance              145.11
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/03 | Lockbox Deposit | 68,781.75 |
| 4/10 | Lockbox Deposit | 32,246.25 |
| 4/17 | Lockbox Deposit | 57,639.00 |
| 4/23 | Transfer Credit | 350.00 |
| 4/24 | Lockbox Deposit | 79,784.40 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/05 | Wire Transfer Debit | 68,781.75- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180405MMQFMP9H000522 | |
|      | 20180405B6B7HU1R005825 | |
|      | 04051133FT01 | |
| 4/12 | Wire Transfer Debit | 32,246.25- |
|      | MERCURIA ENERGY TRADING,INC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000648

STATEMENT OF ACCOUNT

# IBERIABANK

|  | Date 4/30/18     Page    2 |
|---|---|
| GULF COAST ASPHALT COMPANY LLC | Account Number   *******8673 |
| 1990 POST OAK BLVD SUITE 2400 | |
| HOUSTON TX 77056 | |

COMMERCIAL CHECKING ANALYSIS          *******8673  (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| | ▮▮▮▮▮ | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 | |
| | BK AMER NYC | |
| | 20180412MMQFMP9H000099 | |
| | 20180412B6B7HU2R002988 | |
| | 04120915FT01 | |
| 4/18 | Wire Transfer Debit | 57,639.00- |
| | MERCURIA ENERGY TRADING,INC | |
| | ▮▮▮▮▮ | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 | |
| | BK AMER NYC | |
| | 20180418MMQFMP9H001721 | |
| | 20180418B6B7HU1R012728 | |
| | 04181649FT01 | |
| 4/20 | Account Analysis Charge | 284.58- |
| 4/26 | Wire Transfer Debit | 79,784.40- |
| | MERCURIA ENERGY TRADING,INC | |
| | ▮▮▮▮▮ | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 | |
| | BK AMER NYC | |
| | 20180426MMQFMP9H001516 | |
| | 20180426B6B7HU3R011953 | |
| | 04261512FT03 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/02 | 79.69 | 4/10 | 32,325.94 | 4/18 | 79.69 |
| 4/03 | 68,861.44 | 4/12 | 79.69 | 4/20 | 204.89- |
| 4/05 | 79.69 | 4/17 | 57,718.69 | 4/23 | 145.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000649

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18    Page    3
Account Number  *******8673

COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 4/24 | 79,929.51 | 4/26 | 145.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000650

879

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

013260

Date   5/31/18     Page     1
Account Number    *******8673



013260

```
------------------------------ CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                                    0
Account Number              *******8673   Statement Dates    5/01/18 thru  5/31/18
Previous Balance                 145.11   Days this Statement Period           31
     8 Deposits/Credits      460,738.95   Average Ledger              44,271.81
     6 Checks/Debits         460,738.95   Average Collected           27,941.54
Service Charge                      .00
Interest Paid                       .00
Current Balance                  145.11

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Lockbox Deposit | 123,409.50 |
| 5/04 | Lockbox Deposit | 22,883.49 |
| 5/08 | Lockbox Deposit | 137,342.25 |
| 5/15 | Lockbox Deposit | 35,316.75 |
| 5/16 | Lockbox Deposit | 117,889.05 |
| 5/21 | Transfer Credit | 267.41 |
| 5/22 | Lockbox Deposit | 7,506.00 |
| 5/30 | Lockbox Deposit | 16,124.50 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/02 | Wire Transfer Debit | 123,409.50- |

MERCURIA ENERGY TRADING,INC

20 E GREENWAY PLAZA
SUITE 650
HOUSTON, TX 77046
BK AMER NYC
20180502MMQFMP9H001789
20180502B6B7HU4R010515
05021453FT03

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001353

**IBERIABANK**

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
**LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account less any finance charge which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000652

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18    Page    2
Account Number   *******8673

---



013260

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/09 | Wire Transfer Debit | 160,225.74- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180509MMQFMP9H000940 | |
|      | 20180509B6B7HU1R007260 | |
|      | 05091311FT03 | |
| 5/21 | Account Analysis Charge | 267.41- |
| 5/22 | Wire Transfer Debit | 153,350.91- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180522MMQFMP9H000561 | |
|      | 20180522B6B7HU3R005987 | |
|      | 05221132FT03 | |
| 5/25 | Wire Transfer Debit | 7,360.89- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180525MMQFMP9H000839 | |
|      | 20180525B6B7HU1R006132 | |
|      | 05251109FT03 | |
| 5/31 | Wire Transfer Debit | 16,124.50- |
|      | MERCURIA ENERGY TRADING,INC | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001355

Debtor000653

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18    Page    3
Account Number  *******8673



013260

COMMERCIAL CHECKING ANALYSIS        *******8673  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | ▮▮▮▮▮ | |
|  | 20 E GREENWAY PLAZA | |
|  | SUITE 650 | |
|  | HOUSTON, TX 77046 | |
|  | BK AMER NYC | |
|  | 20180531MMQFMP9H001358 | |
|  | 20180531B6B7HU2R009811 | |
|  | 05311239FT03 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 123,554.61 | 5/09 | 145.11 | 5/22 | 7,506.00 |
| 5/02 | 145.11 | 5/15 | 35,461.86 | 5/25 | 145.11 |
| 5/04 | 23,028.60 | 5/16 | 153,350.91 | 5/30 | 16,269.61 |
| 5/08 | 160,370.85 | 5/21 | 153,350.91 | 5/31 | 145.11 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

001356

Debtor000654

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  6/29/18    Page    1
                                          Account Number   *******8673
    GULF COAST ASPHALT COMPANY LLC
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT -------------------------

COMMERCIAL CHECKING ANALYSIS                                        0
Account Number          *******8673   Statement Dates  6/01/18 thru 7/01/18
Previous Balance             145.11   Days this Statement Period        31
   11 Deposits/Credits    702,245.92  Average Ledger             28,655.74
    8 Checks/Debits       702,391.03  Average Collected          10,851.08
Service Charge                  .00
Interest Paid                   .00
Current Balance                 .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/04 | Lockbox Deposit | 52,734.78 |
| 6/05 | Lockbox Deposit | 21,335.00 |
| 6/12 | Lockbox Deposit | 16,084.74 |
| 6/12 | Remote DDA Deposit | 31,614.90 |
| 6/14 | Remote DDA Deposit | 93,676.80 |
| 6/18 | Lockbox Deposit | 22,392.00 |
| 6/19 | Lockbox Deposit | 198,204.50 |
| 6/21 | Transfer Credit | 138.50 |
| 6/26 | Lockbox Deposit | 115,901.68 |
| 6/27 | Wire Transfer Credit | 19,645.10 |
|      | TERRA FIRMA MATERIALS LLC | |
|      | 9312 E CURVE RD | |
|      | EDINBURG TX 78542 | |
|      | TO PAY ASPHALT MATERIAL | |
|      | 20180627GMQFMP01009311 | |
|      | 20180627MMQFMP9H000718 | |
|      | 06271327FT03 | |
| 6/27 | Wire Transfer Credit | 130,517.92 |
|      | IOC COMPANY LLC | |
|      | 9312 E CURVE RD | |
|      | EDINBURG TX 78542 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000655

# iBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member
FDIC**



EQUAL HOUSING
LENDER

**In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any finance charge closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000656

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18    Page    2
Account Number   *******8673

COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | TO PAY ASPHALT MATERIAL | |
|      | 20180627GMQFMP01009160 | |
|      | 20180627MMQFMP9H000710 | |
|      | 06271323FT03 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/06 | Wire Transfer Debit | 74,069.78- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180606MMQFMP9H000449 | |
|      | 20180606B6B7HU4R005400 | |
|      | 06061120FT03 | |
| 6/13 | Wire Transfer Debit | 47,699.64- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180613MMQFMP9H001385 | |
|      | 20180613B6B7HU3R009536 | |
|      | 06131440FT03 | |
| 6/18 | Wire Transfer Debit | 93,676.80- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000657

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18    Page    3
Account Number    *******8673

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180618MMQFMP9H000146 | |
|      | 20180618B6B7HU1R002776 | |
|      | 06180918FT03 | |
| 6/19 | Wire Transfer Debit | 22,392.00- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180619MMQFMP9H000584 | |
|      | 20180619B6B7HU4R005427 | |
|      | 06191205FT03 | |
| 6/20 | Wire Transfer Debit | 198,204.50- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180620MMQFMP9H001137 | |
|      | 20180620B6B7HU1R009675 | |
|      | 06201425FT03 | |
| 6/20 | Account Analysis Charge | 283.61- |
| 6/27 | Wire Transfer Debit | 115,901.68- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180627MMQFMP9H000662 | |
|      | 20180627B6B7HU2R007223 | |
|      | 06271225FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000658

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18     Page     4
Account Number    *******8673

---

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/27 | Wire Transfer Debit | 150,163.02- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180627MMQFMP9H001350 | |
|      | 20180627B6B7HU3R011389 | |
|      | 06271517FT03 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 145.11 | 6/13 | 145.11 | 6/21 | .00 |
| 6/04 | 52,879.89 | 6/14 | 93,821.91 | 6/26 | 115,901.68 |
| 6/05 | 74,214.89 | 6/18 | 22,537.11 | 6/27 | .00 |
| 6/06 | 145.11 | 6/19 | 198,349.61 | | |
| 6/12 | 47,844.75 | 6/20 | 138.50- | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000659

Debtor000660

---

STATEMENT OF ACCOUNT

---

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

010535



010535

Date  7/31/18    Page    1
Account Number   *******8673

---

------------------------- **CHECKING ACCOUNT** -------------------------

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              *******8673   Statement Dates   7/02/18 thru  7/31/18
Previous Balance                    .00   Days this Statement Period        30
    8 Deposits/Credits        666,692.89   Average Ledger                34,076.32
    7 Checks/Debits           666,543.85   Average Collected             10,488.71
Service Charge                      .00
Interest Paid                       .00
Current Balance                  149.04

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | Lockbox Deposit | 41,272.30 |
| 7/10 | Lockbox Deposit | 145,175.25 |
| 7/17 | Lockbox Deposit | 144,829.44 |
| 7/20 | Transfer Credit | 336.71 |
| 7/23 | Lockbox Deposit | 71,073.00 |
| 7/23 | Deposit | 128,579.40 |
| 7/24 | Lockbox Deposit | 135,277.75 |
| 7/30 | Lockbox Deposit | 149.04 |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/05 | Wire Transfer Debit | 41,272.30- |

MERCURIA ENERGY TRADING,INC

20 E GREENWAY PLAZA
SUITE 650
HOUSTON, TX 77046
BK AMER NYC
20180705MMQFMP9H000778
20180705B6B7HU1R008985
07051224FT03

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009927

Debtor000661

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

Member
**FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account less any finance charge which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000662

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18     Page     2
Account Number  *******8673


010535

COMMERCIAL CHECKING ANALYSIS          *******8673  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/13 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046<br>BK AMER NYC<br>20180713MMQFMP9H000203<br>20180713B6B7HU4R003300<br>07130911FT03 | 145,175.25- |
| 7/19 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046<br>BK AMER NYC<br>20180719MMQFMP9H000105<br>20180719B6B7HU1R003240<br>07190921FT03 | 144,829.44- |
| 7/20 | Account Analysis Charge | 336.71- |
| 7/23 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046<br>BK AMER NYC<br>20180723MMQFMP9H001053<br>20180723B6B7HU1R009876<br>07231359FT03 | 120,667.65- |
| 7/24 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC | 78,984.75- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009929

Debtor000663

---

## STATEMENT OF ACCOUNT

# IBERIABANK



GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 7/31/18    Page    3
Account Number    *******8673

---

```
COMMERCIAL CHECKING ANALYSIS          *******8673  (Continued)
```

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | ████ 20 E GREENWAY PLAZA SUITE 650 HOUSTON, TX 77046 BK AMER NYC 20180724MMQFMP9H000928 20180724B6B7HU1R007438 07241340FT03 | |
| 7/25 | Wire Transfer Debit MERCURIA ENERGY TRADING,INC | 135,277.75- |
|  | ████ 20 E GREENWAY PLAZA SUITE 650 HOUSTON, TX 77046 BK AMER NYC 20180725MMQFMP9H001896 20180725B6B7HU1R012584 07251620FT03 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | .00 | 7/13 | .00 | 7/23 | 78,984.75 |
| 7/03 | 41,272.30 | 7/17 | 144,829.44 | 7/24 | 135,277.75 |
| 7/05 | .00 | 7/19 | .00 | 7/25 | .00 |
| 7/10 | 145,175.25 | 7/20 | .00 | 7/30 | 149.04 |

---

**Please examine this statement upon receipt and report at once if you find any difference.**
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

009930

Debtor000664

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/18    Page    1
Account Number   *******8673

```
---------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                           O

| | | |
|---|---|---|
| Account Number | *******8673 | Statement Dates  8/01/18 thru  9/03/18 |
| Previous Balance | 149.04 | Days this Statement Period        34 |
| 7 Deposits/Credits | 824,304.66 | Average Ledger        64,773.73 |
| 7 Checks/Debits | 725,486.28 | Average Collected      33,074.19 |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 98,967.42 | |

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/02 | Lockbox Deposit | 58,839.69 |
| 8/06 | Lockbox Deposit | 342,351.35 |
| 8/14 | Lockbox Deposit | 68,591.60 |
| 8/17 | Lockbox Deposit | 126,901.35 |
| 8/20 | Transfer Credit | 323.00 |
| 8/21 | Lockbox Deposit | 128,330.25 |
| 8/27 | Lockbox Deposit | 98,967.42 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | From DDA *8673,To DDA *8681,Cl ark Construction mistake | 149.04- |
| 8/06 | Wire Transfer Debit MERCURIA ENERGY TRADING,INC | 58,839.69- |

20 E GREENWAY PLAZA
SUITE 650
HOUSTON, TX 77046
BK AMER NYC
20180806MMQFMP9H000132
20180806B6B7HU1R003109

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                       $ _____

## TOTAL                                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING              $ _____

## BALANCE                               $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

**Member**
**FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000666

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/18     Page     2
Account Number   *******8673

COMMERCIAL CHECKING ANALYSIS          *******8673  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 08060916FT03 | |
| 8/07 | Wire Transfer Debit | 342,351.35- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180807MMQFMP9H001000 | |
|      | 20180807B6B7HU1R007970 | |
|      | 08071405FT03 | |
| 8/15 | Wire Transfer Debit | 68,591.60- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180815MMQFMP9H000578 | |
|      | 20180815B6B7HU4R006267 | |
|      | 08151140FT03 | |
| 8/20 | Account Analysis Charge | 323.00- |
| 8/21 | Wire Transfer Debit | 126,901.35- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180821MMQFMP9H000117 | |
|      | 20180821B6B7HU4R002559 | |
|      | 08210919FT03 | |
| 8/23 | Wire Transfer Debit | 128,330.25- |
|      | MERCURIA ENERGY TRADING,INC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000667

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 8/31/18     Page     3
Account Number  *******8673

---

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | ██████████ |        |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180823MMQFMP9H000448 | |
|      | 20180823B6B7HU2R005412 | |
|      | 08231106FT03 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | .00 | 8/14 | 68,591.60 | 8/21 | 128,330.25 |
| 8/02 | 58,839.69 | 8/15 | .00 | 8/23 | .00 |
| 8/06 | 342,351.35 | 8/17 | 126,901.35 | 8/27 | 98,967.42 |
| 8/07 | .00 | 8/20 | 126,901.35 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000668

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date  9/28/18    Page    1
Account Number   *******8673
```

----------------------------- **CHECKING ACCOUNT**-----------------------------

**COMMERCIAL CHECKING ANALYSIS**                                                0
```
Account Number             *******8673  Statement Dates   9/04/18 thru  9/30/18
Previous Balance             98,967.42   Days this Statement Period        27
     7 Deposits/Credits   1,412,626.90   Average Ledger             65,678.58
     9 Checks/Debits      1,511,594.32   Average Collected          13,369.76
Service Charge                     .00
Interest Paid                      .00
Current Balance                    .00
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/04 | Lockbox Deposit | 28,619.43 |
| 9/05 | Lockbox Deposit | 186,797.10 |
| 9/11 | Lockbox Deposit | 194,973.70 |
| 9/20 | Lockbox Deposit | 835,649.52 |
| 9/21 | Transfer Credit | 288.65 |
| 9/25 | Deposit | 1,823.10 |
| 9/25 | Lockbox Deposit | 164,475.40 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/04 | Wire Transfer Debit | 98,967.42- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 | |
|      | BK AMER NYC | |
|      | 20180904MMQFMP9H001412 | |
|      | 20180904B6B7HU2R012782 | |
|      | 09041353FT03 | |
| 9/05 | Wire Transfer Debit | 28,619.43- |
|      | MERCURIA ENERGY TRADING,INC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000669

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                            $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account on your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 9/28/18    Page    2
Account Number   *******8673

---

COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | ███████ | |
|  | 20 E GREENWAY PLAZA | |
|  | SUITE 650 | |
|  | HOUSTON, TX 77046 | |
|  | BK AMER NYC | |
|  | 20180905MMQFMP9H001610 | |
|  | 20180905B6B7HU3R011742 | |
|  | 09051533FT03 | |
| 9/06 | Wire Transfer Debit | 186,797.10- |
|  | MERCURIA ENERGY TRADING,INC | |
|  | ███████ | |
|  | 20 E GREENWAY PLAZA | |
|  | SUITE 650 | |
|  | HOUSTON, TX 77046 | |
|  | BK AMER NYC | |
|  | 20180906MMQFMP9H001901 | |
|  | 20180906B6B7HU1R013785 | |
|  | 09061654FT03 | |
| 9/13 | Wire Transfer Debit | 194,973.70- |
|  | MERCURIA ENERGY TRADING,INC | |
|  | ███████ | |
|  | 20 E GREENWAY PLAZA | |
|  | SUITE 650 | |
|  | HOUSTON, TX 77046 US | |
|  | BK AMER NYC | |
|  | 20180913MMQFMP9H000113 | |
|  | 20180913B6B7HU3R003683 | |
|  | 09130920FT03 | |
| 9/20 | Account Analysis Charge | 288.65- |
| 9/21 | Wire Transfer Debit | 259,227.00- |
|  | MERCURIA ENERGY TRADING,INC | |
|  | ███████ | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 9/28/18    Page    3
Account Number    *******8673

---

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20180921MMQFMP9H001020 | |
| | 20180921B6B7HU1R007971 | |
| | 09211257FT03 | |
| 9/21 | Wire Transfer Debit | 262,670.35- |
| | MERCURIA ENERGY TRADING,INC | |
| | | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20180921MMQFMP9H001032 | |
| | 20180921B6B7HU2R008012 | |
| | 09211259FT03 | |
| 9/21 | Wire Transfer Debit | 313,752.17- |
| | MERCURIA ENERGY TRADING,INC | |
| | | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20180921MMQFMP9H001414 | |
| | 20180921B6B7HU3R009850 | |
| | 09211423FT03 | |
| 9/27 | Wire Transfer Debit | 166,298.50- |
| | MERCURIA ENERGY TRADING,INC | |
| | | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000672

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/28/18     Page     4
   GULF COAST ASPHALT COMPANY LLC       Account Number   *******8673
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | 20180927MMQFMP9H000123 |  |
|  | 20180927B6B7HU3R003654 |  |
|  | 09270911FT03 |  |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/04 | 28,619.43 | 9/11 | 194,973.70 | 9/21 | .00 |
| 9/05 | 186,797.10 | 9/13 | .00 | 9/25 | 166,298.50 |
| 9/06 | .00 | 9/20 | 835,360.87 | 9/27 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000673

Debtor000674

903

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date 10/31/18      Page    1
Account Number    *******8673
```

```
---------------------------- CHECKING ACCOUNT-------------------------------

Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
Eligible account balances above $250,000 and $1,000,000 may qualify for a
premium Earnings Credit Rate.
Tier 1 -  $0.00 - $249,999.99
Tier 2 -  $250,000.00 - $999,999.99
Tier 3 -  $1,000,000.00 and greater
```

**COMMERCIAL CHECKING ANALYSIS**                                     O

```
Account Number          *******8673    Statement Dates  10/01/18 thru 10/31/18
Previous Balance               .00     Days this Statement Period        31
  8 Deposits/Credits    1,640,484.79   Average Ledger             64,181.77
  6 Checks/Debits       1,337,162.99   Average Collected          21,082.05
Service Charge                 .00
Interest Paid                  .00
Current Balance         303,321.80
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/03 | Lockbox Deposit | 295,033.06 |
| 10/10 | Lockbox Deposit | 98,361.35 |
| 10/10 | Wire Transfer Credit | 304,062.36 |
| | FREEPOINT COMMODITIES LLC | |
| | 58 COMMERCE RD | |
| | STAMFORD CT 06902-4506 | |
| | ▓▓▓▓▓▓▓▓ | |
| | 20181010B1QGC08C014347 | |
| | 20181010MMQFMP9H001235 | |
| | 10101702FT03 | |
| 10/16 | Lockbox Deposit | 385,155.93 |
| 10/22 | Transfer Credit | 331.19 |
| 10/23 | Lockbox Deposit | 254,219.10 |
| 10/30 | Deposit | 14,168.70 |
| 10/31 | Lockbox Deposit | 289,153.10 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                         $ _____

## TOTAL                         $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                       $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your Account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your Account (less any payments and credits). If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000676

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18    Page    2
Account Number    *******8673

COMMERCIAL CHECKING ANALYSIS        *******8673   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/04 | Wire Transfer Debit | 295,033.06- |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20181004MMQFMP9H000700 | |
| | 20181004B6B7HU4R006565 | |
| | 10041202FT03 | |
| 10/10 | From DDA *8673,To DDA *8665 | 304,062.36- |
| 10/11 | Wire Transfer Debit | 98,361.35- |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20181011MMQFMP9H001894 | |
| | 20181011B6B7HU2R013684 | |
| | 10111628FT03 | |
| 10/18 | Wire Transfer Debit | 385,155.93- |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20181018MMQFMP9H000156 | |
| | 20181018B6B7HU1R002862 | |
| | 10180901FT03 | |
| 10/22 | Account Analysis Charge | 331.19- |
| 10/25 | Wire Transfer Debit | 254,219.10- |
| | MERCURIA ENERGY TRADING,INC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000677

STATEMENT OF ACCOUNT

# IBERIABANK

Date 10/31/18    Page    3
Account Number   *******8673

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

---

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20181025MMQFMP9H001360 | |
| | 20181025B6B7HU4R009739 | |
| | 10251411FT03 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | .00 | 10/11 | .00 | 10/23 | 254,219.10 |
| 10/03 | 295,033.06 | 10/16 | 385,155.93 | 10/25 | .00 |
| 10/04 | .00 | 10/18 | .00 | 10/30 | 14,168.70 |
| 10/10 | 98,361.35 | 10/22 | .00 | 10/31 | 303,321.80 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000678

907

STATEMENT OF ACCOUNT

# IBERIABANK

Date 11/30/18      Page      1
Account Number    *******8673

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

---------------------------- CHECKING ACCOUNT-------------------------------

Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
Eligible account balances above $250,000 and $1,000,000 may qualify for a
premium Earnings Credit Rate.
Tier 1 -  $0.00 - $249,999.99
Tier 2 -  $250,000.00 - $999,999.99
Tier 3 -  $1,000,000.00 and greater

**COMMERCIAL CHECKING ANALYSIS**                                          O
Account Number          *******8673   Statement Dates  11/01/18 thru 12/02/18
Previous Balance          303,321.80   Days this Statement Period          32
   7 Deposits/Credits     878,087.29   Average Ledger            131,886.37
   8 Checks/Debits      1,181,409.09   Average Collected         104,455.55
Service Charge                   .00
Interest Paid                    .00
Current Balance                  .00

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 11/06 | Lockbox Deposit | 8,825.88 |
| 11/07 | Lockbox Deposit | 22,333.60 |
| 11/14 | Lockbox Deposit | 263,790.85 |
| 11/20 | Lockbox Deposit | 247,672.90 |
| 11/26 | Transfer Credit | 301.20 |
| 11/26 | Lockbox Deposit | 30,433.41 |
| 11/27 | Lockbox Deposit | 304,729.45 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | Wire Transfer Debit | 14,168.70- |
|       | MERCURIA ENERGY TRADING,INC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000679

# IBERIABANK

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance."  We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or lesser payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•  Your name and account number.
•  The dollar amount of the suspected error.
•  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000680

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/18    Page    2
Account Number    *******8673

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|       | 20 E GREENWAY PLAZA | |
|       | SUITE 650 | |
|       | HOUSTON, TX 77046 US | |
|       | BK AMER NYC | |
|       | 20181102MMQFMP9H001261 | |
|       | 20181102B6B7HU3R008975 | |
|       | 11021303FT03 | |
| 11/08 | Wire Transfer Debit | 289,153.10- |
|       | MERCURIA ENERGY TRADING,INC | |
|       | 20 E GREENWAY PLAZA | |
|       | SUITE 650 | |
|       | HOUSTON, TX 77046 US | |
|       | BK AMER NYC | |
|       | 20181108MMQFMP9H000082 | |
|       | 20181108B6B7HU3R003394 | |
|       | 11080914FT03 | |
| 11/09 | Wire Transfer Debit | 31,159.48- |
|       | MERCURIA ENERGY TRADING,INC | |
|       | 20 E GREENWAY PLAZA | |
|       | SUITE 650 | |
|       | HOUSTON, TX 77046 US | |
|       | BK AMER NYC | |
|       | 20181109MMQFMP9H001624 | |
|       | 20181109B6B7HU2R010670 | |
|       | 11091440FT03 | |
| 11/15 | Wire Transfer Debit | 263,790.85- |
|       | MERCURIA ENERGY TRADING,INC | |
|       | 20 E GREENWAY PLAZA | |
|       | SUITE 650 | |
|       | HOUSTON, TX 77046 US | |
|       | BK AMER NYC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000681

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/18    Page    3
Account Number    *******8673

COMMERCIAL CHECKING ANALYSIS          *******8673   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20181115MMQFMP9H001968 | |
|      | 20181115B6B7HU2R014445 | |
|      | 11151602FT03 | |
| 11/20 | Account Analysis Charge | 301.20- |
| 11/26 | Wire Transfer Debit | 247,672.90- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 US | |
|      | BK AMER NYC | |
|      | 20181126MMQFMP9H001264 | |
|      | 20181126B6B7HU3R010321 | |
|      | 11261512FT03 | |
| 11/27 | From DDA *8673,To DDA *8681,H& | 2,638.65- |
|      | C overpayment | |
| 11/28 | Wire Transfer Debit | 332,524.21- |
|      | MERCURIA ENERGY TRADING,INC | |
|      | 20 E GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TX 77046 US | |
|      | BK AMER NYC | |
|      | 20181128MMQFMP9H001529 | |
|      | 20181128B6B7HU2R011156 | |
|      | 11281504FT03 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 303,321.80 | 11/08 | 31,159.48 | 11/20 | 247,371.70 |
| 11/02 | 289,153.10 | 11/09 | .00 | 11/26 | 30,433.41 |
| 11/06 | 297,978.98 | 11/14 | 263,790.85 | 11/27 | 332,524.21 |
| 11/07 | 320,312.58 | 11/15 | .00 | 11/28 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000682

 **IBERIABANK**

## STATEMENT OF ACCOUNT

Date 12/31/18          Page 1 of 4


010542
1

TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

010542

---

### COMMERCIAL CHECKING ANALYSIS                ACCOUNT NUMBER *******8673

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 12/03/18 thru 12/31/18 |
| 7 Deposits/Credits | 2,143,804.07 | Days this Statement Period | 29 |
| 7 Checks/Debits | 2,143,804.07 | Average Ledger Balance | 211,923.85 |
| Service Charge | .00 | Average Collected Balance | 138,009.28 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## Your statement now has
# A NEW LOOK!
The difference may appear subtle on this account statement.
We simply made a few visual enhancements to make it easier to read.

 **IBERIABANK**

 **Not enrolled in e-Statements?** Log in to Mobile or Online Banking to switch today!
Receive your account information faster and more securely. In moments, you can download, print/save your
statements, and access up to 18 months of statement history through Online Banking.

**IBERIABANK TreasuryConnect® and BusinessConnect users:** Please contact your Branch or Treasury Management
Technical Support at 1 800 778 5915 to request e Statement access.

*All products and services are subject to approval, including credit approval.*

---

### DEPOSITS AND CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 12/05 | Lockbox Deposit | | 200,583.00 |
| 12/10 | Lockbox Deposit | | 21,192.60 |
| 12/12 | Lockbox Deposit | | 492,750.85 |
| 12/18 | Lockbox Deposit | | 440,994.60 |
| 12/19 | Lockbox Deposit | | 303,672.60 |
| 12/24 | Transfer Credit | | 281.62 |
| 12/27 | Lockbox Deposit | | 684,328.80 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000237

Debtor000683

912



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT                         $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)              $ _____

### TOTAL                                               $ _____

### SUBTRACT—

CHECKS OUTSTANDING                                          $ _____

### BALANCE                                            $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.   If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 3 of 4


010542

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8673

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/07 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20181207MMQFMP9H000986<br>20181207B6B7HU4R007243<br>12071226FT03 | 200,583.00 |
| 12/13 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20181213MMQFMP9H000859<br>20181213B6B7HU1R008250<br>12131241FT01 | 21,192.60 |
| 12/14 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20181214MMQFMP9H001111<br>20181214B6B7HU1R008643<br>12141231FT01 | 492,750.85 |
| 12/19 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20181219MMQFMP9H002322<br>20181219B6B7HU4R014773<br>12191652FT01 | 440,994.60 |
| 12/20 | Account Analysis Charge | 281.62 |
| 12/24 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20181224MMQFMP9H000730<br>20181224B6B7HU4R010762<br>12241426FT01 | 303,672.60 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000239

Debtor000685



# STATEMENT OF ACCOUNT

Date 12/31/18      Page 4 of 4

---

**COMMERCIAL CHECKING ANALYSIS** (continued)      Account Number ＊＊＊＊＊＊＊8673

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 12/31 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20181231MMQFMP9H000568<br>20181231B6B7HU2R006227<br>12311019FT01 | 684,328.80 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | .00 | 12/13 | 492,750.85 | 12/24 | .00 |
| 12/05 | 200,583.00 | 12/14 | .00 | 12/27 | 684,328.80 |
| 12/07 | .00 | 12/18 | 440,994.60 | 12/31 | .00 |
| 12/10 | 21,192.60 | 12/19 | 303,672.60 | | |
| 12/12 | 513,943.45 | 12/20 | 303,390.98 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000240

Debtor000686

915



**STATEMENT OF ACCOUNT**

Date 1/31/19          Page 1 of 4

TO PLO R

013303
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056



 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

013303

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8673 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 1/01/19 thru 1/31/19 |
| 8 Deposits/Credits | 1,304,305.04 | Days this Statement Period | 31 |
| 7 Checks/Debits | 1,304,305.04 | Average Ledger Balance | 135,200.66 |
| Service Charge | .00 | Average Collected Balance | 65,175.79 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |



## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/02 | Lockbox Deposit | 265,668.75 |
| 1/09 | Lockbox Deposit | 137,015.45 |
| 1/16 | Lockbox Deposit | 263,850.35 |
| 1/18 | Lockbox Deposit | 288,921.15 |
| 1/23 | Lockbox Deposit | 116,974.75 |
| 1/25 | Transfer Credit | 297.54 |
| 1/29 | Deposit | 21,797.10 |
| 1/29 | Lockbox Deposit | 209,779.95 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001537



Page 2 of 4

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT ........... $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY) ........... $ _____

## TOTAL ........... $ _____

## SUBTRACT—

CHECKS OUTSTANDING ........... $ _____

## BALANCE ........... $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member **FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances of your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000688



# STATEMENT OF ACCOUNT

Date 1/31/19                   Page 3 of 4

**COMMERCIAL CHECKING ANALYSIS** (continued)               Account Number *******8673

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 1/07 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING, INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190107MMQFMP9H000538<br>20190107B6B7HU2R006672<br>01071201FT01 | 265,668.75 |
| 1/10 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING, INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190110MMQFMP9H000933<br>20190110B6B7HU3R008658<br>01101317FT01 | 137,015.45 |
| 1/18 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING, INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190118MMQFMP9H000157<br>20190118B6B7HU1R003667<br>01180924FT01 | 263,850.35 |
| 1/22 | Account Analysis Charge | 297.54 |
| 1/24 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING, INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190124MMQFMP9H000791<br>20190124B6B7HU2R008084<br>01241300FT01 | 288,921.15 |
| 1/25 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING, INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190125MMQFMP9H000517<br>20190125B6B7HU4R004908<br>01251030FT01 | 116,974.75 |

013303

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001539



## STATEMENT OF ACCOUNT

Date 1/31/19          Page 4 of 4

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number *******8673

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/30 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190130MMQFMP9H002315<br>20190130B6B7HU4R013838<br>01301636FT01 | 231,577.05 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | .00 | 1/16 | 263,850.35 | 1/25 | .00 |
| 1/02 | 265,668.75 | 1/18 | 288,921.15 | 1/29 | 231,577.05 |
| 1/07 | .00 | 1/22 | 288,623.61 | 1/30 | .00 |
| 1/09 | 137,015.45 | 1/23 | 405,598.36 | | |
| 1/10 | .00 | 1/24 | 116,677.21 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00001540

Debtor000690

919



# STATEMENT OF ACCOUNT

Date 2/28/19       Page 1 of 5



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

014326



014326

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8673 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 2/01/19 thru 2/28/19 |
| 7 Deposits/Credits | 2,448,106.20 | Days this Statement Period | 28 |
| 7 Checks/Debits | 2,448,106.20 | Average Ledger Balance | 49,475.95 |
| Service Charge | .00 | Average Collected Balance | 8,054.91 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/06 | Lockbox Deposit | 225,537.60 |
| 2/06 | Wire Transfer Credit | 1,288,000.00 |
| | MARTIN PRODUCT SALES LLC | |
| | MASTER FUNDING ACCOUNT | |
| | 4200 STONE RD | |
| | KILGORE TX  75662 6935 | |
| | ASSET PURCHASE | |
| | 20190206F2QCZ00C002095 | |
| | 20190206MMQFMP9H000858 | |
| | 02061546FT01 | |
| 2/13 | Lockbox Deposit | 253,118.25 |
| 2/19 | Lockbox Deposit | 470,247.20 |
| 2/20 | From DDA *8665,To DDA *8673 | 317.05 |
| 2/20 | Lockbox Deposit | 133,783.35 |
| 2/26 | Lockbox Deposit | 77,102.75 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 2/06 | From DDA *8673,To DDA *8665 | 1,288,000.00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00009325

Debtor000691

920



Page 2 of 5

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



# STATEMENT OF ACCOUNT

Date 2/28/19   Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)   Account Number *******8673

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 2/08 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190208MMQFMP9H000152<br>20190208B6B7HU3R003615<br>02080943FT01 | 225,537.60 |
| 2/14 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190214MMQFMP9H000805<br>20190214B6B7HU1R008932<br>02141317FT01 | 253,118.25 |
| 2/20 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190220MMQFMP9H001251<br>20190220B6B7HU1R010776<br>02201446FT01 | 470,247.20 |
| 2/20 | Account Analysis Charge | 317.05 |
| 2/21 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190221MMQFMP9H001030<br>20190221B6B7HU4R008327<br>02211252FT01 | 133,783.35 |
| 2/27 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190227MMQFMP9H001547<br>20190227B6B7HU4R010761<br>02271413FT01 | 77,102.75 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.



## STATEMENT OF ACCOUNT

Date 2/28/19        Page 4 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)      **Account Number *******8673**

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | .00 | 2/14 | .00 | 2/26 | 77,102.75 |
| 2/06 | 225,537.60 | 2/19 | 470,247.20 | 2/27 | .00 |
| 2/08 | .00 | 2/20 | 133,783.35 | | |
| 2/13 | 253,118.25 | 2/21 | .00 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00009328

Debtor000694



**IBERIABANK**

**Effective April 1, 2019:  This schedule of fees will apply, fee changes are bolded.**

### Miscellaneous Fees – Business and Posting Order

| | |
|---|---|
| ACH/Government Reclamation | $10.00 / item |
| ATM Foreign Usage Fee (Non IBERIABANK ATM or its non affiliated networks) | $2.00 / transaction |
| ATM/Debit Card Replacement | $5.00 / card |
| ATM/Debit Card Expedited Replacement | $25.00 each |
| **Bill Pay    (Clients exceeding 25 items will be converted to a commercial product)** | **Free    limited to 25 bills per month** |
| Collection Items | |
|     Collection Fee    Domestic <=$100 | $7.50 |
|     Collection Fee    Domestic >$100 | $15.00 |
|     Collection Fee    International | $35.00 |
| Coin & Currency | |
|     Coin & Currency Deposited    After the first $10,000 per statement cycle<br>(Choice Business CK, Business Interest CK, Business Checking Plus, Advanced Business Checking) | $2.00 per $1,000 |
|     Coin & Currency Deposited<br>(Commercial Analysis) | $1.50 per $1,000 |
|     Bulk Coin Deposited | $3.00 / bag |
|     Currency Furnished | $0.50 / strap |
|     Coins Furnished | $0.15 / roll |
| Copies (includes check copies) and Faxes | $2.00 / page |
| Counter Checks | $1.00 for 5 checks |
| Deposit Assessment Fee (Commercial Analysis Accounts Only) | .010% on daily average ledger balance |
| Deposit Correction | $3.00 each |
| Deposit to Deposit Overdraft Protection Transfers | $10.00 / day |
| Dormant Account (applies to dormant account balances less than $100 per month) | $5.00 / month (not applicable in Texas) |
| Foreign Currency Exchange (additional fees may apply) | |
|     $300 or more | $10.00 / transaction |
|     Less than $300 | $20.00 / transaction |
| Legal Process | $75.00 / event |
| Money Bag | Varies |
| Medallion Stamp Guarantee (where available) | $15.00 |
| Money Market Account Excessive Transaction Fee | $15.00 / item |
| Negative Collected Balance Fee | Prime + 3% on daily average negative collected balance |
| Notary Services | May vary by State |
| Official Checks/Cashier Checks | $8.00 |
| Overdraft (Paid) Item Fee (applies to overdrafts created by checks, in person withdrawals, ATM<br>                withdrawals or other electronic means) | $35.00 per item; per presentment |
| Research (one hour minimum) | $25.00 / hour |
| Return Item Fee (applies when checks are returned as unpaid) | $35.00 per item; per presentment |
| Return Deposited Item | $5.00 each |
| Safe Deposit Box    Drilling Fee | $150.00 |
| Safe Deposit Box    Replacement Lock Fee | $70.00 |
| Special Reject Item | $1.00 each |
| Statements | |
|     Statements Copy | $10.00 each |
|     Statement Duplicate (complete statement) | $10.00 each |
|     **Statement (Receipt of both paper and e-Statement)** | **$5.00 per month** |
|     Statement Instant | $5.00 each |
|     Statement Reconciliation | $20.00 / hour |
|     Statement    Simplex Image Printing | $2.00 / event |
|     Statement Snapshot | $10.00 each |
| Stop Payment Fee (applies for 6 month period) | $35.00 each |
| Telephone Transfer of Funds (customer service assisted) | $5.00 each |
| **Verification of Deposit** | **$25.00 each** |
| Wires Transactions | |
|     Wire Transfer   Incoming (Domestic and Foreign) | $15.00 each |
|     Wire Transfer   Outgoing (Domestic) | $25.00 each |
|     Wire Transfer   Outgoing (Foreign)    Foreign Currency | $40.00 each |
|     Wire Transfer   Outgoing (Foreign)    US Currency | $50.00 each |

*** NOT ALL SERVICES ARE AVAILABLE AT ALL LOCATIONS

### Notice Regarding Posting Order of Items

To assist you in handling your account with us, we are providing you with the following information on how we post transactional items to your account.

On each bank processing day, deposit and credit items post before debit items.  Debit items post upon receipt in the following order: wire transfers, ATM and debit card transactions in authorization time and date order, paper checks in check number order, if available, checks without a check number post in low to high dollar amount order, then all other debit items in low to high dollar amount order.  Other debit items include but are not limited to Automated Clearing House (ACH) items, checks converted to ACH by merchants or vendors, telephone and online banking one time or recurring transfers, pre authorized debits and account withdrawals.

At times, certain debit items may not post in the above order due to missing or erroneous data or circumstances beyond our control.

If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item.  Overdraft (Paid) Item Fees and Return Item Fees are disclosed above and are subject to change.

We encourage you to keep careful records and practice good account management.  This will help you to avoid creating items without sufficient funds and incurring the resulting fees.

We offer Deposit to Deposit Overdraft Protection Transfer Service and Personal Lines of Credit (subject to credit approval) that can be used as overdraft protection on most accounts to avoid Overdraft (Paid) Item Fees and Return Item Fees.  Visit our website at www.iberiabank.com to learn more about Preventing and Managing Overdrafts.

Debtor000696



**STATEMENT OF ACCOUNT**

Date 3/29/19          Page 1 of 3




TO PLO R

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
012663     HOUSTON TX 77056


012663

  **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

  **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8673 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 3/01/19 thru 3/31/19 |
| 6 Deposits/Credits | 521,156.10 | Days this Statement Period | 31 |
| 6 Checks/Debits | 521,156.10 | Average Ledger Balance | 16,800.84 |
| Service Charge | .00 | Average Collected Balance | .00 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 3/06 | Lockbox Deposit | 51,393.85 |
| 3/12 | Deposit | 176,692.07 |
| 3/19 | Lockbox Deposit | 166,337.40 |
| 3/20 | From DDA *8665,To DDA *8673 | 330.04 |
| 3/20 | Lockbox Deposit | 61,768.70 |
| 3/28 | Deposit | 64,634.04 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 3/07 | Wire Transfer Debit | 51,393.85 |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20190307MMQFMP9H000660 | |
| | 20190307B6B7HU3R006867 | |
| | 03071151FT01 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006007



Page 2 of 3

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                              $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000698



# STATEMENT OF ACCOUNT

Date 3/29/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number * * * * * * *8673

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 3/13 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190313MMQFMP9H001642<br>20190313B6B7HU2R011930<br>03131606FT01 | 176,692.07 |
| 3/20 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190320MMQFMP9H000737<br>20190320B6B7HU1R007459<br>03201234FT01 | 166,337.40 |
| 3/20 | Account Analysis Charge | 330.04 |
| 3/21 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190321MMQFMP9H000854<br>20190321B6B7HU1R007493<br>03211238FT01 | 61,768.70 |
| 3/29 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190329MMQFMP9H003761<br>20190329B6B7HU3R020072<br>03291647FT01 | 64,634.04 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | .00 | 3/13 | .00 | 3/28 | 64,634.04 |
| 3/06 | 51,393.85 | 3/19 | 166,337.40 | 3/29 | .00 |
| 3/07 | .00 | 3/20 | 61,768.70 | | |
| 3/12 | 176,692.07 | 3/21 | .00 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006009

Debtor000699

Debtor000700

 **IBERIABANK**

# STATEMENT OF ACCOUNT

Date 4/30/19          Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**

iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8673 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 4/01/19 thru 4/30/19 |
| 6 Deposits/Credits | 268,351.21 | Days this Statement Period | 30 |
| 6 Checks/Debits | 268,351.21 | Average Ledger Balance | 24,975.88 |
| Service Charge | .00 | Average Collected Balance | 9,339.04 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

Effective May 1, 2019 business checking transaction item counts will change to also include teller withdrawals and bill pay items. Please refer to your account disclosure terms for excessive transaction fees that may apply to your account.

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/09 | Lockbox Deposit | 140,085.72 |
| 4/16 | Lockbox Deposit | 10,287.63 |
| 4/19 | Lockbox Deposit | 37,887.26 |
| 4/22 | From DDA *8665,To DDA *8673,Lockbox bank charge | 297.26 |
| 4/26 | Lockbox Deposit | 62,638.34 |
| 4/29 | Lockbox Deposit | 17,155.00 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 4/12 | Wire Transfer Debit | 140,085.72 |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20190412MMQFMP9H000803 | |
| | 20190412B6B7HU4R006649 | |
| | 04121126FT01 | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000555



Page 2 of 3

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT $ _____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY) $ _____

**TOTAL** $ _____

**SUBTRACT—**

CHECKS OUTSTANDING $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

**NOTE**
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.


Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000702



# STATEMENT OF ACCOUNT

Date 4/30/19      Page 3 of 3

**COMMERCIAL CHECKING ANALYSIS** (continued)      **Account Number *******8673**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------:|
| 4/17 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190417MMQFMP9H002030<br>20190417B6B7HU3R013143<br>04171649FT03 | 10,287.63 |
| 4/22 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190422MMQFMP9H000630<br>20190422B6B7HU2R007691<br>04221235FT03 | 37,887.26 |
| 4/22 | Account Analysis Charge | 297.26 |
| 4/29 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190429MMQFMP9H000974<br>20190429B6B7HU3R008722<br>04291241FT03 | 62,638.34 |
| 4/30 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190430MMQFMP9H001533<br>20190430B6B7HU2R009885<br>04301259FT03 | 17,155.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 4/01 | .00 | 4/17 | .00 | 4/29 | 17,155.00 |
| 4/09 | 140,085.72 | 4/19 | 37,887.26 | 4/30 | .00 |
| 4/12 | .00 | 4/22 | .00 | | |
| 4/16 | 10,287.63 | 4/26 | 62,638.34 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000557

Debtor000704



# STATEMENT OF ACCOUNT

Date 5/31/19                                    Page 1 of 3

15439 114397 R P0 T0



GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

015439

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com



015439

## COMMERCIAL CHECKING ANALYSIS                    ACCOUNT NUMBER *******8673

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 5/01/19 thru  6/02/19 |
| 6 Deposits/Credits | 448,928.01 | Days this Statement Period | 33 |
| 6 Checks/Debits | 448,928.01 | Average Ledger Balance | 55,341.27 |
| Service Charge | .00 | Average Collected Balance | 42,496.11 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/06 | Lockbox Deposit | 125,114.70 |
| 5/10 | Wire Transfer Credit | 24,743.28 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA US | |
| | 20190510B6B7HU4R008112 | |
| | 20190510MMQFMP9H000621 | |
| | 05101146FT03 | |
| 5/13 | Lockbox Deposit | 127,680.65 |
| 5/20 | From DDA *8665,To DDA *8673 | 294.63 |
| 5/20 | Lockbox Deposit | 89,849.12 |
| 5/29 | Lockbox Deposit | 81,245.63 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00006557

Debtor000705

934



**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)     $ _____

## TOTAL     $ _____

## SUBTRACT—

CHECKS OUTSTANDING     $ _____

## BALANCE     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**Member
FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).
To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000706



---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8673

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 5/10 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190510MMQFMP9H002541<br>20190510B6B7HU1R014724<br>05101654FT03 | 125,114.70 |
| 5/10 | From DDA *8673,To DDA *8665 | 24,743.28 |
| 5/20 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190520MMQFMP9H000549<br>20190520B6B7HU1R005591<br>05201136FT03 | 127,680.65 |
| 5/20 | Account Analysis Charge | 294.63 |
| 5/23 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190523MMQFMP9H000286<br>20190523B6B7HU1R004550<br>05230941FT03 | 89,849.12 |
| 5/31 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190531MMQFMP9H002670<br>20190531B6B7HU3R014432<br>05311429FT03 | 81,245.63 |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | .00 | 5/13 | 127,680.65 | 5/29 | 81,245.63 |
| 5/06 | 125,114.70 | 5/20 | 89,849.12 | 5/31 | .00 |
| 5/10 | .00 | 5/23 | .00 | | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00006559

Debtor000707

Debtor000708



# STATEMENT OF ACCOUNT

Date 6/28/19          Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| **COMMERCIAL CHECKING ANALYSIS** | | **ACCOUNT NUMBER ********8673** | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 6/03/19 thru 6/30/19 |
| 5 Deposits/Credits | 82,265.51 | Days this Statement Period | 28 |
| 5 Checks/Debits | 82,265.51 | Average Ledger Balance | 5,963.51 |
| Service Charge | .00 | Average Collected Balance | 2,433.11 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 6/04 | Lockbox Deposit | 17,487.15 |
| 6/10 | Lockbox Deposit | 30,727.56 |
| 6/17 | Lockbox Deposit | 25,320.05 |
| 6/20 | From DDA *8665,To DDA *8673 | 291.95 |
| 6/21 | Lockbox Deposit | 8,438.80 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 6/06 | Wire Transfer Debit | 17,487.15 |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20190606MMQFMP9H000723 | |
| | 20190606B6B7HU2R007666 | |
| | 06061231FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000055



Page 2 of 3

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.





**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000710



# STATEMENT OF ACCOUNT

Date 6/28/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                          **Account Number *******8673**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 6/11 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190611MMQFMP9H001070<br>20190611B6B7HU4R007951<br>06111334FT03 | 30,727.56 |
| 6/20 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190620MMQFMP9H000744<br>20190620B6B7HU1R007883<br>06201205FT03 | 25,320.05 |
| 6/20 | Account Analysis Charge | 291.95 |
| 6/24 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190624MMQFMP9H001081<br>20190624B6B7HU4R010751<br>06241356FT03 | 8,438.80 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/03 | .00 | 6/10 | 30,727.56 | 6/20 | .00 |
| 6/04 | 17,487.15 | 6/11 | .00 | 6/21 | 8,438.80 |
| 6/06 | .00 | 6/17 | 25,320.05 | 6/24 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000057

Debtor000712



# STATEMENT OF ACCOUNT

Date 7/31/19          Page 1 of 3

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8673 | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 7/01/19 thru 7/31/19 |
| 7 Deposits/Credits | 666,034.33 | Days this Statement Period | 31 |
| 6 Checks/Debits | 659,112.96 | Average Ledger Balance | 45,484.48 |
| Service Charge | .00 | Average Collected Balance | 24,008.35 |
| Interest Paid | .00 | | |
| Current Balance | 6,921.37 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/02 | Lockbox Deposit | 21,888.96 |
| 7/08 | Lockbox Deposit | 178,480.68 |
| 7/10 | Lockbox Deposit | 59,303.74 |
| 7/16 | Lockbox Deposit | 34,539.88 |
| 7/24 | Lockbox Deposit | 364,625.28 |
| 7/25 | From DDA *8665,To DDA *8673,To cover bank analysis charge | 274.42 |
| 7/30 | Lockbox Deposit | 6,921.37 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 7/08 | Wire Transfer Debit MERCURIA ENERGY TRADING,INC | 21,888.96 |
| | 20 E GREENWAY PLAZA SUITE 650 HOUSTON, TX 77046 US BK AMER NYC 20190708MMQFMP9H000685 20190708B6B7HU4R006562 07081209FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000557

Debtor000713



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT        $ _____

### ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)        $ _____

### TOTAL        $ _____

### SUBTRACT—

CHECKS OUTSTANDING        $ _____

### BALANCE        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000714



**STATEMENT OF ACCOUNT**

Date 7/31/19          Page 3 of 3

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    Account Number *******8673

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 7/11 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190711MMQFMP9H000080<br>20190711B6B7HU1R004086<br>07110932FT03 | 178,480.68 |
| 7/15 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190715MMQFMP9H001112<br>20190715B6B7HU3R009165<br>07151309FT03 | 59,303.74 |
| 7/18 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190718MMQFMP9H000377<br>20190718B6B7HU1R005560<br>07181051FT03 | 34,539.88 |
| 7/22 | Account Analysis Charge | 274.42 |
| 7/25 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190725MMQFMP9H000876<br>20190725B6B7HU3R007927<br>07251211FT03 | 364,625.28 |

**VITOL EXHIBIT**

**124.13**

Adv. No.: 21-06006 8/30/2022

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | .00 | 7/11 | 59,303.74 | 7/22 | 274.42 |
| 7/02 | 21,888.96 | 7/15 | .00 | 7/24 | 364,350.86 |
| 7/08 | 178,480.68 | 7/16 | 34,539.88 | 7/25 | .00 |
| 7/10 | 237,784.42 | 7/18 | .00 | 7/30 | 6,921.37 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000559

Debtor000716



# STATEMENT OF ACCOUNT

Date 8/30/19     Page 1 of 3

17201 115479 R P0 T0


017201

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


017201

 **PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

## COMMERCIAL CHECKING ANALYSIS

**ACCOUNT NUMBER *******8673**

| | | | |
|---|---|---|---|
| Previous Balance | 6,921.37 | Statement Dates | 8/01/19 thru 9/02/19 |
| 7 Deposits/Credits | 548,916.76 | Days this Statement Period | 33 |
| 6 Checks/Debits | 555,838.13 | Average Ledger Balance | 67,374.08 |
| Service Charge | .00 | Average Collected Balance | 28,666.24 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/02 | Lockbox Deposit | 14,616.00 |
| 8/09 | Lockbox Deposit | 99,743.36 |
| 8/14 | Lockbox Deposit | 28,226.88 |
| 8/16 | Lockbox Deposit | 250,009.92 |
| 8/19 | Lockbox Deposit | 42,978.24 |
| 8/21 | From DDA *8665,To DDA *8673 | 296.60 |
| 8/27 | Lockbox Deposit | 113,045.76 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/06 | Wire Transfer Debit | 21,537.37 |
| | MERCURIA ENERGY TRADING,INC | |
| | 20 E GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TX 77046 US | |
| | BK AMER NYC | |
| | 20190806MMQFMP9H000847 | |
| | 20190806B6B7HU2R007371 | |
| | 08061305FT03 | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000705



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                       $ _____

### ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

### TOTAL                               $ _____

### SUBTRACT—

CHECKS OUTSTANDING                $ _____

### BALANCE                          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

### NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member
**FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000718



**STATEMENT OF ACCOUNT**

Date 8/30/19          Page 3 of 3

**COMMERCIAL CHECKING ANALYSIS** (continued)          Account Number \*\*\*\*\*\*\*8673

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 8/13 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190813MMQFMP9H001875<br>20190813B6B7HU1R012770<br>08131649FT03 | 99,743.36 |
| 8/16 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190816MMQFMP9H001297<br>20190816B6B7HU1R009605<br>08161341FT03 | 28,226.88 |
| 8/20 | Account Analysis Charge | 296.60 |
| 8/21 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190821MMQFMP9H001488<br>20190821B6B7HU3R011265<br>08211538FT03 | 292,988.16 |
| 8/30 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING,INC<br><br>20 E GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TX 77046 US<br>BK AMER NYC<br>20190830MMQFMP9H002860<br>20190830B6B7HU2R015953<br>08301444FT03 | 113,045.76 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 6,921.37 | 8/13 | .00 | 8/20 | 292,691.56 |
| 8/02 | 21,537.37 | 8/14 | 28,226.88 | 8/21 | .00 |
| 8/06 | .00 | 8/16 | 250,009.92 | 8/27 | 113,045.76 |
| 8/09 | 99,743.36 | 8/19 | 292,988.16 | 8/30 | .00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000707

Debtor000720



**STATEMENT OF ACCOUNT**

Date 9/30/19          Page 1 of 2

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

  **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
**1-800-968-0801**

  **24-hr Online Banking**
iberiabank.com

---

**COMMERCIAL CHECKING ANALYSIS**                **ACCOUNT NUMBER ＊＊＊＊＊＊＊8673**

| | | | |
|---|---|---|---|
| Previous Balance | .00 | Statement Dates | 9/03/19 thru 9/30/19 |
| Deposits/Credits | .00 | Days this Statement Period | 28 |
| 1 Checks/Debits | 294.76 | Average Ledger Balance | 115.79 |
| Service Charge | .00 | Average Collected Balance | 115.79 |
| Interest Paid | .00 | | |
| Current Balance | 294.76 | | |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 9/20 | Account Analysis Charge | 294.76 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/03 | .00 | 9/20 | 294.76 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000189

Debtor000721



## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

**BANK BALANCE SHOWN
ON THIS STATEMENT**           $ _____

### ADD

**DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)**                    $ _____

### TOTAL                    $ _____

### SUBTRACT—

**CHECKS OUTSTANDING**        $ _____

### BALANCE                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

### NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.





**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000722



**STATEMENT OF ACCOUNT**

Date 10/31/19                    Page 1 of 2

9693 115949 R P0 T0



009693

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056


**PLEASE CONTACT YOUR
RELATIONSHIP MANAGER
WITH ANY QUESTIONS
OR CALL**

**1-800-968-0801**


**24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER ******8673 | |
|---|---|---|---|
| Previous Balance | 294.76 | Statement Dates | 10/01/19 thru 10/31/19 |
| 3 Deposits/Credits | 529.63 | Days this Statement Period | 31 |
| 2 Checks/Debits | 234.87 | Average Ledger Balance | 188.45 |
| Service Charge | .00 | Average Collected Balance | 188.45 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

---

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 10/21 | Phone/In Person Transfer | 528.98 |
| 10/22 | ANALYSIS REVERSAL PARTIAL SEPT AA FEE | .65 |
| 10/23 | Closing entry  Credit balance | .00 |

**WITHDRAWALS AND DEBITS**

| Date | Description | Amount |
|---|---|---|
| 10/21 | Account Analysis Charge | 207.93 |
| 10/23 | Account Analysis Charge | 26.94 |

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/01 | 294.76 | 10/22 | 26.94 |
| 10/21 | 26.29 | 10/23 | .00 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000095



Page 2 of 2

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---


Member
FDIC

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000724